B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Doral Financial Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Doral Financial Puerto Rico Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**66-0312162** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**200 Park Avenue**<br>**Suite 1700**<br>**New York, NY**     ZIP Code **10166** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Doral Financial Corporation** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Doral Financial Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X _~~Mark Bane~~_____
Signature of Attorney for Debtor(s)

**Mark I. Bane 2027498**
Printed Name of Attorney for Debtor(s)

**Ropes & Gray LLP**
Firm Name

**1211 Avenue of the Americas**
**New York, NY 10036**

_____
Address

**212-596-9000 Fax: 212-596-9090**
Telephone Number

_March 11, 2015_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~~Glen Wakeman~~_____
Signature of Authorized Individual

**Glen Wakeman**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

3/11/2015
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
In re                                                    :          Chapter 11
                                                         :
Doral Financial Corporation,                             :          Case No. 15-_____
                                                         :
       Debtor.                          :
-------------------------------------------------------x

<u>**EXHIBIT "A" TO VOLUNTARY PETITION**</u>

1. The Debtor's common stock is registered under section 12 of the Securities Exchange Act of 1934.  The Debtor's SEC file number is <u>001-31579</u>.

2. Except where otherwise noted, the following financial data is from the Debtor's most recent Form 10-K and refers to the Debtor's condition as of <u>December 31, 2013</u>.[1]

    a.  Debt securities held by more than 500 holders:    <u>None          </u>

    b.  Number of shares of preferred stock:    <u>5,811,391[2]     </u>

       Approximate number of holders:    <u>20[3]        </u>

    c.  Number of shares of common stock:    <u>6,700,875[4]     </u>

       Approximate number of holders:    <u>115[5]        </u>

3. Brief description of the Debtor's business:

    Doral Financial Corporation is a former bank holding company.  Additional information regarding the Debtor is set forth in the *Declaration of Carol Flaton in Support of First Day Motions*, filed contemporaneously herewith.

---

[1] The Debtor has not filed a Form 10-K or Form 10-Q since the Form 10-K filed March 21, 2014 (the "<u>2013 Form 10-K</u>").  The 2013 Form 10-K consolidated the financial data then available for the Debtor with the financial data of certain of its non-debtor affiliates, including Doral Bank, which was taken over by the FDIC on February 27, 2015.  The Debtor has not included the total assets and total debts information from the 2013 Form 10-K in this Exhibit A because it does not reflect the Debtor's current assets and debts.  A comprehensive statement of the Debtor's assets and debts will be included in the Debtor's schedules of assets and liabilities.

[2] Information accurate as of February 18, 2015.

[3] Information accurate as of February 18, 2015.

[4] Information accurate as of February 11, 2015.

[5] Information accurate as of February 11, 2015.

4. List the name of any person who directly or indirectly owns, controls, or holds with power to vote, 5% or more of the voting securities of the Debtor:

| Name of Owner | Percentage Owned |
|---|---|
| David Tomasello<br>Attiva Capital Partners, Ltd. | 8.729%[6] |

---

[6] As reported on Form 13D filed with the SEC pursuant to Rule 13d-1(a) on October 28, 2014.

2

### *CERTIFICATION OF RESOLUTIONS OF DORAL FINANCIAL CORPORATION*

I, Glen Wakeman, do hereby certify that (a) I am the duly elected, qualified and acting Chief Executive Officer of Doral Financial Corporation (the "Company"), (b) the following resolutions were duly adopted by the Board of Directors of the Company on March 4, 2015, in accordance with the requirements of Puerto Rico corporation law, and (c) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof.

**Approval of commencement of chapter 11 case for the Company and related matters**

RESOLVED:    That in the judgment of the board of directors of the Company, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

RESOLVED:    That the Company's Chief Executive Officer and its Directors be, and hereby are, authorized and directed to execute and file on behalf of the Company a chapter 11 petition for relief in the Bankruptcy Court.

RESOLVED:    That any officer or director of the Company, including, without limitation, the Chief Restructuring Officer appointed herein (each, an "Authorized Person" and collectively, the "Authorized Persons"), acting alone or with one or more other Authorized Persons be, and hereby are, authorized and directed to execute and file on behalf of the Company all schedules, lists and other papers or documents, and to take any and all action which they deem reasonable, advisable, expedient, convenient, necessary or proper to obtain such relief.

RESOLVED:    That the Authorized Persons be, and they hereby are, authorized and directed to employ the law firm of Ropes & Gray LLP as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Ropes & Gray LLP.

RESOLVED:    That the Authorized Persons be, and they hereby are, and each of them acting singly is, authorized and directed to employ and retain the firm of Zolfo Cooper Management, LLC to provide management services, in accordance with the terms of a Services Agreement between the Company and Zolfo Cooper Management,

LLC (the "Services Agreement"), to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Persons be, and they are, and each of them acting singly is, authorized and directed to negotiate the final terms of the Services Agreement, execute the Services Agreement, and cause to be filed an appropriate application for authority to retain the services of Zolfo Cooper, LLC.

RESOLVED:   That Carol Flaton, a managing director of Zolfo Cooper, LLC, the direct parent of Zolfo Cooper Management, LLC, is hereby appointed the Chief Restructuring Officer of the Company pursuant to the terms of the Services Agreement, to serve in that capacity until such time as her successor is appointed or until her earlier resignation or removal;

RESOLVED:   That Ms. Flaton, in her capacity as Chief Restructuring Officer, shall be added to certain of the Company's insurance policies, as set forth in the Services Agreement and provided with all indemnities, benefits and protections of the Company's insurance polices covering the Company's other directors and officers.

RESOLVED:   That the Company may retain such other professionals to represent and/or assist this Company in the Chapter 11 Case on a general retainer or such other terms or conditions as any Authorized Person shall deem advisable.

RESOLVED:   That the Authorized Persons be, and hereby are, and each of them acting singly is, authorized and directed, on behalf of and in the name of the Company, to enter into, execute, deliver, certify, file, and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates, and other documents and to take such other actions as in the judgment of the Authorized Person shall be or become necessary, appropriate, and desirable to prosecute to a successful completion the Chapter 11 Case and otherwise exercise the rights and powers of the Company as a member or manager (however denominated) of the subsidiaries of the Company that are limited liability companies (if any) or as a stockholder of the subsidiaries of the Company that are corporations (if any).

RESOLVED:   That the omission from these resolutions of any agreement, document or other arrangement contemplated by any of the agreements, documents or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Persons to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions.

48487609_2

RESOLVED:   That all acts and things previously done by any of the officers of the Company, on
or prior to the date hereof, in the name and on behalf of the Company, in
connection with the transactions contemplated by the foregoing resolutions, are in
all respects ratified, approved, confirmed and adopted as acts and deeds by and on
behalf of the Company.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as

of March _11_, 2015.

By: Glen Wakeman
Title: Chief Executive Officer

| In re | *Doral Financial Corporation* | | Case No. | |
|---|---|---|---|---|
| | Debtor | | Chapter | *11* |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| *US Bank National Association, as Trustee* One Federal Street, 3rd Floor Boston, MA 02110 | *U.S. Bank National Association Corporate Trust Services Attn: Laura Moran, VP One Federal Street, 3rd Floor Boston, Massachusetts 02110*<br><br>*Maslon Edelman Borman & Brand, LLP Attn: Clark T. Whitmore Esq. 3300 Wells Fargo Center 90 South Seventh Street Minneapolis, MN 55402-4140 (612) 672-8335* | 2016 7.65% Senior Notes | | 100,000,000.00 |
| *US Bank National Association, as Trustee* One Federal Street, 3rd Floor Boston, MA 02110 | *U.S. Bank National Association Corporate Trust Services Attn: Laura Moran, VP One Federal Street, 3rd Floor Boston, Massachusetts 02110*<br><br>*Maslon Edelman Borman & Brand, LLP Attn: Clark T. Whitmore Esq. 3300 Wells Fargo Center 90 South Seventh Street Minneapolis, MN 55402-4140 (612) 672-8335* | 2017 7.10% Senior Notes | | 40,000,000.00 |
| *CitiBank, N.A., as Trustee Attn: Rodolfo Zamora One Citibank Drive 2 South Rio Piedras, PR 00926* | *Citibank, N.A. Attn: Mr. Rodolfo Zamora, VP Financial One Citibank Drive 2 South Rio Piedras, Puerto Rico 00926 (787) 771-2800* | Loan Guaranty | | 30,835,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  _Doral Financial Corporation_                                    Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| _US Bank National Association, as Trustee_<br>_One Federal Street, 3rd Floor_<br>_Boston, MA 02110_ | _U.S. Bank National Association_<br>_Corporate Trust Services_<br>_Attn: Laura Moran, VP_<br>_One Federal Street, 3rd Floor_<br>_Boston, Massachusetts 02110_<br><br>_Maslon Edelman Borman & Brand, LLP_<br>_Attn: Clark T. Whitmore Esq._<br>_3300 Wells Fargo Center_<br>_90 South Seventh Street_<br>_Minneapolis, MN 55402-4140_<br>_(612) 672-8335_ | _2022 7.15%_<br>_Senior Notes_ | | _30,000,000.00_ |
| _Banco Popular de Puerto Rico, as Trustee_<br>_209 Munoz Rivera Ave, 4th Fl_<br>_San Juan, PR 00918_ | _Banco Popular de Puerto Rico_<br>_Trust Division_<br>_Attn: Javier Rubio-SVP Manager & Chief Investment Officer_<br>_Fourth Floor, Popular Center_<br>_209 Munoz Rivera Avenue_<br>_San Juan, Puerto Rico 00918_<br>_(787) 765-9800_ | _Loan Guaranty_ | | _6,500,000.00_ |
| _Fifth Avenue Building Company, LLC_<br>_750 Lexington Ave_<br>_New York, NY 10022_ | _Fifth Avenue Building Company, LLC_<br>_750 Lexington Ave_<br>_New York, NY 10022_<br>_(212) 838-1800_ | _Lease Claim_ | | _4,292,926.15[1]_ |
| _PricewaterhouseCoopers LLP_<br>_254 Munoz Rivera Ave._<br>_BBVA Tower, Suite 900_<br>_Hato Rey, PR 00918_ | _PricewaterhouseCoopers LLP_<br>_254 Munoz Rivera_<br>_BBVA Tower, Suite 900_<br>_Hato Rey Puerto Rico 00918_<br>_benito.morales@us.pwc.com_<br>_(787) 772-6834_ | _Service Provider_ | | _1,656,000.00_ |
| _Union Bancaire Provee Asset Management, LLC_<br>_767 Fifth Ave, 19th Fl_<br>_New York, NY 10153_ | _Union Bancaire Provee Asset Management, LLC_<br>_767 Fifth Ave, 19th Fl_<br>_New York, NY 10153_<br>_(212) 317-6700_ | _Lease Claim_ | | _1,281,286.71[2]_ |
| _345 PAS Owner, LLC_<br>_345 Park Avenue South_<br>_New York, NY 10010_ | _345 PAS Owner, LLC_<br>_345 Park Avenue South_<br>_New York, NY 10010_ | _Lease Guarantor_ | _Contingent_<br>_Unliquidated_<br>_Disputed_ | _848,344.81[3]_ |

[1] This claim has been calculated assuming a rejection on the petition date and application of the cap in section 502(b)(6).

[2] This claim has been calculated assuming a rejection on the petition date and application of the cap in section 502(b)(6).

[3] This claim has been calculated assuming the primary obligor defaults and application of the cap in section 502(b)(6).

48700369_4

B4 (Official Form 4) (12/07) - Cont.

In re   _Doral Financial Corporation_                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| 875 Third Avenue LLC<br>c/o Eastgate Realty<br>410 Park Ave<br>New York, NY 10022 | 875 Third Avenue LLC<br>c/o Eastgate Realty<br>410 Park Ave<br>New York, NY 10022 | Lease Guarantor | Contingent<br>Unliquidated<br>Disputed | 565,704.11[4] |
| Houlihan Lokey Capital Inc.<br>c/o Eugene (Gene) Weil<br>245 Park Ave, 20th Floor<br>New York, NY 10167 | Houlihan Lokey Capital Inc.<br>c/o Eugene (Gene) Weil<br>245 Park Ave, 20th Floor<br>New York, NY 10167<br>(212) 497-4100 | Services | Contingent<br>Unliquidated | 750,000.00 |
| Fiddler Gonzalez & Rodriguez, PSC<br>254 Munoz Rivera Ave<br>6th Floor<br>Hato Rey, PR 00918 | Fiddler Gonzalez & Rodriguez, PSC<br>Attn: Jose A. Acosta-Grubb<br>254 Munoz Rivera Ave<br>6th Floor<br>Hato Rey, PR 00918<br>(787) 759-3164 | Services | | 122,313.39 |
| O'Neill & Borges, LLC<br>Attn: Aurelio Emanuelli-Freese<br>250 Munoz Rivera Ave, Ste 800<br>San Juan, PR 00918 | O'Neill & Borges, LLC<br>Attn: Aurelio Emanuelli-Freese, Esq.<br>250 Munoz Rivera Ave, Ste 800<br>San Juan, PR 00918<br>(787) 764-8181 | Services | | 10,368.00 |
| Computershare, Inc.<br>Dept CH 16934<br>Palatine, IL 60055-6934 | Computershare, Inc.<br>250 Royall Street<br>Canton, MA 02021<br>(800) 652-9154 | Services | | 7,776.81 |
| Simpson Thacher & Bartlett LLP<br>Attn:Lee A. Meyerson, Esq.<br>425 Lexington Avenue<br>New York, NY 10017 | Simpson Thacher & Bartlett LLP<br>Attn:Lee A. Meyerson, Esq.<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-3675 | Services | | 3,426.00 |
| Act 1 Personal Services<br>Lot#6 Street 1<br>Suite 105<br>Guaynabo, PR 00969 | Act 1 Personal Services<br>Lot#6 Street 1<br>Suite 105<br>Guaynabo, PR 00969<br>(787) 706-2281 | Services | | 3,285.72 |
| American Express Travel Related Services Company<br>2900 Commerce Parkway<br>Miramar, FL 33025 | American Express Travel Related Services Company<br>2900 Commerce Parkway<br>Miramar, FL 33025 | Credit Card | | Unknown |

---

[4] This claim has been calculated assuming the primary obligor defaults and application of the cap in section 502(b)(6).

48700369_4

B4 (Official Form 4) (12/07) - Cont.

In re   _Doral Financial Corporation_ _____     Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Doral Bank c/o Hughes Hubbard, LLP Attn: Christopher Kiplok, Esq. One Battery Park Plaza New York, NY 10004-1482 | Hughes Hubbard, LLP Attn: Christopher Kiplok, Esq. One Battery Park Plaza New York, NY 10004-1482 (212) 837-6810 | Intercompany | Contingent Unliquidated Disputed | Unknown |
| Bank United 7815 NW 148th Street 1-CRE Miami Lakes, FL 33016 | Bank United 7815 NW 148th Street 1-CRE Miami Lakes, FL 33016 | Tenant Claim | Contingent Unliquidated Disputed | Unknown |
| HCL America, Inc. 330 Potrero Ave Attn: Legal Department Sunnyvale, CA 94085 | HCL America, Inc. 330 Potrero Ave Attn: Legal Department Sunnyvale, CA 94085 (408) 733-0480 | Tenant Claim | Contingent Unliquidated Disputed | Unknown |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

The information contained in the foregoing list was prepared by agents and employees of the debtor at my direction and reflects a good faith review by such agents and employees of available information. Based on discussions with certain of such agents and employees and the information that has been provided to me, I, Carol Flaton, declare under penalty of perjury that the foregoing list is true and correct to the best of my information and belief.

Date   _March 11, 2015_ _____     Signature _____

Carol Flaton
Chief Restructuring Officer

_Penalty for making a false statement or concealing property_: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

48700369_4

.

**United States Bankruptcy Court**
**Southern District of New York**

Case No. _____

In re  *Doral Financial Corporation*

Chapter_____*11*_____

# LIST OF EQUITY SECURITY HOLDERS[1]

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Number of Securities | Kind of Interest |
|---|---|---|
| Cede & Co<br>PO Box 20<br>Bowling Green Station<br>New York, NY 10274 | 6,514,824.00 | Common Stock |
| Wings Establishment<br>Landstrasse 99<br>Schann, FL 9494 | 118,142.00 | Common Stock |
| Glen R Wakeman<br>Address Withheld | 35,814.00 | Common Stock |
| Christopher Poulton<br>Address Withheld | 10,000.00 | Common Stock |
| Ilia Rodriguez<br>Address Withheld | 5,000.00 | Common Stock |
| Jesus Mendez<br>Address Withheld | 3,750.00 | Common Stock |
| Frank Horvat<br>Address Withheld | 2,500.00 | Common Stock |
| Dennis Buchert<br>Address Withheld | 1,350.00 | Common Stock |
| James Gilleran<br>Address Withheld | 1,350.00 | Common Stock |
| Douglas Jacobs<br>Address Withheld | 1,250.00 | Common Stock |
| Gerard Smith<br>Address Withheld | 1,250.00 | Common Stock |

---

[1] This list was prepared using information received from the debtor's stock transfer agent in February 2015 regarding the record holders of the debtor's stock. It reflects that much of the debtor's stock is held in "street name" by Cede & Co., the nominee for the Depository Trust Company. Accordingly, the list does not separately list beneficial holdings by owners who hold through the Depository Trust Company system.

48667443_4

| Name and last known address or place of business of holder | Number of Securities | Kind of Interest |
|---|---|---|
| Maurice Spagnoletti<br>Cond Oceanica<br>No 2 Nairn<br>6th Floor<br>San Juan, PR 00907 | 1,227.00 | Common Stock |
| Elizabeth R Coy<br>137 W Market<br>PO Box 22<br>New Hampshire, OH 45870-0022 | 600 | Common Stock |
| Jose Luis Diaz Portalatin<br>Estancias De San Fernando<br>Calle 4 A-14<br>Carolina, PR 009895-5208 | 597 | Common Stock |
| Lesbia Blanco<br>1451 Ave Roosevelt<br>San Juan, PR 00936 | 505 | Common Stock |
| Timothy R Chrisman<br>350 S Figueroa St<br>No 550<br>Los Angeles, CA 90071-1300 | 505 | Common Stock |
| Lion De Leeuw Investments Llc<br>535 Madison Ave<br>4th Floor<br>NY, NY  10022-4291 | 505 | Common Stock |
| James D Marver<br>898 Francisco Street<br>San Francisco, CA 94109-1323 | 505 | Common Stock |
| Jose L Mattos Maldonado<br>& Elisa Mendez Mendoza<br>Community Property<br>Box 251<br>Fajardo, PR 00738-0251 | 206 | Common Stock |
| Charles F Caldwell<br>1016 N Main St<br>Wildorado, TX 79098 | 111 | Common Stock |
| Paul Csencsits & Kathryn Csencsits Jt Ten<br>137 North Second St<br>Coplay, PA 18037-1203 | 103 | Common Stock |
| Oscar Hau & Marta Santiago<br>Community Property<br>Box 1149<br>Boqueron, PR 00622-1149 | 83 | Common Stock |
| Jose A Despiau Guzman<br>Vista Azul<br>Calle 32 Gg 13<br>Arecibo, PR 00612-2652 | 71 | Common Stock |

48667443_4

| Name and last known address or place of business of holder | Number of Securities | Kind of Interest |
|---|---|---|
| Computershare As Agent For Doral Financial Corp Reverse Split C01 250 Royall Street Canton, MA 02021 | 60 | Common Stock |
| Stanley K Schlein 481 King Ave Bronx, NY 10464-1228 | 56 | Common Stock |
| Marilyn T Milliken 39 Cricket Ct Old Saybrook, CT 06475-2405 | 52 | Common Stock |
| Rockhard Investments Ltd Nautilus House  La Cour Des Casernes St Helier, Jersey JE1 3NH | 25 | Common Stock |
| Raymond L Detz & Mary Ellen Detz Jt Ten 150 Old Newport St Nanticoke, PA 18634-1332 | 24 | Common Stock |
| Paul H Csencsits Cust Paul William Csencsits Jr Ugma Pa 138 North Second St Coplay, PA 18037-1204 | 22 | Common Stock |
| Maurice Daryl Musiitwa 2b Grout Farm Rd Raymond, NH 03077-1350 | 22 | Common Stock |
| Louis J Helfrich Jr 930 Marbrook Lane York, PA 17404-2213 | 18 | Common Stock |
| Pamela Weston 77-14 113th Street Apt 4j Forest Hills, NY 11375-7116 | 18 | Common Stock |
| Suzanne Weston 77-14 113th Street Apt 4j Forest Hills, NY  11375-7116 | 18 | Common Stock |
| Judith Rios Malave 1981 Ave Las Americas Urb San Antonio Ponce,  PR 00728-1815 | 15 | Common Stock |
| Patricia H Talbot 120 Kendal Dr Oberlin, OH 44074-1905 | 13 | Common Stock |
| Wendell W Colon Box 7970 Ponce, PR 00732-7970 | 11 | Common Stock |

48667443_4

| Name and last known address or place of business of holder | Number of Securities | Kind of Interest |
|---|---|---|
| Exchanges Control For Class T01<br>c/o Computershare Shareholder Svcs<br>250 Royall Street<br>Canton, OH 02021-1011 | 11 | Common Stock |
| Julian Gottlieb<br>18 Pond Place<br>Cos Cob, CT 06807-2220 | 11 | Common Stock |
| George J Fussner & Linda L Fussner Jt Ten<br>1405 Exeter Rd<br>Allentown, PA 18103-6314 | 10 | Common Stock |
| Fred S Katten<br>115 Beverly RdW<br>West Hartford, CT 06119-1712 | 10 | Common Stock |
| Paul W Csencstis<br>139 North Second St<br>Coplay, PA 18037-1205 | 9 | Common Stock |
| Carmen L Jordan<br>PO Box 373008<br>Cayey, PR 00737 | 9 | Common Stock |
| William Lorenzen<br>197 Dillion Road<br>Ferndale, CA 95536-9505 | 9 | Common Stock |
| Arthur L Shaller &  Mae Shaller Jt Ten<br>Hiering Dupignac Stanzione & Dunn<br>Attn Frank J Dupignac<br>64 Washington Street<br>Cn 2015<br>Tom's River, NJ  08735-7643 | 9 | Common Stock |
| Thompkins Printing Equipment Corp<br>1040 W Grand Blvd<br>Detroit, MI 48208 | 9 | Common Stock |
| J Cornelius Stovall<br>1174 Pleasant View Drive<br>Patrick Springs, VA 24133-3208 | 7 | Common Stock |
| Uprr Securities Llc<br>450 7th Ave<br>Suite 1300<br>NY, NY  10123-1390 | 7 | Common Stock |
| Patsy S Galstad<br>PO Box 335<br>Osseo, WI 54758-0335 | 6 | Common Stock |
| Milton P Erdfarb<br>207 Cedar Ave<br>Highland Park, NJ 08904-2141 | 5 | Common Stock |

4

| Name and last known address or place of business of holder | Number of Securities | Kind of Interest |
|---|---|---|
| Gloria Gregory & Andrea Gregory<br>& Madelaina Gregory Jt Ten<br>6120 Ridge Lane<br>Ocean Ridge, FL 33435-5222 | 5 | Common Stock |
| Alberta Arthurs<br>329 West 108th St<br>Apt Phc<br>New York, NY 10025-2773 | 4 | Common Stock |
| Alberta B Arthurs & Edward Arthurs Jt Ten<br>329 West 108th St<br>Apt Phc<br>New York, NY 10025-2773 | 4 | Common Stock |
| Sarah C Bednar Tr Ua 08/19/2013<br>The Bednar Investment Protection Trust 9280 White Oak Lane<br>Westerville, OH 43082 | 4 | Common Stock |
| Sandra Ruth Booker<br>1101 West Kesley Lane<br>St Johns, FL 32259 | 4 | Common Stock |
| Diana R Chan & Yui C Chan Jt Ten<br>2654 Burlingame Way<br>San Jose, CA 95121-1213 | 4 | Common Stock |
| Edward A Judith A Coach<br>699 Hardisky Road<br>Shavertown, PA 18708-9469 | 4 | Common Stock |
| Emp Puertorriquenas De Desarrollo<br>Desarrollo<br>Box 366006<br>San Juan, PR 00936-6006 | 4 | Common Stock |
| Mary Ann Ferrante<br>8 Charlotte Drive<br>Bridewater, NJ 08807-2501 | 4 | Common Stock |
| Shlomo Friedman<br>Est Lillian Esakov<br>701 Montgomery St<br>Brooklyn, NY 11213 | 4 | Common Stock |
| Billy E Gupton<br>11756 Cliff Lawn Dr<br>Chester, VA 23831-2009 | 4 | Common Stock |
| Edward Klimerman<br>14 East 75th St #2A<br>New York, NY 10021 | 4 | Common Stock |
| Mark S Kramer & Mrs Libby Y Kramer Jt Ten<br>PO Box 814<br>Moorestown, NJ 08057 | 4 | Common Stock |

5

| Name and last known address or place of business of holder | Number of Securities | Kind of Interest |
|---|---|---|
| Gail Lamotta<br>1 Schernott Place<br>North Bellmore, NY 11710-3152 | 4 | Common Stock |
| Charles Leffler & Carol Leffler Jt Ten<br>735 S Main Rd, Unit 18<br>Vineland, NJ 08360-6040 | 4 | Common Stock |
| Cecelia Marie Moore<br>13742 W 20th Pl<br>Golden, CO 80401-2187 | 4 | Common Stock |
| John Michael Moore<br>203 Polk St<br>Marion, AL 36756-2911 | 4 | Common Stock |
| Robert Hamilton Moore<br>3134 Killbrooke Lane<br>Costa Mesa, CA 92626-2614 | 4 | Common Stock |
| Michael Munkacsy<br>1001 Oceanfront Fishery<br>Unit 1001<br>Ship Bottom, NJ 08904-2141 | 4 | Common Stock |
| Caroline Osiecki<br>38 Chatfield St<br>Derby, CT 06418-1111 | 4 | Common Stock |
| Fred Pilatsky & Frederick J Pilatsky Jt Ten<br>710 Whildam Ave<br>N Cape May, NJ 08204-3162 | 4 | Common Stock |
| Signet Investment Corp<br>Urb Santa Rosa 31 47<br>Ave Main Pmb 233<br>Bayamon, PR 00959 | 4 | Common Stock |
| Sonia Vazquez Algarin<br>Urb Tintillo Hills<br>Calle Tintillo 5034<br>Guaynabo, PR 00966-1647 | 3 | Common Stock |
| Gilda Bach & Tanya L Bach Jt Ten<br>62 Old Sawkill Rd<br>Kingston, NY 12401-1206 | 3 | Common Stock |
| William Craig<br>1662 Elm Street Suite 1<br>Manchester, NH 03101-1243 | 3 | Common Stock |
| Jeanette Kaufman<br>12007 Laurel Terrace Drive<br>Studio City, CA 91604 | 3 | Common Stock |

6

| Name and last known address or place of business of holder | Number of Securities | Kind of Interest |
|---|---|---|
| Eleanor Miley Tr Ua 26-Mar-92 Miley Family Trust<br>Miley Family Trust<br>Attn Patrick R Halpin<br>121 Country Club Dr, 702<br>Lake Placid, FL 33852 | 3 | Common Stock |
| Sue Ellen Lundin-Nienow<br>3720 Sw Harbor Circle<br>Lee S Summit, MO 64082-4629 | 3 | Common Stock |
| Richard Valentino<br>7627 W Fullerton Ave<br>Elmwood Park, IL 60707 | 3 | Common Stock |
| James Weinsheimer & Nancy Carey Jt Ten<br>32 Galloway Ave<br>Newburgh, NY 12550-4710 | 3 | Common Stock |
| Robin Cleckler<br>PO Box 26004<br>Austin,  TX 78755-0004 | 2 | Common Stock |
| Eric W Csencsits<br>137 North 2nd St<br>Coplay, PA 18037-1203 | 2 | Common Stock |
| Leonard F Fontana & Mrs Marie L Fontana Jt Ten<br>1919 N 74th Ct<br>Elmwood Park, IL 60707-3730 | 2 | Common Stock |
| Donald R Fukuda & Lorelei K Fukuda Jt Ten<br>1959 Alaeloa St<br>Honolulu, HI 96821-1018 | 2 | Common Stock |
| C J Hermosillo<br>453 Radcliffe Ct<br>Laguna Beach, CA 92651-3635 | 2 | Common Stock |
| Zelma B Holzgang & William F Holzgang Jt Ten<br>310 Alabama Road<br>Towson, MD 21204-4305 | 2 | Common Stock |
| Jose Marquez & Griselda Marquez Jt Ten<br>1835 Timothy Dr<br>Atlanta, GA 30329-2411 | 2 | Common Stock |
| Gerald Mc Tigue<br>29 Rosewood Terrace<br>Bloomfield, NJ 07003-3607 | 2 | Common Stock |
| Frances Mergoni & Marie Fontana Jt Ten<br>1919 N 74th Court<br>Elmwood Park, IL 60707-3730 | 2 | Common Stock |
| April Smith Paute<br>289 Ter Ave De Lardenne<br>TOURNEFEUILLE, FRANCE 31170 | 2 | Common Stock |

48667443_4

| Name and last known address or place of business of holder | Number of Securities | Kind of Interest |
|---|---|---|
| Cecilia Anne Reed<br>2025 NE 44th Ave, Unit 426<br>Portland, OR 97213-1365 | 2 | Common Stock |
| Juan Colon Rivera<br>C/O Christian Javier Colon<br>Box 1426<br>Vega Alta, PR 00692 | 2 | Common Stock |
| Juan A Rodriguez<br>Box 2990<br>Bayamon, PR 00960-2990 | 2 | Common Stock |
| Melvin Adelberg<br>Box 3226<br>Enfield, CT 06083-3226 | 1 | Common Stock |
| Kimberly Burge<br>31644 2nd Ave<br>Laguan Beach, CA 92651-8245 | 1 | Common Stock |
| Lawrence S Dunham<br>504 N River Road<br>Apt B-501<br>Naperville, IL 60563-4149 | 1 | Common Stock |
| George Edlin & Carolyn R Edlin Tr Ua 02-May-96 Edlin Family Revocable Trust<br>12602 W Rampart Dr<br>Sun City West, AZ 85375-4606 | 1 | Common Stock |
| Robert E Espiritu<br>616 9th Street,  SW<br>Puyallup, WA 98371-5716 | 1 | Common Stock |
| Mark Heumann<br>664 E 7th St<br>Brooklyn, NY 11218 | 1 | Common Stock |
| Garrett F Iacucci & Georgene Iacucci & Lee Iacucci Jt Ten<br>21 Fox Hill Dr<br>North Haven, CT 06473-3506 | 1 | Common Stock |
| W Lee Joel Ii & Merry P Joel Jt Ten<br>8905 Sierra Rd<br>Richmond, VA 23229-7828 | 1 | Common Stock |
| Betty J Kristofer<br>4337 River Glen Dr<br>Joliet, IL 60431-8944 | 1 | Common Stock |
| Louise B Law Tod Julie T Boyes<br>Subject To Sta Tod Rules<br>205 Clematis<br>Moore, SC 29369 | 1 | Common Stock |

8

| Name and last known address or place of business of holder | Number of Securities | Kind of Interest |
|---|---|---|
| Edward Leicher & Marilyn Leicher Jt Ten<br>63-60 98th St<br>Apt D5<br>Rego Park, NY 11374 | 1 | Common Stock |
| Fang Li & Mildred M Li Jt Ten<br>2524 N Granada St<br>Arlington, VA 22207-1739 | 1 | Common Stock |
| Lois Walp Lockhart<br>328 Hillcrest Dr<br>Towanda, PA 18848-8167 | 1 | Common Stock |
| Michael Onuskanich<br>PO Box 84<br>Cedarville, MI 497919-0084 | 1 | Common Stock |
| Jose Orlando Ortiz & Lourdes Aviles<br>Community Property<br>Urb Hucares<br>W3-23 Calle Pio Baroja<br>San Juan, PR 00926 | 1 | Common Stock |
| Janice Reisner<br>870 Sheridan St<br>Union, NJ 07083-6565 | 1 | Common Stock |
| Dedrick Rios & Virginia Sosa Jt Ten<br>1107 Alhambra Circle<br>Coral Gables, FL 33134-3529 | 1 | Common Stock |
| Karen R Schluntz<br>100 Harvard Lane<br>Seal Beach, CA 90740 | 1 | Common Stock |
| Stuart James Foskett<br>& Melissa Helen Foskett Tr Fosket Fund<br>Fosket Fund<br>34 JALAN ADAT 299414 | 1 | Common Stock |
| George Sudik<br>704 Scott St<br>Philipsburg, PA 16866-2018 | 1 | Common Stock |
| Victor J Vollhardt & Diane Vollhardt Jt Ten<br>9344 Laurel<br>Fontana, CA 92335-6113 | 1 | Common Stock |
| Bruce L Williams<br>14 Heather Lynn Ct<br>Corrales, NM 87048 | 1 | Common Stock |
| Cede & Co<br>PO Box 20<br>Bowling Green Station<br>New York, NY 10274 | 3,200.00 | 4.75% Restricted Preferred Stock |

9

| Name and last known address or place of business of holder | Number of Securities | Kind of Interest |
|---|---|---|
| Cede & Co<br>PO Box 20<br>Bowling Green Station<br>New York, NY 10274 | 2,642,874 | 7.25% Preferred Stock |
| Treasury Department of Puerto Rico<br>C/O Xerox State And Local Solutions<br>100 Hancock Street 10th Floor<br>Attn: Custody Department<br>Quincy, MA  02171 | 49,775 | 7.25% Preferred Stock |
| Title Management Corp<br>Apt 255 Ponce De Leon Ave, Suite 809<br>MCS Plaza<br>Hato Rey, PR 00917 | 11,800 | 7.25% Preferred Stock |
| Wilmer Rodriguez Silva<br>100 Paseo San Pablo, Suite 501<br>Bayamon, PR 00961 | 4,194 | 7.25% Preferred Stock |
| Jose E. Quinones<br>Reparto Metropolitano<br>Calle 55 SE Casa 845<br>San Juan, PR 00921-2313 | 1,548 | 7.25% Preferred Stock |
| Raul O Umpierre<br>1692 SW Shady Lake Terrace<br>Palm City, FL 34990 | 1,500 | 7.25% Preferred Stock |
| Rosalla Sanchez Lastra<br>9 Suchville<br>Guaynabo, PR 00966-2028 | 1,200 | 7.25% Preferred Stock |
| Rafael Perez Rivera & Maria V Feliciano Roman Jt Ten<br>HC 02 Box 7899C<br>Camuy, PR 00627-9130 | 1,040 | 7.25% Preferred Stock |
| Rafael H Vazquez & Albina K Balser Ten Com<br>Box 839<br>Luquillo, PR 00773-0839 | 994 | 7.25% Preferred Stock |
| Eudosio Quinones & Julia Bonilla Community Property<br>PO Box 1582<br>Aguada, Pr 00602 | 580 | 7.25% Preferred Stock |
| Kassandra Luckeroth Morales<br>Villa Capri<br>Calle Catania 565<br>San Juan, PR 00924-4049 | 500 | 7.25% Preferred Stock |
| Cede & Co<br>PO Box 20<br>Bowling Green Station<br>New York, NY 10274 | 944,858 | 7% Preferred Stock |

48667443_4

| Name and last known address or place of business of holder | Number of Securities | Kind of Interest |
|---|---|---|
| Treasury Department of Puerto Rico<br>C/O Xerox State And Local Solutions<br>100 Hancock Street 10th Floor<br>Attn: Custody Department<br>Quincy, MA  02171 | 3,770 | 7% Preferred Stock |
| Beneficial Mortgage Company<br>Suite 141<br>Box 71325<br>San Juan, PR 00936-8425 | 1,575 | 7% Preferred Stock |
| Blanca M. Maldonado Ortiz<br>Box 1573<br>San Sebastian, PR 00685-1573 | 236 | 7% Preferred Stock |
| Cede & Co<br>PO Box 20<br>Bowling Green Station<br>New York, NY 10274 | 1,331,470 | 8.35% Preferred Stock |
| Ana Elena Vives Zapata<br>6036 Bent Pine Drive<br>Aprt 3113<br>Orlando, FL 32855 | 124 | 8.35% Preferred Stock |
| Lydia Rodriguez<br>Urb Jardines Metropolitanos<br>Calle 335 Galileo<br>San Juan, PR 00927 | 100 | 8.35% Preferred Stock |
| Cede & Co<br>PO Box 20<br>Bowling Green Station<br>New York, NY 10274 | 810,326 | 4.75% Preferred Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

The information contained in the foregoing List of Equity Security Holders was prepared by agents and employees of the debtor at my direction and reflects a good faith review by such agents and employees of available information. Based on discussions with certain of such agents and employees and the information that has been provided to me, I, Glen R. Wakeman, declare under penalty of perjury that the foregoing List of Equity Security Holders is true and correct to the best of my information and belief.


Date___3/11/2015_____          Signature_____

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

11

ROPES & GRAY LLP
Mark I. Bane
Meredith S. Tinkham (*pro hac vice* pending)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090

-and-

James A. Wright III
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050

*Proposed Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Doral Financial Corporation,[1] | : | Case No. 15-_____ (    ) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------x

## <u>RULE 7007.1 CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 7007.1-1 of the Local Bankruptcy Rules for the Southern District of New York, the undersigned counsel for the Debtor, Doral Financial Corporation, certifies as follows:

1.  No corporation owns, directly or indirectly, 10% or more of any class of equity interests in Doral Financial Corporation.

---

[1] The last four digits of the taxpayer identification number of the Debtor are 2162.

Dated: March 11, 2015
New York, New York

/s/ Mark I. Bane

ROPES & GRAY LLP
Mark I. Bane
Meredith S. Tinkham (*pro hac vice* pending)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090
Email: mark.bane@ropesgray.com
meredith.tinkham@ropesgray.com

-and-

James A. Wright III
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  (617) 951-7000
Facsimile:   (617) 951-7050
Email: james.wright@ropesgray.com

*Proposed Counsel to the Debtor*