Christopher K. Kiplok
Jason C. Benton
Gabrielle Glemann
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for Federal Deposit Insurance Corporation
in its capacity as Receiver for Doral Bank

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DORAL FINANCIAL CORPORATION,<br><br>Debtor. | Case No. 15-10573 (SCC) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Federal Deposit Insurance Corporation ("FDIC"), in its capacity as Receiver of Doral Bank, San Juan, Puerto Rico (the "FDIC-Receiver") hereby appears in the above-captioned chapter 11 case by its undersigned counsel in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010 and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and served as set forth below:

**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York 10004-1482
Attention: Gabrielle Glemann, Esq.
Tel: (212) 837-6351
Fax: (212) 299-6351

**HUGHES HUBBARD & REED LLP**
1775 I Street, N.W.
Washington, D.C. 20006-2401
Attention: Scott Christensen, Esq.
Tel: (202) 721-4644
Fax: (202) 721-4646

**PLEASE TAKE FURTHER NOTICE** that service by electronic mail should be made on Hughes Hubbard & Reed LLP at the following addresses:

gabrielle.glemann@hugheshubbard.com
scott.christensen@hugheshubbard.com

**PLEASE TAKE FURTHER NOTICE** in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand (collectively, the "Filings"), whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of the FDIC-Receiver.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance and Request for Service of Papers shall not constitute (a) a waiver of the right of the FDIC to contest service of any Filing or (b) a consent by the FDIC to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York with respect to any proceeding commenced in this case against or otherwise involving the FDIC.

Dated: March 12, 2015

Of Counsel:

B. Amon James, Senior Counsel
Nicholas Katsonis, Counsel
FEDERAL DEPOSIT INSURANCE
   CORPORATION
3501 Fairfax Drive, Room VS-D-7060
Arlington, Virginia 22226
Telephone: (703) 562-2089
Facsimile: (703) 562-2475
Email: bajames@FDIC.gov
Email: nkatsonis@FDIC.gov

Respectfully submitted,

  /s/   Gabrielle Glemann
Christopher K. Kiplok
Jason C. Benton
Gabrielle Glemann
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: chris.kiplok@hugheshubbard.com
Email: jason.benton@hugheshubbard.com
Email: gabrielle.glemann@hugheshubbard.com

Scott H. Christensen
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, D.C. 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
Email: scott.christensen@hugheshubbard.com

*Attorneys for Federal Deposit Insurance Corporation in its capacity as Receiver for Doral Bank*