**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**Doral Financial Corporation**[1] | **Chapter 11**<br><br>**Case No. 15-10573-SCC** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Héctor J. Quiñones, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Anglo-Puerto Rican Insurance Corporation, a party with interest in the above-referenced case pursuant to an Asset Purchase and Sale Agreement between Doral Insurance Company, LLC and Anglo-Puerto Rican Insurance Corporation (See, Dkt. 8 at p. 5 ¶¶ 12-14.)

I certify that I am a member in good standing of the bar of the Commonwealth of Puerto Rico, and I am admitted to practice before the United States District Court for the District of Puerto Rico.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March 18, 2015
San Juan, Puerto Rico

S/ HÉCTOR J. QUIÑONES
_____
**HÉCTOR J. QUIÑONES**
**USDC-PR NO. 222616**
hq@gaqlaw.com

---

[1] The last four digits of the taxpayer identification number of the Debtor are 2162.

**MIRAMAR PLAZA SUITE 702**
**954 PONCE DE LEÓN AVE.**
**SAN JUAN, PUERTO RICO**
**TEL. 787-300-2811**
**FAX. 787-300-2814**

*Proposed Counsel for Anglo-Puerto Rican Insurance Corporation.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

Doral Financial Corporation[2]

Chapter 11

Case No. 15-10573-SCC

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Héctor J. Quiñones, Esq., to be admitted, *pro hac vice*, to represent in the above-referenced case, and upon the movant's certification that he is a member in good standing of the bar of the Commonwealth of Puerto Rico and admitted to practice before the United States District Court for the District of Puerto Rico, it is hereby

**ORDERED**, that Héctor J. Quiñones, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, to represent Anglo-Puerto Rican Insurance Corporation in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2015
New York, New York

_____
United States Bankruptcy Judge

---

[2] The last four digits of the taxpayer identification number of the Debtor are 2162.