```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
In re                              :    Case No. 15-10573 (SCC)

DORAL FINANCIAL CORPORATION,       :    Chapter 11

            Debtor.                :

----------------------------------X
```

## APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for the Southern District of New York, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of Doral Financial Corporation:

1. BankUnited, N.A.
   7815 N.W. 148th St.
   Miami Lakes, FL 33016
   Att: Frank Martorana
   (305) 818-8587
   E-Mail: fmartorana@BankUnited.com

2. Citibank, N.A.
   Office of the General Counsel
   388 Greenwich St., 17th Floor
   New York, NY 10013
   Att: James S. Goddard
   (212) 816-0062
   E-Mail: james.goddard@citi.com

3. Eton Park Master Fund, Ltd.
   399 Park Avenue, 10th Floor
   New York, NY 10022
   Att: Mark Erickson
   (212) 756-5451
   E-Mail: mark.erickson@etonpark.com

    4.    SL Puerto Rico Fund L.P.
        555 Fifth Ave., 18th Floor
        New York, NY 10017
        Att:  Justin G. Brass
        (212) 843-1200
        E-Mail: jbrass@stonelioncapital.com

    5.    U.S. Bank National Association
        Global Corporate Trust Services
        One Federal Street, 3rd Floor
        Boston, MA 02110
        Att: Laura L. Moran
        (617) 603-6429
        E-Mail:  Laura.Moran@usbank.com

Dated:    New York, New York
          March 23, 2015

                    WILLIAM K. HARRINGTON
                    UNITED STATES TRUSTEE

              By:   */s/ Serene K. Nakano*
                    SERENE K. NAKANO
                    Trial Attorney
                    U.S. Federal Office Building
                    201 Varick St., Room 1006
                    New York, New York  10014
                    (212) 510-0505