---

ROPES & GRAY LLP
Mark I. Bane
Meredith S. Tinkham (*pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

-and-

James A. Wright III
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Proposed Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Doral Financial Corporation,[1] | : | Case No. 15-10573 (SCC) |
| | : | |
| Debtor. | : | |

------------------------------------------------------x

## REVISED AGENDA FOR HEARING ON SECOND DAY MOTIONS

Date and Time:     April 1, 2015, at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:   United States Bankruptcy Court
                       Southern District of New York
                       The Honorable Shelley C. Chapman
                       One Bowling Green
                       Room 623
                       New York, NY 10004-1408

---

[1] The last four digits of the taxpayer identification number of the Debtor are 2162.

**I.     CONTESTED MATTERS GOING FORWARD**

1. *Debtor's Motion for an Order Authorizing (I) Rejection of Certain Unexpired Leases of Nonresidential Property and (II) Abandonment of Certain Property of the Estate* [Docket No. 3]

    Response/Objection Deadline:   Friday, March 27, 2015 at 4:00 p.m. (ET); extended to Monday, March 30, 2015 at 4:00 p.m. (ET) for certain interested parties; extended to Tuesday, March 31, 2015, at 10:00 a.m. (ET) for certain interested parties and the Official Committee of Unsecured Creditors.

    Responses/Objections Received:   Limited Objection of Fifth Avenue Building Company, LLC to Debtor's Motion for an Order Authorizing (I) Rejection of Certain Unexpired Leases of Nonresidential Real Property and (II) Abandonment of Certain Property of the Estate [Docket No. 56]

    Response of HCL America, Inc. to Debtor's Motion for an Order Authorizing (I) Rejection of Certain Unexpired Leases of Nonresidential Real Property and (II) Abandonment of Certain Property of the Estate [Docket No. 57]

    Limited Objection of BankUnited, N.A. to Debtor's Motion for an Order Authorizing (I) Rejection of Certain Unexpired Leases of Nonresidential Real Property and (II) Abandonment of Certain Property of the Estate [Docket No. 58]

    Banco Popular de Puerto Rico's (A) Limited Objection and (B) Statement In Response To Limited Objection of Fifth Avenue Building Company, LLC, to Debtor's Motion for Order Authorizing (I) Rejection of Certain Unexpired Leases of Nonresidential Real Property and (II) Abandonment of Certain Property of the Estate [Docket No. 61]

    Statement and Reservation of Rights of the Federal Deposit Insurance Corporation in Connection with the Debtor's Motion for an Order Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property [Docket No. 62]

|  |  |
|---|---|
|  | Omnibus Reply in Support of Debtor's Motion for an Order Authorizing (I) Rejection of Certain Unexpired Leases of Nonresidential Real Property And (II) Abandonment of Certain Property of the Estate [Docket No. 66] |
| Status: | The Debtor has resolved the objection by Fifth Avenue Building Company, LLC and will submit a revised proposed order reflecting that agreement at the hearing. The Debtor continues to discuss this matter with the other objecting parties. To the extent the other objections are not resolved, the Debtor expects that this matter will go forward on a contested basis. |

**II.    UNCONTESTED MATTERS GOING FORWARD**

2.  *Debtor's Motion for an Order Authorizing Rejection of Certain Executory Contracts* [Docket No. 4]

    | | |
    |---|---|
    | Response/Objection Deadline: | Friday, March 27, 2015 at 4:00 p.m. (ET); extended to Monday, March 30, 2015 at 4:00 p.m. (ET) for certain interested parties; extended to Tuesday, March 31, 2015, at 10:00 a.m. (ET) for the Official Committee of Unsecured Creditors. |
    | Responses/Objections Received: | None. |
    | Status: | The Debtor has reached an agreement with Banco Popular regarding the timing of the rejection of certain contracts. The Debtor will submit a revised proposed order addressing the timing of the rejection of certain contracts, and will propose to read this agreement into the record at the hearing, or submit the agreement for inclusion in the record. The Debtor expects this matter to go forward on an uncontested basis. |

3.  *Debtor's Motion for an Order (I) Authorizing, But Not Directing, Payment of Prepetition Wages, Salaries, Business Expenses, and Related Items, and (II) Directing All Financial Institutions to Honor Checks for Payment of Such Obligations* [Docket No. 5]

    | | |
    |---|---|
    | Response/Objection Deadline: | Friday, March 27, 2015 at 4:00 p.m. (ET); extended to Tuesday, March 31, 2015, at 10:00 a.m. (ET) for the Official Committee of Unsecured Creditors. |
    | Responses/Objections Received: | None. |
    | Status: | An interim order was entered by the Court on March 16, 2015 [Docket No. 26]. The Debtor expects this matter to go forward on an uncontested basis. |

4.  *Debtor's Motion for an Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expense of Professionals* [Docket No. 6]

    | | |
    |---|---|
    | Response/Objection Deadline: | Friday, March 27, 2015 at 4:00 p.m. (ET); extended to Tuesday, March 31, 2015, at 10:00 a.m. (ET) for the Official Committee of Unsecured Creditors. |
    | Responses/Objections Received: | None. |

|   |   |
|---|---|
| Status: | The Debtor received comments from the Office of the United States Trustee and will present a revised proposed order reflecting these comments at the hearing. |

5. *Debtor's Motion for an Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus hearing Dates* [Docket No. 28]

|   |   |
|---|---|
| Response/Objection Deadline: | Friday, March 27, 2015 at 4:00 p.m. (ET); extended to Tuesday, March 31, 2015, at 10:00 a.m. (ET) for the Official Committee of Unsecured Creditors. |
| Responses/Objections Received: | None. |
| Status: | The Debtor expects this matter to go forward on an uncontested basis. |

6. *Application for an Order Appointing Garden City Group, LLC as Claims and Noticing Agent for the Debtor Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a), S.D.N.Y. LBR 5075-1 and General Order M-409 Nunc Pro Tunc to the Petition Date* [Docket No. 22]

|   |   |
|---|---|
| Response/Objection Deadline: | Friday, March 27, 2015 at 4:00 p.m. (ET); extended to Tuesday, March 31, 2015, at 10:00 a.m. (ET) for the Official Committee of Unsecured Creditors. |
| Responses/Objections Received: | None. |
| Status: | The Debtor expects this matter to go forward on an uncontested basis. |

### III.  WITHDRAWN MATTERS

7. *Motion of the Debtor for a Waiver Under Section 345(b) Regarding the Debtor's Bank Accounts* [Docket No. 7]

|   |   |
|---|---|
| Response/Objection Deadline: | Friday, March 27, 2015 at 4:00 p.m. (ET); extended to Tuesday, March 31, 2015, at 10:00 a.m. (ET) for the Official Committee of Unsecured Creditors. |
| Responses/Objections Received: | None. |
| Status: | An interim order was entered by the Court on March 16, 2015 [Docket No. 27]. This matter has become moot and the motion will be withdrawn. |

Dated: March 31, 2015
      New York, New York

           /s/ Mark I. Bane
           ROPES & GRAY LLP
           Mark I. Bane
           Meredith S. Tinkham (*pro hac vice*)
           1211 Avenue of the Americas
           New York, NY 10036-8704
           Telephone: (212) 596-9000
           Facsimile: (212) 596-9090
           Email: mark.bane@ropesgray.com
           meredith.tinkham@ropesgray.com

           -and-

           James A. Wright III
           Prudential Tower
           800 Boylston Street
           Boston, MA 02199-3600
           Telephone: (617) 951-7000
           Facsimile: (617) 951-7050
           Email: james.wright@ropesgray.com

           *Proposed Counsel to the Debtor*