ROPES & GRAY LLP
Mark I. Bane
Meredith S. Tinkham (*pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

-and-

James A. Wright III
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Proposed Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Doral Financial Corporation,[1] | : | Case No. 15-10573 (SCC) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------x

## AGENDA FOR HEARING ON BIDDING PROCEDURES MOTION

Date and Time:    April 9, 2015, at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:    United States Bankruptcy Court
Southern District of New York
The Honorable Shelley C. Chapman
One Bowling Green
Room 623
New York, NY 10004-1408

---

[1] The last four digits of the taxpayer identification number of the Debtor are 2162.

49392886_3

**I.     MATTERS GOING FORWARD**

1. *Motion of the Debtor for Entry of (I) An Order (A) Approving Bidding Procedures for the Sale of Doral Insurance Agency LLC Or Its Assets, (B) Approving the Proposed Expense Reimbursement and Break-Up Fee, (C) Approving the Form and Manner of Notice, and (D) Scheduling an Auction and a Sale Hearing, and (II) an Order Authorizing And Approving the Sale of Doral Insurance Agency, LLC or Its Assets* [Docket No. 68]

   | | |
   |---|---|
   | Response/Objection Deadline: | April 6, 2015 at 4:00 p.m. (ET); extended to April 8, 2015 at 10:00 a.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors. |
   | Responses/Objections Received: | None to date. |
   | Status: | The Debtor received preliminary feedback from the Office of the United States Trustee and the Official Committee of Unsecured Creditors and is continuing to negotiate with both parties. The Debtor expects to present a revised proposed order at the hearing. |

DATED: April 7, 2015
      New York, New York

                                         /s/ Mark I. Bane
                                         ROPES & GRAY LLP
                                         Mark I. Bane
                                         Meredith S. Tinkham (*pro hac vice*)
                                         1211 Avenue of the Americas
                                         New York, NY 10036-8704
                                         Telephone: (212) 596-9000
                                         Facsimile: (212) 596-9090
                                         Email: mark.bane@ropesgray.com
                                         meredith.tinkham@ropesgray.com

                                         -and-

                                         James A. Wright III
                                         Prudential Tower
                                         800 Boylston Street
                                         Boston, MA 02199-3600
                                         Telephone: (617) 951-7000
                                         Facsimile: (617) 951-7050
                                         Email: james.wright@ropesgray.com

                                         *Proposed Counsel to the Debtor*