ROPES & GRAY LLP
Mark I. Bane
Meredith S. Tinkham (*pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

-and-

James A. Wright III
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Doral Financial Corporation,[1] | : | Case No. 15-10573 (SCC) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------x

## AGENDA FOR MAY 21, 2015 HEARING

Date and Time:     May 21, 2015, at 10:00 A.M. (Prevailing Eastern Time)

Location of Hearing:  United States Bankruptcy Court
Southern District of New York
The Honorable Shelley C. Chapman
One Bowling Green
Room 623
New York, NY 10004-1408

---

[1] The last four digits of the taxpayer identification number of the Debtor are 2162.

50671938_1

## I. UNCONTESTED MATTERS GOING FORWARD

1. *Motion of the Debtor for entry of (I) An Order (A) Approving Bidding Procedures for the Sale of Doral Insurance Agency LLC or its Assets, (B) Approving the Proposed Expense Reimbursement and Break-Up Fee, (C) Approving the Form and Manner of Notice, and (D) Scheduling an Auction and a Sale Hearing, and (II) An Order Authorizing and Approving the Sale of Doral Insurance Agency, LLC or its Assets* [Docket No. 68]

    Related Documents:  *Order (I) Approving Bidding Procedures for the Sale of Doral Insurance Agency, LLC or its Assets, (II) Approving the Break-Up Fee and Expense Reimbursement, (III) Approving the Form and Manner and Notice, and (IV) Scheduling An Auction and a Sale Hearing* [Docket No. 95]

    *Affidavit of Service re: Notice of Sale by Auction and Sale Hearing* [Docket No. 102]

    *Declaration of Jorge A. Rivera in Support of Debtor's Motion for Entry of an Order Authorizing and Approving Sale of Doral Insurance Agency, LLC Assets* [Docket 145]

    *Declaration of Carol Flaton in Support of Debtor's Motion for Entry of an Order Authorizing and Approving the Sale of Doral Insurance Agency, LLC or its Assets* [Docket No. 146]

    *Notice of Proposed Order Authorizing and Approving the Sale of Doral Insurance Agency, LLC or its Assets* [Docket No. 148]

    *Asset Purchase and Sale Agreement* [Docket No. 149]

    Response/Objection Deadline:  May 15, 2015 at 4:00 p.m.; extended to May 18, 2015 at 5:00 p.m. for Lowenstein Sandler LLP on behalf of certain lead plaintiffs in the securities class action currently pending before the United States District Court for the District of Puerto Rico, Case No. 3:14-cv-01393 (GAG) (D.P.R.).

    Responses/Objections Received:  None.

    Status:  This matter will go forward on an uncontested basis.

DATED: May 19, 2015
        New York, New York

        /s/ Mark I. Bane
ROPES & GRAY LLP
Mark I. Bane
Meredith S. Tinkham (*pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: mark.bane@ropesgray.com
meredith.tinkham@ropesgray.com

-and-

James A. Wright III
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: james.wright@ropesgray.com

*Counsel to the Debtor*