# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Doral Financial Corporation,[1] | : | Case No. 15-10573 (SCC) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------**x**

## GLOBAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS FOR DORAL FINANCIAL CORPORATION

---

[1] The last four digits of the taxpayer identification number of the Debtor are 2162.

50711075_2

These General Notes are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules of Assets and Liabilities (the "Schedules") and its Statement of Financial Affairs (the "SOFA" and together with the Schedules, the "Schedules and SOFA") and should be referred to and considered in connection with any review of the Schedules and SOFA.

On March 11, 2015 (the "Petition Date"), Doral Financial Corporation (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

With the assistance of its advisors, the Debtor prepared its Schedules and SOFA pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFA are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to the Debtor's financial statements.

Although the Debtor has made every reasonable effort to ensure that the Schedules and SOFA are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and SOFA, and inadvertent errors or omissions may have occurred.

As discussed below in the section entitled "Disclaimer Regarding Information," some of the information provided herein is what was available to the Debtor and its advisors as provided by Banco Popular de Puerto Rico ("Popular") or the Federal Deposit Insurance Corporation ("FDIC"), as custodians of certain books, records, and other information of the Debtor.

The Schedules and SOFA contain unaudited information, which information is subject to further review, verification, and potential adjustment. As a result, there can be no assurance that the Schedules and SOFA are complete. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFA, and the Schedules and SOFA remain subject to further review and verification by the Debtor. The Debtor reserves the right to amend the Schedules and SOFA from time-to-time as may be necessary or appropriate.

The Schedules and SOFA have been signed by Carol Flaton, the Debtor's Chief Restructuring Officer and a Managing Director of Zolfo Cooper, LLC, the Debtor's restructuring advisor. In reviewing and signing the Schedules and SOFA, Ms. Flaton has necessarily relied upon the efforts, statements, and representations of the Debtor's personnel and professionals and the information received from Popular and the FDIC. Although data received from Popular and the FDIC has been reviewed by the Debtor, Ms. Flaton has not (and could not have) personally verified the accuracy of each such statement and representation.

## Disclaimer Regarding Information

Prior to the Petition Date, the Debtor was a bank holding company that owned Doral Bank Puerto Rico ("Doral Bank"). The Debtor was subject to regulation by the Federal Reserve, and the Debtor's banking and nonbanking subsidiaries were overseen by various federal and state authorities, including the Puerto Rico Office of the Commissioner of Financial Institutions ("OCIF") and the FDIC.

On February 27, 2015, the OCIF placed Doral Bank in receivership and appointed the FDIC as receiver (the "Receivership"). Shortly after its appointment as receiver, the FDIC sold a large portion of Doral Bank's assets to Popular.

Before the Receivership, the operations of the Debtor, Doral Bank, and their respective subsidiaries were necessarily connected and collectively managed. The financial affairs and businesses of the Debtor and Doral Bank were complex, and before the Receivership the Debtor, Doral Bank, and their subsidiaries participated in consolidated accounting and cash management systems through which certain payments may have been made by one entity on behalf of another, with later adjustments through intercompany accounts. As a result, certain payments in the Schedules and SOFA may have been made prepetition by one entity on behalf of another entity through the pre-Receivership operations.

Also as a result of the Receivership, certain of the Debtor's books and records, along with other information about the Debtor's assets, liabilities, and intercompany claims and transfers, are in the custody of Popular and the FDIC. In addition, certain former employees of Doral Bank, who managed the Debtor and Doral Bank's accounting and cash management systems, including intercompany accounts, are now Popular employees to whom the Debtor has only limited access. The Debtor is, therefore, not in control of certain information relating to the Debtor, including accounting and particularly intercompany information.

The Debtor has worked cooperatively with Popular and the FDIC regarding, among other things, the Debtor's need to access information in the hands of Popular and the FDIC. Despite the best efforts of the Debtor, however, the historical financial and accounting information available to the Debtor remains incomplete. Specific examples are noted below in these General Notes.

The Schedules and SOFA have been prepared, in significant part, based upon information made available to the Debtor and its professionals by Popular and the FDIC. Given the Debtor's limited, and in most cases indirect, access to the information necessary to complete the Schedules and SOFA, the Debtor could not verify the accuracy or completeness of all the information received from Popular and the FDIC. This disclaimer is incorporated by reference in, and comprises an integral part of, the Schedules and SOFA and should be considered in connection with any review of the Schedules and SOFA.

## Asset Presentation

Where market values are available, the Debtor has reported the market values of assets in the Schedules. The Debtor has not sought current market valuations of the Debtor's assets, because the Debtor does not believe this would be an efficient use of estate funds.

50711075_2

Where necessary, the Debtor has indicated in the Schedules and SOFA that the value of certain assets (and liabilities) is "Unknown" or "Undetermined." Where possible, the Debtor has provided the net book value of assets (and liabilities) as of the Petition Date or, in limited circumstances, as of the end of February 2015. The actual market value of the Debtor's assets and liabilities may vary materially from any net book values presented in the Schedules and SOFA.

There may be additional assets that belong to the Debtor that have not been included on the Schedules and SOFA. The Debtor reserves the right to amend or adjust the value of each asset or liability set forth herein and to add additional assets, as such information becomes available.

The omission of an asset of the Debtor on the Schedules and SOFA does not constitute a representation regarding the ownership of the asset, and any such omission shall not constitute a waiver of any rights of the Debtor with respect to that particular asset.

### Liabilities

The Debtor sought to value liabilities, and allocate them between the prepetition and postpetition periods, based on information and research conducted in connection with the preparation of the Schedules and SOFA and the information provided by Popular and the FDIC. Liabilities may change as additional information becomes available and further research is conducted. The Debtor reserves the right to change liabilities to the extent additional information becomes available.

### Recharacterization

The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA. Due to the complexity of the Debtor's business and the limited access to the necessary information, the Debtor may have improperly characterized, classified, categorized, or designated certain items. The Debtor reserves the right to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available.

### Contingent Assets/Causes of Action

The Debtor believes it may possess certain claims and causes of action against various parties. Additionally, the Debtor may possess contingent claims in the form of various avoidance actions under chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtor, despite reasonable efforts, may not have set forth all of the Debtor's causes of action against third parties as assets in the Schedules and SOFA. The Debtor reserves all rights with respect to any claims, causes of action, or avoidance actions the Debtor may have. Nothing contained in these General Notes or the Schedules and SOFA shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

**Insiders**

Where the Schedules and SOFA require information regarding "insiders", the Debtor has included information with respect to certain individuals who served as officers and/or directors during the relevant time periods. Such individuals may no longer serve as an officer or director of the Debtor. Inclusion of information with respect to any such individual is not intended to be a binding or legal characterization of such individual as an "insider," as defined under the Bankruptcy Code, federal and state securities laws, or any other applicable law. Additionally, the inclusion of information with respect to any such individual is not intended to be, nor shall it be, an admission of any fact, claim, right, or defense, and the Debtor reserves any such rights, claims, and defenses.

**Schedule A – Real Property**

Schedule A lists real property owned by the Debtor in Puerto Rico. These properties are "real estate owned" properties, acquired by the Debtor through foreclosure of a mortgage loan or through acquisitions. The Debtor has expended significant effort, both directly and through efforts with Popular and the FDIC, to collect information related to these properties. The Debtor has provided the available address information for the assets listed on Schedule A. Some of the addresses are unconfirmed, and the Debtor does not have complete address information for certain properties. The Debtor reserves the right to amend Schedule A as more information becomes available.

**Schedule B-2 – Checking, Savings, or Other Financial Accounts**

Schedule B-2 reflects certain bank accounts with a cash balance of $0.00. In certain instances, the balance is reflected at $0.00 because the FDIC has asserted a right of setoff. The Debtor reserves all rights with respect to such accounts and the FDIC.

**Schedule B-21 – Other Contingent and Unliquidated Claims of Every Nature**

The Debtor has listed the claims of which it is aware on Schedule B-21. Schedule B-21 may not include all claims of the Debtor, including, without limitation, claims arising under Chapter 5 of the Bankruptcy Code. The Debtor reserves the right to amend Schedule B-21 and its rights with respect to any and all claims of the Debtor, whether or not listed on Schedule B-21.

**Schedule G – Executory Contracts**

While substantial efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor reserves the right to dispute the validity, status, enforceability, or liability under any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor reserves its rights regarding any such omitted contracts or agreements.

## SOFA 3b & 3c

The Debtor has expended substantial efforts to compile a list of transfers in the 90 days prior to the Petition Date for SOFA question 3b and in the year prior to the Petition Date to insiders for question 3c. The Debtor's response to questions 3b & 3c may not include all applicable transfers. Further, the Debtor lacks complete information regarding certain transfers listed in the response to question 3b, including complete address information. The Debtor reserves the right to amend the responses to questions 3b & 3c and reserves all rights with respect to transfers made prior to the Petition Date, whether or not listed in the SOFA.

The transfers listed in response to SOFA questions 3b & 3c reflect transfers made directly by the Debtor. As discussed above, in certain instances other affiliates of the Debtor, including Doral Bank, may have made payments on behalf of the Debtor that were later reconciled through intercompany accounts. The Debtor reserves its rights with respect to any such transfers.

For payments to insiders who were employees, Doral Bank managed the Debtor's payroll prior to a change in early 2015. As a result, the Debtor lacks complete information regarding payroll payments to employees, including insider employees. The Debtor has listed payments in its records, but the listed payment to employees may not include all applicable transfers to employees. The Debtor reserves its rights with respect to any such transfers.

Further, with respect to transfers to Doral Bank and its subsidiaries, the Debtor has listed in response to question 3c certain transfers to Doral Bank. As noted, the Debtor lacks complete information regarding its prepetition transfers. Additional transfers to Doral Bank or Doral Bank's direct or indirect subsidiaries may exist which are not listed in the SOFA. The Debtor reserves its rights with respect to any such transfers.

## SOFA 9

The response to SOFA question 9 includes transfers to Houlihan Lokey by Doral Bank. Information available to the Debtor indicates that these transfers may have been charged to the Debtor by Doral Bank, either in whole or in part, through intercompany accounts.

## SOFA 10

The response to SOFA question 10 includes several capital contributions of tax-related assets and loan assets by the Debtor to Doral Bank. The values shown for the tax-related assets and loan assets are the values for such contributions in the Debtor's records at the time those contributions were made, with one exception. The value for the contribution of the 2012 Closing Agreement is listed as $0, reflecting the Court of Appeals of Puerto Rico decision on February 25, 2015, which voided the 2012 Closing Agreement. The Debtor valued the transfer of the 2012 Closing Agreement to Doral Bank at $21,459,103 at the time the transfer was made.

-5-

## SOFA 14

The Debtor has listed two deposits provided by sub-tenants to the Debtor as sub-landlord in response to SOFA question 14. The Debtor reserves the right to amend the response to question 14 and the Debtor's rights with respect to these deposits.

## SOFA 19

The response to SOFA question 19 notes that certain books of account and records of the Debtor are held by the FDIC or Popular. <u>See</u> Disclaimer Regarding Information, above.

## General Reservation of Rights

The Debtor specifically reserves the right to amend, modify, supplement, correct, change, or alter any part of the Schedules and SOFA as and to the extent necessary as the Debtor deems appropriate.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court

## Southern District of New York

In re  **Doral Financial Corporation**
                                                                                          ,
                                    Debtor

Case No. __**15-10573-SCC**__

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 87,847,424.05 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 349,004.95 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 209,192,207.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 87,847,424.05 | | |
| Total Liabilities | | | | 209,541,212.36 | |

B6A (Official Form 6A) (12/07)

.

In re   **Doral Financial Corporation**                                    ,    Case No.    **15-10573-SCC**
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |

**SEE ATTACHED EXHIBIT**

| | | | | |
| --- | --- | --- | --- | --- |
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

SCHEDULE A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re: DORAL FINANCIAL CORPORATION
Case no: 15-10573-scc

**SCHEDULE A - REAL PROPERTY**

| Control # | Description and Location of Property | City | Country | Zip | Nature of Debtor's Interest in Property | Current Value | Amt of Secured Claim |
|---|---|---|---|---|---|---|---|
| 86398 | PARCELS OF LAND LOCATED NEAR 1451 FDR AVENUE | SAN JUAN | Puerto Rico | 00920 | Real estate owned | Undetermined | None |
| 207981 | BO GUARAGUAO CARR 174 KM 15.8 | BAYAMON | Puerto Rico | 00719 | Real estate owned | Undetermined | None |
| 247254 | SR811 KM 5.5LOMAS VALLES | NARANJITO | Puerto Rico | 00984 | Real estate owned | Undetermined | None |
| 10002146 | SR 858 KM1.9BO CACAO | CAROLINA | Puerto Rico | | Real estate owned | Undetermined | None |
| 20000895 | APT COND BAQULEVARD DEL RIO I H311 | GUAYNABO | Puerto Rico | 00915 | Real estate owned | Undetermined | None |
| 30000586 | VILLA PALMERA #2095 G. MONROIG | SAN JUAN | Puerto Rico | 00729 | Real estate owned | Undetermined | None |
| 30023306 | 44 URB VILLAS DE LOIZA HH55 CALLE | CANOVANAS | Puerto Rico | | Real estate owned | Undetermined | None |
| 30033145 | 6 PR0697TRUJILLO ALTURB INTERAMERICANA AF29 C/31 | TRUJILLO ALTO | Puerto Rico | | Real estate owned | Undetermined | None |
| 30043786 | COND GOLDEN TOWERS 4 APTO 402 | CAROLINA | Puerto Rico | 00983 | Real estate owned | Undetermined | None |
| 30047732 | SR 830GOBEOS BO CERRO GORDO KM 2.4 | BAYAMON | Puerto Rico | 00956 | Real estate owned | Undetermined | None |
| 30072691 | COND CECILIA PLACE APT 701 | CAROLINA | Puerto Rico | | Real estate owned | Undetermined | None |
| 50012038 | P214 TITO ENRIQUEZ ST VILLA CE | TOA BAJA | Puerto Rico | | Real estate owned | Undetermined | None |
| 50013954 | COND EL ROBLE APTO 201 | SAN JUAN | Puerto Rico | 00602 | Real estate owned | Undetermined | None |
| 50025024 | A7 5ST EXTENSION JARDINES | AGUADA | Puerto Rico | | Real estate owned | Undetermined | None |
| 50026104 | CD7 STREET 117 MARICAO DEV | VEGA ALTA | Puerto Rico | | Real estate owned | Undetermined | None |
| 50028699 | D  APT 682 FAIRLAKES VILLAGE CON | HUMACAO | Puerto Rico | | Real estate owned | Undetermined | None |
| 50028999 | 277 MONSERRATE COM PAJAROS ST | VEGA ALTA | Puerto Rico | | Real estate owned | Undetermined | None |
| 50031654 | 39 PARC CALLE 1 BO PASTITO | JUANA DIAS | Puerto Rico | | Real estate owned | Undetermined | None |
| 50037996 | 958RD KM 3.5 BO CIENAGA BAJA | RIO GRANDE | Puerto Rico | | Real estate owned | Undetermined | None |
| 50043970 | SR 7755 KM 0.5 JACOBA WARD | PATILLAS | Puerto Rico | | Real estate owned | Undetermined | None |
| 50045677 | 3A APT VILLAMIL COND | SAN JUAN | Puerto Rico | | Real estate owned | Undetermined | None |
| 50048205 | AC2 DR ALVAREZ CHANCA ST LEVIT | TOA BAJA | Puerto Rico | | Real estate owned | Undetermined | None |
| 50049612 | 201A APT FLORIMAR GDENS COND | SAN JUAN | Puerto Rico | 00601 | Real estate owned | Undetermined | None |
| 70005549 | LLAMAR AO-17 MARGINAL VILLAMAR ST VI | CAROLINA | Puerto Rico | | Real estate owned | Undetermined | None |
| 70008465 | A1 VILLA DE JUAN | PONCE | Puerto Rico | 00731 | Real estate owned | Undetermined | None |
| 70008613 | D-8 CALLE 5 BERWIND ESTATES DE | SAN JUAN | Puerto Rico | | Real estate owned | Undetermined | None |
| 70003315 | CARR 526 KM 6.5 BO TANAMA | ADJUNTAS | Puerto Rico | 00601 | Real estate owned | Undetermined | None |
| 70026900 | COND TORRE DE ORO 175 201-APT | SAN JUAN | Puerto Rico | | Real estate owned | Undetermined | None |
| 70026959 | VB4 1 ST SAN SOUCI COURT | BAYAMON | Puerto Rico | | Real estate owned | Undetermined | None |
| 70027244 | E-22 10 ST ALTURAS DE BEATRIZ | CAYEY | Puerto Rico | 00731 | Real estate owned | Undetermined | None |
| 70027428 | 707B APT TORRE DE CERVANTES | SAN JUAN | Puerto Rico | 00735 | Real estate owned | Undetermined | None |
| 70027984 | GG12 31 ST RIO GRANDE ESTATE | RIO GRANDE | Puerto Rico | | Real estate owned | Undetermined | None |
| 70028275 | N19 6 ST EL CORTIJO DEV | BAYAMON | Puerto Rico | | Real estate owned | Undetermined | None |
| 70029248 | L RIO  PC-27 VIA DEL PINO ST PARQ DE | TRUJILLO ALTO | Puerto Rico | | Real estate owned | Undetermined | None |
| 70029410 | 1182 DORADO ST LOS PENA DEV | RIO PIEDRAS | Puerto Rico | 00924 | Real estate owned | Undetermined | None |
| 70029829 | APT 1121 LAGO PLAYA COND | TOA BAJA | Puerto Rico | | Real estate owned | Undetermined | None |
| 70029870 | 536 12 ST LUIS M CINTRON COMM | FAJARDO | Puerto Rico | | Real estate owned | Undetermined | None |
| 75000093 | A401 APT VISTAMAR EL COMBATE | CABO ROJO | Puerto Rico | | Real estate owned | Undetermined | None |
| 80007408 | 2C1 APT DE DIEGO CHALETS COND | SAN JUAN | Puerto Rico | 00731 | Real estate owned | Undetermined | None |
| 80008996 | 111 VIVES ST PONCE TOWN | PONCE | Puerto Rico | | Real estate owned | Undetermined | None |
| 80013431 | 2FC APT CASTILLO DEL MAR COND | CEIBA | Puerto Rico | 00735 | Real estate owned | Undetermined | None |
| 80019608 | CALLE 3 B-201 COSTA REAL | RIO GRANDE | Puerto Rico | | Real estate owned | Undetermined | None |
| 80019873 | 301-A APT REXVILLE PARK COND | BAYAMON | Puerto Rico | | Real estate owned | Undetermined | None |
| 80019962 | APT 1206 TORRES DE CERVANTES B | SAN JUAN | Puerto Rico | | Real estate owned | Undetermined | None |
| 80021868 | 22 APT THE VILLAGE AT SUCHVILL | GUAYNABO | Puerto Rico | | Real estate owned | Undetermined | None |
| 80022150 | 1314B APT TORRES DE CERVANTES | SAN JUAN | Puerto Rico | | Real estate owned | Undetermined | None |
| 80022734 | 87 BAJANDA COMM PASTO VIEJO | HUMACAO | Puerto Rico | | Real estate owned | Undetermined | None |
| | 1 MIRADOR DEL CIELO DEV | ISABELA | Puerto Rico | | Real estate owned | Undetermined | None |
| | 6E LOT 2 ST PLAYA DE HUCARES | NAGUABO | Puerto Rico | 00718 | Real estate owned | Undetermined | None |

SCHEDULE A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re: DORAL FINANCIAL CORPORATION
Case no: 15-10573-scc

**SCHEDULE A - REAL PROPERTY**

| | Description and Location of Property | | | | | | |
|---|---|---|---|---|---|---|---|
| Control # | Description and Location of Property | City | Country | Zip | Nature of Debtor's Interest in Property | Current Value | Amt of Secured Claim |
| 7600051701 | PLAZA DEL MERCADO NAVE 2 | CAGUAS | Puerto Rico | 00725 | Real estate owned | Undetermined | None |
| 7600051705 | PLAZA DEL MERCADO NAVE 15 | CAGUAS | Puerto Rico | 00725 | Real estate owned | Undetermined | None |
| 1000000008 | Caparra Avenue #1149 | GUAYNABO | Puerto Rico | 00969 | Real estate owned | Undetermined | None |
| 1000000009 | Caparra Avenue #1158 | GUAYNABO | Puerto Rico | 00969 | Real estate owned | Undetermined | None |
| 3002001925 | 515 CALLE FERROCARRIL SUITE 1 | PONCE | Puerto Rico | | Real estate owned | Undetermined | None |
| 9100000381 | BO NARANJO PARC NUEVA 312 | COMERIO | Puerto Rico | | Real estate owned | Undetermined | None |
| 9100002221 | RA. URB DEL PILAR 84 C/JUAN F RIVE | LOIZA | Puerto Rico | | Real estate owned | Undetermined | None |
| 9100004742 | IELO. URB DORADO VILLAGE 104 CALLE C | VEGA ALTA | Puerto Rico | | Real estate owned | Undetermined | None |
| 9100005623 | DEV. 374 CESAR GONZALEZ ST ROOSEVEL | RIO PIEDRAS | Puerto Rico | | Real estate owned | Undetermined | None |
| 9100007240 | 1117 SE10 ST PUERTO NUEVO DEV | RIO PIEDRAS | Puerto Rico | | Real estate owned | Undetermined | None |
| 9100007613 | G156 APT PORTALES DE SAN JUAN | SAN JUAN | Puerto Rico | | Real estate owned | Undetermined | None |
| 9500000257 | 1304 CALL DEL CARMEN | SANTURCE | Puerto Rico | | Real estate owned | Undetermined | None |
| 9500000379 | OY5 10 ST MAGNOLIA GARDENS | BAYAMON | Puerto Rico | | Real estate owned | Undetermined | None |
| 412361 | LE B. URB QUINTAS DE HUMACAO D-6 CAL | HUMACAO | Puerto Rico | | Real estate owned | Undetermined | None |
| 30026716 | URB REXVILLE CO8 CALLE 1 | BAYAMON | Puerto Rico | | Real estate owned | Undetermined | None |
| 30056642 | IK3 C/PALMA REAL ROYAL PALM | BAYAMON | Puerto Rico | | Real estate owned | Undetermined | None |
| 30073398 | 12 DR JANER ST PUEBLO WARD | MAUNABO | Puerto Rico | | Real estate owned | Undetermined | None |
| 50042423 | 162 RD KM 6.0 PASTO ROBLES WD | AIBONITO | Puerto Rico | | Real estate owned | Undetermined | None |
| 50046610 | COND PLAYA SERENA APT 905 | CAROLINA | Puerto Rico | | Real estate owned | Undetermined | None |
| 50047750 | OLINA. BLK 241 32 617TH ST VILLA CAR | CAROLINA | Puerto Rico | | Real estate owned | Undetermined | None |
| 50047862 | ESA. S-39 CUMBERLAND ST VILLA CONT | BAYAMON | Puerto Rico | | Real estate owned | Undetermined | None |
| 3002002053 | ROADS 505 AND 139 | PONCE | Puerto Rico | | Real estate owned | Undetermined | None |
| 50033340 | PARCEL OF LAND LOCATED IN BARRIO TRUJILLO BAJO | CAROLINA | Puerto Rico | | Real estate owned | Undetermined | None |
| 50042506 | Km 2.1 State Road PR PR-675, Bajura Ward | VEGA ALTA | Puerto Rico | 00692 | Real estate owned | Undetermined | None |
| 50045140 | Road PR #127 Km 6.8, Quebrada Ward | GUAYANILLA | Puerto Rico | 00656 | Real estate owned | Undetermined | None |
| 50051377 | N13. 8 ST VELOMAS DEV | VEGA BAJA | Puerto Rico | 00693 | Real estate owned | Undetermined | None |
| 8671115796 | CONDOMINIO JARDINES DE BERWIND II, APT D-301 | SAN JUAN | Puerto Rico | | Real estate owned | Undetermined | None |

B6B (Official Form 6B) (12/07)

.

In re   **Doral Financial Corporation**                                   ,        Case No.   **15-10573-SCC**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Location: 999 Ponce de Leon Blvd, Suite 730, Coral Gables, FL 33134** | - | 2,342.50 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **SEE ATTACHED EXHIBIT B-2** | - | 67,601,865.55 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **SEE ATTACHED EXHIBIT B-3** | - | 18,786.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **67,622,994.05**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT                                                                              EXHIBIT B-2
SOUTHERN DISTRICT OF NEW YORK
In re: DORAL FINANCIAL CORPORATION
Case no: 15-10573-scc


**SCHEDULE B - PERSONAL PROPERTY**
**EXHIBIT B-2**
**Checking, Savings, or Other Financial Accounts**                                    **As of 3/11/2015**

| Institution | Account # | Type of Account (Disbursement, Payroll, etc) | Balance |
|---|---|---|---|
| Citibank Puerto Rico | 3287 | Operating | 20,586,671.39 |
| Citibank Puerto Rico | 5029 | Operating | 5,000.00 |
| Banco Popular | 9681 | Legacy | 295,104.34 |
| Banco Popular | 5053 | Legacy | 54,556.28 |
| Doral Bank PR | 0112 | Treasury | 0.00 |
| Doral Bank PR | 0914 | Operating | Undetermined |
| Doral Bank PR | 4595 | Operating | 0.00 |
| Doral Bank PR | 7132 | Escrow Repairs Disbursement | 1,659,627.70 |
| Doral Bank US | 0031 | US Op | Undetermined |
| Doral Bank US | 0015 | US Payroll | Undetermined |
| Bank of New York | 2420 | Escrow - FNMA Pledge | 44,000,000.00 |
| Bank of New York | 9855 | Escrow - FNMA Pledge Interest | 1,000,905.84 |
| Signtaure Bank | 7295 | Operating account | 0.00 |
| Signtaure Bank | 7309 | Holding account | 0.00 |

EXHIBIT B-3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re: DORAL FINANCIAL CORPORATION
Case no: 15-10573-scc

**SCHEDULE B - PERSONAL PROPERTY**
**EXHIBIT B-3**
**Deposits**

As of 3/11/2015

| Party Holding Deposit | Address Field 1 | Address Field 2 | City | State | Zip | Description of Deposit | Deposit Amount |
|---|---|---|---|---|---|---|---|
| PBC Park Avenue, LLC (dba Carr Workplaces) | 200 Park Avenue | Suite 1700 | New York | NY | 10166 | Landlord security deposit | 9,400 |
| CYMA Consultants, LLC | 380-2925 Virtual Way | | Vancouver | British Columbia | V5M4X5 | Landlord security deposit | 9,386 |
| Ustadt Biddle Properties Inc. | PO Box 371328 | | Pittsburgh | PA | 15250-7328 | Landlord security deposit | Undetermined |
| Fifth Avenue Building Company LLC | 750 Lexington Avenue | | New York | NY | 10022 | Landlord security deposit | Undetermined |
| Union Bancaire Provee Asset Management LLC | 767 Fifth Avenue | 19th Floor | New York | NY | 10153 | Landlord security deposit | Undetermined |

B6B (Official Form 6B) (12/07) - Cont.

In re    **Doral Financial Corporation**                                              Case No.    **15-10573-SCC**
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in Doral Insurance Agency, LLC** | - | **Unknown** |
| | | **100% interest in Doral Properties, Inc.** | - | **Unknown** |
| | | **100% interest in Doral Recovery, Inc.** | - | **Unknown** |
| | | **100% interest in Doral Bank** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                      **0.00**
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Doral Financial Corporation**
                                                                ,    Case No.  **15-10573-SCC**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **SEE ATTACHED EXHIBIT B-21** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Business trademarks and tradenames** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer list for currently owned loans and real estate owned** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Premises and equipment, net** | - | **62,950.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **SEE ATTACHED EXHIBIT B-35** | - | **20,161,480.00** |

|  | Sub-Total > | **20,224,430.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **87,847,424.05** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re: DORAL FINANCIAL CORPORATION
Case no: 15-10573-scc

**SCHEDULE B - PERSONAL PROPERTY**
**EXHIBIT B-21**
**Other Contingent and Unliquidated Claims of Every Nature**

| Description of Contingent or Liquidated Claim (Litigation Claims and Counterclaims, Potential Tax Refund Requests, etc.) | Claim Type | Value |
|---|---|---|
| Doral Financial Corporation and Doral Bank v. First BanCorp | Litigation | Undetermined |
| Doral Financial Corporation v. Lidio Soriano | Litigation | Undetermined |
| Doral Financial Corporation v. Mario Samuel Levis | Litigation | Undetermined |
| Professional Integrated Services Corp. (PISC) v. DFC, DB et als | Litigation | Undetermined |
| Doral Bank and Subsidiaries | Claim | Undetermined |
| FDIC | Claim | Undetermined |
| Commonwealth of Puerto Rico | Deferred tax asset | Undetermined |
| Abbey Finance Holdings PR, LLC | Contractual escrow claim | Undetermined |
| FirstBank Puerto Rico | Contractual escrow claim | Undetermined |
| BankUnited N.A. | Rent | Undetermined |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re: DORAL FINANCIAL CORPORATION
Case no: 15-10573-scc

**SCHEDULE B - PERSONAL PROPERTY**

**EXHIBIT B-35**

<u>**Other Personal Property (Including Prepaids)**</u>          <u>**As of 3/11/2015**</u>

| Description of Property | Net Book Value |
|---|---|
| Held for trade securities I/O strip | 8,216,733 |
| Loans for sale | 8,440,115 |
| Prepaid expenses | 3,504,632 |
| Mortgage servicing advances | Undetermined |
| Intercompany claims | Undetermined |

B6D (Official Form 6D) (12/07)

In re __Doral Financial Corporation_____ ,    Case No. __15-10573-SCC_____

                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/20/2006 | | | | | |
| **Federal National Mortgage Association** **Attn: Peter McGonigle** **1835 Market Street, Suite 2200** **Philadelphia, PA 19103** | - | | **Cash** | X | X | | | |
| | | | Value $      **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| **Popular, Inc.** **209 Muñoz Rivera Avenue** **San Juan, PR 00918** | - | | **Loans** | X | X | X | | |
| | | | Value $      **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13)

.

In re  **Doral Financial Corporation**
                                                                                    Case No.  **15-10573-SCC**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Doral Financial Corporation** _____,    Case No. __**15-10573-SCC**_____
                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Christoper Poulton** <br><br> - | | | **Employee claim** | X | X | X | <br><br><br> 12,475.00 | 0.00 <br><br> 12,475.00 |
| Account No. <br><br> **Enrique Ubarri** <br><br> - | | | **Employee claim** | X | X | X | <br><br><br> 7,529.95 | 0.00 <br><br> 7,529.95 |
| Account No. <br><br> **Kevin McBreen** <br><br> - | | | **Employee claim** | X | X | X | <br><br><br> **Unknown** | **Unknown** <br><br> **Unknown** |
| Account No. <br><br><br> | | | | | | | | |
| Account No. <br><br><br> | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| **20,004.95** | **20,004.95** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re  **Doral Financial Corporation**                                      ,    Case No.  **15-10573-SCC**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | **Withholding Tax** | | | | | | |
| **New York Dept. of Taxation Attn: Office of Counsel Building 9, W A Harriman Campus Albany, NY 12227** | - | | | | | | X | 123,000.00 | 0.00 | 123,000.00 |
| Account No. | | | | **Sales and Use Tax** | | | | | | |
| **New York Dept. of Taxation Attn: Office of Counsel Building 9, W A Harriman Campus Albany, NY 12227** | - | | | | | | X | 206,000.00 | 0.00 | 206,000.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    329,000.00    0.00 / 329,000.00

Total (Report on Summary of Schedules)    349,004.95    0.00 / 349,004.95

B6F (Official Form 6F) (12/07)

In re __Doral Financial Corporation_____,    Case No. __15-10573-SCC_____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**2016 7.65% Conservation Trust Notes**<br>**US Bank, NA,  Attn: Laura Moran**<br>**One Federal Street, 3rd Floor**<br>**Boston, MA 02110** | | - | Indenture Note | | | | 100,000,000.00 |
| Account No.  <br><br>**2017 7.10% Conservation Trust Notes**<br>**US Bank, NA,  Attn: Laura Moran**<br>**One Federal Street, 3rd Floor**<br>**Boston, MA 02110** | | - | Indenture Note | | | | 40,000,000.00 |
| Account No.  <br><br>**2022 7.15% Conservation Trust Notes**<br>**US Bank, NA,  Attn: Laura Moran**<br>**One Federal Street, 3rd Floor**<br>**Boston, MA 02110** | | - | Indenture Notes | | | | 30,000,000.00 |
| Account No.  <br><br>**345 PAS Owner, LLC**<br>**345 Park Avenue South**<br>**New York, NY 10010** | X | - | Lease Guarantor | X | X | X | Unknown |

|  |  | Subtotal (Total of this page) | 170,000,000.00 |
|---|---|---|---|

__11__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Doral Financial Corporation**                                      ,        Case No.   **15-10573-SCC**
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Lease Guarantor | | | | |
| 875 Third Avenue LLC c/o Eastgate Realty 410 Park Ave New York, NY 10022 | X | - | | | X | X | X | Unknown |
| Account No. | | | | Services | | | | |
| 999 Ponce, LLC 999 Ponce De León Boulevard Suite 101 Coral Gables, FL 33134 | | - | | | X | X | | 4,736.89 |
| Account No. | | | | Services | | | | |
| Act 1 Personal Services Lot#6 Suite 1 Suite 105 Guaynabo, PR 00969 | | - | | | | | | 3,285.75 |
| Account No. | | | | Credit Card | | | | |
| American Express Travel Related Services Company 2900 Commerce Parkway Miramar, FL 33025 | | - | | | X | X | X | Unknown |
| Account No. | | | | Services | | | | |
| Ascendo Resources 500 W. Cypress Creek Road Suite 230 Fort Lauderdale, FL 33309 | | - | | | | | | 8,610.00 |

Sheet no. __1__ of __11__ sheets attached to Schedule of          Subtotal          16,632.64
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Doral Financial Corporation__ , Case No. __15-10573-SCC__

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  BankUnited N.A. 7815 NW 148th Street 1-CRE Miami Lakes, FL 33016 | - | | | Lease Claim | X | X | X | Unknown |
| Account No.  Camilly Azizee | - | | | Litigation | X | X | X | Unknown |
| Account No.  Carmen Lydia Figueroa Rivera | - | | | Litigation | X | X | X | Unknown |
| Account No.  Citibank, N.A. as  Trustee c/o Frances E. Johnson, Esquire 1511 N. Westshore Blvd., Suite 400 Tampa, FL 33607 | - | | | Litigation | X | X | X | Unknown |
| Account No.  Computershare Inc. 250 Royall Street Canton, MA 02021 | - | | | Services | | | | 7,776.81 |

Sheet no. __2__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,776.81

B6F (Official Form 6F) (12/07) - Cont.

In re   **Doral Financial Corporation**                                    ,        Case No.   **15-10573-SCC**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Doral Bank and Subsidiaries Thereof**<br>**c/o Christopher K. Kiplok, Esq.**<br>**One Battery Park Plaza**<br>**New York, NY 10004** | - | | Intercompany | | X | X | X | Unknown |
| Account No.<br><br>**Fair View Service Station, Inc.**<br>**c/o Eric M. Quetglas-Jordan**<br>**PO Box 16606**<br>**San Juan, PR 00908** | - | | Litigation | | X | X | X | Unknown |
| Account No.<br><br>**Fiddler Gonzalez & Rodriguez**<br>**254 Munoz Rivera Ave**<br>**6th Floor**<br>**Hato Rey, PR 00918** | - | | Services | | | | | 122,313.39 |
| Account No.<br><br>**Fifth Avenue Building Company**<br>**750 Lexington Ave**<br>**New York, NY 10022** | - | | Lease Claim | | X | X | X | Unknown |
| Account No.<br><br>**First BanCorp** | - | | Litigation | | X | X | X | Unknown |

Sheet no. __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **122,313.39**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Doral Financial Corporation**                                          ,          Case No.   **15-10573-SCC**
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services | | | | |
| Five Blocks, Inc. 1562 First Avenue Suite #205-2880 New York, NY 10028 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Services | | | | |
| Garcia Chamorro Law Office 33 Calle Bolivia # 701 San Juan, PR 00917 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Employment Claim | | | | |
| Glen Wakeman | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Litigation | | | | |
| Green Tree Servicing, LLC c/o Andrew Lee Fivecoat 9204 King Palm Drive Tampa, FL 33619 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Lease Claim | | | | |
| HCL America, Inc. 330 Potrero Ave Attn: Legal Department Sunnyvale, CA 94085 | | - | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Doral Financial Corporation**                              ,    Case No.    **15-10573-SCC**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                                            Services | | | | | | | | |
| Houlihan Lokey Capital Inc. c/o Eugene (Gene) Weil 245 Park Ave, 20th Floor New York, NY 10167 | - | | | | X | X | X | Unknown |
| Account No.                                                            Litigation | | | | | | | | |
| Inversiones Cocoher c/o Hector Oliveras 601 Ave., Fernandez Juncos Miramar, PR 00907 | - | | | | X | X | X | Unknown |
| Account No.                                                            Litigation | | | | | | | | |
| John Dalessandro et al. c/o Jorge E. Perez-Casellas 1519 Ave. Ponce de Leon, 713 San Juan, PR 00909 | - | | | | X | X | X | Unknown |
| Account No.                                                            Litigation | | | | | | | | |
| José Arroyo | - | | | | X | X | X | Unknown |
| Account No.                                                            Services | | | | | | | | |
| Julio Alonso 300 Sevilla Ave Coral Gables, FL 33134 | - | | | | X | X | X | Unknown |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Doral Financial Corporation**                                                     Case No. **15-10573-SCC**
                                                    ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                                  Lidio Soriano | - | | | Litigation | X | X | X | Unknown |
| Account No.                                                  Lisandra Santiago Buso LCDA. Idalia N. Le6n Landrau Cuarta 5ecci6n Villa Del Rey G 18 Calle2 Caguas, PR 00725 | - | | | Litigation | X | X | X | Unknown |
| Account No.                                                  Lourdes Lanio | - | | | Litigation | X | X | X | Unknown |
| Account No.                                                  Marina de Ponce, Inc. c/o Ralph Vallone Jr, Esq. 1319 Ashford Ave,Son Sid Cond., Suite 1 Conadao, PR 00907 | - | | | Litigation | X | X | X | Unknown |
| Account No.                                                  Mario Samuel Levis c/o Gerardo A. Carlo Altieri 254 San Jose Street, 3rd Floor San Juan, PR 00901 | - | | | Litigation | X | X | X | Unknown |

Sheet no. __6__ of __11__ sheets attached to Schedule of                         Subtotal                         0.00
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Doral Financial Corporation__ ,     Case No. __15-10573-SCC__

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services | | | | |
| Martinez & Torres Urb. Antonsanti 1510 Calle Bori San Juan, PR 00927 | - | | | | X | X | X | Unknown |
| Account No. | | | | Services | | | | |
| McLagan Partners Inc. 1600 Summer Street Suite Stamford, CT 06905 | - | | | | | | | 3,745.00 |
| Account No. | | | | Litigation | | | | |
| Nationstar Mortgage LLC c/o Francisco Colon, Jr., Esq. 9204 King Palm Dr Tampa, FL 33619 | - | | | | X | X | X | Unknown |
| Account No. | | | | Unemployment Claim | | | | |
| New York State Department of Labor State Office Campus Building # 12, Room # 256 Albany, NY 12240 | - | | | | X | X | X | Unknown |
| Account No. | | | | Litigation | | | | |
| Nydia Mercado | - | | | | X | X | X | Unknown |

Sheet no. __7__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    3,745.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Doral Financial Corporation**                                   ,     Case No.   **15-10573-SCC**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Services | | | | | |
| O'Neill & Borges, LLC Attn: Aurelio Emanuelli-Freese 250 Munoz Rivera Ave, Ste 800 San Juan, PR 00918 | | - | | | | | | 10,368.00 |
| Account No. | | | Loan Guaranty | | | | | |
| P.R. Indus., T., Ed., Med. & Env. CFFA CitiBank, N.A., Attn: Rodolfo Zamora Drive 2 South Rio Piedras, PR 00926 | X | - | | | | | | 30,835,000.00 |
| Account No. | | | Loan Guaranty | | | | | |
| P.R. Indus., T., Ed., Med. & Env. CFFA Banco Popular de Puerto Rico 209 Munoz Rivera Ave, 4th Fl San Juan, PR 00918 | X | - | | | | | | 6,500,000.00 |
| Account No. | | | Service Provider | | | | | |
| PricewaterhouseCoopers LLP 254 Munoz Rivera Ave. BBVA Tower, Suite 900 Hato Rey, PR 00918 | | - | | | X | X | X | 1,656,000.00 |
| Account No. | | | Litigation | | | | | |
| Professional Integrated Svcs c/o Jose A. Andreu Fuentes 261 Ave. Domenech San Juan, PR 00918 | | - | | | X | X | X | 0.00 |

Sheet no. __8___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **39,001,368.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Doral Financial Corporation**                                    ,       Case No. __**15-10573-SCC**__
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Litigation | | | | |
| **Raul Rios Molina** | - | | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Litigation | | | | |
| **Robert Blue et al.** **c/o Mary K. Blasy, Esq.** **58 So. Service Road, Ste 200** **Melville, NY 11747** | - | | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Litigation | | | | |
| **Robert Corwin** **c/o Beth A. Keller** **100 S. Bedford Rd, Suite 340** **Mount Kisco, NY 10549** | - | | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Litigation | | | | |
| **Ronald Steward** **c/o Israel Roldan-Gonzalez** **49 Betances Street** **Aguadilla, PR 00603** | - | | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Services | | | | |
| **Salichs Pou & Associates** **Popular Center** **209 Muñoz Rivera Avenue, Suite 1434** **San Juan, PR 00918** | - | | | X | X | X | |
| | | | | | | | **Unknown** |

Sheet no. __**9**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Doral Financial Corporation**                                    ,          Case No.   **15-10573-SCC**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                               |   |   | Litigation |   |   |   |   |
| **ScotiaBank** c/o Edgardo Cartagena Santiago 273 Avenida Ponce de Leon, 700 San Juan, PR 00917 | - |   |   | X | X | X | **Unknown** |
| Account No.                                               |   |   | Services |   |   |   |   |
| **Simpson Thacher & Bartlett LLP** Attn:Lee A. Meyerson, Esq. 425 Lexington Avenue New York, NY 10017 | - |   |   |   |   |   | **3,426.00** |
| Account No.                                               |   |   | Services |   |   |   |   |
| **Steptoe & Johnson, LLP** 1114 Avenue of the Americas New York, NY 10036 | - |   |   |   |   |   | **1,373.75** |
| Account No.                                               |   |   | Services |   |   |   |   |
| **Steven Douglas Associate** 1301 International Parkway #510 Sunrise, FL 33323 | - |   |   |   |   |   | **27,000.00** |
| Account No.                                               |   |   | Litigation |   |   |   |   |
| **Tax Free PR Target Maturity** c/o Jose Luis Barrios, Esq. PO Box 11917 San Juan, PR 00918 | - |   |   | X | X | X | **Unknown** |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **31,799.75**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Doral Financial Corporation** ,   Case No.   **15-10573-SCC**
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services | | | | |
| Transamerica Premier Life Insurance Co. 230 Schilling Circle Suite 140 Hunt Valley, MD 21031 | - | | | | X | | X | 2,194.71 |
| Account No. | | | | Lease Claim | | | | |
| Union Bancaire Provee Asset Management, LLC 767 Fifth Ave, 19th Fl New York, NY 10153 | - | | | | X | X | X | Unknown |
| Account No. | | | | Services | | | | |
| Vazquez Vizcarrondo Post Office Box 11609 San Juan, PR 00910 | - | | | | X | X | X | Unknown |
| Account No. | | | | Services | | | | |
| Vicente & Cuebas Post Office Box 11609 San Juan, PR 00910 | - | | | | X | X | X | Unknown |
| Account No. | | | | Services | | | | |
| Windstream ATTN: Customer Care PO Box 3177 Cedar Rapids, IA 52406 | - | | | | | | | 6,377.11 |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 8,571.82 |
| Total (Report on Summary of Schedules) | 209,192,207.41 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re __**Doral Financial Corporation**_____,    Case No. ___**15-10573-SCC**_____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **SEE ATTACHED** | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

EXHIBIT G

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re: DORAL FINANCIAL CORPORATION
Case no: 15-10573-scc

**SCHEDULE G - EXECUTORY CONTRACTS**

| PARTY NAME | CONTACT | STREET ADDRESS LINE 1 | STREET ADDRESS LINE 2 | CITY | STATE | ZIP | COUNTRY | PHONE # | CONTRACT # | CONTRACT DESCRIPTION | NATURE OF DEBTOR'S INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| American Express | | 2900 Commerce Parkway | | Miramar | FL | 33025 | USA | | | Vendor contract | Revolving credit for business needs |
| Asecndo Resources | | 2 Alhambra Plaza | Suite 1220 | Coral Gables | FL | 33134 | USA | 305.423.1221 | | Service contract | Services |
| AT&T | John C Corral | PO Box 6463 | | Carol Stream | IL | 60197 | USA | 800.331.0500 | 5485074 | Vendor contract | Wireless communication services |
| Carr Workplaces | Morgan Watson | 1455 Pennsylvania Avenue | NW Suite 800 | Washington | DC | 20004 | USA | 202.349.1400 | | Office lease | Leased space |
| CYMA Consultants, LLC | | 380-2925 Virtual Way | | Vancouver | British Columbia | V5M4X5 | Canada | | | Office lease | Leased space |
| Enrique Ubarri | Enrique Ubarri | 5245 Oak Lane | | Coral Gables | FL | 33156 | USA | | | Employment contract | Services |
| FDIC as Receiver for Doral Bank | Roger D. Johnson | 1601 Bryan Street | | Dallas | TX | 75201 | USA | | | Loans and OREO servicing agreement | Continued servicing of portfolio |
| FDIC as Receiver for Doral Bank | Roger D. Johnson | 1601 Bryan Street | | Dallas | TX | 75201 | USA | | | I/O servicing agreement | Continued servicing of portfolio |
| Glen Wakeman | Glen Wakeman | 330 Dallas Court | | Coral Gables | FL | 33143 | USA | | | Employment contract | Services |
| Houlihan Lokey | | 245 Park Avenue #19 | | New York | NY | 10167 | USA | | | Service contract | Services |
| International Safe | Enrique Lamar | 1344 Ave. Roosevelt | | San Juan | PR | 00920 | USA | 787.792.9877 | | Vendor contract | Retention of collateral documentation |
| Iron Mountain | Nohelia Arias | Las Flores Industrial Park | State Rd. 3 Km. 23.7 Lot 14 | Rio Grande | PR | 00745 | USA | 787.809.0700 | | Vendor contract | Retention of corporate records |
| Office 365 | Microsoft Online | One Microsoft Way | | Redmond | WA | 98052 | USA | 800.865.9408 | 2817611680 | Vendor contract | Corporate email services |
| OpticalTel | Jorge Arce | PO Box 029018 | | Miami | FL | 33102 | USA | 305.779.7777 | 28113274 | Vendor contract | FL office internet services |
| Quality Technology Services | Mitch Levine | 11324 NW 20th Street | | Miami | FL | 33172 | USA | 786.515.2184 | DORALTN | Vendor contract | Services |
| Unisafi Biddle Properties Inc. | | PO Box 371328 | | Pittsburgh | PA | 15250 | USA | | | Office lease | Leased space |
| Windstream | WindstreamCustomerSupport@windstream.com | PO Box 3177 | | Cedar Rapids | IA | 52406 | USA | 877.340.2600 | 5348757 | Vendor contract | FL office telephone services |

B6H (Official Form 6H) (12/07)

In re    **Doral Financial Corporation**                                                    Case No.    **15-10573-SCC**
                                    Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Doral Bank**<br>**1451 Franklin D. Roosevelt Ave**<br>**San Juan, PR 00920** | **875 Third Avenue LLC**<br>**c/o Eastgate Realty**<br>**410 Park Ave**<br>**New York, NY 10022** |
| **Doral Bank**<br>**1451 Franklin D. Roosevelt Ave**<br>**San Juan, PR 00920** | **345 PAS Owner, LLC**<br>**345 Park Avenue South**<br>**New York, NY 10010** |
| **Doral Properties, Inc.**<br>**1451 Franklin D. Roosevelt Ave**<br>**San Juan, PR 00920** | **Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority**<br>**C/o Citibank, N.A., as Trustee**<br>**Attn: Rodolfo Zamora**<br>**One Citibank Drive 2 South**<br>**Rio Piedras, PR 00926** |
| **Doral Properties, Inc.**<br>**1451 Franklin D. Roosevelt Ave**<br>**San Juan, PR 00920** | **Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority**<br>**C/o Citibank, N.A., as Trustee**<br>**Attn: Rodolfo Zamora**<br>**One Citibank Drive 2 South**<br>**Rio Piedras, PR 00926** |

Sheet 1 of 1 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   **Doral Financial Corporation**
_____
                                    Debtor(s)

Case No.   **15-10573-SCC**
Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___30___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 22, 2015**_____        Signature _____

**Carol Flaton**
**Chief Restructuring Officer**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.