ROPES & GRAY LLP

Mark I. Bane
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

-and-

James A. Wright III
Meredith S. Tinkham (*pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Doral Financial Corporation,[1] | : | Case No. 15-10573 (SCC) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------x

**SEVENTH MONTHLY FEE STATEMENT OF ROPES & GRAY LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS COUNSEL FOR THE DEBTOR FOR THE PERIOD
FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| | |
|---|---|
| Name of Applicant: | Ropes & Gray LLP<br>Counsel for the Debtor |
| Date of Retention: | April 16, 2015 (Docket No. 109) |
| Period for Which Fees and Expenses are Incurred: | September 1, 2015 through and including September 30, 2015 |

---

[1] The last four digits of the taxpayer identification number of the Debtor are (2162).

| | |
|---|---|
| Interim Fees Incurred: | $153,098.00 |
| Interim Payment of Fees Requested (80%): | $122,478.40 |
| Interim Expenses Incurred: | $385.12 |
| Total Fees and Expenses Due: | $122,863.52[2] |

This is a:___X___Monthly _____ Interim _____ Final Application.

---

[2] In accordance with the Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Processionals dated April 1, 2015 (Docket No. #72), if no objection to the fees or expenses sought in the Monthly Statement is received by the 15th day following receipt of the Monthly Statement, the Debtor is authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement.

53787528_1

**SUMMARY OF SEVENTH MONTHLY APPLICATION**
**OF ROPES & GRAY LLP FOR SERVICES RENDERED**
**FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| NAME OF PROFESSIONAL: | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Bane, Mark I. | Partner | 1985 | 1994 | 1,295.00 | 26.80 | $34,706.00 |
| Brez, Zachary S. | Partner | 1999 | 2005 | 1,025.00 | 6.00 | $6,150.00 |
| Wright, James | Counsel | 2004 | | 830.00 | 51.20 | $42,496.00 |
| Alexander, Kristina | Associate | 2009 | | 725.00 | 0.40 | $290.00 |
| Chirlin, Daniel | Associate | 2006 | | 840.00 | 1.00 | $840.00 |
| Giaimo, Caitlin | Associate | 2013 | | 515.00 | 0.10 | $51.50 |
| Kim, Hyun-Joong (Daniel) | Associate | 2014 | | 440.00 | 10.50 | $4,620.00 |
| Leonard, Claire | Associate | 2012 | | 515.00 | 9.20 | $4,738.00 |
| McEntee, Megan | Associate | 2014 | | 440.00 | 10.20 | $4,488.00 |
| Muranaka, Megan | Associate | 2003 | | 825.00 | 0.50 | $412.50 |
| Parkinson, Meredith S. | Associate | 2011 | | 660.00 | 63.50 | $41,910.00 |
| Roberts, William | Associate | 2010 | | 715.00 | 1.00 | $715.00 |
| Sturm, Joshua Y. | Associate | 2006 | | 825.00 | 2.50 | $2,062.50 |
| Graham, La-Toya | Paralegal | | | 240.00 | 1.60 | $384.00 |
| Weinberg, Meir | Paralegal | 2009 | | 240.00 | 21.80 | $5,232.00 |
| Brustman, Charles R. | Managing Clerk | | | 310.00 | 0.70 | $217.00 |
| Lang, Paul | Managing Clerk | | | 310.00 | 1.00 | $310.00 |
| Sweet, Kimberly | Senior Research Librarian | | | 335.00 | 0.30 | $100.50 |
| Cambeiro, Ursula | Litigation Support Senior Analyst | | | 285.00 | 10.20 | $2,907.00 |
| Moree, Kristina | Litigation Support Senior Analyst | | | 285.00 | 0.80 | $228.00 |
| Hon, Fuk Chau | Litigation Support Technician | | | 200.00 | 1.20 | $240.00 |

3

| NAME OF PROFESSIONAL: | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| **Total:** | | | | | **220.50** | **$153,098.00** |

4

**SUMMARY OF EXPENSE SUMMARY
OF ROPES & GRAY LLP FOR SERVICES RENDERED
FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| EXPENSES | AMOUNTS |
|---|---|
| Computer Assisted Research | $292.37 |
| Courier Service | $92.75 |
| **Total:** | **$385.12** |

53787528_1

**COMPENSATION BY MATTER CODE FOR SERVICES
RENDERED BY ROPES & GRAY LLP FOR SERVICES RENDERED
FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| MATTER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02 | Asset Disposition | 48.40 | $37,943.00 |
| 03 | Business Operations | 3.50 | $3,230.50 |
| 04 | Case Administration | 9.30 | $5,006.50 |
| 05 | Claims Administration and Objections | 8.90 | $9,170.00 |
| 07 | Fee/Employment Applications | 37.50 | $19,424.00 |
| 10 | Litigation | 3.20 | $3,679.00 |
| 11 | Meetings of Creditors | 5.20 | $4,248.00 |
| 12 | Plan and Disclosure Statement | 44.00 | $35,379.00 |
| 14 | Tax Issues | 0.30 | $249.00 |
| 15 | Ch. 11 Reporting Obligations | 2.70 | $2,594.50 |
| 16 | Doral Properties | 8.30 | $7,912.00 |
| 18 | SEC Investigation | 49.20 | $24,262.50 |
| **Total:** | | **220.50** | **$153,098.00** |

53787528_1

**<u>Notice Parties</u>**

The undersigned hereby certifies that true and correct copies of the foregoing Monthly Fee Statement was served upon the parties listed below via overnight delivery on the 30th day of October, 2015.


Doral Financial Corporation
200 Park Avenue
Suite 1700
New York, NY 10160

Office of the United States Trustee
201 Varick Street
Suite 1006
New York, New York 10004
serene.nakano@usdoj.gov

Taejin Kim, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
tae.kim@srz.com



    */s/ Mark I. Bane*    
Mark I. Bane

53787528_1

# ROPES & GRAY

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
212-596-9000 F 212-596-9090
WWW.ROPESGRAY.COM

Invoice No.: 951673
Invoice Date: October 30, 2015
Federal Tax ID: 04-2233412

Enrique R. Ubarri
Doral Financial Corporation
999 Ponce de Leon Boulevard
Suite 730
Coral Gables, FL 33134

Re: Post Filing

FOR PROFESSIONAL SERVICES rendered through September 30, 2015.

| | | |
|---|---|---:|
| Services | $ | 153,098.00 |
| Total Disbursements and Charges | | 385.12 |
| TOTAL | $ | 153,483.12 |

| Payment Instructions | | |
|---|---|---|
| **Mail checks to:** | **ACH Fund Transfers:** | **Federal Wire Transfers:** |
| Ropes & Gray LLP | Ropes & Gray LLP | Ropes & Gray LLP |
| P.O. Box 414265 | Account No. 479-19002 | Account No. 479-19002 |
| Boston, MA  02241-4265 | c/o Bank of America | c/o Bank of America |
| | 100 Federal Street | 100 Federal Street |
| | Boston, MA  02110-2624 | Boston, MA  02110-2624 |
| | ABA No.: 011000138 | ABA No.: 0260-0959-3 (Domestic) |
| | | Swift Code: BOFAUS3N (Foreign) |

Our Reference No.: 111664-0003

| | Detail of Services | | | |
|---|---|---|---|---|

**02 - Asset Disposition**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/01/15 | Wright, J. | 1.30 | Call with S. Martinez re DIA issues and Loan/REO sales (0.5); review comments to Loan/REO PSA and respond to same (0.3); call with S. Martinez re same (0.3); email TRM re same (0.2). | 1,079.00 |
| 09/02/15 | Bane, M. | 1.30 | Review and revise 363 terms and agreement. | 1,683.50 |
| 09/02/15 | Muranaka, G. | 0.50 | Review inquiry from J. Wright regarding notices to underlying borrowers of loan sales. | 412.50 |
| 09/02/15 | Parkinson, M. | 0.10 | Follow up with F. Velocci re: security deposit stipulation. | 66.00 |
| 09/03/15 | Wright, J. | 1.60 | Call with S. Martinez, A. Bastone, and E. Ubarri re REO/Loan sale PSA markup (0.7); revise PSA and Bid Procedures (0.9). | 1,328.00 |
| 09/03/15 | Parkinson, M. | 0.10 | E-mails with committee counsel re: bidding procedures for loan disposition. | 66.00 |
| 09/04/15 | Bane, M. | 0.70 | Review bid process negotiations (0.5); call with J. Wright regarding same (0.2). | 906.50 |
| 09/04/15 | Wright, J. | 0.70 | Call with M. Bane re REO/Loan sale (0.2); emails with M. Parkinson re same (0.1); revise PSA and bid procedures (0.3); email same to Credigy counsel (0.1). | 581.00 |
| 09/04/15 | Parkinson, M. | 1.60 | E-mails with Zolfo Cooper re: bidding procedures for loan portfolio (.2); revise bidding procedures motion and order (1.0); follow-up call re: security deposit (.1); review NDAs (.3). | 1,056.00 |
| 09/04/15 | Sturm, J. | 0.30 | Correspondence with D. Schaible regarding Bautista promissory notes (0.1); emails with J. Wright regarding same (0.1); correspondence with D. Schaible regarding same (0.1). | 247.50 |
| 09/05/15 | Wright, J. | 0.90 | Revise sale order for Loan/REO sale (0.8); email Credigy counsel re same (0.1). | 747.00 |
| 09/08/15 | Wright, J. | 2.00 | Call with S. Martinez re REO/Loan sale process (0.4); call with Credigy, Credigy counsel, M. Parkinson, Zolfo Cooper, E. Ubarri, A. Malone (0.6); revise declaration in support of motion (0.7); email Zolfo Cooper, client re open issues (0.2); email M. Bane re same and declaration (0.1). | 1,660.00 |
| 09/08/15 | Parkinson, M. | 1.40 | Call with J. Wright, Credigy, Zolfo re: sale and bidding procedures for loan portfolio (.6); revise Zolfo supporting declaration for | 924.00 |

ROPES & GRAY LLP

Invoice No.: 731619
Page 3
Post Filing

| | | | Detail of Services | |
|---|---|---|---|---|
| | | | bidding procedures (.4); call with UMB counsel re: AFICA issues (.4). | |
| 09/09/15 | Bane, M. | 1.30 | Work on section 363 process. | 1,683.50 |
| 09/09/15 | Wright, J. | 2.80 | Calls with S. Martinez re loan/reo sale (0.6); revise Purchase Agreement with stalking horse (0.6); review and revise motion and other sale pleadings (1.2); emails re same with client, Zolfo Cooper (0.4). | 2,324.00 |
| 09/09/15 | Sturm, J. | 0.40 | Call with J. Surdoval regarding Abbey fraudulent conveyance claims (0.2); emails with M. Bane and J. Wright regarding declining to analyze same (0.2). | 330.00 |
| 09/10/15 | Bane, M. | 1.00 | Calls regarding sales candidates. | 1,295.00 |
| 09/10/15 | Wright, J. | 0.60 | Calls with S. Martinez re REO/loan sale (0.3); revise PSA and email to TRM counsel (0.3). | 498.00 |
| 09/11/15 | Wright, J. | 0.70 | Preparation for call with Greenberg re TRM sale (0.3); calls with Greenberg (0.4). | 581.00 |
| 09/11/15 | Parkinson, M. | 0.10 | Review NDA for Doral Properties. | 66.00 |
| 09/13/15 | Wright, J. | 0.70 | Review and revise PSA for Loan/REO sale. | 581.00 |
| 09/14/15 | Wright, J. | 0.70 | Review comments to REO/Loan PSA and revise same (0.5); call with S. Martinez re same (0.2). | 581.00 |
| 09/14/15 | Parkinson, M. | 0.10 | Review and revise NDAs for Properties. | 66.00 |
| 09/15/15 | Wright, J. | 1.40 | Revise APA for Loan/REO sales re buyer comments (0.3); email Buyer counsel re same (0.2); call with S. Martinez re sale agreement (0.3); call with S. Martinez and E. Ubarri (0.6). | 1,162.00 |
| 09/15/15 | Parkinson, M. | 0.20 | Review and revise NDA for Doral Properties. | 132.00 |
| 09/16/15 | Wright, J. | 0.50 | Call with E. Ubarri and A. Bauza re condo fee issue (0.2); revise sale and bid procedures orders (0.3). | 415.00 |
| 09/16/15 | Parkinson, M. | 1.10 | Emails with M. Bane re: security deposit issues (.1); revise sale pleadings for portfolio sale (.9); call to chambers re: scheduling (.1). | 726.00 |
| 09/17/15 | Wright, J. | 1.30 | Review and comment on Loan/REO sale papers (1.1); emails with M. Bane re same (0.2). | 1,079.00 |
| 09/18/15 | Wright, J. | 1.30 | Email Fiddler re REO/Loan condo issue and other issues (0.2); call with S. Martinez re same (0.7); call with S. Martinez, client re REO/Loan issues (0.3); revise agreement re same (0.1). | 1,079.00 |

Our Reference No.: 111664-0003

ROPES & GRAY LLP

| | | | Detail of Services | |
|---|---|---|---|---|
| 09/18/15 | Sturm, J. | 0.40 | Correspondence with L. Tyrell and Z. Smith regarding escrow account wire to FirstBank (0.3); correspondence with Z. Smith seeking resolution of same (0.1). | 330.00 |
| 09/21/15 | Wright, J. | 0.50 | Call with S. Martinez re REO/Loan sale (0.1); revise sale documents (0.4). | 415.00 |
| 09/21/15 | Parkinson, M. | 4.10 | Review local rules re: lease assumption deadlines (.3); call chambers re: same (.1); draft lease assumption motion (2.5); send revised bidding procedures and sale pleadings with redlines to committee counsel (.3); review and revise sale pleadings for loan/REO sale (.9). | 2,706.00 |
| 09/21/15 | Sturm, J. | 1.00 | Draft summary of FirstBank escrow disposition (0.5); edit summary of Abbey escrow status (0.3); emails with J. Wright and M. Parkinson regarding same (0.2). | 825.00 |
| 09/22/15 | Wright, J. | 0.50 | Review and comment on final PSA issues re schedules (0.4); emails with M. Parkinson re same (0.1). | 415.00 |
| 09/22/15 | Parkinson, M. | 4.40 | Revise exhibits to loan sale (.4); call with opposing counsel re: same (.2); e-mails with Zolfo Cooper re: same (.2); review Miami and Connecticut leases (.9); e-mails with Zolfo Cooper re: same (.2). draft lease assumption motion (2.5). | 2,904.00 |
| 09/22/15 | Roberts, W. | 0.30 | Internal call with Ropes team re: background of Abbey and Bautista issues. | 214.50 |
| 09/22/15 | Sturm, J. | 0.20 | Follow up correspondence with Z. Smith and Escrow agent regarding account disposition. | 165.00 |
| 09/23/15 | Parkinson, M. | 5.90 | Revise lease assumption motion per Zolfo Cooper's comments (.4); coordinate filing (.2); review revised listing agreement for real estate broker (.5); call with broker and Zolfo Cooper (.3); draft and send follow-up email to broker (.5); review precedent retention applications for broker (.4); revise loan sale agreement and exhibits (3.6). | 3,894.00 |
| 09/23/15 | Sturm, J. | 0.10 | Correspondence with L. Tyrell regarding FirstBank escrow disposition. | 82.50 |
| 09/23/15 | Brustman, C. | 0.70 | E-file motion for approval for sale for M. Parkinson. | 217.00 |
| 09/24/15 | Wright, J. | 0.90 | Call with S. Martinez re disposition of other loans (0.3); call with S. Martinez and E. Ubarri on same (0.6). | 747.00 |
| 09/24/15 | Roberts, W. | 0.50 | Review background materials re: Abbey and Bautista issues (.3); exchange emails with | 357.50 |

ROPES & GRAY LLP

| | **Detail of Services** | | | |
|---|---|---|---|---|

| | | | counsel for Bautista re: endorsement of notes (.2). | |
| 09/24/15 | Sturm, J. | 0.10 | Follow up correspondence from Z. Smith regarding disposition of FirstBank escrow. | 82.50 |
| 09/24/15 | Weinberg, M. | 0.20 | Emails with J. Wright and K. Sweet regarding condo association notice addresses. | 48.00 |
| 09/24/15 | Sweet, K. | 0.30 | Research condominium association addresses in Puerto Rico for M. Weinberg. | 100.50 |
| 09/25/15 | Parkinson, M. | 0.10 | Circulate NDA to J. Wright, Zolfo Cooper. | 66.00 |
| 09/25/15 | Roberts, W. | 0.20 | Review draft 9019 motion for Abbey mortgage asset sale. | 143.00 |
| 09/28/15 | Parkinson, M. | 0.30 | Review NDA for loan assets. | 198.00 |
| 09/29/15 | Parkinson, M. | 0.50 | Draft letter regarding turnover of unclaimed funds. | 330.00 |
| 09/30/15 | Wright, J. | 0.10 | Email M. Bane and M. Parkinson re UST inquiry re privacy ombudsman. | 83.00 |
| 09/30/15 | Parkinson, M. | 0.40 | E-mails with J. Wright, K. Alexander re: document preservation in connection with loan sale (.2); attend to NDA for loan and REO sale (.2). | 264.00 |
| | Asset Disposition | 48.40 | | 37,943.00 |

**03 - Business Operations**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/18/15 | Wright, J. | 0.30 | Review D&O quote and conf. with S. Martinez re same. | 249.00 |
| 09/21/15 | Wright, J. | 0.40 | Call with Zolfo Cooper re D&O insurance issue. | 332.00 |
| 09/22/15 | Bane, M. | 0.70 | Review D&O insurance. | 906.50 |
| 09/25/15 | Wright, J. | 1.00 | Calls with M. Bane re D&O insurance and UCC stipulation (0.2); call with E. Ubarri re same (0.5); call with E. Ubarri re D&O issues (0.3). | 830.00 |
| 09/29/15 | Wright, J. | 0.30 | Call with C. Flaton and S. Martinez. | 249.00 |
| 09/30/15 | Wright, J. | 0.80 | Review STN case (0.1); emails with M. Bane re Board issues (0.2); call with UCC counsel, M. Bane and D. Aufhauser (W&C) (0.5). | 664.00 |
| | Business Operations | 3.50 | | 3,230.50 |

ROPES & GRAY LLP

| | Detail of Services | | | |
|---|---|---|---|---|

**04 - Case Administration**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/01/15 | Bane, M. | 0.50 | Review hearing schedule and inquiries regarding same. | 647.50 |
| 09/02/15 | Parkinson, M. | 0.10 | E-mails with J. Wright re: hearing dates. | 66.00 |
| 09/03/15 | Wright, J. | 0.30 | Conf. with M. Parkinson re fee hearing notice (0.1); revise same (0.2). | 249.00 |
| 09/03/15 | Parkinson, M. | 0.20 | E-mails with M. Bane, J. Wright re: fee hearing (.1); discuss same with J. Wright (.1). | 132.00 |
| 09/04/15 | Weinberg, M. | 0.20 | Calendar upcoming dates and deadlines for team. | 48.00 |
| 09/08/15 | Parkinson, M. | 1.00 | Review notice of adjournment of stay relief motion and attend to filing (.5); attend to HCL stay relief motion issues (.5). | 660.00 |
| 09/08/15 | Weinberg, M. | 0.70 | Draft notice of further adjournment of stay motion for M. Parkinson (0.3); calendar upcoming objection deadline to stay motion for team (0.1); finalize and e-file notice of adjournment (0.2); coordinate service of same (0.1). | 168.00 |
| 09/11/15 | Parkinson, M. | 0.10 | Call with HCL counsel regarding scheduling matters. | 66.00 |
| 09/11/15 | Weinberg, M. | 0.30 | Draft notice of cancellation of hearing. | 72.00 |
| 09/15/15 | Wright, J. | 0.80 | Review and comment on adjournment notice (0.3); conf. with M. Parkinson re various open matters (0.3); review notice on proposed order (0.2). | 664.00 |
| 09/15/15 | Parkinson, M. | 0.30 | Conference with J. Wright regarding various open matters. | 198.00 |
| 09/15/15 | Graham, L. | 0.60 | Assist M. Parkinson with coordinating filing of Notice of Adjournment of Hearing and Corporate Monthly Report. | 144.00 |
| 09/15/15 | Lang, P. | 0.30 | E-file notice of adjournment of stay motion for M. Parkinson. | 93.00 |
| 09/16/15 | Parkinson, M. | 0.10 | Emails with M. Weinberg regarding service of new pleadings. | 66.00 |
| 09/16/15 | Weinberg, M. | 0.10 | Coordinate service of multiple filings with GCG. | 24.00 |
| 09/17/15 | Wright, J. | 0.30 | Emails with M. Parkinson re CNO and hearing (0.1); call with T. Dorkey re same (0.1); review CNO draft (0.1). | 249.00 |
| 09/17/15 | Weinberg, M. | 0.10 | Calendar upcoming dates and deadlines for team. | 24.00 |
| 09/21/15 | Parkinson, M. | 0.50 | Draft notice of cancellation of hearing (.4); | 330.00 |

| | | | Detail of Services | |
|---|---|---|---|---|
| | | | e-mail proposed Landa retention order to chambers (.1). | |
| 09/21/15 | Weinberg, M. | 0.60 | Research and gather retention application and lease assumption motion precedent for M. Parkinson (0.4); e-file notice of cancellation and coordinate service of same (0.2). | 144.00 |
| 09/23/15 | Graham, L. | 1.00 | Assist M. Parkinson with preparing Motion to Assume Leases and Sale Motion (0.5); coordinate with Managing Clerks regarding filing same (0.1); prepare courtesy copies to be sent to Judge Chapman (0.4). | 240.00 |
| 09/23/15 | Lang, P. | 0.30 | E-file motion to assume leases for M. Parkinson. | 93.00 |
| 09/24/15 | Wright, J. | 0.70 | Revise motion to extend exclusivity deadline (0.5); emails with M. Bane re various open matters (0.2). | 581.00 |
| 09/24/15 | Weinberg, M. | 0.10 | Gather new filings and save to Workspace. | 24.00 |
| 09/30/15 | Weinberg, M. | 0.10 | Gather new filings and save to Workspace. | 24.00 |
| | Case Administration | 9.30 | | 5,006.50 |

**05 - Claims Administration and Objections**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/02/15 | Weinberg, M. | 0.20 | Review and revise claims chart regarding newly filed claims. | 48.00 |
| 09/08/15 | Bane, M. | 1.50 | Work on FDIC summaries and issues. | 1,942.50 |
| 09/08/15 | Parkinson, M. | 0.30 | Discuss Pitney Bowes invoice with Zolfo Cooper. | 198.00 |
| 09/08/15 | Weinberg, M. | 0.20 | Review and revise claims chart regarding newly filed claims. | 48.00 |
| 09/14/15 | Parkinson, M. | 0.60 | Review UPBAM proof of claim and correspondence re: same. | 396.00 |
| 09/18/15 | Bane, M. | 0.50 | Conference call regarding security deposit stipulation. | 647.50 |
| 09/23/15 | Parkinson, M. | 0.30 | E-mails with Zolfo Cooper re: substantiation for UBPAM proof of claim (.2); e-mail to claimant re: same (.1). | 198.00 |
| 09/24/15 | Parkinson, M. | 0.60 | Call with claimant's counsel to discuss resolution of claim (.2); review proof of claim re: same (.4). | 396.00 |
| 09/29/15 | Wright, J. | 1.70 | Call with Schulte, Berkeley, and Zolfo Cooper re FDIC claim meeting. | 1,411.00 |
| 09/30/15 | Bane, M. | 3.00 | Prepare for (.5) and participate in (2.5) meeting with FDIC. | 3,885.00 |

ROPES & GRAY LLP

| | Detail of Services | | |
|---|---|---|---|

| | Hours | | Amount |
|---|---|---|---|
| Claims Administration and Objections | 8.90 | | 9,170.00 |

**07 - Fee/Employment Applications**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/01/15 | Wright, J. | 0.50 | Call with M. Bane re Fiddler disclosure issue (0.1); call with E. Ubarri re same (0.2). call with E. Ubarri re Fiddler (0.2). | 415.00 |
| 09/02/15 | Wright, J. | 0.50 | Call with Fiddler, E. Ubarri re disclosure issue (0.4); call with E. Ubarri (0.1). | 415.00 |
| 09/02/15 | Weinberg, M. | 1.40 | Revise interim fee application. | 336.00 |
| 09/03/15 | Parkinson, M. | 0.20 | E-mails with committee counsel re: tax accountant retention application (.1); revise same (.1). | 132.00 |
| 09/03/15 | Weinberg, M. | 2.60 | Review and revise August invoice (2.3); revise notice of interim fee application deadlines and hearing (0.2); e-file and coordinate service of same (0.1). | 624.00 |
| 09/04/15 | Parkinson, M. | 0.50 | Finalize Landa Umpierre retention application. | 330.00 |
| 09/04/15 | Weinberg, M. | 1.30 | Review and e-file Landa retention application (0.4); coordinate service of same (0.1); review and revise August invoice (0.8). | 312.00 |
| 09/06/15 | Wright, J. | 0.50 | Review Zolfo Cooper July report. | 415.00 |
| 09/08/15 | Wright, J. | 0.70 | Call with T. Kim (0.2); review and revise first interim fee application (0.5). | 581.00 |
| 09/08/15 | Parkinson, M. | 0.20 | Discuss payment of fees with Zolfo Cooper, J. Wright. | 132.00 |
| 09/08/15 | Weinberg, M. | 2.20 | Revise first interim fee application (2.0); finalize and e-file Zolfo staffing report (0.2). | 528.00 |
| 09/09/15 | Wright, J. | 0.30 | Emails with UST re fee hearing (0.1); emails with M. Parkinson re same (0.1); review notice re fee hearing (0.1). | 249.00 |
| 09/09/15 | Parkinson, M. | 0.40 | Review local rules re: professional compensation (.3); discuss scheduling of fee hearing with committee counsel (.1). | 264.00 |
| 09/09/15 | Weinberg, M. | 1.70 | Revise first interim fee application (1.4); draft notice of adjournment of fee hearing (0.3). | 408.00 |
| 09/10/15 | Parkinson, M. | 0.20 | Call to UST re: objection deadlines for fee applications (.1); e-mails with M. Weinberg re: same (.1). | 132.00 |
| 09/10/15 | Weinberg, M. | 0.20 | Revise notice of adjournment of fee hearing (0.1); emails regarding same (0.1). | 48.00 |
| 09/11/15 | Parkinson, M. | 0.60 | Review notice of adjournment of fee hearing | 396.00 |

| | | | **Detail of Services** | |
|---|---|---|---|---|
| | | | (0.2); e-mails with committee, company re: Landa retention application (0.2); e-mails with BankUnited, Landlord re: stipulation and order re: security deposit (0.2). | |
| 09/11/15 | Weinberg, M. | 0.20 | Revise notice of adjournment of fee hearing. | 48.00 |
| 09/14/15 | Wright, J. | 0.20 | Emails with M. Parkinson re Landa retention issues. | 166.00 |
| 09/14/15 | Parkinson, M. | 0.70 | Revise Landa Umpierre retention application (.4); correspondence with Landa Umpierre, committee re: revised version, conflicts (.3). | 462.00 |
| 09/15/15 | Parkinson, M. | 3.00 | Review interim fee statement and revise same (1.1); revise Landa Umpierre retention order per comments of UST (1.0); prepare notice of revised proposed Landa Umpierre retention order (.5); discuss title insurance litigations issue and potential OCP retention with company (.4). | 1,980.00 |
| 09/16/15 | Parkinson, M. | 0.40 | Discuss retention of counsel to title insurance litigations as ordinary course professional with committee counsel (.1); e-mail to M. Bane re: Landa Umpierre retention (.1); review revised proposed Landa Umpierre retention order (.2). | 264.00 |
| 09/16/15 | Weinberg, M. | 0.90 | Revise first interim fee application (0.5); emails regarding same (0.2); e-file Landa retention application revised order (0.2). | 216.00 |
| 09/17/15 | Wright, J. | 0.30 | Revise R&G interim fee application. | 249.00 |
| 09/17/15 | Weinberg, M. | 0.60 | Draft and e-file certificate of no objection for Landa retention application (0.4); review and revise August invoice (0.2). | 144.00 |
| 09/18/15 | Wright, J. | 0.20 | Call with S. Martinez re Zolfo retention status. | 166.00 |
| 09/18/15 | Weinberg, M. | 2.20 | Review and revise August invoice (0.5); draft Ryer Associates retention application (1.5); review OCP motion and order regarding same (0.1); emails with M. Parkinson regarding same (0.1). | 528.00 |
| 09/21/15 | Weinberg, M. | 0.20 | Review and revise August invoice. | 48.00 |
| 09/22/15 | Bane, M. | 2.00 | Revise fee application draft. | 2,590.00 |
| 09/22/15 | Parkinson, M. | 0.70 | E-mail M. Bane re: fee application (.1); revise per comments of M. Bane (.6). | 462.00 |
| 09/24/15 | Parkinson, M. | 3.10 | Draft retention application and supporting declaration for real estate broker. | 2,046.00 |
| 09/24/15 | Weinberg, M. | 1.00 | Review and revise August invoice (0.3); draft fee statement (0.7). | 240.00 |
| 09/25/15 | Parkinson, M. | 2.50 | Review Fiddler certification re: conflicts and | 1,650.00 |

ROPES & GRAY LLP

| | | | Detail of Services | |
|---|---|---|---|---|
| | | | summarize for J. Wright (.5); review and revise draft GCG balloting agent retention motion (1.6); e-mail with M. Weinberg re: filing of fee application (.1); review broker retention application and supporting declaration and send to J. Wright (.3). | |
| 09/25/15 | Weinberg, M. | 1.40 | Finalize and e-file August invoice and fee statement (0.5); finalize and e-file interim fee application (0.7); coordinate service of same (0.1); calendar same (0.1). | 336.00 |
| 09/28/15 | Parkinson, M. | 1.30 | Call with Fiddler re: conflict certification (.1); e-mail J. Wright re: same (.1); call with Schulte re: same (.2); discuss retention of OCP with company (.3); create shell fee application for Fiddler Gonzalez (.6). | 858.00 |
| 09/29/15 | Parkinson, M. | 0.40 | Discuss fee application issues with Fiddler. | 264.00 |
| 09/30/15 | Parkinson, M. | 1.10 | Draft declaration and questionnaire for OCP retention for Tulla Rivera & Ferrer (.7); e-mail with M. Bane re: supplemental Fiddler declaration (.1); coordinate filing of same (.1); emails with M. Weinberg re: UST comments to fee application (0.2). | 726.00 |
| 09/30/15 | Weinberg, M. | 1.10 | Prepare charts of budgeted fees in response to UST request (0.8); finalize and e-file Fiddler supplement (0.2); coordinate service of same (0.1). | 264.00 |
| | Fee/Employment Applications | 37.50 | | 19,424.00 |

**10 - Litigation**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/02/15 | Bane, M. | 0.40 | Review discovery issues. | 518.00 |
| 09/04/15 | Wright, J. | 0.10 | Conf. with M. Parkinson re title litigation. | 83.00 |
| 09/04/15 | Parkinson, M. | 0.30 | Discuss conflict issue re: Puerto Rico title insurance with J. Wright (.1); e-mail company re: same (.2). | 198.00 |
| 09/25/15 | Bane, M. | 1.00 | Call with Schulte regarding O&D issues. | 1,295.00 |
| 09/30/15 | Bane, M. | 1.00 | Calls with counsel to Board members. | 1,295.00 |
| 09/30/15 | Alexander, K. | 0.40 | Correspondence re stipulation to preserve documents and follow up re same. | 290.00 |
| | Litigation | 3.20 | | 3,679.00 |

**11 - Meetings of Creditors**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/09/15 | Wright, J. | 0.90 | Call with UCC professionals, Zolfo Cooper. | 747.00 |
| 09/11/15 | Wright, J. | 0.80 | Call with UCC counsel, BRG, Zolfo Cooper on various case updates. | 664.00 |

ROPES & GRAY LLP

|  |  |  | **Detail of Services** |  |
|---|---|---|---|---|
| 09/15/15 | Wright, J. | 0.20 | Call with Citi counsel (0.1); call with UCC counsel (0.1). | 166.00 |
| 09/17/15 | Wright, J. | 0.40 | Call with UCC counsel and M. Parkinson re plan process. | 332.00 |
| 09/17/15 | Parkinson, M. | 0.40 | Call with committee and J. Wright re plan, disclosure statement. | 264.00 |
| 09/22/15 | Wright, J. | 0.60 | Call with B. Pfeiffer and T. Kim on Doral Properties sale and plan issues. | 498.00 |
| 09/24/15 | Wright, J. | 0.10 | Email HHR re FDIC/Doral/UCC meeting. | 83.00 |
| 09/30/15 | Wright, J. | 1.80 | Preparation for meeting with FDIC (0.4). Meet with FDIC, Hughes Hubbard, UCC professionals, Zolfo Cooper (1.4). | 1,494.00 |
|  | Meetings of Creditors | 5.20 |  | 4,248.00 |

**12 - Plan and Disclosure Statement**

| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
|---|---|---|---|---|
| 09/16/15 | Parkinson, M. | 1.50 | Begin drafting disclosure statement. | 990.00 |
| 09/17/15 | Bane, M. | 2.50 | Review and revise plan. | 3,237.50 |
| 09/18/15 | Bane, M. | 3.00 | Review and revise plan of reorganization (1.9); call with B. Pfeiffer regarding same (0.8); internal calls regarding same (0.3). | 3,885.00 |
| 09/18/15 | Wright, J. | 1.00 | Conf. with M. Parkinson re disclosure statement and plan (0.7); call with E. Ubarri (0.3). | 830.00 |
| 09/18/15 | Parkinson, M. | 6.10 | Review draft plan from committee and draft disclosure statement (5.4); conference with J. Wright re same (.7). | 4,026.00 |
| 09/19/15 | Parkinson, M. | 6.40 | Continue drafting disclosure statement and send to J. Wright for review. | 4,224.00 |
| 09/20/15 | Wright, J. | 5.50 | Revise Disclosure Statement and Plan. | 4,565.00 |
| 09/21/15 | Wright, J. | 4.90 | Confs. with M. Parkinson (0.4); revise disclosure statement (4.2); call with S. Martinez (0.3). | 4,067.00 |
| 09/21/15 | Parkinson, M. | 2.10 | Revise disclosure statement per comments of J. Wright (1.7); conferences with J. Wright re same (.4). | 1,386.00 |
| 09/21/15 | Weinberg, M. | 0.10 | Emails with Doc Processing and J. Wright regarding disclosure statement preparation. | 24.00 |
| 09/22/15 | Parkinson, M. | 1.00 | Revise disclosure statement. | 660.00 |
| 09/22/15 | Weinberg, M. | 1.60 | Review defined terms in disclosure statement for J. Wright (1.4); emails regarding same (0.2). | 384.00 |
| 09/23/15 | Parkinson, M. | 0.70 | Send plan to Zolfo Cooper (.1); review comments from company to disclosure statement (.6). | 462.00 |

ROPES & GRAY LLP

| | | | Detail of Services | |
|---|---|---|---|---|
| 09/24/15 | Bane, M. | 1.70 | Review disclosure statement draft. | 2,201.50 |
| 09/24/15 | Wright, J. | 0.20 | Conf. with M. Parkinson re open disclosure statement and related items. | 166.00 |
| 09/24/15 | Parkinson, M. | 2.60 | Draft motion for further extension of exclusive plan and solicitation periods (.9); conference with J. Wright re same (.2); review precedent motions to approve plan and disclosure statement and begin drafting (1.5). | 1,716.00 |
| 09/24/15 | Weinberg, M. | 0.30 | Research and gather disclosure statement motion precedent for M. Parkinson. | 72.00 |
| 09/25/15 | Bane, M. | 1.00 | Call with Schulte regarding Plan (.4); review plan draft (.6). | 1,295.00 |
| 09/25/15 | Parkinson, M. | 1.80 | Revise motion to further extend exclusivity (.7); send to committee counsel for review (.1); begin revising disclosure statement per comments of Zolfo, company (1.0). | 1,188.00 |
| | Plan and Disclosure Statement | 44.00 | | 35,379.00 |

**14 - Tax Issues**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/22/15 | Wright, J. | 0.30 | Call with L. Arnaboldi re Disclosure statement tax issues (0.2); email Schulte re same (0.1). | 249.00 |
| | Tax Issues | 0.30 | | 249.00 |

**15 - Ch. 11 Reporting Obligations**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/04/15 | Parkinson, M. | 0.20 | Send bank statements to United States Trustee. | 132.00 |
| 09/08/15 | Parkinson, M. | 0.10 | File Zolfo staffing report. | 66.00 |
| 09/09/15 | Bane, M. | 1.50 | Call with Schulte (1.0); review trustee issues (.5). | 1,942.50 |
| 09/15/15 | Parkinson, M. | 0.50 | Review company's monthly operating report and coordinate filing. | 330.00 |
| 09/15/15 | Lang, P. | 0.40 | E-file August monthly operating report for M. Parkinson. | 124.00 |
| | Ch. 11 Reporting Obligations | 2.70 | | 2,594.50 |

ROPES & GRAY LLP

| | Detail of Services | | | |
|---|---|---|---|---|

**16 - Doral Properties**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/01/15 | Wright, J. | 0.80 | Call with T. Dorkey (0.1); email Citi counsel re fee detail (0.2); emails with UCC, Morgan Stanley counsel re same (0.1); call with S. Martinez re building sale (0.2); emails with M. Bane re Doral Properties building issues (0.1); email S. Martinez re same (0.1). | 664.00 |
| 09/02/15 | Wright, J. | 0.70 | Review Doral Properties invoices and email M. Bane re same. | 581.00 |
| 09/03/15 | Wright, J. | 0.20 | Call re San Juan building sale. | 166.00 |
| 09/08/15 | Wright, J. | 0.20 | Emails with Zolfo Cooper, bondholders counsel, and UCC counsel re Citi fees. | 166.00 |
| 09/11/15 | Bane, M. | 2.00 | Review Citi issues (.5); prepare for (.5) and call with Zolfo and Schulte Roth (1.0). | 2,590.00 |
| 09/15/15 | Wright, J. | 1.40 | Prepare for call regarding Doral building sale (0.6); call with Skadden, Popular, and E. Ubarri re same (0.6); call with E. Ubarri re same (0.1); emails with M. Parkinson re same (0.1). | 1,162.00 |
| 09/16/15 | Wright, J. | 0.50 | Review cash collateral amendment and email client re same (0.1); call with Zolfo Cooper re cash collateral and building sale (0.4). | 415.00 |
| 09/18/15 | Wright, J. | 0.80 | Draft term sheet for building sale. | 664.00 |
| 09/22/15 | Bane, M. | 0.20 | Analyze sale alternatives. | 259.00 |
| 09/22/15 | Wright, J. | 0.50 | Call with E. Ubarri, M. Bane, S. Martinez re DPI building sale. | 415.00 |
| 09/24/15 | Wright, J. | 0.10 | Call to Skadden re building sale. | 83.00 |
| 09/25/15 | Wright, J. | 0.20 | Call with S. Martinez re appraisal issue. | 166.00 |
| 09/28/15 | Wright, J. | 0.30 | Email UCC counsel re DPI sale (0.2); email Skadden re same (0.1). | 249.00 |
| 09/30/15 | Wright, J. | 0.40 | Call with M. Chehi (0.2); email M. Parkinson re building sale (0.2). | 332.00 |
| | Doral Properties | 8.30 | | 7,912.00 |

**18 - SEC Investigation**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/02/15 | Leonard, C. | 0.80 | Send execution copy of statement of work to CDS (.1); draft production letters to counsel for individual directors and officers (.7). | 412.00 |
| 09/03/15 | Leonard, C. | 1.00 | Revise production letters for M. Spafford and S. Urbanczyk and send out copies of production (.8); review list of filters and | 515.00 |

ROPES & GRAY LLP

| | | | Detail of Services | |
|---|---|---|---|---|
| | | | search terms for subpoena response (.2). | |
| 09/03/15 | Moree, K. | 0.80 | Confirm finalized SOW with C. Leonard (.3); conference with CDS regarding processing specification and timeline (.5). | 228.00 |
| 09/04/15 | Brez, Z. | 1.50 | Call with counsel for individuals (.6); attend to requests from Paul Hastings (.9). | 1,537.50 |
| 09/04/15 | Leonard, C. | 0.60 | Call to discuss subpoena to E. Ubarri. | 309.00 |
| 09/09/15 | Leonard, C. | 0.70 | Review July invoice entries related to SEC investigation (.2); discuss document collection and hit reports with U. Cambeiro (.5). | 360.50 |
| 09/09/15 | Cambeiro, U. | 2.50 | Coordinate with vendor regarding search hit reports, exception and processing reports (0.5). discuss same with C. Leonard (0.5); review privilege hit reports and analyze for modifications to reduce document count (1.3); email to attorney regarding recommendation for culling (0.2). | 712.50 |
| 09/10/15 | Leonard, C. | 0.60 | Emails with D. Chirlin regarding document collection (.2); correspond with U. Cambeiro about same (.2); draft response to SEC regarding status of document production (.4). | 309.00 |
| 09/10/15 | Cambeiro, U. | 2.00 | Review new search hit report and provide suggestions to team to reduce document count (0.5); email to/from vendor regarding copies of corrupted files and next step to recover the data (0.3); call with C. Leonard regarding same (0.2); modify syntax and coordinate with vendor regarding privilege terms for document reduction for attorney review (1.0). | 570.00 |
| 09/11/15 | Leonard, C. | 0.40 | Discuss privilege review with team. | 206.00 |
| 09/14/15 | Brez, Z. | 0.50 | Call with counsel for D. Hooston and D. Chirlin (0.2); call with D. Chirlin and C. Leonard regarding same (0.3). | 512.50 |
| 09/14/15 | Chirlin, D. | 0.50 | Call with Z. Brez and C. Leonard regarding subpoena (0.3); call with Kobre & Kim regarding D. Hoosten documents (0.2). | 420.00 |
| 09/14/15 | Leonard, C. | 0.30 | Call with D. Chirlin and Z. Brez to discuss D. Hooston subpoena. | 154.50 |
| 09/15/15 | Leonard, C. | 0.30 | Discuss Hooston production with J. Sheptow. | 154.50 |
| 09/16/15 | Brez, Z. | 1.00 | Call with SEC, D. Chirlin, and C. Leonard (0.5); discuss same internally (0.5). | 1,025.00 |
| 09/16/15 | Chirlin, D. | 0.50 | Call with A. Zamarano, Z. Brez, and C. Leonard. | 420.00 |

| | **Detail of Services** | | | |
|---|---|---|---|---|
| 09/16/15 | Leonard, C. | 0.60 | Discuss review with SEC, Z. Brez, and D. Chirlin (.5); coordinate review of D. Hooston documents with J. Sheptow (.1). | 309.00 |
| 09/16/15 | Hon, F. | 1.20 | Prepare documents to be loaded to Relativity and load documents (0.6); process data to Relativity (0.3); perform quality control for loaded documents (0.3). | 240.00 |
| 09/21/15 | Brez, Z. | 1.00 | Attend to D&O issues, including call with Paul Hastings. | 1,025.00 |
| 09/21/15 | Giaimo, C. | 0.10 | Team correspondence. | 51.50 |
| 09/21/15 | Leonard, C. | 0.50 | Call with M. Spafford to discuss subpoena to E. Ubarri. | 257.50 |
| 09/21/15 | McEntee, M. | 2.20 | Review documents for privilege. | 968.00 |
| 09/21/15 | Cambeiro, U. | 0.50 | Create new review folder and batch documents for attorney review. | 142.50 |
| 09/22/15 | Leonard, C. | 0.90 | Review and respond to privilege question from M. McEntee (.3); update Z. Brez and D. Chirlin on revised hit counts for document review (.2); draft update to A. Zamorano on same (.4). | 463.50 |
| 09/22/15 | McEntee, M. | 2.50 | Review documents for privilege. | 1,100.00 |
| 09/22/15 | Cambeiro, U. | 1.50 | Coordinate with vendor regarding running new search term to document universe (0.7); create syntax, quality control results, and email to C. Leonard new documents summaries (0.8). | 427.50 |
| 09/23/15 | Leonard, C. | 1.40 | Compare revised and original list of search terms and prepare summary for Z. Brez. | 721.00 |
| 09/23/15 | McEntee, M. | 3.90 | Review documents for privilege. | 1,716.00 |
| 09/23/15 | Cambeiro, U. | 1.00 | Coordinate with vendor CDS regarding data results to be imported to the review tool (0.6); discuss database design and document workflow (0.4). | 285.00 |
| 09/24/15 | Cambeiro, U. | 1.20 | Review invoice and cost for approval (0.5); email to/from C. Leonard regarding adding new user to the database for review (0.3); work with the vendor to modify new fields to the coding palette (0.4). | 342.00 |
| 09/25/15 | Brez, Z. | 1.00 | Call with C. Everdell (0.5); call with Schulte re D&Os (0.5). | 1,025.00 |
| 09/25/15 | Cambeiro, U. | 0.50 | Email to/from C. Leonard regarding invoice and review for approval. | 142.50 |
| 09/28/15 | Kim, H. | 0.30 | Discuss document review and logistics with C. Leonard. | 132.00 |
| 09/28/15 | Leonard, C. | 0.30 | Discuss document review and logistics with H. Kim. | 154.50 |

ROPES & GRAY LLP

| | | | Detail of Services | |
|---|---|---|---|---|
| 09/28/15 | Cambeiro, U. | 1.00 | Coordinate with vendor regarding batches for attorney review (0.4); run quality control for accuracy (0.6). | 285.00 |
| 09/29/15 | Kim, H. | 5.20 | Conduct document privilege review (4.6); emails with C. Leonard to discuss documents in privilege review batches (0.3); correspond with Litigation Technology team and vendor regarding CDS Relativity (0.3). | 2,288.00 |
| 09/29/15 | McEntee, M. | 0.20 | Review documents for privilege. | 88.00 |
| 09/30/15 | Brez, Z. | 1.00 | Review D&O production issues. | 1,025.00 |
| 09/30/15 | Kim, H. | 5.00 | Conduct document privilege review (3.0); correspond with C. Leonard to discuss documents in reviewing batches and plans going forward (0.5); revise privilege review code based on discussion with C. Leonard (1.5). | 2,200.00 |
| 09/30/15 | Leonard, C. | 0.80 | Call with H. Kim regarding document review (.5); respond to questions regarding document review (.3). | 412.00 |
| 09/30/15 | McEntee, M. | 1.40 | Review documents for privilege. | 616.00 |
| | SEC Investigation | 49.20 | | 24,262.50 |
| | **Total Hours** | **220.50** | **Total Amount $** | **153,098.00** |

| Timekeeper Fee Summary | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| Bane, Mark I. | 26.80 | 1,295.00 | 34,706.00 |
| Brez, Zachary S. | 6.00 | 1,025.00 | 6,150.00 |
| Wright, James | 51.20 | 830.00 | 42,496.00 |
| Alexander, Kristina K. | 0.40 | 725.00 | 290.00 |
| Chirlin, Daniel J. | 1.00 | 840.00 | 840.00 |
| Giaimo, Caitlin | 0.10 | 515.00 | 51.50 |
| Kim, Hyun-Joong (Daniel) | 10.50 | 440.00 | 4,620.00 |
| Leonard, Claire | 9.20 | 515.00 | 4,738.00 |
| McEntee, Megan | 10.20 | 440.00 | 4,488.00 |
| Muranaka, Garin T. | 0.50 | 825.00 | 412.50 |
| Parkinson, Meredith S. | 63.50 | 660.00 | 41,910.00 |
| Roberts, William | 1.00 | 715.00 | 715.00 |
| Sturm, Joshua Y. | 2.50 | 825.00 | 2,062.50 |
| Graham, La-Toya | 1.60 | 240.00 | 384.00 |
| Weinberg, Meir | 21.80 | 240.00 | 5,232.00 |
| Cambeiro, Ursula | 10.20 | 285.00 | 2,907.00 |
| Moree, Kristina D. | 0.80 | 285.00 | 228.00 |
| Hon, Fuk Chau | 1.20 | 200.00 | 240.00 |
| Brustman, Charles R. | 0.70 | 310.00 | 217.00 |
| Lang, Paul G. | 1.00 | 310.00 | 310.00 |
| Sweet, Kimberly L. | 0.30 | 335.00 | 100.50 |
| **Total Hours** | **220.50** | **Total Amount $** | **153,098.00** |

| Task Summary | | |
|---|---|---|
| **Task and Activity Description** | **Hours** | **Amount** |
| **02- Asset Disposition** | | |
| - | 48.40 | 37,943.00 |
| **Total for Task: Asset Disposition** | 48.40 | 37,943.00 |
| **03- Business Operations** | | |
| - | 3.50 | 3,230.50 |
| **Total for Task: Business Operations** | 3.50 | 3,230.50 |
| **04- Case Administration** | | |
| - | 9.30 | 5,006.50 |
| **Total for Task: Case Administration** | 9.30 | 5,006.50 |
| **05- Claims Administration and Objections** | | |
| - | 8.90 | 9,170.00 |
| **Total for Task: Claims Administration and Objections** | 8.90 | 9,170.00 |
| **07- Fee/Employment Applications** | | |
| - | 37.50 | 19,424.00 |
| **Total for Task: Fee/Employment Applications** | 37.50 | 19,424.00 |
| **10- Litigation** | | |

| Task Summary | | |
|---|---|---|

| Task and Activity Description | Hours | Amount |
|---|---|---|
| - | 3.20 | 3,679.00 |
| **Total for Task: Litigation** | 3.20 | 3,679.00 |
| **11- Meetings of Creditors** | | |
| - | 5.20 | 4,248.00 |
| **Total for Task: Meetings of Creditors** | 5.20 | 4,248.00 |
| **12- Plan and Disclosure Statement** | | |
| - | 44.00 | 35,379.00 |
| **Total for Task: Plan and Disclosure Statement** | 44.00 | 35,379.00 |
| **14- Tax Issues** | | |
| - | 0.30 | 249.00 |
| **Total for Task: Tax Issues** | 0.30 | 249.00 |
| **15- Ch. 11 Reporting Obligations** | | |
| - | 2.70 | 2,594.50 |
| **Total for Task: Ch. 11 Reporting Obligations** | 2.70 | 2,594.50 |
| **16- Doral Properties** | | |
| - | 8.30 | 7,912.00 |
| **Total for Task: Doral Properties** | 8.30 | 7,912.00 |
| **18- SEC Investigation** | | |
| - | 49.20 | 24,262.50 |
| **Total for Task: SEC Investigation** | 49.20 | 24,262.50 |
| **Total Hours** | **220.50** | **Total Amount  $   153,098.00** |

| Detail of Disbursements | | |
|---|---|---|

**Computer Assisted Research**

| Date | Description | Amount |
|---|---|---|
| 09/02/15 | Paid To:  Westlaw Per:  Weinberg | 102.12 |
| 09/21/15 | Paid To:  Westlaw Per:  PARKINSON,MEREDITH | 68.31 |
| 09/24/15 | Lexis Research | 55.44 |
| 09/30/15 | Lexis Research | 66.50 |
| | Computer Assisted Research | 292.37 |

**Courier Service**

| Date | Description | Amount |
|---|---|---|
| 09/04/15 | Invoice No: 514960624a Trk#: 781237711388 Paid to: Fedex per 51268 Ship To: | 17.27 |
| 09/04/15 | Invoice No: 514960624a Trk#: 781237728902 Paid to: Fedex per 51268 Ship To: Taejin Kim, Esq | 17.27 |
| 09/11/15 | Invoice No: 515608128 Trk#: 781269966444 Paid to: Fedex per 53478 Ship To: Stephen L  Urbanczyk | 17.27 |
| 09/11/15 | Invoice No: 515608128 Trk#: 781270012833 Paid to: Fedex per 53478 Ship To: Michael Spafford | 17.27 |

ROPES & GRAY LLP

| Detail of Disbursements | | |
|---|---|---|
| 09/18/15 | Invoice No: 516390704 Trk#: 781237693672 Paid to: Fedex per 51268 Ship To: | 12.27 |
| 09/18/15 | Invoice No: 516390704 Trk#: 774507496956 Paid to: Fedex per 51268 Ship To:<br>MEIR WEINBERG | 11.40 |
| | Courier Service | 92.75 |
| | **Total Disbursements** $ | **385.12** |

| | | |
|---|---|---|
| Services | $ | 153,098.00 |
| Total Disbursements and Charges | | 385.12 |
| **Total Due** | $ | **153,483.12** |