UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                              :         Chapter 11
                                                                        :
Doral Financial Corporation,[1]                         :         Case No. 15-10573 (SCC)
                                                                        :
                          Debtor.                                :
------------------------------------------------------x

## ORDER GRANTING (I) APPLICATIONS FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AND (II) APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the first interim applications (collectively, the "Applications") of (i) Ropes & Gray LLP, counsel for Doral Financial Corporation (the "Debtor"); (ii) Berkeley Research Group, LLC, financial advisor to the Official Committee of Unsecured Creditors of the Debtor; (iii) Schulte Roth & Zabel LLP, counsel to the Official Committee of Unsecured Creditors of the Debtor; and upon the final application of Capstone Advisory Group, LLC, financial advisor to the Official Committee of Unsecured Creditors of the Debtor (collectively, the "Applicants"), seeking allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred in connection therewith in the above-captioned chapter 11 case for the period commencing March 11, 2015 through and including July 31, 2015[2]; and a hearing having been held before this Court to consider the Applications on November 2, 2015; and notice having been given in accordance with the *Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates*, entered on April 1, 2015 [Docket No. 74] and the *Order Establishing Procedures for Interim Monthly Compensation*

---

[1] The last four digits of the taxpayer identification number of the Debtor are (2162).

[2] The relevant period for which Capstone Advisory Group, LLC seeks compensation and reimbursement is March 26, 2015 through and including May 31, 2015, the relevant period for which Schulte Roth & Zabel LLP seeks compensation and reimbursement is March 23, 2015 through and including July 31, 2015, and the relevant period for which Berkeley Research Group, LLC seeks compensation and reimbursement is June 1, 2015 through and including July 31, 2015.

-2-

*and Reimbursement of Expenses of Professionals*, entered on April 1, 2015 [ECF No. 72]; and sufficient cause having been shown therefor; it is hereby

ORDERED, that the Applications are granted to the extent set forth in Schedule A, and the Debtor is authorized to pay the amounts set forth in Schedule A to the extent that such amounts have not been paid previously.

Dated: November 3, 2015
      New York, New York

                               /S/ Shelley C. Chapman
                               HONORABLE SHELLEY C. CHAPMAN
                               UNITED STATES BANKRUPTCY JUDGE

## Schedule A

| | FIRST COMPENSATION PERIOD: March 11, 2015 through July 31, 2015[1] | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Applicant | Date/Document Number of Application | Interim Fees Requested | Interim Fees Allowed | Fees to Be Paid for Current Fee Period | Fees to Be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | Totals Fees to Be Paid | Interim Expenses Requested | Expenses Allowed and to Be Paid for Current Fee Period |
| Berkeley Research Group, LLC | 9/29/15 ECF No. 314 | $102,824.00 | $102,824.00 | $102,824.00 | N/A | $102,824.00 | $0.00 | $0.00 |
| Capstone Advisory Group, LLC | 9/11/15 ECF No. 293 | $140,235.60 | $140,235.60 | $140,235.60 | N/A | $140,235.60 | $1,202.23 | $1,202.23 |
| Ropes & Gray LLP | 9/25/15 ECF No. 309 | $1,426,204.00 | $1,421,178.00[2] | $1,421,178.00 | N/A | $1,421,178.00 | $17,290.18 | $17,290.18 |
| Schulte Roth & Zabel LLP | 9/29/15 ECF No. 313 | $656,594.55 | $656,594.55 | $656,594.55 | N/A | $656,594.55 | $6,067.10 | $6,067.10 |

**DATED: November 3, 2015          INITIALS: SCC U.S.B.J.**

---

[1] The relevant period for which Capstone Advisory Group, LLC seeks compensation and reimbursement is March 26, 2015 through and including May 31, 2015, the relevant period for which Schulte Roth & Zabel LLP seeks compensation and reimbursement is March 23, 2015 through and including July 31, 2015, and the relevant period for which Berkeley Research Group, LLC seeks compensation and reimbursement is June 1, 2015 through and including July 31, 2015.

[2] Ropes & Gray LLP has agreed to reduce its fees by $4,417.00 at the request of the United States Trustee.