ROPES & GRAY LLP

Mark I. Bane
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

-and-

James A. Wright III
Meredith S. Tinkham (*pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Doral Financial Corporation,[1] | : | Case No. 15-10573 (SCC) |
| | : | |
| Debtor. | : | |

-----------------------------------------------------x

**EIGHTH MONTHLY FEE STATEMENT OF ROPES & GRAY LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS COUNSEL FOR THE DEBTOR FOR THE PERIOD
FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| | |
|---|---|
| Name of Applicant: | Ropes & Gray LLP
Counsel for the Debtor |
| Date of Retention: | April 16, 2015 (Docket No. 109) |
| Period for Which Fees and Expenses are Incurred: | October 1, 2015 through and including October 31, 2015 |

---

[1] The last four digits of the taxpayer identification number of the Debtor are (2162).

| | |
|---|---|
| Interim Fees Incurred: | $154,347.50 |
| Interim Payment of Fees Requested (80%): | $123,478.00 |
| Interim Expenses Incurred: | $1,386.41 |
| Total Fees and Expenses Due: | $124,864.41[2] |

This is a:___X___Monthly _____ Interim _____ Final Application.

---

[2] In accordance with the Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Processionals dated April 1, 2015 (Docket No. #72), if no objection to the fees or expenses sought in the Monthly Statement is received by the 15th day following receipt of the Monthly Statement, the Debtor is authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement.

53970003_1

**SUMMARY OF EIGHTH MONTHLY APPLICATION**
**OF ROPES & GRAY LLP FOR SERVICES RENDERED**
**FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| NAME OF PROFESSIONAL: | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Bane, Mark I. | Partner | 1985 | 1994 | 1,295.00 | 31.00 | $40,145.00 |
| Brez, Zachary S. | Partner | 1999 | 2005 | 1,025.00 | 4.00 | $4,100.00 |
| Wright, James | Counsel | 2004 | | 830.00 | 40.00 | $33,200.00 |
| Alexander, Kristina | Associate | 2009 | | 725.00 | 0.10 | $72.50 |
| Chirlin, Daniel | Associate | 2006 | | 840.00 | 0.50 | $420.00 |
| Kim, Hyun-Joong (Daniel) | Associate | 2014 | | 440.00 | 20.50 | $9,020.00 |
| Leonard, Claire | Associate | 2012 | | 515.00 | 9.10 | $4,686.50 |
| McEntee, Megan | Associate | 2014 | | 440.00 | 37.60 | $16,544.00 |
| McGee, William | Associate | 2014 | | 430.00 | 6.10 | $2,623.00 |
| Parkinson, Meredith S. | Associate | 2011 | | 660.00 | 50.00 | $33,000.00 |
| Roberts, William | Associate | 2010 | | 715.00 | 1.10 | $786.50 |
| Lang, Paul | Managing Clerk | | | 310.00 | 0.80 | $248.00 |
| Brustman, Charles D. | Paralegal | | | 250.00 | 1.50 | $375.00 |
| Graham, La-Toya | Paralegal | | | 240.00 | 2.80 | $672.00 |
| Weinberg, Meir | Paralegal | 2009 | | 240.00 | 18.70 | $4,488.00 |
| Arzan, Giovanni | Litigation Support Analyst | | | 240.00 | 2.00 | $480.00 |
| Cambeiro, Ursula | Litigation Support Senior Analyst | | | 285.00 | 10.20 | $2,907.00 |
| Hon, Fuk Chau | Litigation Support Technician | | | 200.00 | 2.90 | $580.00 |
| **Total:** | | | | | **238.90** | **$154,347.50** |

3

**SUMMARY OF EXPENSE SUMMARY**
**OF ROPES & GRAY LLP FOR SERVICES RENDERED**
**FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| EXPENSES | AMOUNTS |
|---|---|
| Air/Rail Travel | $516.00 |
| Computer Assisted Research | $230.14 |
| Courier Service | $183.28 |
| Meals | $94.57 |
| Tabs and Binding | $0.42 |
| Taxi/Car Service | $165.50 |
| Transcript of Testimony | $181.50 |
| Travel | $15.00 |
| **Total:** | **$1,386.41** |

53970003_1

**COMPENSATION BY MATTER CODE FOR SERVICES
RENDERED BY ROPES & GRAY LLP FOR SERVICES RENDERED
FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| MATTER | DESCRIPTION | HOURS | AMOUNT |
|--------|-------------|-------|--------|
| 02 | Asset Disposition | 34.70 | $28,336.00 |
| 03 | Business Operations | 5.30 | $6,026.50 |
| 04 | Case Administration | 28.70 | $20,512.00 |
| 05 | Claims Administration and Objections | 7.70 | $6,159.00 |
| 07 | Fee/Employment Applications | 22.30 | $12,066.00 |
| 10 | Litigation | 5.20 | $6,337.00 |
| 11 | Meetings of Creditors | 1.20 | $1,001.00 |
| 12 | Plan and Disclosure Statement | 0.20 | $132.00 |
| 15 | Ch. 11 Reporting Obligations | 1.60 | $720.00 |
| 16 | Doral Properties | 38.60 | $30,089.50 |
| 17 | Travel | 5.30 | $4,399.00 |
| 18 | SEC Investigation | 86.80 | $37,667.50 |
| 20 | Budgeting (Case) | 1.30 | $902.00 |
| **Total:** | | **238.90** | **$154,347.50** |

53970003_1

**Notice Parties**

      The undersigned hereby certifies that true and correct copies of the foregoing Monthly Fee Statement was served upon the parties listed below via overnight delivery on the 10th day of November, 2015.


Doral Financial Corporation
200 Park Avenue
Suite 1700
New York, NY 10160

Office of the United States Trustee
201 Varick Street
Suite 1006
New York, New York 10004
serene.nakano@usdoj.gov

Taejin Kim, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
tae.kim@srz.com


                                 */s/ Mark I. Bane*
                                   Mark I. Bane

53970003_1

**ROPES & GRAY**

1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
212-596-9000 F 212-596-9090
WWW.ROPESGRAY.COM

Invoice No.: 953279
Invoice Date: November 10, 2015
Federal Tax ID: 04-2233412

Enrique R. Ubarri
Doral Financial Corporation
999 Ponce de Leon Boulevard
Suite 730
Coral Gables, FL 33134

Re: Post Filing

FOR PROFESSIONAL SERVICES rendered through October 31, 2015.

| | | |
|---|---|---|
| Services | $ | 154,347.50 |
| Total Disbursements and Charges | | 1,386.41 |
| TOTAL | $ | 155,733.91 |

| Payment Instructions | | |
|---|---|---|
| **Mail checks to:** | **ACH Fund Transfers:** | **Federal Wire Transfers:** |
| Ropes & Gray LLP | Ropes & Gray LLP | Ropes & Gray LLP |
| P.O. Box 414265 | Account No. 479-19002 | Account No. 479-19002 |
| Boston, MA  02241-4265 | c/o Bank of America | c/o Bank of America |
| | 100 Federal Street | 100 Federal Street |
| | Boston, MA  02110-2624 | Boston, MA  02110-2624 |
| | ABA No.: 011000138 | ABA No.: 0260-0959-3 (Domestic) |
| | | Swift Code: BOFAUS3N (Foreign) |

| | Detail of Services | | | |
|---|---|---|---|---|

**02 - Asset Disposition**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/01/15 | Parkinson, M. | 0.30 | Review NDA for loans/REO property (.2); e-mail with company re: same (.1). | 198.00 |
| 10/02/15 | Bane, M. | 1.50 | Analyze 363 sale process and bid issues (.8); call with M. Etkin regarding objection and review same (.7). | 1,942.50 |
| 10/02/15 | Wright, J. | 0.70 | Emails with M. Bane re sale issue (0.1); call with Lowenstein re same (0.2); call S. Martinez (0.4). | 581.00 |
| 10/02/15 | Parkinson, M. | 0.40 | Review NDA for loans/REO. | 264.00 |
| 10/05/15 | Bane, M. | 0.60 | Call with J. Wright regarding 363 sale hearing (.3); review same (.3). | 777.00 |
| 10/05/15 | Wright, J. | 1.00 | Call with S. Martinez re document retention for Loan sale (0.3); call with M. Bane re sale hearing (0.3); call with S. Martinez, A. Bastone, E. Ubarri re same (0.3); call with J. Teele re same (0.1). | 830.00 |
| 10/06/15 | Wright, J. | 2.70 | Emails with M. Parkinson re settlement for loan sale objection (0.2); call with C. Flaton re loan sale and related issues (0.4); call with Greenberg re hearing (0.3); email update to M. Bane (0.4); call with E. Ubarri (0.3); emails with M. Bane re sale hearing (0.2); preparation for sale hearing (0.9). | 2,241.00 |
| 10/06/15 | Parkinson, M. | 1.10 | Discuss unclaimed funds with Zolfo Cooper (.1); prepare notice of revised proposed bidding procedures order and revised bidding procedures (1.0). | 726.00 |
| 10/07/15 | Wright, J. | 3.30 | Preparation for hearing (1.7); attend sale hearing (0.8); emails with M. Bane, Zolfo Cooper re same (0.4); email M. Parkinson (0.1); call with S. Martinez re stalking horse (0.3). | 2,739.00 |
| 10/07/15 | Parkinson, M. | 1.20 | Finalize sale notice (.2); coordinate service of bidding procedures and sale/auction notice with GCG (.2); send proposed final bidding procedures order to chambers (.2); send lease assumption order to chambers in connection with CNO (.2); coordinate court reporter for auction (.4). | 792.00 |
| 10/08/15 | Parkinson, M. | 0.70 | Coordinate service of sale and auction notice with GCG (.2); e-mails with Ropes team, Zolfo re: offer for Doral Properties building (.5). | 462.00 |
| 10/12/15 | Wright, J. | 0.80 | Call with S. Martinez re Loan/REO sale | 664.00 |

ROPES & GRAY LLP

| | **Detail of Services** | | | |
|---|---|---|---|---|
| | | | (0.2); review PSA from Credigy (0.4); emails re same (0.2). | |
| 10/13/15 | Bane, M. | 0.50 | Call with Zolfo Cooper and J. Wright regarding potential alternative bidders. | 647.50 |
| 10/13/15 | Wright, J. | 1.30 | Preparation for call with client, Zolfo Cooper, and M. Bane regarding loan/REO sale and related matters (0.7); call with client, Zolfo Cooper, M. Bane re same (0.5); emails with S. Martinez re same (0.1). | 1,079.00 |
| 10/14/15 | Bane, M. | 1.30 | Calls with UCC (.3); analyze options (1.0). | 1,683.50 |
| 10/15/15 | Bane, M. | 0.60 | Analyze 363 options. | 777.00 |
| 10/20/15 | Parkinson, M. | 0.40 | Review loan repurchase letter. | 264.00 |
| 10/22/15 | Parkinson, M. | 0.20 | E-mails with Zolfo, J. Wright re: escrow account. | 132.00 |
| 10/23/15 | Wright, J. | 0.50 | Call with S. Martinez re Doral sales (0.2); conf. with M. Parkinson re same (0.3). | 415.00 |
| 10/23/15 | Parkinson, M. | 2.50 | Draft loan sale escrow agreement and send to J. Wright for review (2.2); discuss sales with J. Wright (.3). | 1,650.00 |
| 10/24/15 | McGee, W. | 0.50 | Draft motion to shorten notice for hearing on motion to amend stalking horse purchase agreement. | 215.00 |
| 10/25/15 | Parkinson, M. | 2.10 | Draft motion to amend APA. | 1,386.00 |
| 10/26/15 | Wright, J. | 1.40 | Review and comment on escrow agreement (0.5); confs. with M. Parkinson re same and motion to amend (0.4); call company re same (0.1); call with S. Martinez re loan sale (0.2); emails re auction with M. Bane, UCC counsel, company (0.2). | 1,162.00 |
| 10/26/15 | McGee, W. | 1.30 | Draft motion to shorten notice for hearing on motion to amend stalking horse purchase agreement. | 559.00 |
| 10/26/15 | Parkinson, M. | 2.10 | Revise escrow agreement per comments of J. Wright (.8); revise APA for loan sale to reflect escrow agreement (1.0); e-mails with J. Wright, Zolfo re: potential bidder (.3). | 1,386.00 |
| 10/27/15 | Bane, M. | 1.00 | Prepare for sale hearing. | 1,295.00 |
| 10/27/15 | Parkinson, M. | 0.40 | Revise motion to amend APA (.3); circulate same to Ropes team, committee for review (.1). | 264.00 |
| 10/28/15 | Wright, J. | 0.60 | Calls with S. Martinez re loan sales and other asset resolution issues. | 498.00 |
| 10/28/15 | Parkinson, M. | 0.10 | Send revised APA for loan/REO sale to company. | 66.00 |
| 10/28/15 | Roberts, W. | 1.10 | Discuss Abbey escrow issues with internal colleagues (0.1); prepare for call with | 786.50 |

ROPES & GRAY LLP

| | Detail of Services | | | |
|---|---|---|---|---|

| | | | Committee counsel re: Abbey escrow issues (0.4); call with committee counsel re: Abbey escrow issues (0.6). | |
| 10/29/15 | Wright, J. | 0.40 | Revise escrow agreement for loan/reo sale. | 332.00 |
| 10/29/15 | Parkinson, M. | 0.20 | Revise escrow agreement for loan sale. | 132.00 |
| 10/30/15 | Wright, J. | 0.80 | Call with S. Martinez re Loan/REO sale (0.2); review and comment on escrow agreement changes (0.5); email Credigy re same (0.1). | 664.00 |
| 10/30/15 | Parkinson, M. | 1.10 | Revise escrow agreement for loan sale (.5); revise APA and circulate with signature pages (.6). | 726.00 |
| | Asset Disposition | 34.70 | | 28,336.00 |

**03 - Business Operations**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/06/15 | Wright, J. | 0.70 | Call with T. Kim re D&O insurance issues (0.4); emails with client re same (0.2); email T. Kim re same (0.1). | 581.00 |
| 10/07/15 | Wright, J. | 0.40 | Call with UCC counsel, BRG, Zolfo Cooper re D&O insurance. | 332.00 |
| 10/09/15 | Bane, M. | 1.00 | Analyze Board issues (.4); calls regarding same (.4); lease review for operations (.2). | 1,295.00 |
| 10/21/15 | Bane, M. | 1.00 | Analyze wind-down issues with directors. | 1,295.00 |
| 10/30/15 | Bane, M. | 1.50 | Analyze D&O insurance and related issues. | 1,942.50 |
| 10/30/15 | Wright, J. | 0.70 | Calls with UCC counsel and Zolfo Cooper re D&O issues. | 581.00 |
| | Business Operations | 5.30 | | 6,026.50 |

**04 - Case Administration**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/01/15 | Weinberg, M. | 0.20 | Gather documents for upcoming hearing for M. Bane (0.1); emails regarding same (0.1). | 48.00 |
| 10/02/15 | Bane, M. | 0.50 | Call with C. Flaton regarding UCC inquiries. | 647.50 |
| 10/05/15 | Wright, J. | 0.20 | Revise agenda and CNO for lease motion (0.1); emails with M. Parkinson re same (0.1). | 166.00 |
| 10/05/15 | Parkinson, M. | 1.00 | Draft agenda for 10/7 hearing (.5); draft CNO for lease assumption motion and send proposed order to chambers (.4); e-mails with FDIC counsel re: scheduling of motions (.1). | 660.00 |
| 10/05/15 | Graham, L. | 0.30 | Assist M. Parkinson with coordinating filing of hearing agenda and certificate of no objections with P. Lang. | 72.00 |

ROPES & GRAY LLP

| | | | **Detail of Services** | |
|---|---|---|---|---|
| 10/06/15 | Parkinson, M. | 0.50 | Prepare revised agenda (.2); coordinate finalization and filing of motion to further extend exclusivity (.3). | 330.00 |
| 10/06/15 | Graham, L. | 2.50 | Assist M. Parkinson with coordinating filing of documents with P. Lang (0.3); prepare courtesy copies of same for chambers (0.4); assist J. Wright with preparing hearing binder (1.8). | 600.00 |
| 10/06/15 | Lang, P. | 0.80 | E-file revised hearing agenda, notice of revised order, and motion for extended exclusivity for M. Parkinson. | 248.00 |
| 10/07/15 | Bane, M. | 2.50 | Prepare for and attend hearing. | 3,237.50 |
| 10/07/15 | Alexander, K. | 0.10 | Correspondence with counsel to securities plaintiffs and follow up with M. Parkinson re same. | 72.50 |
| 10/07/15 | Parkinson, M. | 0.70 | Draft notice of rescheduling of hearing and attend to filing (.5); e-mails with K. Alexander re: next omnibus hearing and objection to sale motion (.2). | 462.00 |
| 10/07/15 | Weinberg, M. | 0.40 | Draft and e-file notice of rescheduling for M. Parkinson. | 96.00 |
| 10/09/15 | Parkinson, M. | 0.40 | Coordinate service of supplemental BRG retention declaration (.2); e-mail with J. Wright re: bond balances (.2). | 264.00 |
| 10/13/15 | Wright, J. | 0.10 | Revise adjournment notice. | 83.00 |
| 10/13/15 | Parkinson, M. | 0.40 | Prepare and file notice of adjournment of stay extension motion. | 264.00 |
| 10/13/15 | Weinberg, M. | 0.60 | Calls and emails with Veritext regarding hearing transcript for J. Wright (0.3); draft notice of adjournment for stay extension motion (0.3). | 144.00 |
| 10/14/15 | Parkinson, M. | 0.40 | Prepare notice of further adjournment and coordinate filing (0.3); e-mail with J. Wright, Zolfo Cooper re: notice parties (0.1). | 264.00 |
| 10/14/15 | Weinberg, M. | 0.20 | E-file notice of further adjournment for M. Parkinson (0.1); coordinate service of same (0.1). | 48.00 |
| 10/15/15 | Bane, M. | 2.00 | Call with Schulte regarding standing issues (.8); review calendar issues (1.2). | 2,590.00 |
| 10/15/15 | Wright, J. | 0.60 | Confs. with M. Parkinson on open matters (0.5); email with M. Parkinson re same (0.1). | 498.00 |
| 10/15/15 | Parkinson, M. | 0.50 | Discuss case status, deliverables with J. Wright (.2); calls/emails with UMB, Zolfo Cooper, J. Wright re: transition of bank account to new trustee (.3). | 330.00 |
| 10/15/15 | Weinberg, M. | 0.90 | E-file stipulation for M. Parkinson (0.1); | 216.00 |

| | | | **Detail of Services** | |
|---|---|---|---|---|
| | | | draft notice of presentment regarding same (0.3); e-file same (0.1); emails regarding same (0.3); e-file monthly operating report (0.1). | |
| 10/20/15 | Parkinson, M. | 0.20 | Coordinate calendaring of key case dates with M. Weinberg. | 132.00 |
| 10/20/15 | Weinberg, M. | 0.30 | Calendar upcoming dates and deadlines for team (0.1); draft cover letter to chambers and coordinate mailing of courtesy copies for notice of presentment (0.2). | 72.00 |
| 10/21/15 | Parkinson, M. | 0.30 | Call with Zolfo Cooper re: open items (.2); e-mail to trustee counsel re: amendment to cash collateral agreement (.1). | 198.00 |
| 10/22/15 | Bane, M. | 1.00 | Work on OCP Report review. | 1,295.00 |
| 10/22/15 | Weinberg, M. | 1.70 | Draft OCP quarterly report (0.8); e-file same (0.2); coordinate service of same (0.1); draft notice of fee hearing and deadlines and calendar same (0.6). | 408.00 |
| 10/23/15 | Parkinson, M. | 0.20 | Follow up with UMB re: cash collateral. | 132.00 |
| 10/26/15 | Parkinson, M. | 0.80 | Send HCL stipulation/order and R&G fee application to chambers (.3); review extension of mortgage servicing agreement (.4); emails with GCG re: service of pleadings (.1). | 528.00 |
| 10/26/15 | Weinberg, M. | 1.70 | Research and gather motion precedent for M. Parkinson (1.1); draft notice of cancellation of auction (0.3); e-file same (0.2); coordinate service of same (0.1). | 408.00 |
| 10/27/15 | Bane, M. | 3.00 | Prepare for (1.0) and meet with Board chairman (2.0). | 3,885.00 |
| 10/27/15 | Parkinson, M. | 0.10 | Call with UMB counsel re: cash collateral amendment. | 66.00 |
| 10/28/15 | Bane, M. | 0.50 | Review sequence of steps on hearings. | 647.50 |
| 10/28/15 | Parkinson, M. | 0.20 | Review draft agenda for 11/2 hearing. | 132.00 |
| 10/28/15 | Weinberg, M. | 0.50 | Draft hearing agenda for M. Parkinson. | 120.00 |
| 10/29/15 | Wright, J. | 0.40 | Revise agenda (0.2); conf. with M. Parkinson re hearing and CNOs (0.2). | 332.00 |
| 10/29/15 | Parkinson, M. | 0.60 | Revise agenda for 11/2 hearing (.2); review certificates of no objection (.3); revise notice of revised proposed order (.1). | 396.00 |
| 10/29/15 | Weinberg, M. | 0.80 | E-file hearing agenda and coordinate service of same (0.2); revise notice of fee hearing and deadlines (0.1); calendar same (0.1); emails regarding same (0.1); draft certificate of no objection regarding exclusivity motion (0.2); e-file same (0.1). | 192.00 |

| | Detail of Services | | | |
|---|---|---|---|---|

| 10/30/15 | Parkinson, M. | 0.20 | Review revised agenda. | 132.00 |
|---|---|---|---|---|
| 10/30/15 | Weinberg, M. | 0.40 | Draft and e-file revised hearing agenda. | 96.00 |
| | Case Administration | 28.70 | | 20,512.00 |

**05 - Claims Administration and Objections**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/07/15 | Parkinson, M. | 0.60 | E-mails with Zolfo Cooper, GCG re: Weiner Brodsky invoice (0.2); revise HCL stipulation per comments of landlord and circulate (0.4). | 396.00 |
| 10/09/15 | Parkinson, M. | 0.20 | Follow up e-mails with Drinker re: HCL stipulation. | 132.00 |
| 10/14/15 | Parkinson, M. | 1.10 | Revise FDIC proof of claim re: document deficiencies. | 726.00 |
| 10/15/15 | Parkinson, M. | 0.30 | Finalize HCL stipulation and coordinate with M. Weinberg re: notice of presentment. | 198.00 |
| 10/16/15 | Wright, J. | 0.40 | Call with S. Martinez re claims issues. | 332.00 |
| 10/22/15 | Bane, M. | 0.50 | Review stipulation regarding security deposits. | 647.50 |
| 10/26/15 | Parkinson, M. | 0.90 | E-mails with counsel to Popular, HCL re: return of security deposit (.2); revise amended FDIC proof of claim per comments of M. Bane (.5); e-mails re: same with M. Bane, J. Wright, Zolfo Cooper (.2). | 594.00 |
| 10/27/15 | Parkinson, M. | 0.70 | Review letters from FDIC re: claims against FDIC (.4); summarize same for M. Bane (.2); e-mails to Schulte, Zolfo re: same (.1). | 462.00 |
| 10/28/15 | Bane, M. | 1.30 | Review FDIC claims and deadlines. | 1,683.50 |
| 10/28/15 | Wright, J. | 0.20 | Call with T. Kim re FDIC (0.1); emails with M. Parkinson re FDIC (0.1). | 166.00 |
| 10/29/15 | Parkinson, M. | 1.10 | Revise FDIC proof of claim. | 726.00 |
| 10/29/15 | Weinberg, M. | 0.40 | Prepare revised FDIC proof of claim for M. Parkinson (0.2); e-file same (0.2). | 96.00 |
| | Claims Administration and Objections | 7.70 | | 6,159.00 |

**07 - Fee/Employment Applications**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/06/15 | Parkinson, M. | 0.20 | Correspondence with Zolfo Cooper re: ordinary course professionals (.1); review OCP declaration (.1). | 132.00 |
| 10/07/15 | Parkinson, M. | 0.60 | E-mail with committee counsel re: payment of fees (.1); coordinate with ordinary course professional re: declaration and questionnaire (.5). | 396.00 |

ROPES & GRAY LLP

| | | | **Detail of Services** | |
|---|---|---|---|---|
| 10/08/15 | Wright, J. | 0.90 | Review and comment on leasing agent retention papers (0.3); draft supplement to fee application in response to UST request (0.6). | 747.00 |
| 10/08/15 | Parkinson, M. | 0.80 | Revise Ryer retention application per comments of J. Wright (.6); e-mails with M. Weinberg re: further precedent for same (.2). | 528.00 |
| 10/08/15 | Weinberg, M. | 0.50 | Research and gather real estate agent and investment banker retention order precedents for M. Parkinson. | 120.00 |
| 10/09/15 | Wright, J. | 0.50 | Review and comment on Zolfo fee statement. | 415.00 |
| 10/09/15 | Parkinson, M. | 1.40 | Further revisions to Ryer retention application (.7); e-mails with Zolfo, J. Wright re: same (.2); follow-up email to new ordinary course professional re: retention (.2); review and file Zolfo fee statement (.3). | 924.00 |
| 10/09/15 | Weinberg, M. | 0.10 | E-file and coordinate service of Zolfo staffing report. | 24.00 |
| 10/13/15 | Bane, M. | 1.00 | Prepare responses to US Trustee inquiries. | 1,295.00 |
| 10/13/15 | Parkinson, M. | 1.50 | Review supplement in response to UST's fee application questions (.4); emails with M. Bane and J. Wright regarding same (.1); revise same (.5); revise Ryer retention application (.5). | 990.00 |
| 10/13/15 | Weinberg, M. | 0.20 | Review charts of budgeted fees from Finance in response to UST request (0.1); emails with M. Parkinson regarding same (0.1). | 48.00 |
| 10/14/15 | Wright, J. | 0.40 | Emails with US Trustee re fee application (0.2); revise supplement for US Trustee's office (0.2). | 332.00 |
| 10/14/15 | Parkinson, M. | 0.80 | Review fee guidelines and e-mails with J. Wright re: same (.4); revise language in broker retention application and discuss same with Zolfo Cooper (.4). | 528.00 |
| 10/14/15 | Weinberg, M. | 0.10 | Review and revise supplement to R&G first interim fee application for J. Wright. | 24.00 |
| 10/15/15 | Wright, J. | 0.40 | Email UCC re fee application inquiries (0.3); email M. Bane re same (0.1). | 332.00 |
| 10/15/15 | Parkinson, M. | 0.90 | Review rules/interim compensation order re: fee hearings (.2); discuss scheduling of December hearing with J. Wright, Schulte (.2); revise Ryer retention application per comments of M. Bane (.3); discuss Ryer engagement with Zolfo Cooper (.2). | 594.00 |
| 10/16/15 | Weinberg, M. | 0.60 | Research, gather, and review fee application | 144.00 |

| | | | Detail of Services | |
|---|---|---|---|---|

| | | | precedent for M. Parkinson. | |
| 10/19/15 | Wright, J. | 0.30 | Revise supplement to R&G fee application (0.1); email M. Bane re same (0.1). | 249.00 |
| 10/19/15 | Parkinson, M. | 0.50 | Review OCP declaration for new professional and send to J. Wright for review (.3); coordinate filing of broker retention application (.2). | 330.00 |
| 10/19/15 | Weinberg, M. | 0.40 | E-file Ryer retention application (0.2); coordinate service of same (0.1); draft cover letter to chambers and coordinate sending courtesy copies of same (0.1). | 96.00 |
| 10/20/15 | Parkinson, M. | 0.10 | Coordinate payment of BRG fees for Schulte. | 66.00 |
| 10/20/15 | Weinberg, M. | 1.90 | Review and revise September invoice. | 456.00 |
| 10/21/15 | Parkinson, M. | 0.20 | E-mails with Zolfo re: payment of Landa Umpierre fees (.1); review interim compensation procedures (.1). | 132.00 |
| 10/21/15 | Weinberg, M. | 0.80 | Review and revise September invoice. | 192.00 |
| 10/22/15 | Parkinson, M. | 1.50 | Prepare and file quarterly OCP report. (.8); send new OCP documents to Schulte for review (.1); send e-mail to J. Wright re: same (.4); e-mails with J. Wright and Schulte re: fee hearing and scheduling (.2). | 990.00 |
| 10/22/15 | Weinberg, M. | 0.40 | Review and revise September invoice. | 96.00 |
| 10/23/15 | Parkinson, M. | 0.50 | Proofread and assist with filing supplement to R&G fee application. | 330.00 |
| 10/23/15 | Weinberg, M. | 1.00 | Draft seventh monthly fee statement (0.7); e-file supplement to first interim fee application (0.2); coordinate service of same (0.1). | 240.00 |
| 10/27/15 | Parkinson, M. | 0.30 | Revise broker retention order per comments from UST (.2); send revised order to broker for review (.1). | 198.00 |
| 10/28/15 | Parkinson, M. | 0.10 | E-mail to UST re: revised proposed order in advance of hearing. | 66.00 |
| 10/29/15 | Weinberg, M. | 2.60 | Prepare fee application binder for hearing for M. Bane (0.2); draft notice of revised proposed order regarding Ryer retention application (0.3); e-file same (0.2); draft certificate of no objection regarding same (0.2); e-file same (0.1); draft proposed order regarding first interim fee applications (1.6). | 624.00 |
| 10/30/15 | Wright, J. | 0.40 | Revise interim fee order. | 332.00 |
| 10/30/15 | Weinberg, M. | 0.40 | Finalize and e-file seventh monthly fee statement (0.3); emails regarding same (0.1). | 96.00 |
| | Fee/Employment Applications | 22.30 | | 12,066.00 |

ROPES & GRAY LLP

| | | | | |
|---|---|---|---|---|
| **Detail of Services** | | | | |

**10 - Litigation**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/01/15 | Bane, M. | 2.00 | Calls with counsel to Board members (1.3); review stipulation draft (.7). | 2,590.00 |
| 10/23/15 | Bane, M. | 1.00 | Review discovery request discussions. | 1,295.00 |
| 10/26/15 | Parkinson, M. | 0.20 | E-mail with company re: Puerto Rico litigation strategy. | 132.00 |
| 10/30/15 | Bane, M. | 1.00 | Call with Z. Brez and Schulte regarding open litigation issues. | 1,295.00 |
| 10/30/15 | Brez, Z. | 1.00 | Call with M. Bane and UCC counsel. | 1,025.00 |
| | Litigation | 5.20 | | 6,337.00 |

**11 - Meetings of Creditors**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/05/15 | Wright, J. | 0.70 | Call with C. Flaton, UCC Counsel. | 581.00 |
| 10/30/15 | Chirlin, D. | 0.50 | Call with creditors' committee and CRO. | 420.00 |
| | Meetings of Creditors | 1.20 | | 1,001.00 |

**12 - Plan and Disclosure Statement**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/05/15 | Parkinson, M. | 0.20 | Revise motion to further extend exclusivity in response to committee comments. | 132.00 |
| | Plan and Disclosure Statement | 0.20 | | 132.00 |

**15 - Ch. 11 Reporting Obligations**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/01/15 | Parkinson, M. | 0.30 | E-mails with finance re: electronic billing information (.2); circulate aggregate budgets to United States Trustee (.1). | 198.00 |
| 10/01/15 | Weinberg, M. | 0.60 | Prepare charts of budgeted fees in response to UST request (0.4); emails with M. Parkinson and J. Wright regarding Ledes data (0.2). | 144.00 |
| 10/02/15 | Parkinson, M. | 0.30 | Call to UST re: electronic billing data (.1); review compilation of data from finance department (.1); e-mails with M. Weinberg re: same (.1). | 198.00 |
| 10/02/15 | Weinberg, M. | 0.20 | Review charts of budgeted fees from Finance in response to UST request (0.1); emails with M. Parkinson and J. Wright regarding Ledes data (0.1). | 48.00 |
| 10/05/15 | Parkinson, M. | 0.10 | Send September bank statements to UST. | 66.00 |
| 10/06/15 | Parkinson, M. | 0.10 | Send spreadsheet of electronic billing information to UST. | 66.00 |

| | | | | |
|---|---|---|---|---|
| **Detail of Services** | | | | |

| | | Hours | | Amount |
|---|---|---|---|---|
| Ch. 11 Reporting Obligations | | 1.60 | | 720.00 |

**16 - Doral Properties**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/01/15 | Bane, M. | 1.00 | Review cash collateral and sale process. | 1,295.00 |
| 10/01/15 | Wright, J. | 0.30 | Emails with Citi counsel (0.1); emails with M. Parkinson re same and tri-partite agreement (0.2). | 249.00 |
| 10/01/15 | Parkinson, M. | 0.40 | Call with bond counsel re: closing of tripartite agreement (.2); e-mails with J. Wright, company re: trustee fees (.2). | 264.00 |
| 10/02/15 | Parkinson, M. | 1.10 | Review proposed final version of tripartite (.3); review assignment of cash collateral agreement (.4); e-mails with company re: assignment of cash collateral agreement and amendment to cash collateral agreement (.2); e-mails with Drinker, Schulte, Eckert re: closing of tripartite (.2). | 726.00 |
| 10/05/15 | Parkinson, M. | 0.50 | Review NDAs for Doral Properties. | 330.00 |
| 10/07/15 | Wright, J. | 0.90 | Review and comment on proposed APA for building sale. | 747.00 |
| 10/08/15 | Wright, J. | 3.00 | Review and revise APA for building sale (1.2); emails with S. Martinez and E. Ubarri re same (0.1); call with E. Ubarri and S. Martinez re APA for building sale (1.3); review building offer and email M. Bane, Zolfo Cooper, E. Ubarri re same (0.4). | 2,490.00 |
| 10/13/15 | Wright, J. | 1.80 | Conf. with M. Parkinson re APA revisions (0.3); review and comment on APA revisions (1.5). | 1,494.00 |
| 10/13/15 | Parkinson, M. | 4.00 | Prepare APA for Doral Properties building (2.2); revise same per comments of J. Wright (1.5); meet with J. Wright regarding same (.3). | 2,640.00 |
| 10/14/15 | Parkinson, M. | 0.30 | Circulate Properties APA to team (.1); review NDA for Properties (.2). | 198.00 |
| 10/15/15 | Wright, J. | 1.30 | Call with S. Martinez re Building sale and DPI bank accounts (0.9); call with T. Kim (0.1); emails with Zolfo Cooper, client re sale options (0.3). | 1,079.00 |
| 10/15/15 | Parkinson, M. | 1.90 | Review comments to APA from Zolfo Cooper and incorporate into APA (.5); revise APA per J. Wright and M. Bane (1.0); follow-up e-mail to team re: same (.1); e-mail re commissions for sale of Properties building (.1); e-mails re: revised letter of intent from bidder (.2). | 1,254.00 |

ROPES & GRAY LLP

Matter Number 111664
Page 12
Post Filing

| | **Detail of Services** | | | |
|---|---|---|---|---|
| 10/16/15 | Bane, M. | 1.00 | Review Doral Properties options. | 1,295.00 |
| 10/16/15 | Wright, J. | 1.40 | Calls with S. Martinez re Building sale (0.5); call with E. Ubarri re same (0.2); call with Popular, Skadden, Zolfo Cooper, client (0.7). | 1,162.00 |
| 10/16/15 | Parkinson, M. | 0.70 | Call re: sale of Doral Properties building. | 462.00 |
| 10/19/15 | Wright, J. | 0.60 | Review and comment on APA markup (0.5); email client, Zolfo Cooper re same (0.1). | 498.00 |
| 10/19/15 | Parkinson, M. | 0.90 | Revise APA for potential bidder. | 594.00 |
| 10/19/15 | Weinberg, M. | 0.50 | Review APA section references for M. Parkinson. | 120.00 |
| 10/20/15 | Bane, M. | 0.50 | Review new acquisition proposal. | 647.50 |
| 10/21/15 | Parkinson, M. | 3.30 | Draft bidding procedures re: sale of building (3.2); e-mails with Zolfo Cooper re: marketing process for same (.1). | 2,178.00 |
| 10/22/15 | Parkinson, M. | 0.50 | E-mails with Zolfo re: NDAs for properties, bidding procedures (.2) and review NDAs (.3). | 330.00 |
| 10/26/15 | Bane, M. | 1.20 | Review drafts of APAs. | 1,554.00 |
| 10/26/15 | Wright, J. | 0.50 | Email M. Davis re sale (0.2); review and comment on sale motion papers (0.3). | 415.00 |
| 10/28/15 | Wright, J. | 2.20 | Revise bidding procedures motion and orders. | 1,826.00 |
| 10/29/15 | Bane, M. | 0.80 | Call with J. Wright, UCC, BRG, Zolfo, and client regarding bid alternatives and structure. | 1,036.00 |
| 10/29/15 | Wright, J. | 0.90 | Call with UCC counsel, BRG, Zolfo Cooper, client, M. Bane re building sale (0.8); emails with M. Bane (0.1) | 747.00 |
| 10/29/15 | McGee, W. | 0.40 | Emails with J. Wright and M. Parkinson regarding motion for joint administration of Doral Financial and Doral Properties Inc. cases (.2); draft same (.2). | 172.00 |
| 10/29/15 | Parkinson, M. | 1.60 | Review and revise bid procedures motion and order for Properties and circulate same to M. Bane, Zolfo, and company for review (1.1); call re: sale of building (.5). | 1,056.00 |
| 10/30/15 | Bane, M. | 1.20 | Review revised drafts. | 1,554.00 |
| 10/30/15 | McGee, W. | 3.90 | Review precedent motions for joint administration (.4); emails with J. Wright regarding same (.1); draft Motion for Joint Administration of chapter 11 cases (3.0); email J. Wright and M. Parkinson regarding same (.1); prepare for Nov. 2, 2015 hearing on motion to approve bidding procedures and application to employ Ryer (.3). | 1,677.00 |
| | Doral Properties | 38.60 | | 30,089.50 |

Our Reference No.: 111664-0003

ROPES & GRAY LLP

| Detail of Services |
|:---:|

**17 - Travel**

| Date | Timekeeper | | Hours | Description | Amount |
|------|-----------|---|-------|-------------|--------|
| 10/06/15 | Wright, J. | | 2.20 | Travel to NYC for hearing. | 1,826.00 |
| 10/07/15 | Wright, J. | | 3.10 | Travel to BOS. | 2,573.00 |
| | | Travel | 5.30 | | 4,399.00 |

**18 - SEC Investigation**

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 10/01/15 | Kim, H. | 0.60 | Conduct document privilege review. | 264.00 |
| 10/01/15 | McEntee, M. | 5.60 | Review documents for privilege. | 2,464.00 |
| 10/02/15 | Kim, H. | 4.20 | Conduct document privilege review (3.3); revise privilege code for some documents in previous batches (0.7); email to C. Leonard regarding document privilege review (0.2). | 1,848.00 |
| 10/02/15 | McEntee, M. | 5.40 | Review documents for privilege. | 2,376.00 |
| 10/04/15 | Kim, H. | 1.70 | Conduct document privilege review (1.4); make notes of some unclear documents (0.3). | 748.00 |
| 10/05/15 | Kim, H. | 4.30 | Email to C. Leonard regarding document privilege review (0.2); conduct document privilege review (4.1). | 1,892.00 |
| 10/05/15 | McEntee, M. | 5.50 | Review documents for privilege. | 2,420.00 |
| 10/06/15 | Kim, H. | 4.20 | Emails to C. Leonard regarding privilege review (0.4); review privilege documents (3.8). | 1,848.00 |
| 10/06/15 | McEntee, M. | 5.00 | Review documents for privilege. | 2,200.00 |
| 10/07/15 | Kim, H. | 3.00 | Correspond with C. Leonard regarding privilege review (0.2); review privilege documents (2.8). | 1,320.00 |
| 10/07/15 | McEntee, M. | 3.00 | Review documents for privilege. | 1,320.00 |
| 10/08/15 | McEntee, M. | 1.80 | Review documents for privilege. | 792.00 |
| 10/09/15 | McEntee, M. | 3.40 | Review documents for privilege. | 1,496.00 |
| 10/13/15 | McEntee, M. | 1.00 | Review documents for privilege. | 440.00 |
| 10/14/15 | Leonard, C. | 0.60 | Update SEC on status of document production | 309.00 |
| 10/14/15 | McEntee, M. | 2.50 | Review documents for privilege. | 1,100.00 |
| 10/14/15 | Cambeiro, U. | 0.70 | Run queries in database and provide summary to C. Leonard. | 199.50 |
| 10/16/15 | Kim, H. | 1.20 | Review privilege documents. | 528.00 |
| 10/16/15 | Leonard, C. | 0.40 | Check status of document review and production. | 206.00 |
| 10/19/15 | McEntee, M. | 3.20 | Review documents for privilege. | 1,408.00 |
| 10/20/15 | Kim, H. | 1.10 | Review privilege documents (0.9); emails | 484.00 |

ROPES & GRAY LLP

| | | | **Detail of Services** | |
|---|---|---|---|---|
| | | | with C. Leonard regarding same (0.2). | |
| 10/20/15 | Leonard, C. | 0.70 | Coordinate upcoming document production. | 360.50 |
| 10/20/15 | McEntee, M. | 1.20 | Review documents for privilege. | 528.00 |
| 10/20/15 | Cambeiro, U. | 2.50 | Email to/from C. Leonard regarding production preparation (0.3); coordinate with vendor for pretiffing before production release (0.5); run queries in Relativity for pre-production attorney quality control (1.7). | 712.50 |
| 10/21/15 | Leonard, C. | 2.70 | Quality control review documents for production and finalize production set. | 1,390.50 |
| 10/21/15 | Cambeiro, U. | 2.50 | Create new searches in Relativity regarding attorney quality control review before production release (1.0); run conflict checks against final production folder for accuracy (0.6); work with vendor and speed up production preparation to meet Friday deadline (0.9). | 712.50 |
| 10/22/15 | Brez, Z. | 0.50 | Call with counsel for individual defendants. | 512.50 |
| 10/22/15 | Kim, H. | 0.20 | Review privilege documents. | 88.00 |
| 10/22/15 | Leonard, C. | 1.00 | Call to discuss document requests (.5); draft email to creditor's committee regarding common interest requests (.5). | 515.00 |
| 10/22/15 | Cambeiro, U. | 1.00 | Work with vendor regarding production and final export format (0.6); confirm tagging and conflicts (0.4). | 285.00 |
| 10/23/15 | Leonard, C. | 0.90 | Finalize production to SEC. | 463.50 |
| 10/23/15 | Brustman, C. | 1.50 | Assist C. Leonard with preparing and producing DFC documents for production to SEC. | 375.00 |
| 10/23/15 | Arzan, G. | 2.00 | Extract and review data set (1.0); transfer data to new media and coordinate logistics with case team (1.0). | 480.00 |
| 10/23/15 | Cambeiro, U. | 2.00 | Run quality control for final production and coordinate with junior staff for final delivery. | 570.00 |
| 10/26/15 | Cambeiro, U. | 1.00 | Coordinate with technician regarding production loading to Relativity for internal archive (0.3); run quality control for accuracy (0.7). | 285.00 |
| 10/26/15 | Hon, F. | 1.60 | Prepare documents to be loaded to Relativity and load documents (0.5); process data to Relativity (0.5); perform quality control for loaded documents (0.6). | 320.00 |
| 10/27/15 | Leonard, C. | 1.00 | Review FDIC notice of claim. | 515.00 |
| 10/27/15 | Cambeiro, U. | 0.50 | Prepare document for internal import to Relativity. | 142.50 |

ROPES & GRAY LLP

| | | Detail of Services | | |
|---|---|---|---|---|

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/27/15 | Hon, F. | 1.30 | Prepare documents to be loaded to Relativity and load documents (0.4); process data to Relativity (0.6); perform quality control for loaded documents (0.3). | 260.00 |
| 10/29/15 | Brez, Z. | 1.50 | Review FDIC demand. | 1,537.50 |
| 10/30/15 | Brez, Z. | 1.00 | Call with counsel for individual (0.4); attend to requests (0.6). | 1,025.00 |
| 10/30/15 | Leonard, C. | 1.80 | Call with creditors' committee to discuss common interest requests (.6); discuss matter with D. Chirlin (.2); take notes on and summarize call with counsel for individual directors and officers (1.0). | 927.00 |
| | SEC Investigation | 86.80 | | 37,667.50 |

**20 - Budgeting (Case)**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/26/15 | Wright, J. | 1.00 | Draft budget for November and December 2015 (0.8); email M. Bane re same (0.1); email Zolfo re same (0.1). | 830.00 |
| 10/26/15 | Weinberg, M. | 0.30 | Revise budget for J. Wright (0.2); emails with billing regarding same (0.1). | 72.00 |
| | Budgeting (Case) | 1.30 | | 902.00 |

| | **Total Hours** | **238.90** | **Total Amount $** | **154,347.50** |
|---|---|---|---|---|

ROPES & GRAY LLP

| Timekeeper Fee Summary | | | |
| --- | --- | --- | --- |
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| Bane, Mark I. | 31.00 | 1,295.00 | 40,145.00 |
| Brez, Zachary S. | 4.00 | 1,025.00 | 4,100.00 |
| Wright, James | 40.00 | 830.00 | 33,200.00 |
| Alexander, Kristina K. | 0.10 | 725.00 | 72.50 |
| Chirlin, Daniel J. | 0.50 | 840.00 | 420.00 |
| Kim, Hyun-Joong (Daniel) | 20.50 | 440.00 | 9,020.00 |
| Leonard, Claire | 9.10 | 515.00 | 4,686.50 |
| McEntee, Megan | 37.60 | 440.00 | 16,544.00 |
| McGee, William A. | 6.10 | 430.00 | 2,623.00 |
| Parkinson, Meredith S. | 50.00 | 660.00 | 33,000.00 |
| Roberts, William | 1.10 | 715.00 | 786.50 |
| Brustman, Charles D. | 1.50 | 250.00 | 375.00 |
| Graham, La-Toya | 2.80 | 240.00 | 672.00 |
| Weinberg, Meir | 18.70 | 240.00 | 4,488.00 |
| Arzan, Giovanni | 2.00 | 240.00 | 480.00 |
| Cambeiro, Ursula | 10.20 | 285.00 | 2,907.00 |
| Hon, Fuk Chau | 2.90 | 200.00 | 580.00 |
| Lang, Paul G. | 0.80 | 310.00 | 248.00 |
| **Total Hours** | **238.90** | **Total Amount $** | **154,347.50** |

| Task Summary | | |
| --- | --- | --- |
| **Task and Activity Description** | **Hours** | **Amount** |
| **02- Asset Disposition** | | |
| - | 34.70 | 28,336.00 |
| **Total for Task: Asset Disposition** | 34.70 | 28,336.00 |
| **03- Business Operations** | | |
| - | 5.30 | 6,026.50 |
| **Total for Task: Business Operations** | 5.30 | 6,026.50 |
| **04- Case Administration** | | |
| - | 28.70 | 20,512.00 |
| **Total for Task: Case Administration** | 28.70 | 20,512.00 |
| **05- Claims Administration and Objections** | | |
| - | 7.70 | 6,159.00 |
| **Total for Task: Claims Administration and Objections** | 7.70 | 6,159.00 |
| **07- Fee/Employment Applications** | | |
| - | 22.30 | 12,066.00 |
| **Total for Task: Fee/Employment Applications** | 22.30 | 12,066.00 |
| **10- Litigation** | | |
| - | 5.20 | 6,337.00 |
| **Total for Task: Litigation** | 5.20 | 6,337.00 |
| **11- Meetings of Creditors** | | |

ROPES & GRAY LLP

| Task Summary | | |
|---|---|---|

| **Task and Activity Description** | **Hours** | **Amount** |
|---|---|---|
| - | 1.20 | 1,001.00 |
| **Total for Task: Meetings of Creditors** | 1.20 | 1,001.00 |
| **12- Plan and Disclosure Statement** | | |
| - | 0.20 | 132.00 |
| **Total for Task: Plan and Disclosure Statement** | 0.20 | 132.00 |
| **15- Ch. 11 Reporting Obligations** | | |
| - | 1.60 | 720.00 |
| **Total for Task: Ch. 11 Reporting Obligations** | 1.60 | 720.00 |
| **16- Doral Properties** | | |
| - | 38.60 | 30,089.50 |
| **Total for Task: Doral Properties** | 38.60 | 30,089.50 |
| **17- Travel** | | |
| - | 5.30 | 4,399.00 |
| **Total for Task: Travel** | 5.30 | 4,399.00 |
| **18- SEC Investigation** | | |
| - | 86.80 | 37,667.50 |
| **Total for Task: SEC Investigation** | 86.80 | 37,667.50 |
| **20- Budgeting (Case)** | | |
| - | 1.30 | 902.00 |
| **Total for Task: Budgeting (Case)** | 1.30 | 902.00 |
| **Total Hours** | **238.90** | **Total Amount    $    154,347.50** |

| Detail of Disbursements | | |
|---|---|---|

**Air/Rail Travel**

| Date | Description | Amount |
|---|---|---|
| 10/19/15 | 10/04/15 - James A Wright, III - Airfare - Booking seat charge - Ticket Number: 0372185388112 - Airline: USAirways - Start Date: 10/02/2015 | 15.00 |
| 10/19/15 | 10/06/15 - James A Wright, III - Airfare - Booking seat charge - Ticket Number: 0372185402900 - Airline: USAirways - Start Date: 09/30/2015 | 15.00 |
| 10/19/15 | 10/07/15 - James A Wright, III - Airfare - Travel to NY for Mtgs./Hrgs. - Ticket Number: 0377686561102 - Airline: USAirways - Start Date: 10/07/2015 | 243.00 |
| 10/19/15 | 10/02/15 - James A Wright, III - Airfare - Travel to NY for Mtgs./Hrgs. - Ticket Number: 0377685486553 - Airline: USAirways - Start Date: 10/06/2015 | 243.00 |
| | Air/Rail Travel | 516.00 |

**Computer Assisted Research**

| Date | Description | Amount |
|---|---|---|
| 10/08/15 | Lexis Research | 13.44 |
| 10/31/15 | Computer Assisted Research - Pacer 10/31/15 - US courts AO dba Pacer Service Center | 216.40 |

ROPES & GRAY LLP

| Detail of Disbursements | |
|---|---|

| | | |
|---|---|---|
| 10/31/15 | Computer Assisted Research - Pacer 10/31/15 - US courts AO dba Pacer Service Center | 0.30 |
| | Computer Assisted Research | 230.14 |

**Courier Service**

| Date | Description | Amount |
|---|---|---|
| 09/23/15 | Courier Service - Paid To: City Expeditor - City Expeditor Inc. | 25.50 |
| 09/23/15 | Courier Service - Paid To: City Expeditor - City Expeditor Inc. | 38.25 |
| 10/02/15 | Invoice No: 517855833 Trk#: 781397910146 Paid to: Fedex per 51268 Ship To: | 12.93 |
| 10/02/15 | Invoice No: 517855833 Trk#: 781397919018 Paid to: Fedex per 51268 Ship To: Taejin Kim, Esq | 12.93 |
| 10/09/15 | Invoice No: 518598087 Trk#: 781397900568 Paid to: Fedex per 51268 Ship To: | 25.43 |
| 10/23/15 | Invoice No: 520097759 Trk#: 781542545860 Paid to: Fedex per 51268 Ship To: Hon  Shelley C  Chapman | 17.06 |
| 10/23/15 | Invoice No: 520097759 Trk#: 781548696438 Paid to: Fedex per 51268 Ship To: Hon  Shelley C  Chapman | 17.06 |
| 10/30/15 | Invoice No: 520784577 Trk#: 781576363910 Paid to: Fedex per 53478 Ship To: ENF  CPU | 17.06 |
| 10/30/15 | Invoice No: 520784577 Trk#: 781576417144 Paid to: Fedex per 53478 Ship To: Freedom of Information Act Off | 17.06 |
| | Courier Service | 183.28 |

**Meals**

| Date | Description | Amount |
|---|---|---|
| 10/19/15 | 10/07/15 - James A Wright, III - Meals - Travel - Travel to NY for Mtgs./Hrgs. | 16.18 |
| 10/27/15 | In-House Meeting Meals - Event Name: DFC Meeting; Requestor: Bane, Mark I.; Request Type: Coffee, Tea, Soda & Water Service; Attendees: 6; RoomNo: NY 38M; Restaurant:  FLIK -  New York - Flik | 52.26 |
| 10/27/15 | In-House Meeting Meals - Event Name: DFC Meeting; Requestor: Bane, Mark I.; Request Type: Cookies & Brownies; Attendees: 6; RoomNo: NY 38M; Restaurant: FLIK -  New York - Flik | 26.13 |
| | Meals | 94.57 |

**Tabs and Binding**

| Date | Description | Amount |
|---|---|---|
| 10/08/15 | Tabs and Binding | 0.42 |
| | Tabs and Binding | 0.42 |

**Taxi/Car Service**

| Date | Description | Amount |
|---|---|---|
| 10/19/15 | 10/06/15 - James A Wright, III - Taxi/Car Service - Travel to NY for meetings/hearings. - From/To: home - Merchant: UBER UBER 866-576-1039 NY - Travel Type: Local | 23.34 |
| 10/19/15 | 10/07/15 - James A Wright, III - Taxi/Car Service - From/To: Office to Meeting - Merchant: UBER UBER 866-576-1039     NY - Travel Type: Out of Town | 48.77 |
| 10/19/15 | 10/07/15 - James A Wright, III - Taxi/Car Service - Travel to NY for Mtgs./Hrgs. - From/To: Office to Airport - Merchant: BOS TAXI 1169 090105 LONG ISLAND C    NY - Travel Type: Local | 42.25 |
| 10/19/15 | 10/06/15 - James A Wright, III - Taxi/Car Service - Travel to NY for Mtgs./Hrgs. - From/To: LGA to Office - Merchant: NYC TAXI 7C35 090016 LONG ISLAND C NY - Travel Type: To/From Airport | 51.14 |

ROPES & GRAY LLP

| **Detail of Disbursements** |
|---|

| | | |
|---|---|---:|
| | Taxi/Car Service | 165.50 |

**Transcript of Testimony**

| **Date** | **Description** | **Amount** |
|---|---|---:|
| 10/15/15 | Transcript of Testimony - Paid to: Veritext New York Reporting Co. -Original Transcript | 181.50 |
| | Transcript of Testimony | 181.50 |

**Travel**

| **Date** | **Description** | **Amount** |
|---|---|---:|
| 10/19/15 | 10/07/15 - James A Wright, III - Booking Fee - Travel to NY for Mtgs./Hrgs. - Ticket Number: 0372185409190 | 15.00 |
| | Travel | 15.00 |

| | | | |
|---|---|---|---:|
| **Total Disbursements** | | **$** | **1,386.41** |

| | | |
|---|---|---:|
| Services | $ | 154,347.50 |
| Total Disbursements and Charges | | 1,386.41 |
| **Total Due** | **$** | **155,733.91** |