```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
In re                              :    Case No. 15-10573 (SCC)

DORAL FINANCIAL CORPORATION,       :    Chapter 11
et al.,
                                   :
            Debtors.                    (Jointly Administered)
                                   :
----------------------------------X
```

## SECOND AMENDED APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for the Southern District of New York, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of Doral Financial Corporation, et al.:

1. Eton Park Master Fund, Ltd.
   399 Park Avenue, 10th Floor
   New York, NY 10022
   Att:  Mark Erickson
   (212) 756-5451
   E-Mail:  mark.erickson@etonpark.com

2. SL Puerto Rico Fund L.P.
   555 Fifth Ave., 18th Floor
   New York, NY 10017
   Att:   Justin G. Brass
   (212) 843-1200
   E-Mail: jbrass@stonelioncapital.com

3. UMB Bank, N.A.
   120 South Sixth Street, # 1400
   Minneapolis, MN 55405
   Att:  Gordon Gendler
   (612) 337-7002
   E-Mail: gordon.gendler@umb.com

4. U.S. Bank National Association
Global Corporate Trust Services
One Federal Street, 3rd Floor
Boston, MA 02110
Att: Laura L. Moran
(617) 603-6429
E-Mail: Laura.Moran@usbank.com

5. Wilmington Trust, National Association
25 Charles Street, 11th Floor
Mail Code: MD2-CS58
Baltimore, MD 21201
Att: Jay Smith
(410) 545-2193
E-Mail: jhsmith@wilmingtontrust.com

Dated: New York, New York
December 24, 2015

        WILLIAM K. HARRINGTON
        UNITED STATES TRUSTEE

By: */s/ Serene K. Nakano*
    SERENE K. NAKANO
    Trial Attorney
    U.S. Federal Office Building
    201 Varick St., Room 1006
    New York, New York  10014
    (212) 510-0505