ROPES & GRAY LLP
Mark I. Bane
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

-and-

James A. Wright III
Meredith S. Tinkham (*pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Counsel to the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Doral Financial Corporation, *et al.*,[1] | : | Case No. 15-10573 (SCC) |
| | : | |
| Debtors. | : | Jointly Administered |

-------------------------------------------------------x

## NOTICE OF ABANDONMENT OF FURNITURE AND/OR EQUIPMENT

**PLEASE TAKE NOTICE** that, in accordance with the *Order Approving the Motion of the Debtor for an Order Approving Procedures for the Sale, Transfer, or Abandonment of De Minimis Assets* [Docket No. 254] (the "Sale and Abandonment Order"), Doral Financial Corporation (the "Debtor") intends to abandon certain *de minimis* assets located at the Debtor's Coral Gables offices. The assets to be abandon consist of: office furniture, including desks, conference tables, chairs, and file cabinets; appliances, including a microwave oven and

---

[1] The last four digits of the taxpayer identification number of the debtors are: Doral Financial Corporation (2162); Doral Properties, Inc. (2283).

54702389_2

refrigerator; artwork; and IT devices, including phones, batteries, printers, servers, televisions, monitors and laptops (collectively the "De Minimis Assets" and the abandonment thereof, the "Abandonment").  The Debtor estimates that the value of the De Minimis Assets, in the aggregate, is substantially less than $1,000,000.

**PLEASE TAKE FURTHER NOTICE** that, if the Debtor receives an offer to purchase any of the De Minimis Assets, the Debtor may pursue a sale of such assets without further notice in one or more private sales; provided, that if the amount of any such offers, either individually or in the aggregate, exceed $25,000, the Debtors will submit a further notice of sale in accordance with the Sale and Abandonment Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sale and Abandonment Order, objections, if any, to the Abandonment, must be filed and served so as to actually be received by 4:00 P.M. (Prevailing Eastern Time) on January 27, 2016 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, if no objection to the Abandonment is received by the Objection Deadline, then the Debtor will proceed with consummation of the Abandonment, unless it receives an offer to purchase any of the De Minimis Assets, in which case it will proceed with a sale thereof.

Dated: January 12, 2016
      New York, New York

                                      */s/ Mark I. Bane*
                                      ROPES & GRAY LLP
                                      Mark I. Bane
                                      1211 Avenue of the Americas
                                      New York, NY 10036-8704
                                      Telephone: (212) 596-9000
                                      Facsimile: (212) 596-9090
                                      Email: mark.bane@ropesgray.com

54702389_2

-and-

James A. Wright III
Meredith S. Tinkham (*pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: james.wright@ropesgray.com
meredith.parkinson@ropesgray.com

*Counsel to the Debtors*