UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
Doral Financial Corporation, et al.,[1]            :        Case No. 15-10573 (SCC)
                                                   :
            Debtors.                               :        (Jointly Administered)
-------------------------------------------------------x

## ORDER APPROVING THE MOTION OF THE DEBTOR FOR AN ORDER FURTHER EXTENDING ITS EXCLUSIVE PERIOD TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "Motion")[2] of the above-captioned debtor (the "Debtor"), for entry of an order further extending (i) its Exclusive Filing Period by 60 days, through and including February 29, 2016, and (ii) its Exclusive Solicitation Period through and including May 29, 2016, or 90 days after the expiration of the Exclusive Filing Period; and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors and other parties in interest; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that the relief requested herein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion appearing to be adequate and appropriate under the circumstances; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, THAT:**

1.      The Motion is GRANTED to the extent set forth herein.

---

[1] The last four digits of the taxpayer identification number of the Debtor are (2162).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2. The Exclusive Filing Period is extended through and including February 29, 2016, pursuant to section 1121(d) of the Bankruptcy Code.

3. The Exclusive Solicitation Period is extended through and including May 29, 2016, pursuant to section 1121(d) of the Bankruptcy Code.

4. The relief granted in this Order is without prejudice to the Debtor's right to seek further extensions of the Exclusive Filing Period and Exclusive Solicitation Period.

5. This Order shall be immediately effective and enforceable upon its entry.

6. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Motion.

7. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this order.

Dated: January 12, 2016
      New York, New York

    /S/ Shelley C. Chapman
    HONORABLE SHELLEY C. CHAPMAN
    UNITED STATES BANKRUPTCY JUDGE

**Error! Unknown document property name.**