ROPES & GRAY LLP
Mark I. Bane
James A. Wright III
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 11
                                                         :
Doral Financial Corporation, *et al.*,[1]                :    Case No. 15-10573 (SCC)
                                                         :
            Debtors.                                     :    Jointly Administered
                                                         :
---------------------------------------------------------x
                                                         :
The Official Committee of Unsecured                      :    Adv. Proc. No. 15-1427 (SCC)
Creditors of Doral Financial Corporation                 :
and Doral Financial Corporation,                         :
                                                         :
            Plaintiffs,                                  :
                                                         :
v.                                                       :
                                                         :
Juan C. Zaragoza Gómez, in his capacity as               :
the Secretary of the Treasury of the                     :
Commonwealth of Puerto Rico,                             :
                                                         :
            Defendant.                                   :
                                                         :
---------------------------------------------------------x

**NOTICE OF CANCELLATION OF HEARING
SCHEDULED FOR FEBRUARY 25, 2016 AT 11:00 A.M.**

---

[1] The last four digits of the taxpayer identification number of the debtors are: Doral Financial Corporation (2162); Doral Properties, Inc. (2283).

55420690_1

**PLEASE TAKE NOTICE** that the hearing scheduled for February 25, 2016 at 11:00 a.m. (prevailing Eastern Time) before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the Southern District of New York, concerning a pretrial conference in Adversary Proceeding No. 15-1427, has been **cancelled** with permission of the Court. The pretrial conference has been adjourned *sine die*.

Dated: February 24, 2016
      New York, New York

                          */s/ Mark I. Bane*
                          ROPES & GRAY LLP
                          Mark I. Bane
                          1211 Avenue of the Americas
                          New York, NY 10036-8704
                          Telephone: (212) 596-9000
                          Facsimile: (212) 596-9090
                          Email: mark.bane@ropesgray.com

                          -and-

                          James A. Wright III
                          Meredith S. Tinkham (*pro hac vice*)
                          Prudential Tower
                          800 Boylston Street
                          Boston, MA 02199-3600
                          Telephone: (617) 951-7000
                          Facsimile: (617) 951-7050
                          Email: james.wright@ropesgray.com
                          meredith.tinkham@ropesgray.com

                          *Counsel to the Debtor*