**Hearing Date: December 20, 2016 at 2:00 p.m. (prevailing Eastern Time)**
**Objection Deadline: December 16, 2016 at 4:00 p.m. (prevailing Eastern Time)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
|  |  |  |
|---|---|---|
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| Doral Financial Corporation, *et al.*, | : | Case No. 15-10573 (SCC) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

-------------------------------------------------------------------X

**SUMMARY OF THE FIRST INTERIM AND FINAL APPLICATION OF MCCONNELL VALDÉS LLC, AS SPECIAL PUERTO RICO TAX COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM MAY 21, 2015 THROUGH AND INCLUDING OCTOBER 31, 2016**

DOC ID - 25294003.4

**Summary of Compensation Period[1]**

| | |
|---|---|
| NAME OF APPLICANT: | MCCONNELL VALDÉS LLC |
| AUTHORIZED TO PROVIDE PROFESSIONAL SERVICES TO: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL CORPORATION |
| DATE CASES FILED | MARCH 11, 2015 |
| DATE OF ORDER APPROVING EMPLOYMENT: | FEBRUARY 23, 2016, *NUNC PRO TUNC* TO MAY 21, 2015 |
| PERIOD FOR WHICH INTERIM COMPENSATION AND REIMBURSEMENT IS SOUGHT: | MAY 21, 2015 THROUGH OCTOBER 31, 2016 |
| PERIOD FOR WHICH FINAL COMPENSATION AND REIMBURSEMENT IS SOUGHT: | MAY 21, 2015 THROUGH OCTOBER 31, 2016 |
| AMOUNT OF INTERIM COMPENSATION SOUGHT AS ACTUAL, REASONABLE AND NECESSARY: | $154,639.25 |
| AMOUNT OF INTERIM EXPENSE REIMBURSEMENT SOUGHT AS ACTUAL, REASONABLE AND NECESSARY: | $75.02 |
| AMOUNT OF FINAL COMPENSATION SOUGHT AS ACTUAL, REASONABLE AND NECESSARY: | $154,639.25 |
| AMOUNT OF FINAL EXPENSE REIMBURSEMENT SOUGHT AS ACTUAL, REASONABLE AND NECESSARY: | $75.02 |
| TOTAL COMPENSATION PREVIOUSLY REQUESTED AND AWARDED IN THE CHAPTER 11 CASE: | $0.00 |
| TOTAL EXPENSES PREVIOUSLY REQUESTED AND AWARDED IN THESE CHAPTER 11 CASES: | $0.00 |
| TOTAL ALLOWED COMPENSATION PAID TO DATE IN THESE CHAPTER 11 CASES: | $0.00 |
| TOTAL ALLOWED EXPENSES PAID TO DATE IN THE CHAPTER 11 CASE: | $0.00 |
| BLENDED FINAL RATE OF ATTORNEYS IN THIS APPLICATION: | $330.79 |
| BLENDED FINAL RATE OF ALL TIMEKEEPERS IN THIS APPLICATION: | $329.83 |
| COMPENSATION SOUGHT IN THIS APPLICATION ALREADY PAID PURSUANT TO A MONTHLY COMPENSATION ORDER, BUT NOT YET ALLOWED: | $80,769.80 |
| EXPENSES SOUGHT IN THIS APPLICATION ALREADY PAID PURSUANT TO A MONTHLY COMPENSATION ORDER, BUT NOT YET ALLOWED: | $65.59 |
| NUMBER OF ATTORNEYS AND PARAPROFESSIONALS INCLUDED IN THIS APPLICATION: | 16 |
| NUMBER OF ATTORNEYS AND PARAPROFESSIONALS BILLING FEWER THAN 15 HOURS IN THIS APPLICATION: | 8 |
| RATE INCREASES NOT PREVIOUSLY APPROVED / DISCLOSED: | 1 |

THIS IS A(N):   _____ MONTHLY   ___X___ INTERIM   ___X___ FINAL APPLICATION.

---

[1] All capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Application.

DOC ID - 25294003.4

ii

**Monthly Summary for the Compensation Period**
**(May 21, 2015 through October 31, 2016)**

| Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|
| 10/1/16 – 10/31/16 | $12,175.50 | $0.00 | N/A | N/A | N/A |
| 9/1/16 – 9/30/16 | $12,395.00 | $1.00 | N/A | N/A | N/A |
| 8/1/16 – 8/31/16 | $24,248.50 | $0.60 | N/A | N/A | N/A |
| 7/1/16 – 7/31/16 | $4,858.00 | $7.83 | N/A | N/A | N/A |
| 3/1/16 – 6/30/16 | N/A | N/A | N/A | N/A | N/A |
| 2/1/16 – 2/29/16 | $24,234.00 | $24.08 | $19,387.20 | $24.08 | $4,846.80 |
| 1/1/16 – 1/31/16 | $1,008.00 | $15.10 | $806.40 | $15.10 | $201.60 |
| 12/1/15 – 12/31/15 | $3,564.00 | $4.00 | $2,851.20 | $4.00 | $712.80 |
| 11/1/15 – 11/30/15 | $6,382.50 | $0.00 | $5,106.00 | $0.00 | $1,276.50 |
| 10/1/15 – 10/31/15 | $14,370.00 | $0.00 | $11,496.00 | $0.00 | $2,874.00 |
| 9/1/15 – 9/30/15 | $9,137.50 | $3.50 | $7,310.00 | $3.50 | $1,827.50 |
| 8/1/15 – 8/31/15 | $13,665.00 | $0.00 | $10,932.00 | $0.00 | $2,733.00 |
| 7/1/15 – 7/31/15 | $2,700.00 | $0.00 | $2,160.00 | $0.00 | $540.00 |
| 6/1/15 – 6/30/15 | $1,420.00 | $18.91 | $1,136.00 | $18.91 | $284.00 |
| 5/21/15 – 5/31/15 | $24,481.25 | $0.00 | $19,585.00 | $0.00 | $4,896.25 |

**Summary of Hours Billed By Professionals and Paraprofessionals for the Compensation Period**
**(May 21, 2015 through October 31, 2016)**

| NAME | TITLE | YEAR OF ADMISSION | HOURLY RATE[2] | TOTAL HOURS BILLED[3] | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Roberto L. Cabañas | Capital Member | 1985 | 370 | 11.00 | $4,070.00 |
| Isis R. Carballo Irigoyen | Capital Member | 1985 | 350/360/365 | 157.80 | $56,670.50 |
| Arturo J. García Solá | Capital Member | 1985 | 360/370 | 60.85 | $21,951.00 |
| Yamary I. González Berríos | Capital Member | 1990 | 320/340/350 | 88.70 | $29,982.00 |
| Rubén Méndez Benabe | Capital Member | 2003 | 235/240 | 7.95 | $1,896.75 |
| Paul R. Cortés Rexach | Capital Member | 1985 | 330 | 2.00 | $660.00 |
| Lillian Toro Mojica | Income Member | 2008 | 180 | 13.25 | $2,385.00 |
| Xenia Vélez | Special Counsel | 1983 | 360/370 | 2.10 | $769.00 |
| Mariana M. Contreras Gómez | Counsel | 1998 | 275/290/295 | 33.10 | $9,599.50 |
| Leyla González Ibarria | Counsel | 1996 | 290 | 4.90 | $1,421.00 |
| Rafael Pérez-Bachs | Counsel | 1971 | 330/340 | 34.45 | $11,439.50 |
| Angel S. Ruiz Rodríguez | Counsel | 1980 | 290 | 2.75 | $797.50 |
| Antonio Escudero-Viera | Counsel | 1970 | 370 | 5.00 | $1,850.00 |
| Carlos Villafañe | Counsel | 1992 | 310 | 27.00 | $8,370.00 |
| Eduardo Núñez Portela | Associate | 2016 | 155 | 15.50 | $2,402.50 |
| Mariela González | Tax Paralegal | N/A | 150 | 2.50 | $375.00 |
| | | | **Total:** | 468.85 | 154,639.25 |

| | |
|---|---|
| Total Billed Hours for Attorneys ......................................... | 466.35 |
| Total Billed Hours for Paraprofessionals ............................ | 2.5 |
| Total Billed Hours................................................................ | 468.85 |
| Total Fees Requested......................... | $154,639.25 |
| Blended Rate for All Timekeepers..... | $329.83 |
| Blended Rate for Attorneys ................ | 330.79 |

---

[2] McConnell Valdés's fiscal year ends on May 31st, thus this Application covers three fiscal years, and three different billing rates.

[3] McConnell Valdés billed its time for the period May 21, 2015 through November 30, 2015 in quarter-hour increments, but adjusted its billing practice to bill time in one-tenth hour increments thereafter.

## TABLE OF CONTENTS

**Page**

JURISDICTION ........................................................................................................................ 2

GUIDELINES............................................................................................................................ 2

DISCLOSURE OF COMPENSATION AND REQUESTED AWARD........................................ 3

BACKGROUND ....................................................................................................................... 4

SUMMARY OF PROFESSIONAL SERVICES.......................................................................... 6

REASONABLE AND NECESSARY SERVICES RENDERED BY MCCONNELL.............................. 7

ACTUAL AND NECESSARY EXPENSES INCURRED BY MCCONNELL ........................................ 8

MCCONNELL'S REQUESTED COMPENSATION AND REIMBURSEMENT SHOULD BE
    ALLOWED ...................................................................................................................... 9

NO PRIOR REQUEST ............................................................................................................. 11

NOTICE................................................................................................................................... 11

CONCLUSION......................................................................................................................... 11

## EXHIBITS

Exhibit A        Certification of Arturo J. García-Solá

Exhibit B        Summary of Time Billed by Attorneys and Paraprofessionals for the Compensation Period

Exhibit C        Expense Summary for the Compensation Period

Exhibit D        Time Records and Expense Detail for the Compensation Period

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                         :

In re:                                   :     Chapter 11
                                           :

Doral Financial Corporation, *et al.*,        :     Case No. 15-10573 (SCC)
                                         :

                    Debtors.      :     (Jointly Administered)
                                           :

-------------------------------------------------------------------X

**FIRST INTERIM AND FINAL APPLICATION OF MCCONNELL VALDÉS LLC, AS SPECIAL PUERTO RICO TAX COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM MAY 21, 2015 THROUGH AND INCLUDING OCTOBER 31, 2016**

McConnell Valdés LLC ("McConnell"), special Puerto Rico tax counsel for the Official Committee of Unsecured Creditors (the "Committee") of Doral Financial Corporation (the "Debtor") in the Chapter 11 case of Doral Financial Corp. (the "Chapter 11 Case"), submits this interim and final application (the "Application") pursuant to sections 327, 330(a), 331, and 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), and General Order M-447 entered by Chief Judge Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York on January 29, 2013 ("General Order M-447").

In this Application, McConnell requests: (a) interim and final allowance and approval of compensation in the aggregate amount of $154,639.25 for professional services performed and the reimbursement of actual and necessary expenses in the aggregate amount of $75.02 incurred by McConnell during the period from May 21, 2015 through October 31, 2016 (the "Compensation Period"); and (b) payment of the unpaid portion of such allowed fees and

DOC ID - 25294003.4

expenses, including amounts held back pursuant to the Interim Compensation Order (as defined herein) (the "Holdback") which represents 20% of fees held back relating to the period of May 21, 2015 through February 29, 2016. In support of the Application, McConnell respectfully states as follows:

## Jurisdiction

1. The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

3. The statutory and regulatory predicates for the relief requested herein are sections 327, 328, 330(a), 331, and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

## Guidelines

4. This Application was prepared in accordance with (a) the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines") established and adopted by the Court pursuant to General Order M-447, (b) the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, adopted on June 11, 2013 (the "UST Guidelines"), and (c) the *Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 72] (the "Interim Compensation Order" and, together with the Local Guidelines and the UST Guidelines, collectively, the "Guidelines").

5. Pursuant to and consistent with the relevant requirements of the Guidelines, as applicable, the following exhibits are annexed hereto:

DOC ID - 25294003.4

2

a.    **Exhibit A** contains a certification by the undersigned counsel regarding compliance with the Local Guidelines;

b.    **Exhibit B** contains a billing summary for the Compensation Period that includes the name of each attorney and paraprofessional for whose work compensation is sought, each attorney's year of bar admission and area of practice concentration, each attorney's and paraprofessional's hourly billing rate(s) during the Compensation Period, and an indication of the amounts requested for each attorney or paraprofessional as part of the Application;

c.    **Exhibit C** contains a summary of McConnell's total actual and necessary out-of-pocket expenses and disbursements during the Compensation Period.

d.    **Exhibit D** contains McConnell's time records and expense detail for the Compensation Period prepared and submitted in accordance with the Guidelines.

### Disclosure of Compensation and Requested Award

6.    By this Application, McConnell requests an aggregate award, on a final and interim basis for the Compensation Period of $154,639.25 in fees for professional services rendered and $75.02 for reimbursement of actual expenses, for a total request of $154,714.27.

7.    During the Compensation Period, McConnell applied voluntary fee and expense reductions on an *ad hoc* basis.

8.    McConnell, through Schulte Roth & Zabel LLP ("Schulte Roth"), provided the Notice Parties (as defined by the Interim Compensation Order) with a monthly fee statement on May 27, 2016 for the period from May 21, 2015 through February 29, 2016.  McConnell did not provide any services for the Committee in March, April, May, or June of 2016 but resumed work for the Committee in July 2016 in connection with the Debtor's plan of reorganization.

9.    The fees sought in the Application reflect an aggregate of 466.35 hours expended by McConnell attorneys during the Compensation Period rendering necessary and beneficial legal services to the Committee at a blended average hourly rate of $330.79 for attorneys during the Compensation Period.  McConnell maintains computerized records of the time expended and

DOC ID - 25294003.4                    3

expenses incurred in the performance of professional services as required by the Committee. These records are maintained in the ordinary course of McConnell's practice.

10.     The hourly rates and corresponding rate structure utilized by McConnell in this Chapter 11 Case are equivalent to the hourly rates and corresponding rate structure used by McConnell for tax and similar complex corporate matters whether in court or otherwise, regardless of whether a fee application is required.

11.     McConnell's hourly rates are set at a level designed to compensate McConnell fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with rates charged by comparable full-service law firms in Puerto Rico that provide tax services.

12.     McConnell has reviewed its billing statements to ensure that the Committee is only billed for services that were actual and necessary.

## Background

### *General Background*

13.     On March 11, 2015 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor has continued to operate and manage its business as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Chapter 11 Case.  The U.S. Trustee appointed the Committee on March 23, 2015. On November 25, 2015, Doral Properties, Inc. ("Doral Properties"), the Debtor's wholly-owned subsidiary, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

14.     On April 1, 2015, this Court entered its Interim Compensation Order.

DOC ID - 25294003.4                                    4

15.     On August 10, 2016, this Court entered its order confirming the *Amended Plan of Reorganization Proposed by Doral Financial Corporation and the Official Committee of Unsecured Creditors of Doral Financial* Corporation (the "Plan").  The Plan became effective on October 28, 2016.

### *Retention and Disinterestedness of McConnell*

16.     On January 27, 2016, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Doral Financial Corporation for an Order Approving the Retention and Employment of McConnell Valdés LLC as Special Puerto Rico Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to May 21, 2015* [Docket No. 497] (the "Retention Application").  Attached as Exhibit B to the Retention Application was the *Declaration of Arturo J. García-Solá in Support of Application to Retain and Employ McConnell Valdés LLC as Special Puerto Rico Tax Counsel* (the "Retention Application Declaration").

17.     On February 23, 2016 the Court entered the *Order Authorizing the Retention and Employment of McConnell Valdés LLC as Special Puerto Rico Tax Counsel, Nunc Pro Tunc to May 21, 2015* [Docket No. 513] (the "Retention Order"), approving the Committee's employment and retention of McConnell *nunc pro tunc* to May 21, 2015.  Pursuant to the Retention Order, McConnell is authorized to be compensated on an hourly basis for professional services rendered to the Committee and reimbursed for actual and necessary expenses incurred by McConnell in connection therewith.

18.     As disclosed in the Retention Application Declaration, McConnell does not hold or represent any interest adverse to the Debtor and is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code (as modified by section 1107(b) of the Bankruptcy Code).

19.     McConnell may have in the past represented, may currently represent, and likely in the future will represent, parties in interest in connection with matters unrelated to the Debtor and the Chapter 11 Case.  In the Retention Application Declaration, McConnell disclosed its connections to parties in interest that McConnell has been able to ascertain using its reasonable efforts.

20.     McConnell performed the services for which it is seeking compensation by this Application on behalf of or for the Committee, and not on behalf of any other entity.

21.     McConnell has received no payment and no promises for payment from any source other than the Committee for services rendered or to be rendered in any capacity whatsoever in connection with this Chapter 11 Case, except that McConnell may represent the Creditors' Trust that was established pursuant to the Plan.

22.     Pursuant to Bankruptcy Rule 2016(b), McConnell has not shared, nor has McConnell agreed to share (a) any compensation it has received or may receive with another party or person other than with the capital members, of-counsel, independent contractors, counsel, income members, associates, paralegals, and law clerks of McConnell, or (b) any compensation another person or party has received or may receive from the Committee.

<u>**Summary of Professional Services**</u>

23.     The following is a summary of the most significant professional services rendered by McConnell in connection with its role as counsel to the Committee during the Compensation Period.  This summary is not intended to be a detailed description of work performed.  Rather, the summary highlights some of the matters and issues that McConnell has addressed during the Compensation Period.

24.     During the Compensation Period, McConnell worked with Schulte Roth, bankruptcy counsel for the Committee, on a number of discrete issues involving Puerto Rico tax

law. McConnell reviewed numerous documents and pleadings to assess the Debtor's rights under closing agreements with the Puerto Rico tax authorities, and worked with Schulte Roth to devise a strategy with respect to the preservation and monetization of the tax assets existing thereunder. McConnell acted as the Committee's primary representative in discussions with the Puerto Rico tax authorities, and participated in multiple telephone and face-to-face meetings with the tax authorities. McConnell also advised on the filing of the declaratory judgment action and the preparation of the complaint filed therein. That action was subsequently dismissed pursuant to a stipulation entered into by and among the Debtor, the Committee, and the Puerto Rico Department of the Treasury ("Hacienda") wherein Hacienda recognized the continuing validity of the Debtor's tax assets.

25. Furthermore, with respect to the tax asset, McConnell assisted Schulte Roth with the preparation of marketing materials and memoranda for interested parties. McConnell also reached out to potential interested parties and held discussions with a number of them regarding the tax asset.

26. More recently, McConnell assisted with the analysis of a number of tax-related plan issues, including Puerto Rico tax implications of the transfer of assets to the Creditors' Trust and any potential effect on the tax asset. Significantly, McConnell Valdes assisted Schulte Roth in navigating complex Puerto Rico withholding issues related to creditor distributions, ultimately preparing a set of guidelines for the Creditors' Trust to employ in making distributions.

### Reasonable and Necessary Services Rendered by McConnell

27. The foregoing professional services rendered by McConnell on behalf of the Committee during the Compensation Period were reasonable, necessary, and appropriate to the administration of the Chapter 11 Case.

28.     Most of the services performed by attorneys of McConnell were rendered by McConnell's tax practice group.  Overall, McConnell brings to this Chapter 11 Case a particularly high level of skill and knowledge with respect to Puerto Rico tax issues, which inured to the benefit of the Committee and all stakeholders.

29.     During the Compensation Period, McConnell advised and assisted the Committee in a number of key aspects of the Chapter 11 Case.  To this end, as set forth in detail in **Exhibit C** of the Application, McConnell capital members, of-counsel, counsel, income members, associates, and paralegals from various McConnell practice groups expended time rendering professional services on behalf of the Committee.

30.     During the Compensation Period, McConnell's hourly billing rates for the attorneys primarily responsible for work performed during the Chapter 11 Case on behalf of the Committee ranged from $155 to $370 per hour.  Allowance of compensation in the amount requested would result in a blended hourly billing rate for attorneys of approximately $330.79 (based on 466.35 recorded attorney hours at McConnell's discounted billing rates in effect at the time of the performance of services).

**Actual and Necessary Expenses Incurred by McConnell**

31.     As set forth in **Exhibit C** and **Exhibit D**  attached hereto, McConnell has invoiced a total of $75.02 during the Compensation Period.[1]  The basis for these rates is McConnell's calculation of the actual cost of these services (subject to reduction to comply with the Guidelines).  Expenses charged to the Committee are at the provider's cost without markup. These charges are intended to cover McConnell's direct operating costs, which costs are not incorporated into McConnell's hourly billing rates.  Only clients who actually use services of the

---

[1] McConnell's invoice for September 2016 shows a $15 charge for "SUT for Fees."  Allowance of payment amount is not being sought herein.

types set forth in **Exhibit C** and **Exhibit D** are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who would not incur such expenses.

32. The actual expenses incurred by McConnell in providing professional services during the Compensation Period were necessary, reasonable, and justified under the circumstances to serve the needs of the Committee.

### McConnell's Requested Compensation and Reimbursement Should Be Allowed

33. Section 331 of the Bankruptcy Code provides for compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 328 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered…and reimbursement for actual, necessary expenses."

34. Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement. In determining the amount of reasonable compensation to be awarded, the Court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including:

      a.      the time spent on such services;

      b.      the rates charged for such services;

      c.      whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

      d.      whether the services were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue, or task addressed;

e.    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

f.    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

35.    McConnell respectfully submits that the services for which it seeks compensation in the Application were necessary for and beneficial to the Committee and to the Debtor's estate. McConnell respectfully submits that the services rendered were performed economically, effectively, and efficiently and that the results obtained to date have benefited not only the Committee but all stakeholders in the Chapter 11 Case. McConnell further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Committee and all parties in interest.

36.    Further, as demonstrated by the Application and all of the exhibits submitted in support hereof, McConnell spent its time economically and without unnecessary duplication of work performed by the Committee's bankruptcy counsel, Schulte Roth. The work performed was carefully assigned to appropriate attorneys or paraprofessionals according to the experience and level of expertise required for each particular task.

37.    In summary, the services rendered by McConnell were necessary, reasonable and beneficial to the Committee and the Debtor's estate, and were consistently performed in a timely manner commensurate with the complexity, importance, novelty, and nature of the issues involved. Accordingly, McConnell respectfully submits that approval of the compensation and expense reimbursement sought herein is warranted.

**No Prior Request**

38.   No prior application for the relief requested herein has been made to this or any other court.

**Notice**

39.   Pursuant to the Interim Compensation Order, notice of this Application has been given to the Notice Parties.  McConnell submits that no other or further notice need be provided.

**Conclusion**

40.   McConnell believes that the services rendered during the Compensation Period on behalf of the Committee were reasonable and necessary within the meaning of Bankruptcy Code section 330.  Further, the expenses incurred for which reimbursement is requested were actual and necessary to the performance of McConnell's services.

WHEREFORE, for the reasons set forth herein, McConnell respectfully requests that the Court enter an order (i) awarding McConnell (a) interim and final allowance and approval of fees for the Compensation Period in the amount of $154,639.25, and (b) reimbursement for actual and necessary expenses McConnell incurred during the Compensation Period in the amount of $75.02; and (ii) authorizing and directing the Debtor to pay McConnell all unpaid fees and expenses for the Compensation Period; and (iii) granting such other relief as is just and proper.

Dated:  November 25, 2016                 Respectfully submitted,
       New York, New York

By:   /s/ Arturo J. García-Solá
       Arturo J. García-Solá
       **MCCONNELL VALDÉS LLC**
       270 Muñoz Rivera Avenue
       Hato Rey, Puerto Rico 00918
       Telephone:  (787) 759-9292
       Facsimile:  (787) 759-9225

       *Special Puerto Rico Tax Counsel to the*
       *Official Committee of Unsecured*
       *Creditors*

**Exhibit A**

Certification of Arturo J. García-Solá

DOC ID - 25294003.4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

In re:                                                          :        Chapter 11
                                                                :
Doral Financial Corporation, *et al.*,                          :        Case No. 15-10573 (SCC)
                                                                :
                                                Debtors.         :        (Jointly Administered)
                                                                :
------------------------------------------------------------------X

**CERTIFICATION OF ARTURO J. GARCÍA-SOLÁ PURSUANT TO GENERAL
ORDER M–447 REGARDING THE INTERIM AND FINAL APPLICATION
OF MCCONNELL VALDÉS, LLC, AS SPECIAL PUERTO RICO TAX COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF
ACTUAL AND NECESSARY EXPENSES INCURRED FROM MAY 21, 2015
THROUGH AND INCLUDING OCTOBER 31, 2016**

I, Arturo J. García-Solá, certify as follows:

1.      I am the Managing Director of McConnell Valdés, LLC ("McConnell"), with responsibility for the representation of the Official Committee of Unsecured Creditors (the "Committee") of Doral Financial Corporation (the "Debtor") in respect of, among other things, compliance with (a) the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines") established and adopted by the United States Bankruptcy Court for the Southern District of New York pursuant to *General Order M-447*, (b) the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, adopted on June 11, 2013 (the "UST Guidelines"), and (c) the *Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 72] (the "Interim Compensation Order" and, together with the Local Guidelines and UST Guidelines, collectively, the "Guidelines").

DOC ID - 25294003.4

2.      With respect to Section B.1 of the Local Guidelines, I certify that:

    a.     I have read McConnell's interim and final application for compensation and reimbursement of expenses (the "<u>Application</u>");[1]

    b.     To the best of my knowledge, information and belief, insofar as I can tell after reasonable inquiry, the fees and disbursements sought in the Application fall within the Guidelines, except as may be specifically noted in this Certification and/or described in the Application;

    c.     Except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by McConnell and generally accepted by McConnell's clients; and

    d.     In providing a reimbursable service, McConnell does not make a profit on the service, whether the service is performed by McConnell in-house or through a third party.

3.      With respect to Section B.2 of the Local Guidelines, McConnell provided its statements to the Committee and filed a monthly statement for the period from May 21, 2015 through February 29, 2016. McConnell did not file a monthly statement thereafter. As of the date of the Application, McConnell has not received any compensation for its services during the period from March 1, 2016 through October 31, 2016, and received 80% of fees and 100% of expenses for services during the period from May 21, 2015 through February 29, 2016.

4.      With respect to Section B.3 of the Local Guidelines, I certify that the chairs of the Committee, the Debtor, counsel to the Debtor, and the U.S. Trustee will each be provided with a copy of the Application concurrently with the filing thereof and will have until December 16, 2016 at 4:00 p.m. (prevailing Eastern Time), as noticed by the Debtor, to review the Application prior to any objection deadline with respect thereto.

5.      The following is provided in response to the request for additional information set forth in Section C.5 of the UST Guidelines:

---

[1] All capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Application.

DOC ID - 25294003.4          2

Question:  Did you agree to any variations from, or alternatives to your standard or customary billing rates, fees, or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

Response:  Yes.  McConnell typically bills its clients by quarter-hour increments. After we were made aware that the Guidelines require billing by one-tenth hour increments, we adjusted our billing practices with respect to our representation of the Committee to conform with the Guidelines.  There are no other variations from our standard and customary billing practices.

Question:  If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

Response:  McConnell has worked on an "as-needed" basis for the Committee, thus there have been no formal budgets agreed to with the Committee.  However, McConnell has continued to discuss potential fees to be charged with the Committee.

Question:  Have any of the professionals included in this fee application varied their hourly rates based on the geographic location of the bankruptcy case?

Response:  No.

Question:  Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? If so, please quantify by hours and fees.

Response:  No.

Question:  Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

Response:  No.

Question:  Does this fee application include rate increases since retention?

Response:  Yes.  McConnell's fiscal year ends on May 31st of each year, upon which hourly rates may be adjusted.  This Application covers the time period of May 21, 2015 through October 31, 2016, thus it covers three of McConnell's fiscal years. Thus certain timekeepers in this Application may have three different hourly rates. Each timekeeper's hourly rates are disclosed in Exhibit B.  The Committee has been made aware of the rate increases and the Committee has consented to the change in hourly rates.

Dated:  November 25, 2016
New York, New York

/s/ Arturo J. García-Solá
Arturo J. García-Solá

**Exhibit B**

**Summary of Time Billed by Attorneys and Paraprofessionals
for the Compensation Period**

DOC ID - 25294003.4

**IN RE DORAL FINANCIAL CORP.**
**CHAPTER 11**
**CASE NO. 15-10573 (SCC)**

**SUMMARY OF TIME BILLED BY TIMEKEEPER FOR COMPENSATION PERIOD**
**(MAY 21, 2015 THROUGH OCTOBER 31, 2016)**

| NAME | TITLE | YEAR OF ADMISSION | HOURLY RATE[1] | TOTAL HOURS BILLED[2] | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Roberto L. Cabañas | Capital Member | 1985 | 370 | 11.00 | $4,070.00 |
| Isis R. Carballo Irigoyen | Capital Member | 1985 | 350/360/365 | 157.80 | $56,670.50 |
| Arturo J. García Solá | Capital Member | 1985 | 360/370 | 60.85 | $21,951.00 |
| Yamary I. González Berríos | Capital Member | 1990 | 320/340/350 | 88.70 | $29,982.00 |
| Rubén Méndez Benabe | Capital Member | 2003 | 235/240 | 7.95 | $1,896.75 |
| Paul R. Cortés Rexach | Capital Member | 1985 | 330 | 2.00 | $660.00 |
| Lillian Toro Mojica | Income Member | 2008 | 180 | 13.25 | $2,385.00 |
| Xenia Vélez | Special Counsel | 1983 | 360/370 | 2.10 | $769.00 |
| Mariana M. Contreras Gómez | Counsel | 1998 | 275/290/295 | 33.10 | $9,599.50 |
| Leyla González Ibarria | Counsel | 1996 | 290 | 4.90 | $1,421.00 |
| Rafael Pérez-Bachs | Counsel | 1971 | 330/340 | 34.45 | $11,439.50 |
| Angel S. Ruiz Rodríguez | Counsel | 1980 | 290 | 2.75 | $797.50 |
| Antonio Escudero-Viera | Counsel | 1970 | 370 | 5.00 | $1,850.00 |
| Carlos Villafañe | Counsel | 1992 | 310 | 27.00 | $8,370.00 |
| Eduardo Núñez Portela | Associate | 2016 | 155 | 15.50 | $2,402.50 |
| Mariela González | Tax Paralegal | N/A | 150 | 2.50 | $375.00 |
| | | | **Total:** | 468.85 | 154,639.25 |

Total Billed Hours for Attorneys ......................................... 466.35

Total Billed Hours for Paraprofessionals ........................... 2.5

Total Billed Hours................................................................ 468.85

Total Fees Requested......................... $154,639.25

Blended Rate for All Timekeepers..... $329.83

Blended Rate for Attorneys ................ 330.79

---

[1]     McConnell Valdés's fiscal year ends on May 31st, thus this Application covers three fiscal years, and in certain cases, three different billing rates, as disclosed in the Certification of Arturo J. García-Solá attached herewith.

[2]     McConnell Valdés billed its time for the period May 21, 2015 through November 30, 2015 in quarter-hour increments, but adjusted its billing practice to bill time in one-tenth hour increments thereafter.

DOC ID - 25294003.4

**<u>Exhibit C</u>**

**Expense Summary for the Compensation Period**

DOC ID - 25294003.4

**IN RE DORAL FINANCIAL CORP.**
**CHAPTER 11**
**CASE NO. 15-10573 (SCC)**

**EXPENSE SUMMARY FOR COMPENSATION PERIOD**
**(MAY 21, 2015 THROUGH OCTOBER 31, 2016)[1]**

| Expense Category | Amount |
|---|---|
| Copy Services | $48.86 |
| Telecommunications | $26.16 |
| **Total** | $75.02 |

---

[1] All expenses have been billed in accordance with the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

DOC ID - 25294003.4

## Exhibit D

**Time Records and Expense Detail for Compensation Period**

15-10573-jpm Doc 780 Filed 11/25/16 Entered 11/25/16 14:01:37 Main Document Pg 50 of 59

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272238
SCHULTE ROTH & ZABEL LLP                                             AJG
919 3RD AVENUE
NEW YORK, NY 10022

Please include this Invoice #
on your check stub.
Our Tax ID # is 66-0226027

For Services Through August 31, 2015

Our Matter # 33433-0002
        POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
        VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$      42,266.25

Reimbursable Costs..............................$         18.91

SUT for Fees ($          0.00 x 4%)............$          0.00

SUT for Costs ($          0.00 x 4%)..........$          0.00

**TOTAL DUE FOR THIS MATTER......................................$      42,285.16**

15-10573-scc    Doc 628    Filed 05/27/16    Entered 05/27/16 15:01:19    Main Document
Pg 6 of 59

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR    00936-4225

_____

DAN KUSNETZ, ESQ.                                        May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272238
SCHULTE ROTH & ZABEL LLP                                 Page   1      AJG
919 3RD AVENUE
NEW YORK, NY 10022


For Services Through August 31, 2015

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

### Description of Professional Services

**Non Taxable Entries:**

05/21/15    CONFERENCE WITH Y. GONZALEZ AND R. MENDEZ REGARDING ISSUES RELATED TO
            DORAL TAX ASSETS.
            **ISIS R. CARBALLO IRIGOYEN**        1.25   hrs.


05/21/15    ANALYSIS AND CONSIDERATION OF TAX ISSUES RE: DORAL EXCESS TAX PAYMENT.
            **YAMARY I. GONZALEZ BERRIOS**        1.00   hrs.


05/22/15    TELEPHONE CONFERENCE RE: POTENTIAL TAX ISSUES RELATED TO PROPOSED
            SALE OF DORAL ENTITIES.
            **YAMARY I. GONZALEZ BERRIOS**         .75   hrs.


05/22/15    CONFERENCE CALL WITH I. CARBALLO, Y. GONZÁLEZ, G. SCOPETTA, M. LEVINE
            AND E. UBARRI RE: TAX ASSET (DORAL FINANCIAL CORPORATION); AND
            CONFERENCE WITH Y. GONZALEZ AND I. CARBALLO REGARDING THE SAME.
            **RUBÉN MÉNDEZ BENABE**              1.00   hrs.


05/22/15    REVIEW VARIOUS CLOSING AGREEMENTS AND CASES.
            **MARIANA M. CONTRERAS GOMEZ**        .50   hrs.


05/22/15    TELEPHONE CONFERENCE WITH D. KUSNETZ, M. LEVINE, E. UBARRI, G.
            SCOPETTA, Y. GONZALEZ AND R. MENDEZ REGARDING TAX ISSUES RELATED TO
            TAX ASSETS.  REVIEW DOCUMENTATION SUBMITTED IN CONNECTION WITH THIS
            MATTER. ANALYSIS OF ISSUES RAISED.
            **ISIS R. CARBALLO IRIGOYEN**        2.50   hrs.


05/22/15    REVIEW CLOSING AGREEMENTS SENT BY CLIENT AND ANALYSIS OF ISSUES
            REGARDING TAX ASSETS.
            **ISIS R. CARBALLO IRIGOYEN**        5.00   hrs.


05/22/15    REVIEW OF DOCUMENTS PROVIDED RE: CLOSING AGREEMENTS AND TAX RETURNS
            RE: TAX ATTRIBUTES OF THE DORAL ENTITIES.
            **LILLIAN TORO MOJICA**              1.00   hrs.

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 97 of 59

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

---

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272238
SCHULTE ROTH & ZABEL LLP                                   Page   2      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

05/22/15    CONSIDERATION OF INFORMATION AND TAX ISSUES WITH RESPECT TO THE TAX
            ASSETS OF DORAL ENTITIES.
            **LILLIAN TORO MOJICA**            2.75    hrs.

05/23/15    REVIEW CLOSING AGREEMENTS, TAX OPINIONS AND TAX RETURNS SENT BY
            CLIENT AND ANALYSIS OF TAX ASSETS.
            **ISIS R. CARBALLO IRIGOYEN**       7.00    hrs.

05/23/15    REVIEW CLOSING AGREEMENTS AND PUERTO RICO INCOME TAX RETURNS OF DFC
            AND DORAL INSURANCE. IDENTIFICATION, ANALYSIS AND CONSIDERATION OF
            TAX ATTRIBUTES; VALIDITY OF AGREEMENTS; CARRYOVER OF ATTRIBUTES.
            **YAMARY I. GONZALEZ BERRIOS**      7.50    hrs.

05/24/15    RESEARCH RE: TRANSFER OF OWNERSHIP INTEREST IN DORAL ENTITIES;
            LIMITATION ON TAX ATTRIBUTES.
            **YAMARY I. GONZALEZ BERRIOS**      5.00    hrs.

05/24/15    REVIEW CLOSING AGREEMENTS, TAX OPINIONS AND TAX RETURNS SENT BY
            CLIENT AND ANALYSIS OF ISSUES TO MAXIMIZE TAX ATTRIBUTES.  CONFERENCE
            WITH Y. GONZALEZ TO DISCUSS FINDINGS AND RESEARCH.
            **ISIS R. CARBALLO IRIGOYEN**       5.00    hrs.

05/25/15    RESEARCH LEGAL ARGUMENTS REGARDING STOCK PURCHASE TRANSACTIONS;
            REVIEW IRS DETERMINATIONS, GUIDANCE AND US CASE LAW RE: THE ABOVE.
            **LILLIAN TORO MOJICA**            4.75    hrs.

05/25/15    CONSIDER FACTORS THAT MUST BE MET TO CLAIM TAX ATTRIBUTES.
            **LILLIAN TORO MOJICA**            2.50    hrs.

05/26/15    CONSIDERATION OF FACTS, CLOSING AGREEMENTS AND TAX ISSUES RE: TAX
            ASSETS.
            **LILLIAN TORO MOJICA**            1.75    hrs.

05/26/15    REVIEW CLOSING AGREEMENTS AND COURT DECISIONS. DISCUSSION WITH I.
            CARBALLO AND Y. GONZÁLEZ RE: VALIDITY OF CLOSING AGREEMENTS,
            TRANSFER, AMORTIZATION.
            **MARIANA M. CONTRERAS GOMEZ**      4.00    hrs.

15-10573-jpm   Doc 780   Filed 11/25/16   Entered 11/25/16 14:01:37   Main Document
Pg 8 of 116

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                        May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272238
SCHULTE ROTH & ZABEL LLP                                 Page   3      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

05/26/15     RESEARCH AND ANALYSIS OF AVAILABILITY AND VALIDITY OF VARIOUS TAX
             ATTRIBUTES IN PREPARATION FOR TELEPHONE CONFERENCE TOMORROW.
             **ISIS R. CARBALLO IRIGOYEN**         5.50    hrs.

05/26/15     RESEARCH RE: NOL CARRYOVER PERIODS AND AMOUNTS.
             **YAMARY I. GONZALEZ BERRIOS**        3.50    hrs.

05/27/15     RESEARCH RE: TRANSITORY PROVISIONS RE: NOLS. REVIEW INCOME TAX
             RETURNS.
             **YAMARY I. GONZALEZ BERRIOS**        4.50    hrs.

05/27/15     FURTHER RESEARCH AND ANALYSIS OF TAX ASSETS. ANALYSIS OF APPLICABLE
             NOL RULES.  PREPARATION OF OUTLINE FOR TOMORROW'S TELEPHONE
             CONFERENCE.
             **ISIS R. CARBALLO IRIGOYEN**         3.00    hrs.

05/27/15     REVIEW CLOSING AGREEMENTS AND COURT DECISIONS TO DETERMINE VALIDITY
             OF CLOSING AGREEMENTS.
             **MARIANA M. CONTRERAS GOMEZ**        2.00    hrs.

05/27/15     REVIEW OF OUTLINE FOR THE CALL WITH CLIENT RE: TAX ASSETS.
             **LILLIAN TORO MOJICA**                .50    hrs.

05/28/15     REVIEW VARIOUS CLOSING AGREEMENTS AND COURT DECISIONS TO DETERMINE
             VALIDITY OF CLOSING AGREEMENTS.  DISCUSSION ABOUT IMPACT OF CLOSING
             AGREEMENT.
             **MARIANA M. CONTRERAS GOMEZ**        1.50    hrs.

05/28/15     CONFERENCE CALL WITH J. SOLOMON, G. SCOPETTA, I. CARBALLO AND Y.
             GONZÁLEZ TO DISCUSS PRELIMINARY OUTCOME OF TAX ASSESSMENT REGARDING
             CLOSING AGREEMENT.
             **RUBÉN MÉNDEZ BENABE**               1.25    hrs.

05/28/15     PREPARATION FOR AND ATTENDANCE AT MEETING RE: VARIOUS TAX ISSUES
             REGARDING CARRYOVER OF TAX ATTRIBUTES. TELEPHONE CONFERENCE WITH M.
             LEVINE, E. UBARRI, G.SCOPETTA, J.SALOMON, D. KUSNETZ, I. CARBALLO AND
             R.MENDEZ REGARDING THIS MATTER.  FURTHER ANALYSIS OF ISSUES RAISED
             AND NEXT STEPS.
             **YAMARY I. GONZALEZ BERRIOS**        3.00    hrs.

15-10573-scc    Doc 628    Filed 05/27/16    Entered 05/27/16 15:01:19    Main Document
Pg 9 of 59

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272238
SCHULTE ROTH & ZABEL LLP                             Page   4      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

05/28/15    CONFERENCE WITH Y. GONZALEZ TO DISCUSS VARIOUS TAX ISSUES IN
            CONNECTION WITH TAX ASSETS. TELEPHONE CONFERENCE WITH M. LEVINE, E.
            UBARRI, G.SCOPETTA, J.SALOMON, D. KUSNETZ, Y. GONZALEZ AND R.MENDEZ
            REGARDING THIS MATTER.  FURTHER ANALYSIS OF ISSUES RAISED AND NEXT
            STEPS.
            **ISIS R. CARBALLO IRIGOYEN**        3.00   hrs.

06/03/15    TELEPHONE CONFERENCE WITH A. GARCIA, Y. GONZALEZ, E. UBARRI, G.
            SCOPETTA, AND OTHERS REGARDING NEXT STEPS IN NEGOTIATION PROCESS.
            **ISIS R. CARBALLO IRIGOYEN**        1.00   hrs.

06/03/15    TELEPHONE CONFERENCE WITH A. GARCIA, I. CARBALLO, E. UBARRI, G.
            SCOPETTA AND OTHERS RE: STRATEGY AND NEXT STEPS IN NEGOTIATION
            PROCESS.
            **YAMARY I. GONZALEZ BERRIOS**       1.00   hrs.

06/23/15    COMMUNICATIONS FROM AND TO M. LEVINE, RE: MEETING WITH M. ACOSTA
            (REQUEST THAT WE SEEK PRELIMINARY MEETING WITH HER).
            **ARTURO J. GARCIA SOLA**             .25   hrs.

06/24/15    COMMUNICATIONS TO AND FROM M. ACOSTA (GDB/CFO) RE: MEETING TO DISCUSS
            DFC DFC TAX ASSETS; CONFERENCE WITH D. KUSNETZ AND M. LEVINE
            (SCHULTE), AND I. CARBALLO, RE:DISCUSSIONS WITH M. ACOSTA AND COURSE
            OF ACTION TO FOLLOW.
            **ARTURO J. GARCIA SOLA**            1.00   hrs.

06/24/15    CONFERENCE WITH D. KUSNETZ, M. LEVINE, AND A. GARCIA REGARDING
            DISCUSSIONS WITH M. ACOSTA REGARDING TAX ASSETS.
            **ISIS R. CARBALLO IRIGOYEN**         .50   hrs.

06/29/15    REVIEW SUMMARY OF TAX ASSETS PREPARED BY M. LEVINE AND RESPOND.
            **ISIS R. CARBALLO IRIGOYEN**         .25   hrs.

07/14/15    REVIEW ELECTRONIC COMMUNICATIONS FROM M. LEVINE REGARDING
            AMORTIZATION.  RESEARCH AND ANALYSIS OF ISSUES.  PREPARATION OF,
            REVISE AND SEND ELECTRONIC COMMUNICATION TO M. LEVINE. PREPARE
            OUTLINE FOR MEETING WITH M. ACOSTA TO DISCUSS TAX ASSETS.
            **ISIS R. CARBALLO IRIGOYEN**        2.50   hrs.

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 10 of 58

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR    00936-4225

_____

```
DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272238
SCHULTE ROTH & ZABEL LLP                                   Page   5      AJG
919 3RD AVENUE
NEW YORK, NY 10022
```

### Description of Professional Services (cont.)

07/15/15    PREPARATION OF, REVISE AND FINALIZE OUTLINE OF TAX CREDITS FOR
MEETING WITH M. ACOSTA. ANALYSIS OF ISSUES. PREPARATION OF, REVISE
AND SEND ELECTRONIC COMMUNICATION TO CLIENT WITH QUESTIONS.
**ISIS R. CARBALLO IRIGOYEN**       3.50    hrs.

07/22/15    VARIOUS COMMUNICATIONS TO AND FROM M. ACOSTA (GDB PRESIDENT) RE:
MEETING REQUEST AND PROPOSED AGENDA; REVIEW AND RESPOND TO
COMMUNICATION FROM D. KUSNETZ RE: STATUS AND NEXT STEPS (M. ACOSTA).
**ARTURO J. GARCIA SOLA**        1.00    hrs.

07/24/15    VARIOUS COMMUNICATIONS TO AND FROM D. KUSNETZ RE: STATUS OF
COMMUNICATIONS WITH GDB PRESIDENT (M. ACOSTA) AND INFORMATION REQUEST
FROM DK PARTNERS; CONFERENCE CALL WITH D. KUSNETZ RE: SAME.
**ARTURO J. GARCIA SOLA**         .50    hrs.

08/10/15    REVIEW DOCUMENTS IN PREPARATION FOR MEETING WITH M. ACOSTA AND A.
GARCIA TOMORROW TO DISCUSS TAX CREDITS.
**ISIS R. CARBALLO IRIGOYEN**       1.00    hrs.

08/10/15    ANALYSIS AND CONSIDERATION OF VARIOUS TAX ISSUES RE: PROPOSED
RESTRUCTURING OF DFC.
**YAMARY I. GONZALEZ BERRIOS**        .50    hrs.

08/10/15    REVIEW ISSUES AND OUTLINE IN PREPARATION FOR TOMORROW'S MEETING WITH
M. ACOSTA (GDB) AND I. CARBALLO TO DISCUSS TAX CREDITS; COMMUNICATION
TO D. KUSNETZ AND M. LEVINE RE: CONFIRMATION OF MEETING WITH M.
ACOSTA TOMORROW.
**ARTURO J. GARCIA SOLA**        1.00    hrs.

08/11/15    FURTHER PREPARATION FOR MEETING WITH M. ACOSTA AND REVIEW OF LEGAL
ISSUES REGARDING TAX CREDITS.
**ARTURO J. GARCIA SOLA**        1.00    hrs.

08/11/15    REVIEW AND DISCUSSION OF TALKING POINTS FOR TODAY'S MEETING WITH M.
ACOSTA, PRESIDENT OF THE GDB, REGARDING TAX ASSETS; CONFERENCE WITH
I. CARBALLO RE: STRATEGY FOR MEETING WITH M. ACOSTA. TRIP TO GDB FOR
MEETING WITH M. ACOSTA AND I. CARBALLO; BRIEF COMMUNICATION TO D.
KUSNETZ RE: MEETING RESULTS AND REQUEST FOR CALL; TELEPHONE
CONFERENCE WITH D. KUSNETZ AND M. LEVINE RE: MEETING RESULTS AND NEXT

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272238
SCHULTE ROTH & ZABEL LLP                                   Page   6      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

STEPS.
**ARTURO J. GARCIA SOLA**            5.00   hrs.

08/11/15   PREPARE FOR MEETING WITH M. ACOSTA.
**ARTURO J. GARCIA SOLA**            1.00   hrs.

08/11/15   PREPARATION OF, REVISE AND FINALIZE OUTLINE FOR TODAY'S MEETING WITH
           M. ACOSTA, PRESIDENT OF THE GDB, REGARDING TAX ASSETS. CONFERENCE
           WITH A. GARCIA TO DISCUSS STRATEGY FOR MEETING WITH M. ACOSTA. TRIP
           TO GDB FOR CONFERENCE WITH M. ACOSTA AND A. GARCIA TO DISCUSS
           MONETIZATION OF TAX ASSETS.
           **ISIS R. CARBALLO IRIGOYEN**       5.00   hrs.

08/12/15   REVISE OUTLINE OF TAX ASSETS TO BE USED IN NEGOTIATIONS.
           **ISIS R. CARBALLO IRIGOYEN**        .50   hrs.

08/12/15   REVIEW COMMUNICATION FROM M. LEVINE WITH BULLET POINT SUMMARY OF
           DFC'S TAX ASSETS, TO SEND TO M. ACOSTA AS PER DISCUSSIONS WITH HER
           YESTERDAY; REVIEW COMMUNICATION FROM I. CARBALLO ON SAME; RESPONSE TO
           M. LEVINE.
           **ARTURO J. GARCIA SOLA**            .50   hrs.

08/12/15   REVIEW COMMUNICATION FROM M. ACOSTA RE: HER DISCUSSIONS WITH TREASURY
           SECRETARY ON DFC'S TAX ASSETS (AS PER OUR MEETING YESTERDAY), AND
           RESPONSE TO HER WITH COPY OF SUMMARY OF THE ASSETS FOR HER FURTHER
           DISCUSSIONS WITH THE SECRETARY; COMMUNICATION TO D. KUSNETZ AND M.
           LEVINE RE: INFORMATION RECEIVED FROM M. ACOSTA ABOUT HER DISCUSSIONS
           WITH THE TREASURY SECRETARY, AND NEXT STEPS; REVIEW RESPONSE FROM D.
           KUSNETZ; REVIEW COMMUNICATION FROM M. LEVINE WITH REVISED SUMMARY OF
           DFC'S TAX ASSETS;
           **ARTURO J. GARCIA SOLA**            .75   hrs.

08/13/15   REVIEW SUMMARY OF TAX ASSETS AVAILABLE. PREPARATION OF, REVISE AND
           SEND ELECTRONIC COMMUNICATION TO M .LEVINE.  COORDINATE CALL TO J.
           ZARAGOZA, SECRETARY OF TREASURY, TO DISCUSS TAX ASSETS.  PREPARATION
           OF, REVISE AND SEND ELECTRONIC COMMUNICATION TO J. ZARAGOZA REGARDING
           MEETING.  PREPARATION OF, REVISE AND SEND ELECTRONIC COMMUNICATION TO
           M. ACOSTA REGARDING SUMMARY OF TAX ASSETS AVAILABLE.
           **ISIS R. CARBALLO IRIGOYEN**       1.00   hrs.

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 34 of 116

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272238
SCHULTE ROTH & ZABEL LLP                         Page   7      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

08/14/15    REVIEW ELECTRONIC COMMUNICATION FROM J. ZARAGOZA, SECRETARY OF PR
            TREASURY, REGARDING MEETING AND RESPOND.  COORDINATE MEETING WITH J.
            ZARAGOZA NEXT WEEK.
            **ISIS R. CARBALLO IRIGOYEN**          .50    hrs.

08/14/15    RESEARCH RE: INCOME TAX TREATMENT IN A BANKRUPTCY PROCEEDING.
            **YAMARY I. GONZALEZ BERRIOS**        1.25   hrs.

08/14/15    TELEPHONE CONFERENCE WITH E. UBARRI RE: STATUS AND DISCUSSIONS WITH
            M. ACOSTA, NEXT STEPS; REVIEW AND RESPOND TO COMMUNICATIONS FROM M.
            ACOSTA.
            **ARTURO J. GARCIA SOLA**             .50    hrs.

08/17/15    REVIEW ELECTRONIC COMMUNICATION FROM CLIENT REGARDING MEETING WITH J.
            ZARAGOZA AND RESPOND.
            **ISIS R. CARBALLO IRIGOYEN**          .25    hrs.

08/18/15    REVIEW ELECTRONIC COMMUNICATION FROM M. ACOSTA REGARDING MEETING WITH
            J. ZARAGOZA AND RESPOND. PREPARATION OF, REVISE AND SEND ELECTRONIC
            COMMUNICATION TO J. ZARAGOZA, SECRETARY OF TREASURY, REGARDING
            OUTLINE FOR TOMORROW'S MEETING TO DISCUSS TAX ASSETS.
            **ISIS R. CARBALLO IRIGOYEN**         1.00   hrs.

08/18/15    RESEARCH RE: INCOME TAX TREATMENT OF CANCELLATION OF INDEBTEDNESS AND
            POTENTIAL IMPACT.
            **YAMARY I. GONZALEZ BERRIOS**        1.25   hrs.

08/20/15    REVIEW DOCUMENTS IN PREPARATION FOR MEETING WITH SECRETARY OF
            TREASURY.  TRIP TO  TREASURY DEPARTMENT FOR CONFERENCE WITH J.
            ZARAGOZA, SECRETARY OF TREASURY, AND A. GARCIA ON THIS MATTER.
            TELEPHONE CONFERENCE WITH D. KUSNETZ AND M. LEVINE REGARDING RESULTS
            OF MEETING AND NEXT STEPS.  PREPARATION OF, REVISE AND FINALIZE
            ELECTRONIC COMMUNICATION TO J. ZARAGOZA.
            **ISIS R. CARBALLO IRIGOYEN**         5.00   hrs.

15-10573-jpm   Doc 780   Filed 11/25/16   Entered 11/25/16 14:01:37   Main Document
Pg 19 of 53

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                         May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272238
SCHULTE ROTH & ZABEL LLP                                  Page   8      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

08/20/15    PREPARATION FOR MEETING WITH SECRETARY OF TREASURY AND DISCUSS WITH
            I. CARBALLO;  TRIP TO TREASURY DEPARTMENT FOR CONFERENCE WITH J.
            ZARAGOZA, SECRETARY OF TREASURY, AND I. CARBALLO, RE: SAME; TELEPHONE
            CONFERENCE WITH D. KUSNETZ AND M. LEVINE REGARDING RESULTS OF MEETING
            AND NEXT STEPS.
            **ARTURO J. GARCIA SOLA**          4.00   hrs.

08/20/15    CONFERENCE WITH I. CARBALLO RE: ARGUMENTS IN SUPPORT OF PROPOSED
            AGREEMENTS RE: TAX ASSETS.
            **YAMARY I. GONZALEZ BERRIOS**       .50   hrs.

08/21/15    PREPARATION OF, REVISE AND SEND ELECTRONIC COMMUNICATION TO D.
            KUSNETZ REGARDING NEXT STEPS WITH TREASURY DEPARTMENT.
            **ISIS R. CARBALLO IRIGOYEN**        .25   hrs.

08/24/15    RESEARCH AND PREPARATION OF OUTLINE RE: ADDITIONAL QUERIES IN
            ANTICIPATION OF PROPOSED RESTRUCTURING.
            **YAMARY I. GONZALEZ BERRIOS**      2.75   hrs.

08/26/15    CONSIDERATION OF NEXT STEPS IN LIGHT OF PENDING MEETING WITH TREASURY
            SECRETARY.
            **ARTURO J. GARCIA SOLA**           .25   hrs.

08/26/15    REVIEW ELECTRONIC COMMUNICATION FROM CLIENT REGARDING MEETING WITH
            SECRETARY OF TREASURY AND RESPOND.
            **ISIS R. CARBALLO IRIGOYEN**        .25   hrs.

08/31/15    RESEARCH VARIOUS PUERTO RICO TAX ISSUES RELATED TO BANKRUPTCY
            PROCEEDINGS. PREPARATION OF, REVISE AND FINALIZE ELECTRONIC
            COMMUNICATION TO CLIENT ON THIS MATTER. PREPARATION OF, REVISE AND
            SEND ELECTRONIC COMMUNICATION TO J. ZARAGOZA, SECRETARY OF TREASURY,
            REGARDING MEETING TO DISCUSS TAX ASSETS.
            **ISIS R. CARBALLO IRIGOYEN**       2.50   hrs.

08/31/15    RESEARCH: CANCELLATION OF INDEBTNESS INCOME AND ITS EFFECT  UNDER THE
            PR CODE. REVIEW PR TAX CODE PROVISIONS.
            **MARIANA M. CONTRERAS GOMEZ**      1.00   hrs.

15-10573-jpm Doc 780 Filed 11/25/16 Entered 11/25/16 14:01:37 Main Document Pg 36 of 116

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

---

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272238
SCHULTE ROTH & ZABEL LLP                                   Page   9      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

**Taxable Entries:**

#### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| ARTURO J. GARCIA SOLA | 16.75 | 360.00 | 6,030.00 |
| ISIS R. CARBALLO IRIGOYEN | 57.25 | 354.37 | 20,287.50 |
| LILLIAN TORO MOJICA | 13.25 | 180.00 | 2,385.00 |
| MARIANA M. CONTRERAS GOMEZ | 9.00 | 276.67 | 2,490.00 |
| RUBÉN MÉNDEZ BENABE | 2.25 | 235.00 | 528.75 |
| YAMARY I. GONZALEZ BERRIOS | 32.50 | 324.46 | 10,545.00 |
| TOTAL | 131.00 | 322.64 | 42,266.25 |

Total Fees for Professional Services....$      42,266.25

### Description of Reimbursable Costs

**Non Taxable Entries:**

06/05/15    SERVICES RENDERED BY INTERCALL FOR CONFERENCE        $        18.91
            CALL ON MAY 22, 2015 ICI

**Taxable Entries:**

Total Reimbursable Costs...............$        18.91

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 19 of 53

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR    00936-4225

---

## REMITTANCE ADVICE

DAN KUSNETZ, ESQ.                                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL    Invoice  10272238
SCHULTE ROTH & ZABEL LLP                                                   AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                          Please include this Invoice #
                                          on your check stub.
                                          Our Tax ID # is 66-0226027

For Services Through August 31, 2015

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$      42,266.25

Reimbursable Costs...............................$          18.91

SUT for Fees ($        0.00 x 4%)............$           0.00

SUT for Costs ($        0.00 x 4%)...........$           0.00

**TOTAL DUE FOR THIS MATTER......................................$      42,285.16**

---

If you wish to pay by wire, money transfers to our account should be made as follows:

    Bank Name:  Oriental Bank & Trust        ABA Number: 221571415
                Professional Office Park V    SWIFT Code: OBPRPRSJ
                997 San Roberto St. 5th Floor
                San Juan, P.R. 00926

    Account Name:  McConnell Valdés LLC        Account Number: 0815004163
                   270 Muñoz Rivera Ave.
                   Hato Rey, P.R. 00918

    Bank Officer:  Mrs. Olga Viera (787) 777-2103

    **PLEASE SPECIFY THE INVOICE COVERED BY THE TRANSFER AND INCLUDE YOUR PHYSICAL
    ADDRESS IN ALL WIRE TRANSFERS.**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice   10272239
SCHULTE ROTH & ZABEL LLP                                            AJG
919 3RD AVENUE
NEW YORK, NY 10022


                                    Please include this Invoice #
                                    on your check stub.
                                    Our Tax ID # is 66-0226027


For Services Through September 30, 2015


Our Matter # 33433-0002
         POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
         VALUE OF CERTAIN DFC TAX ATTRIBUTES



Fees for Professional Services...................$      9,137.50

Reimbursable Costs...............................$          3.50

SUT for Fees ($         0.00 x 4%)............$          0.00

SUT for Costs ($         0.00 x 4%)...........$          0.00

**TOTAL DUE FOR THIS MATTER......................................$      9,141.00**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL   Invoice   10272239
SCHULTE ROTH & ZABEL LLP                                   Page   1     AJG
919 3RD AVENUE
NEW YORK, NY 10022

For Services Through September 30, 2015

Our Matter # 33433-0002
            POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
            VALUE OF CERTAIN DFC TAX ATTRIBUTES

### Description of Professional Services

**Non Taxable Entries:**

09/01/15    FURTHER ANALYSIS REGARDING TAX ISSUES WITHIN THE BANKRUPTCY CONTEXT.
            **ISIS R. CARBALLO IRIGOYEN**         .50    hrs.

09/09/15    TELEPHONE CONFERENCE WITH M. LEVINE, D. KUSNETZ AND Y. GONZALEZ TO
            DISCUSS VARIOUS PUERTO RICO TAX ISSUES RELATED TO AMORTIZATION.
            RESEARCH AND ANALYSIS OF ISSUES RAISED. PREPARATION OF AND REVISE
            ELECTRONIC COMMUNICATION TO CLIENT ON ISSUES RAISED.
            **ISIS R. CARBALLO IRIGOYEN**        3.50   hrs.

09/09/15    PREPARE FOR AND ATTEND TELEPHONE CONFERENCE RE: CARRYOVER.  RESEARCH
            RE: SAME.  RESEARCH RE: IMPACT ON NOL.
            **YAMARY I. GONZALEZ BERRIOS**        2.75   hrs.

09/10/15    RESEARCH AND PREPARATION OF ELECTRONIC COMMUNICATION RE: PUERTO RICO
            INCOME TAX TREATMENT OF CANCELLATION OF INDEBTEDNESS UNDER A
            BANKRUPTCY PROCEEDING.
            **YAMARY I. GONZALEZ BERRIOS**        2.75   hrs.

09/21/15    RESEARCH AND ANALYSIS OF PUERTO RICO TAX CONSEQUENCES OF PROPOSED
            DISTRIBUTIONS.
            **ISIS R. CARBALLO IRIGOYEN**        1.50   hrs.

09/22/15    REVIEW ELECTRONIC COMMUNICATIONS FROM CLIENT AND ANALYSIS OF ISSUES
            RAISED.
            **ISIS R. CARBALLO IRIGOYEN**         .25   hrs.

09/22/15    CONSULTATION RE: PUERTO RICO INCOME TAX CONSEQUENCES OF
            REORGANIZATION.
            **YAMARY I. GONZALEZ BERRIOS**         .75   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice   10272239
SCHULTE ROTH & ZABEL LLP                                   Page   2      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

09/24/15    TELEPHONE CONFERENCE WITH D. KUSNETZ AND M. LEVINE REGARDING VARIOUS
            TAX ASPECTS RELATED TO BANKRUPTCY RESTRUCTURING.   RESEARCH ISSUES
            RAISED.
            **ISIS R. CARBALLO IRIGOYEN**        2.50   hrs.

09/24/15    STUDY PROVISIONS OF PRIRC, RE: APPLICABLE TAX AND WITHHOLDING RATES;
            CONFERENCE WITH I. CARBALLO RE: ABOVE; DRAFT AND REVISE ELECTRONIC
            COMMUNICATION TO I. CARBALLO RE: ABOVE.
            **ANGEL S. RUIZ RODRIGUEZ**          2.75   hrs.

09/24/15    PREPARATION FOR AND ATTENDANCE AT TELEPHONE CONFERENCE RE: PUERTO
            RICO TAX CONSEQUENCES OF PROPOSED REORGANIZATION UNDER VARIOUS
            SCENARIOS.
            **YAMARY I. GONZALEZ BERRIOS**       1.75   hrs.

09/29/15    TRIP TO TREASURY DEPARTMENT FOR CONFERENCE WITH UNDERSECRETARY OF
            TREASURY RE: DORAL TAX ASSETS.   ANALYSIS OF ALTERNATIVE SCENARIOS.
            **YAMARY I. GONZALEZ BERRIOS**       2.50   hrs.

09/29/15    REVIEW COMMUNICATION FROM I. CARBALLO TO TREASURY SECRETARY RE:
            STATUS AND POTENTIAL CLOSING AGREEMENT, AND RESPONSE THERETO FROM
            SECRETARY; CONSIDERATION OF DISCUSSION WITH DEPUTY TREASURY SECRETARY
            AND CONFERENCE WITH I. CARBALLO AND Y. GONZALEZ ON SAME AND
            DISCUSSION OF STRATEGY TO FOLLOW; COMMUNICATION TO M. ACOSTA ON SAME.
            **ARTURO J. GARCIA SOLA**            1.50   hrs.

09/29/15    TRIP TO  TREASURY DEPARTMENT FOR CONFERENCE WITH J.FLORES GALARZA,
            UNDERSECRETARY OF TREASURY, REGARDING STATUS OF TREASURY'S POSITION
            REGARDING TAX ASSETS. PREPARATION OF, REVISE AND SEND ELECTRONIC
            COMMUNICATION TO J. ZARAGOZA, SECRETARY OF TREASURY, ON THIS MATTER.
            CONFERENCE WITH A.GARCIA AND Y. GONZALEZ REGARDING NEXT STEPS.
            **ISIS R. CARBALLO IRIGOYEN**        3.50   hrs.

**Taxable Entries:**

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 19 of 58

**IN ACCOUNT WITH**

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR    00936-4225

---

| | |
|---|---|
| DAN KUSNETZ, ESQ. | May 18, 2016 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL | Invoice  10272239 |
| SCHULTE ROTH & ZABEL LLP | Page   3      AJG |
| 919 3RD AVENUE | |
| NEW YORK, NY 10022 | |

**Summary of Fees (cont.)**

**Summary of Fees**

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| ANGEL S. RUIZ RODRIGUEZ | 2.75 | 290.00 | 797.50 |
| ARTURO J. GARCIA SOLA | 1.50 | 360.00 | 540.00 |
| ISIS R. CARBALLO IRIGOYEN | 11.75 | 360.00 | 4,230.00 |
| YAMARY I. GONZALEZ BERRIOS | 10.50 | 340.00 | 3,570.00 |
| TOTAL | 26.50 | 344.81 | 9,137.50 |

Total Fees for Professional Services....$      9,137.50

**Description of Reimbursable Costs**

**Non Taxable Entries:**
09/24/15    REPRODUCTION CHARGES (35) COPIES (00275)              $          3.50
           (09/24/15) (MVLASER).

**Taxable Entries:**

Total Reimbursable Costs................$          3.50

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR    00936-4225

_____

## REMITTANCE ADVICE

DAN KUSNETZ, ESQ.                                                May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL    Invoice  10272239
SCHULTE ROTH & ZABEL LLP                                                       AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                        Please include this Invoice #
                                        on your check stub.
                                        Our Tax ID # is 66-0226027

For Services Through September 30, 2015

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$      9,137.50

Reimbursable Costs...............................$          3.50

SUT for Fees ($         0.00 x 4%)............$          0.00

SUT for Costs ($         0.00 x 4%)...........$          0.00

**TOTAL DUE FOR THIS MATTER.......................................$      9,141.00**

_____

If you wish to pay by wire, money transfers to our account should be made as follows:

     Bank Name:  Oriental Bank & Trust          ABA Number: 221571415
                 Professional Office Park V      SWIFT Code: OBPRPRSJ
                 997 San Roberto St. 5th Floor
                 San Juan, P.R. 00926

     Account Name:  McConnell Valdés LLC         Account Number: 0815004163
                    270 Muñoz Rivera Ave.
                    Hato Rey, P.R. 00918

     Bank Officer:  Mrs. Olga Viera (787) 777-2103

     **PLEASE SPECIFY THE INVOICE COVERED BY THE TRANSFER AND INCLUDE YOUR PHYSICAL
     ADDRESS IN ALL WIRE TRANSFERS.**

15-10573-jpm  Doc 780  Filed 11/25/16  Entered 11/25/16 14:01:37  Main Document
Pg 43 of 116

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR  00936-4225

DAN KUSNETZ, ESQ.                                              May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272240
SCHULTE ROTH & ZABEL LLP                                                  AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                          Please include this Invoice #
                                          on your check stub.
                                          Our Tax ID # is 66-0226027

For Services Through October 31, 2015

Our Matter # 33433-0002
            POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
            VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$     14,370.00

Reimbursable Costs...............................$          0.00

SUT for Fees ($          0.00 x 4%)............$          0.00

SUT for Costs ($          0.00 x 4%)...........$          0.00

**TOTAL DUE FOR THIS MATTER.....................................$     14,370.00**

15-10573-scc    Doc 628    Filed 05/27/16    Entered 05/27/16 15:01:19    Main Document
Pg 42 of 153

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR    00936-4225

_____

DAN KUSNETZ, ESQ.                                      May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice   10272240
SCHULTE ROTH & ZABEL LLP                               Page    1      AJG
919 3RD AVENUE
NEW YORK, NY 10022


For Services Through October 31, 2015

Our Matter # 33433-0002
        POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
        VALUE OF CERTAIN DFC TAX ATTRIBUTES

### Description of Professional Services

**Non Taxable Entries:**

10/06/15    TELEPHONE CONFERENCE WITH J. FLORES GALARZA, UNDERSECRETARY OF
            TREASURY, WITH RESPECT TO TREASURY DEPARTMENT POSITION REGARDING
            ENTERING INTO A CLOSING AGREEMENT IN CONNECTION WITH TAX ASSETS AND
            LEGAL ISSUES RELATED THERETO. RESEARCH TAXATION ISSUES.
            **ISIS R. CARBALLO IRIGOYEN**       4.50    hrs.


10/07/15    RESEARCH PUERTO RICO LEGAL ISSUES RE: TAX CONSEQUENCES. CONFERENCE
            WITH Y. GONZALEZ ON THESE LEGAL ISSUES AD ON TAX CONSEQUENCES.
            **ISIS R. CARBALLO IRIGOYEN**       4.00    hrs.


10/07/15    REVIEW COMMUNICATIONS FROM M. LEVINE RE: QUESTIONS REGARDING
            POTENTIAL SCENARIOS FOR DFC ASSETS; DISCUSSIONS ON SAME WITH I.
            CARBALLO AND Y. GONZALEZ; LEGAL RESEARCH RE: TAX IMPLICATIONS AND
            TREATMENT.
            **ARTURO J. GARCIA SOLA**       2.00    hrs.


10/07/15    REVIEW FOUR ALTERNATE POTENTIAL STRUCTURE SCENARIOS ON A GOING
            FORWARD BASIS; CONFERENCE WITH Y. GONZALEZ RE: PUERTO RICO LEGAL TAX
            CONSIDERATIONS THEREOF.
            **ROBERTO L. CABAÑAS**       1.50    hrs.


10/07/15    REVIEW, ANALYSIS AND CONSIDERATION OF LEGAL ISSUES RE: PUERTO RICO
            TAX TREATMENT IN A BANKRUPTCY PROCEEDING;  PUERTO RICO INCOME
            TAXATION; WITHHOLDING LIABILITY; DEBT V. EQUITY ANALYSIS.
            **YAMARY I. GONZALEZ BERRIOS**       5.50    hrs.


10/08/15    RESEARCH RE: PUERTO RICO TAX CONSEQUENCES OF DISTRIBUTIONS  UNDER
            DIFFERENT SCENARIOS; ALTERNATIVE OF DISTRIBUTIONS MADE IN PAYMENT TO
            CREDITORS.
            **YAMARY I. GONZALEZ BERRIOS**       3.75    hrs.

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 29 of 53

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR    00936-4225

_____

```
DAN KUSNETZ, ESQ.                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice  10272240
SCHULTE ROTH & ZABEL LLP                             Page   2      AJG
919 3RD AVENUE
NEW YORK, NY 10022
```

### Description of Professional Services (cont.)

10/08/15    REVIEW FOUR ALTERNATE POTENTIAL STRUCTURE SCENARIOS ON A GOING
            FORWARD BASIS; CONFERENCE WITH Y. GONZALEZ RE: LEGAL ISSUES AND
            PUERTO RICO TAX CONSIDERATIONS.
            **ROBERTO L. CABAÑAS**                  .50    hrs.

10/08/15    VARIOUS COMMUNICATIONS TO AND FROM M. ACOSTA (GDB PRESIDENT) RE:
            DISCUSSIONS WITH TREASURY SECRETARY, FURTHER COURSE OF ACTION;
            CONTINUE RESEARCH ON BANKRUPTCY/TAX LEGAL ISSUES FOR DISCUSSIONS
            TOMORROW.
            **ARTURO J. GARCIA SOLA**              1.00    hrs.

10/08/15    RESEARCH PUERTO RICO TAX CONSEQUENCES OF POTENTIAL SCENARIOS.
            CONFERENCE WITH Y. GONZALEZ ON THESE ISSUES AND ON TAX CONSEQUENCES.
            **ISIS R. CARBALLO IRIGOYEN**          7.00    hrs.

10/09/15    FURTHER LEGAL ANALYSIS OF TAXATION. TELEPHONE CONFERENCE WITH D.
            KUSNETZ, A. GARCIA AND Y. GONZALEZ TO DISCUSS LEGAL ISSUES RELATED TO
            DORAL'S BANKRUPTCY PROCEEDINGS AND TAX ASSETS.
            **ISIS R. CARBALLO IRIGOYEN**          2.00    hrs.

10/09/15    TELEPHONE CONFERENCE WITH D. KUSNETZ, I. CARBALLO AND Y. GONZALEZ,
            RE: STATUS OF DISCUSSIONS WITH TREASURY AND TAX QUESTIONS FOR
            REORGANIZATION IN BANKRUPTCY.
            **ARTURO J. GARCIA SOLA**              1.00    hrs.

10/09/15    PREPARATION FOR AND ATTENDANCE AT TELEPHONE CONFERENCE RE: PUERTO
            RICO INCOME TAXATION OF DISTRIBUTIONS MADE PURSUANT TO ALTERNATIVE
            RESTRUCTURING SCENARIOS.  CONFERENCE WITH I. CARBALLO RE: SAME.
            **YAMARY I. GONZALEZ BERRIOS**         1.50    hrs.

10/11/15    PREPARATION OF, REVISE AND FINALIZE MEMORANDUM TO FILE REGARDING
            VARIOUS LEGAL ISSUES AND NEXT STEPS.
            **ISIS R. CARBALLO IRIGOYEN**           .50    hrs.

10/21/15    LEGAL CONSULTATION RE: INCOME TAX TREATMENT OF DISTRIBUTION.
            **YAMARY I. GONZALEZ BERRIOS**          .75    hrs.

15-10573-scc    Doc 628    Filed 05/27/16    Entered 05/27/16 15:01:19    Main Document
Pg 24 of 58

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                  May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL   Invoice   10272240
SCHULTE ROTH & ZABEL LLP                           Page    3      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

10/21/15    REVIEW ELECTRONIC COMMUNICATION TO CLIENT REGARDING TAXATION OF
            DISTRIBUTIONS.  LEGAL ANALYSIS OF ISSUE AND REVISE EXECUTIVE SUMMARY.
            **ISIS R. CARBALLO IRIGOYEN**        2.50   hrs.

10/22/15    TELEPHONE CONFERENCE WITH A.GARCIA AND D. KUSNETZ REGARDING VARIOUS
            PUERTO RICO LEGAL ISSUES IN CONNECTION WITH TAX ASSETS AND BANKRUPTCY
            PROCEEDINGS.
            **ISIS R. CARBALLO IRIGOYEN**        1.00   hrs.

10/22/15    REVIEW COMMUNICATIONS FROM D. KUSNETZ RE: POSSIBILITY OF FILING
            DECLARATORY JUDGMENT ACTION WITHIN THE DFC BANKRUPTCY PROCEEDING AND
            CONSIDERATION OF ISSUES AND STRATEGY TO PREPARE FOR CALL WITH
            CLIENTS; CONFERENCE CALL WITH D. KUSNETZ, M. LEVINE AND I. CARBALLO
            RE: SAME.
            **ARTURO J. GARCIA SOLA**        1.00   hrs.

10/26/15    REVIEW ELECTRONIC COMMUNICATION FROM CLIENT REGARDING TAX
            CONSEQUENCES OF PROPOSED REINCORPORATION.  ANALYSIS OF LEGAL ISSUES.
            PREPARATION OF, REVISE AND SEND RESPONSE.
            **ISIS R. CARBALLO IRIGOYEN**         .50   hrs.

**Taxable Entries:**

### Summary of Fees

|                              | Hours | Rate/Hr | Dollars   |
|------------------------------|-------|---------|-----------|
| ARTURO J. GARCIA SOLA        | 5.00  | 360.00  | 1,800.00  |
| ISIS R. CARBALLO IRIGOYEN    | 22.00 | 360.00  | 7,920.00  |
| ROBERTO L. CABAÑAS           | 2.00  | 370.00  | 740.00    |
| YAMARY I. GONZALEZ BERRIOS   | 11.50 | 340.00  | 3,910.00  |
| TOTAL                        | 40.50 | 354.81  | 14,370.00 |

Total Fees for Professional Services....$   14,370.00

**Non Taxable Entries:**

**Taxable Entries:**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

## REMITTANCE ADVICE

DAN KUSNETZ, ESQ.                                              May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL    Invoice  10272240
SCHULTE ROTH & ZABEL LLP                                                  AJG
919 3RD AVENUE
NEW YORK, NY 10022

Please include this Invoice #
on your check stub.
Our Tax ID # is 66-0226027

For Services Through October 31, 2015

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$      14,370.00

Reimbursable Costs...............................$          0.00

SUT for Fees ($          0.00 x 4%)............$          0.00

SUT for Costs ($          0.00 x 4%)...........$          0.00

**TOTAL DUE FOR THIS MATTER.....................................$      14,370.00**

If you wish to pay by wire, money transfers to our account should be made as follows:

    Bank Name:  Oriental Bank & Trust          ABA Number: 221571415
                Professional Office Park V      SWIFT Code: OBPRPRSJ
                997 San Roberto St. 5th Floor
                San Juan, P.R. 00926

    Account Name:  McConnell Valdés LLC         Account Number: 0815004163
                   270 Muñoz Rivera Ave.
                   Hato Rey, P.R. 00918

    Bank Officer:  Mrs. Olga Viera (787) 777-2103

    **PLEASE SPECIFY THE INVOICE COVERED BY THE TRANSFER AND INCLUDE YOUR PHYSICAL
    ADDRESS IN ALL WIRE TRANSFERS.**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272241
SCHULTE ROTH & ZABEL LLP                                             AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                    Please include this Invoice #
                                    on your check stub.
                                    Our Tax ID # is 66-0226027

For Services Through November 30, 2015


Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES



Fees for Professional Services...................$       6,382.50

Reimbursable Costs...............................$          0.00

SUT for Fees ($          0.00 x 4%)............$          0.00

SUT for Costs ($          0.00 x 4%)...........$          0.00

**TOTAL DUE FOR THIS MATTER**...................................$       6,382.50

15-10573-scc    Doc 628    Filed 05/27/16    Entered 05/27/16 15:01:19    Main Document
Pg 27 of 58

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice  10272241
SCHULTE ROTH & ZABEL LLP                                   Page   1     AJG
919 3RD AVENUE
NEW YORK, NY 10022


For Services Through November 30, 2015

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

### Description of Professional Services

**Non Taxable Entries:**

11/03/15    TELEPHONE CONFERENCE WITH A. GARCIA RE: DORAL FINANCIAL BANKRUPTCY
            CASE; POTENTIAL DEFENSES. REVIEW BANKRUPTCY CODE PROVISIONS, COLLIER
            BANKRUPTCY MANUAL.
            **RAFAEL PEREZ-BACHS**              1.50    hrs.


11/03/15    CONFERENCE CALL WITH D. KUSNETZ, A. GLICKMAN AND OTHERS FROM SCHULTE
            ROTH RE: LITIGATION ISSUES RELATED TO POTENTIAL ADVERSARY COMPLAINT
            FOR DECLARATORY JUDGMENT ON ENFORCEABILITY OF DFC TAX ASSETS;
            TELEPHONE CONFERENCE WITH R. PEREZ BACHS ON NECESSARY RESEARCH TO BE
            CONDUCTED.
            **ARTURO J. GARCIA SOLA**           1.50    hrs.


11/04/15    RESEARCH FEDERAL DECLARATORY JUDGMENT ACT, 28 USC 2201-2202; FEDERAL
            BANKRUPTCY JURISDICTIONAL STATUTES; COMMENCE DRAFTING MEMORANDUM RE:
            DECLARATORY JUDGMENT ACT.
            **RAFAEL PEREZ-BACHS**              3.75    hrs.


11/05/15    FINISH LEGAL RESEARCH.  REVISE FIRST DRAFT OF MEMORANDUM.
            **RAFAEL PEREZ-BACHS**              6.50    hrs.


11/06/15    FINAL REVISION OF MEMORANDUM.
            **RAFAEL PEREZ-BACHS**               .50    hrs.


11/13/15    REVIEW MEMORANDUM ON POTENTIAL DECLARATORY JUDGMENT PROCEEDING
            AGAINST PR TREASURY AND/OR TREASURY SECRETARY IN THE CONTEXT OF THE
            DFC BANKRUPTCY, TO PREPARE FOR CONFERENCE CALL WITH SCHULTE TAX AND
            BANKRUPTCY LAWYERS TO DISCUSS; CONFERENCE CALL WITH D. KUSNETZ, A.
            GLICKMAN AND M. LEVINE TO DISCUSS DECLARATORY JUDGMENT ISSUES.
            **ARTURO J. GARCIA SOLA**           1.00    hrs.

15-10573-scc    Doc 628    Filed 05/27/16    Entered 05/27/16 15:01:19    Main Document
Pg 29 of 53

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272241
SCHULTE ROTH & ZABEL LLP                                   Page   2     AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

11/13/15    DISCUSSIONS WITH I. CARBALLO AND Y. GONZALEZ RE: ISSUE OF
            ENFORCEABILITY OF AGREEMENTS AND PROPOSED LETTER TO TREASURY
            SECRETARY REGARDING SAME; REVIEW COMMUNICATION SENT BY TREASURY
            SECRETARY ON SEPTEMBER 29, 2015.
            **ARTURO J. GARCIA SOLA**              .50    hrs.

11/15/15    PREPARATION OF, REVISE AND FINALIZE LETTER TO J. ZARAGOZA, SECRETARY
            OF TREASURY, REGARDING POSITION RELATED TO TAX ASSETS PER CLOSING
            AGREEMENTS.
            **ISIS R. CARBALLO IRIGOYEN**         1.00    hrs.

11/19/15    REVIEW AND REVISE DRAFT OF LETTER TO TREASURY SECRETARY, AND DISCUSS
            WITH I. CARBALLO; COMMUNICATIONS FROM AND TO A. GLICKMAN WITH DRAFT
            OF LETTER AND DISCUSSION OF TIMELINE.
            **ARTURO J. GARCIA SOLA**            1.00    hrs.

11/20/15    REVIEW AND CONSIDERATION OF COMMUNICATIONS FROM SCHULTE RE: LETTER TO
            THE TREASURY SECRETARY; REVIEW REVISED DRAFT OF LETTER, WITH COMMENTS
            FROM SCHULTE TEAM; FINALIZE LETTER TO TREASURY SECRETARY;
            COMMUNICATION TO SCHULTE TEAM ON SAME.
            **ARTURO J. GARCIA SOLA**            1.00    hrs.

11/20/15    REVIEW ELECTRONIC COMMUNICATIONS FROM CLIENTS REGARDING LEGAL ASPECTS
            OF LETTER TO SECRETARY OF THE TREASURY AND RESPOND.
            **ISIS R. CARBALLO IRIGOYEN**          .50    hrs.

**Taxable Entries:**

### Summary of Fees

|                              | Hours  | Rate/Hr | Dollars  |
|------------------------------|--------|---------|----------|
| ARTURO J. GARCIA SOLA        | 5.00   | 360.00  | 1,800.00 |
| ISIS R. CARBALLO IRIGOYEN    | 1.50   | 360.00  | 540.00   |
| RAFAEL PEREZ-BACHS           | 12.25  | 330.00  | 4,042.50 |
| TOTAL                        | 18.75  | 340.40  | 6,382.50 |

Total Fees for Professional Services....$      6,382.50

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

---

DAN KUSNETZ, ESQ.                                              May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL   Invoice   10272241
SCHULTE ROTH & ZABEL LLP                                       Page   3       AJG
919 3RD AVENUE
NEW YORK, NY 10022

**Non Taxable Entries:**

**Taxable Entries:**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

## REMITTANCE ADVICE

DAN KUSNETZ, ESQ.                                        May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL    Invoice  10272241
SCHULTE ROTH & ZABEL LLP                                              AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                    Please include this Invoice #
                                    on your check stub.
                                    Our Tax ID # is 66-0226027

For Services Through November 30, 2015

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$       6,382.50

Reimbursable Costs...............................$          0.00

SUT for Fees ($          0.00 x 4%)............$          0.00

SUT for Costs ($          0.00 x 4%)...........$          0.00

**TOTAL DUE FOR THIS MATTER.......................................$       6,382.50**

_____

If you wish to pay by wire, money transfers to our account should be made as follows:

     Bank Name:  Oriental Bank & Trust          ABA Number: 221571415
                 Professional Office Park V      SWIFT Code: OBPRPRSJ
                 997 San Roberto St. 5th Floor
                 San Juan, P.R. 00926

     Account Name:  McConnell Valdés LLC         Account Number: 0815004163
                    270 Muñoz Rivera Ave.
                    Hato Rey, P.R. 00918

     Bank Officer:  Mrs. Olga Viera (787) 777-2103

     **PLEASE SPECIFY THE INVOICE COVERED BY THE TRANSFER AND INCLUDE YOUR PHYSICAL
     ADDRESS IN ALL WIRE TRANSFERS.**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR    00936-4225

_____

DAN KUSNETZ, ESQ.                                            May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272242
SCHULTE ROTH & ZABEL LLP                                              AJG
919 3RD AVENUE
NEW YORK, NY 10022

                              Please include this Invoice #
                              on your check stub.
                              Our Tax ID # is 66-0226027

For Services Through December 31, 2015

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$     3,564.00

Reimbursable Costs...............................$         4.00

SUT for Fees ($        0.00 x 4%)............$         0.00

SUT for Costs ($        0.00 x 4%)...........$         0.00

**TOTAL DUE FOR THIS MATTER....................................$      3,568.00**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL   Invoice   10272242
SCHULTE ROTH & ZABEL LLP                             Page   1     AJG
919 3RD AVENUE
NEW YORK, NY 10022


For Services Through December 31, 2015

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

### Description of Professional Services

**Non Taxable Entries:**

12/07/15    REVISE DRAFT OF COMPLAINT FOR DECLARATORY JUDGMENT.  PREPARATION OF,
            REVISE AND SEND ELECTRONIC COMMUNICATION TO CLIENT WITH REVISIONS TO
            DOCUMENT.  CONFERENCE WITH A.J.GARCIA ON THIS MATTER.
            **ISIS R. CARBALLO IRIGOYEN**         1.50   hrs.


12/07/15    TELEPHONE CONFERENCE WITH M. LEVINE RE: STRATEGY.
            **ARTURO J. GARCIA SOLA**              .20   hrs.


12/08/15    REVIEW AND CONSIDERATION OF COMMUNICATIONS FROM D. KUSNETZ AND A.
            GLICKMAN RE: LEGAL STRATEGY FOR FILING COMPLAINT AND FINAL EFFORTS TO
            MEET/COMMUNICATE WITH TREASURY SECRETARY; DISCUSSION OF SAME WITH I.
            CARBALLO; COMMUNICATION TO A. GLICKMAN REGARDING LEGAL STRATEGY AND
            POTENTIAL MEETING WITH TREASURY SECRETARY.
            **ARTURO J. GARCIA SOLA**             1.00   hrs.


12/08/15    CONFERENCE CALL WITH SCHULTE ROTH ATTORNEYS (D. KUSNETZ, M. LEVINE
            AND A. GLICKMAN) RE: LEGAL STRATEGY FOR FILING OF COMPLAINT AGAINST
            TREASURY SECRETARY.
            **ARTURO J. GARCIA SOLA**              .30   hrs.


12/08/15    REVIEW DRAFT OF COMPLAINT FOR DECLARATORY JUDGMENT AGAINST PR
            TREASURY SECRETARY ON ISSUE OF ENFORCEABILITY OF DFC TAX ASSETS TO BE
            FILED AS ADVERSARY PROCEEDING IN THE DFC BANKRUPTCY CASE.
            **ARTURO J. GARCIA SOLA**             1.50   hrs.


12/08/15    DISCUSSIONS WITH A GARCIA REGARDING POSSIBLE CONVERSATION WITH
            SECRETARY OF TREASURY REGARDING LAWSUIT TO BE FILED BY CREDITORS'
            COMMITTEE.
            **ISIS R. CARBALLO IRIGOYEN**          .50   hrs.

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 55 of 158

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

---

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice  10272242
SCHULTE ROTH & ZABEL LLP                                    Page   2      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

12/17/15    REVIEW COMMUNICATION FROM F. OLANDER RE: FINAL DRAFT OF COMPLAINT FOR
            DECLARATORY JUDGMENT TO BE FILED, TIMELINE FOR FILING OF SAME AND
            COURTESY NOTIFICATION TO TREASURY SECRETARY (J. ZARAGOZA) AND GDB
            PRESIDENT (M. ACOSTA); REVIEW FINAL DRAFT OF COMPLAINT; REVIEW
            FURTHER COMMUNICATION FROM F. OLANDER.
            **ARTURO J. GARCIA SOLA**              1.00   hrs.

12/17/15    REVIEW FURTHER COMMUNICATION FROM F. OLANDER RE: FILING OF
            DECLARATORY JUDGMENT OF COMPLAINT FOR COURTESY COMMUNICATIONS TO
            TREASURY SECRETARY AND GDB PRESIDENT; COMMUNICATION TO M ACOSTA
            (GDB), FOLLOWED BY TELEPHONE CONFERENCE WITH HER, RE: FILING OF
            DECLARATORY JUDGMENT COMPLAINT BY THE UNSECURED CREDITORS COMMITTEE
            OF DORAL FINANCIAL CORPORATION; COMMUNICATION TO J. ZARAGOZA
            (TREASURY SECRETARY) RE: SAME, AND ALSO REGARDING EXTENSION OF TIME
            TO RESPOND TO COMPLAINT; COMMUNICATION TO A. GLICKMAN, D. KUSNETZ ET
            AL, RE: DISCUSSIONS WITH GDB PRESIDENT ON FILING OF COMPLAINT, AND
            COMMUNICATION SENT TO TREASURY SECRETARY ON SAME; REVIEW TREASURY
            SECRETARY'S ACKNOWLEDGMENT OF RECEIPT, AND RESPOND THERETO;
            COMMUNICATIONS FROM AND TO SCHULTE TEAM AND I. CARBALLO ON
            DEVELOPMENTS; REVIEW PRESS COVERAGE OF FILING OF DECLARATORY JUDGMENT
            COMPLAINT.
            **ARTURO J. GARCIA SOLA**              1.50   hrs.

12/23/15    REVIEW AND COMMENTS ON DRAFT OF APPLICATION FOR RETENTION
            AUTHORIZATION, AND CONSIDERATION OF COMMENTS BY THE US TRUSTEE ON THE
            APPLICATION; DISCUSSION OF SAME WITH H. SALICHS; REVISION OF PROPOSED
            LANGUAGE; REVIEW COMMUNICATIONS FROM AND TO T. KIM AND H. SALICHS IN
            CONNECTION THEREWITH.
            **ARTURO J. GARCIA SOLA**              1.00   hrs.

12/30/15    REVIEW REVISED DRAFT OF APPLICATION FOR ENGAGEMENT AND DECLARATION
            AND DISCUSSION OF SAME WITH H. SALICHS TO PREPARE FOR CONFERENCE CALL
            WITH AUST; REVIEW COMMUNICATIONS FROM AND TO H. SALICHS AND T. KIM IN
            CONNECTION THEREWITH, AND DISCUSSIONS WITH UST'S OFFICE.
            **ARTURO J. GARCIA SOLA**               .70   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice  10272242
SCHULTE ROTH & ZABEL LLP                             Page   3     AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

12/30/15    CONFERENCE CALL WITH S. NAKANO (AUST), B. PFEIFFER (SCHULTE) AND H.
            SALICHS (MCV); RE : RETENTION APPLICATION AND DECLARATION, AND
            COMPLIANCE WITH UST GUIDELINES.
            **ARTURO J. GARCIA SOLA**            .50    hrs.

12/30/15    FURTHER TELEPHONE CONFERENCE WITH B. PFEIFFER RE: NEXT STEPS FOR
            FILING OF APPLICATION AND DECLARATION.
            **ARTURO J. GARCIA SOLA**            .20    hrs.

**Taxable Entries:**

### Summary of Fees

|                           | Hours  | Rate/Hr | Dollars  |
|---------------------------|--------|---------|----------|
| ARTURO J. GARCIA SOLA      | 7.90   | 360.00  | 2,844.00 |
| ISIS R. CARBALLO IRIGOYEN  | 2.00   | 360.00  | 720.00   |
| TOTAL                      | 9.90   | 360.00  | 3,564.00 |

Total Fees for Professional Services....$     3,564.00

### Description of Reimbursable Costs

**Non Taxable Entries:**

| | | |
|---|---|---|
| 12/04/15 | REPRODUCTION CHARGES (11) COPIES (01065) (12/04/15) (MVLASER). | $    1.10 |
| 12/30/15 | TELEPHONE CALL TO 12127562157 (12/30/15) (3:16:00 PM) (5632). | $    2.90 |

**Taxable Entries:**

Total Reimbursable Costs...............$      4.00

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 39 of 58

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR    00936-4225

## REMITTANCE ADVICE

DAN KUSNETZ, ESQ.                                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL    Invoice  10272242
SCHULTE ROTH & ZABEL LLP                                                    AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                        Please include this Invoice #
                                        on your check stub.
                                        Our Tax ID # is 66-0226027

For Services Through December 31, 2015

Our Matter # 33433-0002
            POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
            VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$       3,564.00

Reimbursable Costs..............................$           4.00

SUT for Fees ($        0.00 x 4%)............$           0.00

SUT for Costs ($        0.00 x 4%)...........$           0.00

**TOTAL DUE FOR THIS MATTER....................................$       3,568.00**

If you wish to pay by wire, money transfers to our account should be made as follows:

    Bank Name:  Oriental Bank & Trust          ABA Number: 221571415
                Professional Office Park V      SWIFT Code: OBPRPRSJ
                997 San Roberto St. 5th Floor
                San Juan, P.R. 00926

    Account Name:  McConnell Valdés LLC        Account Number: 0815004163
                   270 Muñoz Rivera Ave.
                   Hato Rey, P.R. 00918

    Bank Officer:  Mrs. Olga Viera (787) 777-2103

    **PLEASE SPECIFY THE INVOICE COVERED BY THE TRANSFER AND INCLUDE YOUR PHYSICAL
    ADDRESS IN ALL WIRE TRANSFERS.**

IN ACCOUNT WITH

# McConnell Valdés LLC

                                                              PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                        May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272243
SCHULTE ROTH & ZABEL LLP                                           AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                        Please include this Invoice #
                                        on your check stub.
                                        Our Tax ID # is 66-0226027

For Services Through January 31, 2016


Our Matter # 33433-0002
            POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
            VALUE OF CERTAIN DFC TAX ATTRIBUTES



Fees for Professional Services...................$      1,008.00

Reimbursable Costs...............................$         15.10

SUT for Fees ($          0.00 x 4%)............$          0.00

SUT for Costs ($         0.00 x 4%)...........$           0.00

**TOTAL DUE FOR THIS MATTER....................................$      1,023.10**

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 37 of 58

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR    00936-4225

_____

DAN KUSNETZ, ESQ.                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice   10272243
SCHULTE ROTH & ZABEL LLP                             Page    1      AJG
919 3RD AVENUE
NEW YORK, NY 10022


For Services Through January 31, 2016

Our Matter # 33433-0002
            POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
            VALUE OF CERTAIN DFC TAX ATTRIBUTES

### Description of Professional Services

**Non Taxable Entries:**

01/08/16    REVIEW AND RESPOND TO COMMUNICATIONS FROM SCHULTE ROTH & ZABEL ON
            ENGAGEMENT AND APPLICATION FOR FINAL APPROVAL; COMMUNICATIONS FROM
            AND TO H. SALICHS ON SAME.
            **ARTURO J. GARCIA SOLA**              .50    hrs.

01/12/16    REVIEW COMMUNICATION FROM A. PEREZ (DEPUTY SECRETARY OF TREASURY FOR
            LEGAL AFFAIRS), REQUESTING UNSECURED CREDITORS COMMITTEE'S CONSENT TO
            AN EXTENSION OF TIME TO ANSWER THE ADVERSARY COMPLAINT; COMMUNICATION
            TO SCHULTE ROTH & ZABEL TEAM FORWARDING COMMUNICATION FROM DEPARTMENT
            OF TREASURY; REVIEW RESPONSE FROM A. GLICKMAN AND RESPOND THERETO;
            REVIEW RESPONSES FROM OTHERS IN SCHULTE ROTH & ZABEL TEAM.
            **ARTURO J. GARCIA SOLA**              .50    hrs.

01/12/16    TELEPHONE CONFERENCE WITH A. PEREZ (TREASURY LEGAL DIRECTOR) RE:
            REQUEST FOR EXTENSION OF TIME TO RESPOND TO DECLARATORY JUDGMENT
            COMPLAINT AND AVAILABILITY FOR MEETING TO DISCUSS MATTER.
            **ARTURO J. GARCIA SOLA**              .20    hrs.

01/12/16    COMMUNICATIONS FROM AND TO A. GLICKMAN, S. NAKANO (AUST), T. KIM AND
            H. SALICHS RE: ENGAGEMENT AND PETITION FOR APPROVAL OF ENGAGEMENT.
            **ARTURO J. GARCIA SOLA**              .50    hrs.

01/13/16    TELEPHONE CONFERENCE WITH A. PEREZ (DEPUTY TREASURY SECRETARY FOR
            LEGAL AFFAIRS), RE: DFC AND UNSECURED CREDITORS COMMITTEE'S CONSENT
            TO EXTENSION, NEED TO FILE STIPULATION, AND MEETING TO DISCUSS
            POTENTIAL RESOLUTION.
            **ARTURO J. GARCIA SOLA**              .30    hrs.

15-10573-jpm  Doc 780  Filed 11/25/16  Entered 11/25/16 14:01:37  Main Document
Pg 30 of 53

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

---

DAN KUSNETZ, ESQ.                                        May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272243
SCHULTE ROTH & ZABEL LLP                                 Page   2      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

01/13/16    TELEPHONE CONFERENCE WITH M. L. RODRIGUEZ (PR DEPARTMENT OF JUSTICE),
            COUNSEL FOR TREASURY SECRETARY, RE: EXTENSION OF TIME TO ANSWER
            ADVERSARY COMPLAINT, STIPULATION TO THAT EFFECT AND MEETING REQUEST;
            COMMUNICATION TO SCHULTE ROTH & ZABELTEAM ON SAME, AND NEXT STEPS.
            **ARTURO J. GARCIA SOLA**            .50   hrs.

01/19/16    REVIEW AND RESPOND TO COMMUNICATION FROM M. RODRIGUEZ (PR DEPARTMENT
            OF JUSTICE) RE: FILING OF STIPULATION FOR EXTENSION OF TIME WITH THE
            BANKRUPTCY COURT, AND RESPONSE THERETO; COMMUNICATION TO SCHULTE ROTH
            & ZABEL TEAM RE: SAME, AND REVIEW RESPONSE THERETO; FURTHER
            COMMUNICATION TO PR DEPARTMENT OF JUSTICE ATTORNEY.
            **ARTURO J. GARCIA SOLA**            .30   hrs.

**Taxable Entries:**

### Summary of Fees

|                          | Hours | Rate/Hr | Dollars  |
|--------------------------|-------|---------|----------|
| ARTURO J. GARCIA SOLA     | 2.80  | 360.00  | 1,008.00 |
| TOTAL                    | 2.80  | 360.00  | 1,008.00 |

Total Fees for Professional Services....$      1,008.00

### Description of Reimbursable Costs

**Non Taxable Entries:**

| | | |
|---|---|---|
| 01/26/16 | REPRODUCTION CHARGES (11) COPIES (00275) (01/26/16) (MVLASER). | $   1.10 |
| 01/26/16 | REPRODUCTION CHARGES (10) COPIES (00275) (01/26/16) (MVLASER). | $   1.00 |
| 01/26/16 | REPRODUCTION CHARGES (11) COPIES (00275) (01/26/16) (MVLASER). | $   1.10 |
| 01/26/16 | REPRODUCTION CHARGES (47) COPIES (00275) (01/26/16) (MVLASER). | $   4.70 |

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

---

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272243
SCHULTE ROTH & ZABEL LLP                                   Page   3      AJG
919 3RD AVENUE
NEW YORK, NY 10022

## Description of Reimbursable Costs (cont.)

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 01/26/16 | REPRODUCTION CHARGES (46) COPIES (00275) (01/26/16) (MVLASER). | $ | 4.60 |
| 01/26/16 | REPRODUCTION CHARGES (26) E-COPIES (00275) (01/26/16) (MVSCN09A). | $ | 2.60 |

**Taxable Entries:**

                    Total Reimbursable Costs...............$        15.10

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

## REMITTANCE ADVICE

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL    Invoice  10272243
SCHULTE ROTH & ZABEL LLP                                               AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                        Please include this Invoice #
                                        on your check stub.
                                        Our Tax ID # is 66-0226027

For Services Through January 31, 2016

Our Matter # 33433-0002
            POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
            VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$       1,008.00

Reimbursable Costs...............................$          15.10

SUT for Fees ($          0.00 x 4%)............$           0.00

SUT for Costs ($         0.00 x 4%)...........$            0.00

**TOTAL DUE FOR THIS MATTER.......................................$       1,023.10**

If you wish to pay by wire, money transfers to our account should be made as follows:

    Bank Name:  Oriental Bank & Trust        ABA Number: 221571415
                Professional Office Park V    SWIFT Code: OBPRPRSJ
                997 San Roberto St. 5th Floor
                San Juan, P.R. 00926

    Account Name:   McConnell Valdés LLC       Account Number: 0815004163
                    270 Muñoz Rivera Ave.
                    Hato Rey, P.R. 00918

    Bank Officer:   Mrs. Olga Viera (787) 777-2103

    **PLEASE SPECIFY THE INVOICE COVERED BY THE TRANSFER AND INCLUDE YOUR PHYSICAL
    ADDRESS IN ALL WIRE TRANSFERS.**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                                           AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                        Please include this Invoice #
                                        on your check stub.
                                        Our Tax ID # is 66-0226027

For Services Through March 31, 2016

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$     24,234.00

Reimbursable Costs..............................$         24.08

SUT for Fees ($          0.00 x 4%)............$          0.00

SUT for Costs ($         0.00 x 4%)...........$          0.00

**TOTAL DUE FOR THIS MATTER....................................$     24,258.08**

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 42 of 58

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR    00936-4225

_____

DAN KUSNETZ, ESQ.                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice  10272244
SCHULTE ROTH & ZABEL LLP                             Page   1     AJG
919 3RD AVENUE
NEW YORK, NY 10022


For Services Through March 31, 2016

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

### Description of Professional Services

**Non Taxable Entries:**

02/01/16    REVIEW AND RESPOND TO COMMUNICATION FROM A. GLICKMAN RE: DEADLINE FOR
            TREASURY TO FILE ANSWER TO COMPLAINT; COMMUNICATIONS TO AND FROM M.
            RODRIGUEZ (DOJ) ON SAME.
            **ARTURO J. GARCIA SOLA**              .40    hrs.


02/03/16    REVIEW COMMUNICATION FROM M. RODRIGUEZ (PR DOJ), COUNSEL FOR TREASURY
            SECRETARY, RE: VALIDITY OF CLOSING AGREEMENTS AND PETITION FOR
            MEETING AND FOR FURTHER EXTENSION OF TIME TO RESPOND.
            **ARTURO J. GARCIA SOLA**              .10    hrs.


02/03/16    FURTHER COMMUNICATION TO A. GLICKMAN (ET AL) WITH TRANSLATION OF
            COMMUNICATION FROM DOJ ATTORNEY.
            **ARTURO J. GARCIA SOLA**              .30    hrs.


02/03/16    REVIEW ELECTRONIC COMMUNICATIONS FROM D. KUSNETZ AND A. GARCIA
            REGARDING MEETING WITH DEPARTMENT OF JUSTICE AND PUERTO RICO TREASURY
            DEPARTMENT REGARDING CLOSING AGREEMENTS AND CONSIDERATION OF NEXT
            STEPS.  CONFERENCE WITH A. GARCIA ON THIS MATTER.
            **ISIS R. CARBALLO IRIGOYEN**          .50    hrs.


02/03/16    COMMUNICATION TO A. GLICKMAN (ET. AL) CLOSING AGREEMENTS AND PETITION
            FOR MEETING.
            **ARTURO J. GARCIA SOLA**              .10    hrs.


02/03/16    RESPONSE TO M. RODRIGUEZ (PR DOJ) AND TELEPHONE CONFERENCE WITH HER.
            **ARTURO J. GARCIA SOLA**              .30    hrs.


02/03/16    DISCUSSION WITH I. CARBALLO ON CLOSING AGREEMENTS AND PETITION FOR
            MEETING AND NEXT STEPS.
            **ARTURO J. GARCIA SOLA**              .20    hrs.

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 65 of 116

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                     May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice  10272244
SCHULTE ROTH & ZABEL LLP                              Page   2      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

02/04/16    REVIEW ELECTRONIC COMMUNICATIONS REGARDING PROCEDURES WITH DEPARTMENT
            OF JUSTICE AND MEETING NEXT WEEK.
            **ISIS R. CARBALLO IRIGOYEN**          .30    hrs.

02/08/16    REVIEW COMMUNICATION FROM D. KUSNETZ RE: POTENTIAL FRAMEWORK FOR
            SETTLEMENT WITH TREASURY ON ISSUES IN ADVERSARY PROCEEDINGS BEFORE
            THE BANKRUPTCY COURT FOR THE SDNY; PRELIMINARY EVALUATION OF
            COMPLAINT FOR DECLARATORY JUDGMENT IN CONNECTION THEREWITH;
            COMMUNICATION TO S&R RE: REQUEST FOR SETTLEMENT PARAMETERS FOR
            TOMORROW'S MEETING WITH TREASURY.
            **ARTURO J. GARCIA SOLA**          1.50    hrs.

02/08/16    REVIEW COMPLAINT FOR DECLARATORY JUDGMENT AND CLOSING AGREEMENTS IN
            PREPARATION FOR MEETING WITH SECRETARY OF TREASURY TOMORROW.
            **ISIS R. CARBALLO IRIGOYEN**         2.40    hrs.

02/08/16    CONSULTATION RE: ANALYSIS OF ALTERNATIVES TO POTENTIAL  SETTLEMENTS
            WITH PUERTO RICO TREASURY DEPARTMENT.
            **YAMARY I. GONZALEZ BERRIOS**         .80    hrs.

02/08/16    LEGAL ANALYSIS OF VARIOUS TAX ISSUES TO BE DISCUSSED, INCLUDING
            RECENT LEGISLATION AND ADMINISTRATIVE DETERMINATIONS.
            **ISIS R. CARBALLO IRIGOYEN**         2.60    hrs.

02/09/16    CONDUCT LIMITED RESEARCH FOR MEMORANDUM ON BANKRUPTCY SALES OF DEBTOR
            ASSETS.
            **RAFAEL PEREZ-BACHS**                 .80    hrs.

02/09/16    FURTHER REVIEW COMPLAINT AND OTHER DOCUMENTS TO PREPARE FOR MEETING
            WITH TREASURY AND DOJ TO DISCUSS POTENTIAL SETTLEMENT OF ADVERSARY
            COMPLAINT, AND DISCUSSIONS WITH I. CARBALLO ON SAME.
            **ARTURO J. GARCIA SOLA**              .90    hrs.

02/09/16    COMMUNICATION TO SCHULTE ROTH RE: MEETING WITH TREASURY OFFICIALS AND
            REQUEST FOR CONFERENCE CALL TO DISCUSS MEETING RESULTS AND NEXT STEPS.
            **ARTURO J. GARCIA SOLA**              .10    hrs.

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 66 of 116

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

```
DAN KUSNETZ, ESQ.                                   May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                            Page   3      AJG
919 3RD AVENUE
NEW YORK, NY 10022
```

### Description of Professional Services (cont.)

02/09/16   TELEPHONE CONFERENCE WITH GROUP FROM SCHULTE ROTH AND A. GARCIA ON
           RESULTS OF MEETING WITH TREASURY DEPARTMENT AND JUSTICE DEPARTMENT
           ATTORNEYS.
           **ISIS R. CARBALLO IRIGOYEN**          .80    hrs.

02/09/16   RESEARCH PUERTO RICO TAX CONSEQUENCES OF TAX ASSETS TRANSACTION.
           **ISIS R. CARBALLO IRIGOYEN**         3.30    hrs.

02/09/16   DISCUSS WITH I. CARBALLO FINDINGS OF RESEARCH RE: CLOSING AGREEMENTS
           AND TAX ASSETS TRANSACTION UNDER PR CODE.
           **LEYLA GONZALEZ IBARRIA**            .20    hrs.

02/09/16   DRAFT MEMORANDUM ON BANKRUPTCY SALES OF DEBTOR ASSETS.
           **RAFAEL PEREZ-BACHS**               4.00    hrs.

02/09/16   RESEARCH RE: CLOSING AGREEMENTS WITH THE PR TREASURY AND TAX ASSET
           ALTERNATIVE PURSUANT TO THE PR CODE PROVISIONS.
           **LEYLA GONZALEZ IBARRIA**           1.00    hrs.

02/09/16   ATTEND MEETING AT TREASURY DEPARTMENT FOR CONFERENCE WITH TEAM FROM
           PR TREASURY AND PR JUSTICE DEPARTMENT REGARDING POSSIBLE SETTLEMENT
           OF PENDING LITIGATION IN BANKRUPTCY COURT.
           **ISIS R. CARBALLO IRIGOYEN**         1.40    hrs.

02/09/16   REVIEW COMMUNICATION FROM B. PFEIFFER RE: PARAMETERS FOR POTENTIAL
           SETTLEMENT WITH TREASURY FOR DISCUSSION DURING TODAY'S MEETING.
           **ARTURO J. GARCIA SOLA**             .10    hrs.

02/09/16   ATTEND MEETING AT TREASURY WITH DEPUTY SECRETARY FOR LEGAL AFFAIRS
           AND OTHER TREASURY OFFICIALS AND M. RODRIGUEZ (PR DOJ), WITH I.
           CARBALLO, TO DISCUSS POTENTIAL SETTLEMENT.
           **ARTURO J. GARCIA SOLA**            1.40    hrs.

02/09/16   CONFERENCE CALL WITH SCHULTE ROTH TEAM AND I. CARBALLO RE: RESULTS OF
           MEETING WITH TREASURY OFFICIALS REGARDING POTENTIAL SETTLEMENT OF
           ADVERSARY PROCEEDING, AND BUSINESS TERMS FOR SETTLEMENT PROPOSAL TO
           TREASURY, AND DISCUSSION OF LEGAL ISSUES, TIMING AND PROCESS AND ON
           RESEARCH UNDER LAW OF CONTRACTS (CIVIL CODE), TAX CODE AND BANKRUPTCY
           CODE.

15-10573-jpm   Doc 780   Filed 11/25/16   Entered 11/25/16 14:01:37   Main Document
Pg 67 of 116

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                             Page   4     AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

      **ARTURO J. GARCIA SOLA**              .80   hrs.

02/09/16   REVIEW AND CONSIDERATION OF COMMUNICATION FROM I. CARBALLO WITH
           ANALYSIS OF CLOSING AGREEMENTS.
           **ARTURO J. GARCIA SOLA**              .20   hrs.

02/10/16   REVIEW CLOSING AGREEMENTS, LEGAL ANALYSIS AND RESEARCH REGARDING TAX
           ASSETS.
           **ISIS R. CARBALLO IRIGOYEN**         3.50   hrs.

02/10/16   REVIEW AND ANALYZED CLOSING STATEMENTS RE: TRANSFERABILITY AND REVIEW
           AND ANALYZE PR POLITICAL CODE.
           **RUBÉN MÉNDEZ BENABE**               2.70   hrs.

02/10/16   LEGAL CONSIDERATION OF CLOSING AGREEMENTS AND REVIEW PR CODE
           PROVISIONS.
           **LEYLA GONZALEZ IBARRIA**            2.50   hrs.

02/10/16   FURTHER RESEARCH OF PR CODE REFUND PROVISIONS.
           **LEYLA GONZALEZ IBARRIA**             .50   hrs.

02/10/16   LEGAL REVIEW AND DISCUSSION WITH I. CARBALLO OF FINDINGS RE: ASSET
           SALES.
           **LEYLA GONZALEZ IBARRIA**             .70   hrs.

02/10/16   REVISE MEMORANDUM ON BANKRUPTCY SALES.
           **RAFAEL PEREZ-BACHS**                1.80   hrs.

02/10/16   RESEARCH FEDERAL BANKRUPTCY CASES, P.R. CIVIL CODE, SDNY BKCY. LOCAL
           RULE 6004-1 AND GENERAL ORDER M383 (RE: SALE OF ASSETS) AND  REVIEW
           CLOSING AGREEMENTS.
           **RAFAEL PEREZ-BACHS**                4.50   hrs.

02/10/16   PREPARATION OF OUTLINE FOR MEETING WITH SECRETARY OF TREASURY ON
           FRIDAY AND PREPARATION OF BRIEF MEMORANDUM ON TAX ASSETS.
           **ISIS R. CARBALLO IRIGOYEN**         3.00   hrs.

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 68 of 116

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR    00936-4225

_____

DAN KUSNETZ, ESQ.                                           May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL   Invoice   10272244
SCHULTE ROTH & ZABEL LLP                                    Page    5      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

02/10/16    CONFERENCE AND VARIOUS ELECTRONIC COMMUNICATIONS WITH S. CESPEDES AND
            I. CARBALLO REGARDING THE SAME.
            **RUBÉN MÉNDEZ BENABE**              .80    hrs.

02/11/16    FINISH RESEARCH ON FEDERAL BANKRUPTCY CASES ON PROPERTY OF THE ESTATE
            AND BANKRUPTCY SALES.
            **RAFAEL PEREZ-BACHS**              2.50    hrs.

02/11/16    REVIEW AND REVISE DRAFT OF STIPULATIONS SENT BY SCHULTE ROTH AND
            ANALYSIS OF ISSUES.
            **ARTURO J. GARCIA SOLA**              .60    hrs.

02/11/16    CONFERENCE WITH I. CARBALLO TO DISCUSS DRAFT OF STIPULATION.
            **ARTURO J. GARCIA SOLA**              .30    hrs.

02/11/16    TELEPHONE CONFERENCE WITH D. KUSNETZ, M. LEVINE (SCHULTE ROTH) AND I.
            CARBALLO TO DISCUSS CHANGES TO DRAFT OF STIPULATION.
            **ARTURO J. GARCIA SOLA**             1.00    hrs.

02/11/16    REVIEW ELECTRONIC COMMUNICATIONS FROM CLIENT REGARDING NEGOTIATION
            PARAMETERS AND DISCUSSIONS WITH I. CARBALLO RE: SAME.
            **ARTURO J. GARCIA SOLA**              .20    hrs.

02/11/16    REVIEW FINAL DRAFT OF STIPULATION TO BE SUBMITTED TO TREASURY
            DEPARTMENT, AND COMMUNICATION TO TREASURY ATTORNEYS ON SAME.
            **ARTURO J. GARCIA SOLA**              .80    hrs.

02/11/16    PREPARE FOR TOMORROW'S MEETING WITH TREASURY DEPARTMENT.
            **ARTURO J. GARCIA SOLA**              .30    hrs.

02/11/16    REVIEW AND REVISE DRAFT OF STIPULATIONS SENT BY ATTORNEYS AND
            ANALYSIS OF ISSUES.
            **ISIS R. CARBALLO IRIGOYEN**          .80    hrs.

02/11/16    CONFERENCE WITH A. GARCIA TO DISCUSS DRAFT OF STIPULATION.
            **ISIS R. CARBALLO IRIGOYEN**          .30    hrs.

15-10573-jpm   Doc 780   Filed 11/25/16   Entered 11/25/16 14:01:37   Main Document
Pg 947 of 53

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                         May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL   Invoice   10272244
SCHULTE ROTH & ZABEL LLP                                  Page   6     AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

02/11/16   PREPARATION OF, REVISE AND SEND ELECTRONIC COMMUNICATION ON THIS
           MATTER.
           **ISIS R. CARBALLO IRIGOYEN**          .20   hrs.

02/11/16   TELEPHONE CONFERENCE WITH D. KUSNETZ, M. LEVINE AND A. GARCIA TO
           DISCUSS CHANGES TO DRAFT OF STIPULATION.
           **ISIS R. CARBALLO IRIGOYEN**         1.00   hrs.

02/11/16   REVIEW ELECTRONIC COMMUNICATIONS FROM CLIENT REGARDING NEGOTIATION
           PARAMETERS AND CONFERENCE WITH A. GARCIA ON THIS MATTER.
           **ISIS R. CARBALLO IRIGOYEN**          .20   hrs.

02/11/16   REVIEW FINAL STIPULATION TO BE SUBMITTED TO TREASURY DEPARTMENT.
           **ISIS R. CARBALLO IRIGOYEN**          .80   hrs.

02/11/16   PREPARE FOR TOMORROW'S MEETING WITH TREASURY DEPARTMENT.
           **ISIS R. CARBALLO IRIGOYEN**          .40   hrs.

02/11/16   REVIEW PR CIVIL CODE AND ANALYZE PR SUPREME COURT CASES.
           **RUBÉN MÉNDEZ BENABE**              1.40   hrs.

02/11/16   PREPARE ELECTRONIC CORRESPONDENCE TO I. CARBALLO REGARDING
           TRANSFERABILITY.
           **RUBÉN MÉNDEZ BENABE**               .10   hrs.

02/11/16   ANALYSIS AND CONSIDERATION OF THE BASIS TO BE USED FOR PURPOSES OF
           ASSET TRANSFERS.
           **YAMARY I. GONZALEZ BERRIOS**        .50   hrs.

02/11/16   FINAL REVISION OF MEMORANDUM ON BANKRUPTCY SALES.
           **RAFAEL PEREZ-BACHS**               1.50   hrs.

02/11/16   DISCUSSIONS WITH I. CARBALLO RE: SETTLEMENT NEGOTIATIONS WITH
           TREASURY DEPARTMENT TOMORROW.
           **ARTURO J. GARCIA SOLA**             .30   hrs.

02/11/16   CONFERENCE WITH S. CASELLAS TO DISCUSS UCC CONSIDERATIONS RE:
           TRANSFERABILITY.
           **RUBÉN MÉNDEZ BENABE**               .70   hrs.

15-10573-jpm   Doc 780   Filed 11/25/16   Entered 11/25/16 14:01:37   Main Document
Pg 70 of 116

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

---

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL   Invoice   10272244
SCHULTE ROTH & ZABEL LLP                                   Page   7      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

02/11/16   DISCUSSIONS WITH A. GARCIA OF SETTLEMENT NEGOTIATIONS WITH TREASURY
           DEPARTMENT TOMORROW.
           **ISIS R. CARBALLO IRIGOYEN**          .30    hrs.

02/12/16   CONFERENCE WITH A. GARCIA TO DISCUSS ISSUES RELATED TO TODAY'S
           MEETING WITH TREASURY DEPARTMENT TO DISCUSS STIPULATION.
           **ISIS R. CARBALLO IRIGOYEN**          .30    hrs.

02/12/16   CONFERENCE WITH I. CARBALLO TO DISCUSS ISSUES RELATED TO TODAY'S
           MEETING WITH TREASURY DEPARTMENT TO DISCUSS STIPULATION.
           **ARTURO J. GARCIA SOLA**              .30    hrs.

02/12/16   TELEPHONE CONFERENCE WITH D. KUSNETZ AND I. CARBALLO TO DISCUSS
           MEETING WITH TREASURY DEPARTMENT REGARDING STIPULATION.
           **ARTURO J. GARCIA SOLA**              .30    hrs.

02/12/16   ATTEND MEETING AT TREASURY DEPARTMENT FOR CONFERENCE WITH A. PEREZ
           LOPEZ AND OTHERS FROM TREASURY, AND I. CARBALLO REGARDING DRAFT OF
           STIPULATION AND RELATED ISSUES.
           **ARTURO J. GARCIA SOLA**             2.00    hrs.

02/12/16   TELEPHONE CONFERENCE WITH D. KUSNETZ RE: TREASURY MEETING RESULTS AND
           NEXT STEPS.
           **ARTURO J. GARCIA SOLA**              .40    hrs.

02/12/16   TELEPHONE CONFERENCE WITH D. KUSNETZ AND A.GARCIA TO DISCUSS MEETING
           WITH TREASURY DEPARTMENT REGARDING STIPULATION.
           **ISIS R. CARBALLO IRIGOYEN**          .30    hrs.

02/12/16   ATTEND MEETING AT  TREASURY DEPARTMENT FOR CONFERENCE WITH A. PEREZ
           LOPEZ AND A. GARCIA REGARDING DRAFT OF STIPULATION AND RELATED ISSUES.
           **ISIS R. CARBALLO IRIGOYEN**         2.00    hrs.

02/17/16   REVIEW AND RESPOND TO F. OLANDER COMMUNICATION RE: TRANSLATIONS OF PR
           COURT DECISIONS; REVIEW AND RESPOND TO COMMUNICATION FROM A. GLICKMAN
           RE: STATUS AND NEXT STEPS.
           **ARTURO J. GARCIA SOLA**              .50    hrs.

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 71 of 116

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice   10272244
SCHULTE ROTH & ZABEL LLP                             Page    8      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

02/17/16    CONFERENCE WITH I. CARBALLO RE: RIGHTS UNDER VARIOUS CLOSING
            AGREEMENTS WITH TREASURY DEPARTMENT.
            **XENIA VELEZ**                      .80    hrs.

02/17/16    LEGAL ANALYSIS OF ISSUES RELATED TO EXISTING CLOSING AGREEMENTS AND
            TAX ASSETS.
            **ISIS R. CARBALLO IRIGOYEN**        .50    hrs.

02/18/16    REVISE ELECTRONIC COMMUNICATIONS FROM CLIENT REGARDING HEARING AND
            DISCUSSIONS OF NEXT STEPS WITH A. GARCIA.
            **ISIS R. CARBALLO IRIGOYEN**        .50    hrs.

02/18/16    REVIEW AND RESPOND TO COMMUNICATIONS FROM T. KIM RE: RESCHEDULING OF
            HEARING; COMMUNICATION TO M. RODRIGUEZ (PR DOJ) AND TELEPHONE
            CONFERENCE WITH HER ON SAME.
            **ARTURO J. GARCIA SOLA**            .20    hrs.

02/18/16    COMMUNICATION TO A. PEREZ (TREASURY), RE: SETTLEMENT STIPULATION.
            **ARTURO J. GARCIA SOLA**            .20    hrs.

02/18/16    COMMUNICATION TO T. KIM RE: NO OBJECTION FROM TREASURY COUNSEL FOR
            RESCHEDULING OF STATUS CONFERENCE AND HER REQUEST TO APPEAR BY PHONE.
            **ARTURO J. GARCIA SOLA**            .20    hrs.

02/18/16    REVIEW AND RESPOND TO COMMUNICATIONS FROM A. GLICKMAN.
            **ARTURO J. GARCIA SOLA**            .10    hrs.

02/18/16    FURTHER COMMUNICATIONS TO AND FROM I. CARBALLO AND A. GLICKMAN RE:
            POTENTIAL SETTLEMENT AGREEMENT.
            **ARTURO J. GARCIA SOLA**            .10    hrs.

02/23/16    REVIEW AND CONSIDER COMMUNICATIONS FROM SCHULTE ROTH TEAM REGARDING
            POTENTIAL STIPULATION TO DISCUSS WITH DOJ ATTORNEY.
            **ARTURO J. GARCIA SOLA**            .40    hrs.

02/23/16    COMMUNICATIONS TO SCHULTE ROTH ON STIPULATION, AND SUGGESTIONS FOR
            THE STIPULATION.
            **ARTURO J. GARCIA SOLA**            .20    hrs.

15-10573-jpm    Doc 780    Filed 11/25/16    Entered 11/25/16 14:01:37    Main Document
Pg 50 of 58

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice  10272244
SCHULTE ROTH & ZABEL LLP                                   Page  9      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

02/23/16    REVIEW STIPULATION, ANALYSIS OF ISSUES, AND PREPARATION OF, REVISE
            AND SEND ELECTRONIC COMMUNICATION TO CLIENT.
            **ISIS R. CARBALLO IRIGOYEN**           .30   hrs.

02/23/16    REVIEW COMMUNICATION FROM F. OLANDER RE: PROPOSED STIPULATION AND
            ORDER FOR DISMISSAL OF ADVERSARY PROCEEDING, AND PRELIMINARY RESPONSE
            THERETO; REVIEW DRAFT OF PROPOSED STIPULATION.
            **ARTURO J. GARCIA SOLA**               .50   hrs.

02/23/16    REVIEW TREASURY SECRETARY'S MOTION TO DISMISS ADVERSARY PROCEEDINGS;
            REVIEW AND CONSIDER COMMUNICATIONS FROM S&R TEAM REGARDING POTENTIAL
            STIPULATION TO DISCUSS WITH DOJ ATTORNEY IN LIGHT OF SECRETARY'S
            ADMISSIONS THAT 2006 AND 2007 CLOSING AGREEMENTS ARE VALID AND
            ENFORCEABLE AND THAT DEBTOR CAN CONTINUE TO AMORTIZE THE TAX ASSETS;
            COMMUNICATIONS TO S&R ON SAME, AND SUGGESTIONS FOR THE STIPULATION.
            **ARTURO J. GARCIA SOLA**               .40   hrs.

02/23/16    REVIEW AND RESPOND TO COMMUNICATION FROM F. OLANDER RE: DRAFT
            STIPULATION.
            **ARTURO J. GARCIA SOLA**               .20   hrs.

02/24/16    REVIEW AND RESPOND TO VARIOUS COMMUNICATIONS FROM A. GLICKMAN, F.
            OLANDER, B. PFEIFFER AND T. KIM RE: DFC STIPULATION AND ORDER
            DISMISSING ADVERSARY PROCEEDING.
            **ARTURO J. GARCIA SOLA**               .80   hrs.

02/24/16    REVIEW STRING OF ELECTRONIC COMMUNICATIONS REGARDING STIPULATION WITH
            THE DEPARTMENT OF JUSTICE AND RELATED ISSUES.
            **ISIS R. CARBALLO IRIGOYEN**           .30   hrs.

02/24/16    VARIOUS COMMUNICATIONS TO AND FROM M. RODRIGUEZ RE: STIPULATION AND
            ORDER DISMISSING ADVERSARY PROCEEDINGS AND VARIOUS TELEPHONE
            CONFERENCES WITH HER ON APPROVAL OF STIPULATION AND CONSENT TO
            CANCELLATION OF STATUS CONFERENCE IN LIGHT OF STIPULATION.
            **ARTURO J. GARCIA SOLA**               .70   hrs.

02/25/16    REVIEW STRING OF ELECTRONIC COMMUNICATIONS REGARDING STIPULATION AND
            CONFERENCE WITH A. GARCIA ON NEXT STEPS.
            **ISIS R. CARBALLO IRIGOYEN**           .30   hrs.

15-10573-scc   Doc 628   Filed 05/27/16   Entered 05/27/16 15:01:19   Main Document
Pg 31 of 53

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                             Page  10     AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

**Taxable Entries:**

### Summary of Fees

|                              | Hours  | Rate/Hr | Dollars   |
|------------------------------|--------|---------|-----------|
| ARTURO J. GARCIA SOLA        | 17.40  | 360.00  | 6,264.00  |
| ISIS R. CARBALLO IRIGOYEN    | 26.30  | 360.00  | 9,468.00  |
| LEYLA GONZALEZ IBARRIA       | 4.90   | 290.00  | 1,421.00  |
| RAFAEL PEREZ-BACHS           | 15.10  | 330.00  | 4,983.00  |
| RUBÉN MÉNDEZ BENABE          | 5.70   | 240.00  | 1,368.00  |
| XENIA VELEZ                  | .80    | 360.00  | 288.00    |
| YAMARY I. GONZALEZ BERRIOS   | 1.30   | 340.00  | 442.00    |
| TOTAL                        | 71.50  | 338.94  | 24,234.00 |

Total Fees for Professional Services....$    24,234.00

### Description of Reimbursable Costs

**Non Taxable Entries:**

| Date     | Description                                                              |    |        |
|----------|--------------------------------------------------------------------------|----|--------|
| 02/03/16 | TELEPHONE CALL TO 12127562000 (02/03/16) (9:59:00 AM) (5632).            | $  | 0.58   |
| 02/04/16 | TELEPHONE CALL TO 12127562352 (02/04/16) (2:33:00 PM) (5632).            | $  | 1.74   |
| 02/10/16 | REPRODUCTION CHARGES (59) COPIES (03305) (02/10/16) (MVLASER).           | $  | 5.90   |
| 02/10/16 | REPRODUCTION CHARGES (59) COPIES (03305) (02/10/16) (MVLASER).           | $  | 5.90   |
| 02/10/16 | REPRODUCTION CHARGES (59) COPIES (03305) (02/10/16) (MVLASER).           | $  | 5.90   |
| 02/12/16 | TELEPHONE CALL TO 12127562095 (02/12/16) (2:32:00 PM) (5632).            | $  | 4.06   |

**Taxable Entries:**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

---

DAN KUSNETZ, ESQ.                                              May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL   Invoice  10272244
SCHULTE ROTH & ZABEL LLP                                       Page  11      AJG
919 3RD AVENUE
NEW YORK, NY 10022


            Total Reimbursable Costs................$          24.08

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

## REMITTANCE ADVICE

DAN KUSNETZ, ESQ.                                                May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL   Invoice  10272244
SCHULTE ROTH & ZABEL LLP                                                       AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                        Please include this Invoice #
                                        on your check stub.
                                        Our Tax ID # is 66-0226027

For Services Through March 31, 2016

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$      24,234.00

Reimbursable Costs...............................$          24.08

SUT for Fees ($          0.00 x 4%)............$           0.00

SUT for Costs ($         0.00 x 4%)...........$           0.00

**TOTAL DUE FOR THIS MATTER.......................................$      24,258.08**

If you wish to pay by wire, money transfers to our account should be made as follows:

     Bank Name:  Oriental Bank & Trust         ABA Number: 221571415
                 Professional Office Park V     SWIFT Code: OBPRPRSJ
                 997 San Roberto St. 5th Floor
                 San Juan, P.R. 00926

     Account Name:  McConnell Valdés LLC       Account Number: 0815004163
                    270 Muñoz Rivera Ave.
                    Hato Rey, P.R. 00918

     Bank Officer:  Mrs. Olga Viera (787) 777-2103

     **PLEASE SPECIFY THE INVOICE COVERED BY THE TRANSFER AND INCLUDE YOUR PHYSICAL
     ADDRESS IN ALL WIRE TRANSFERS.**

**IN ACCOUNT WITH**

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                                          AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                        Please include this Invoice #
                                        on your check stub.
                                        Our Tax ID # is 66-0226027

For Services Through March 31, 2016

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$      24,234.00

Reimbursable Costs...............................$         24.08

SUT for Fees ($          0.00 x 4%)............$          0.00

SUT for Costs ($         0.00 x 4%)...........$          0.00

**TOTAL DUE FOR THIS MATTER.....................................$     24,258.08**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                             Page   1      AJG
919 3RD AVENUE
NEW YORK, NY 10022


For Services Through March 31, 2016

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

### Description of Professional Services

**Non Taxable Entries:**

02/01/16    REVIEW AND RESPOND TO COMMUNICATION FROM A. GLICKMAN RE: DEADLINE FOR
            TREASURY TO FILE ANSWER TO COMPLAINT; COMMUNICATIONS TO AND FROM M.
            RODRIGUEZ (DOJ) ON SAME.
            **ARTURO J. GARCIA SOLA**                .40   hrs.

02/03/16    REVIEW COMMUNICATION FROM M. RODRIGUEZ (PR DOJ), COUNSEL FOR TREASURY
            SECRETARY, RE: VALIDITY OF CLOSING AGREEMENTS AND PETITION FOR
            MEETING AND FOR FURTHER EXTENSION OF TIME TO RESPOND.
            **ARTURO J. GARCIA SOLA**                .10   hrs.

02/03/16    FURTHER COMMUNICATION TO A. GLICKMAN (ET AL) WITH TRANSLATION OF
            COMMUNICATION FROM DOJ ATTORNEY.
            **ARTURO J. GARCIA SOLA**                .30   hrs.

02/03/16    REVIEW ELECTRONIC COMMUNICATIONS FROM D. KUSNETZ AND A. GARCIA
            REGARDING MEETING WITH DEPARTMENT OF JUSTICE AND PUERTO RICO TREASURY
            DEPARTMENT REGARDING CLOSING AGREEMENTS AND CONSIDERATION OF NEXT
            STEPS.  CONFERENCE WITH A. GARCIA ON THIS MATTER.
            **ISIS R. CARBALLO IRIGOYEN**            .50   hrs.

02/03/16    COMMUNICATION TO A. GLICKMAN (ET. AL) CLOSING AGREEMENTS AND PETITION
            FOR MEETING.
            **ARTURO J. GARCIA SOLA**                .10   hrs.

02/03/16    RESPONSE TO M. RODRIGUEZ (PR DOJ) AND TELEPHONE CONFERENCE WITH HER.
            **ARTURO J. GARCIA SOLA**                .30   hrs.

02/03/16    DISCUSSION WITH I. CARBALLO ON CLOSING AGREEMENTS AND PETITION FOR
            MEETING AND NEXT STEPS.
            **ARTURO J. GARCIA SOLA**                .20   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225
_____

DAN KUSNETZ, ESQ.                                        May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                                 Page   2      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

02/04/16    REVIEW ELECTRONIC COMMUNICATIONS REGARDING PROCEDURES WITH DEPARTMENT
            OF JUSTICE AND MEETING NEXT WEEK.
            **ISIS R. CARBALLO IRIGOYEN**          .30    hrs.

02/08/16    REVIEW COMMUNICATION FROM D. KUSNETZ RE: POTENTIAL FRAMEWORK FOR
            SETTLEMENT WITH TREASURY ON ISSUES IN ADVERSARY PROCEEDINGS BEFORE
            THE BANKRUPTCY COURT FOR THE SDNY; PRELIMINARY EVALUATION OF
            COMPLAINT FOR DECLARATORY JUDGMENT IN CONNECTION THEREWITH;
            COMMUNICATION TO S&R RE: REQUEST FOR SETTLEMENT PARAMETERS FOR
            TOMORROW'S MEETING WITH TREASURY.
            **ARTURO J. GARCIA SOLA**           1.50    hrs.

02/08/16    REVIEW COMPLAINT FOR DECLARATORY JUDGMENT AND CLOSING AGREEMENTS IN
            PREPARATION FOR MEETING WITH SECRETARY OF TREASURY TOMORROW.
            **ISIS R. CARBALLO IRIGOYEN**         2.40    hrs.

02/08/16    CONSULTATION RE: ANALYSIS OF ALTERNATIVES TO POTENTIAL  SETTLEMENTS
            WITH PUERTO RICO TREASURY DEPARTMENT.
            **YAMARY I. GONZALEZ BERRIOS**         .80    hrs.

02/08/16    LEGAL ANALYSIS OF VARIOUS TAX ISSUES TO BE DISCUSSED, INCLUDING
            RECENT LEGISLATION AND ADMINISTRATIVE DETERMINATIONS.
            **ISIS R. CARBALLO IRIGOYEN**         2.60    hrs.

02/09/16    CONDUCT LIMITED RESEARCH FOR MEMORANDUM ON BANKRUPTCY SALES OF DEBTOR
            ASSETS.
            **RAFAEL PEREZ-BACHS**                 .80    hrs.

02/09/16    FURTHER REVIEW COMPLAINT AND OTHER DOCUMENTS TO PREPARE FOR MEETING
            WITH TREASURY AND DOJ TO DISCUSS POTENTIAL SETTLEMENT OF ADVERSARY
            COMPLAINT, AND DISCUSSIONS WITH I. CARBALLO ON SAME.
            **ARTURO J. GARCIA SOLA**            .90    hrs.

02/09/16    COMMUNICATION TO SCHULTE ROTH RE: MEETING WITH TREASURY OFFICIALS AND
            REQUEST FOR CONFERENCE CALL TO DISCUSS MEETING RESULTS AND NEXT STEPS.
            **ARTURO J. GARCIA SOLA**            .10    hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                             Page   3      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

02/09/16    TELEPHONE CONFERENCE WITH GROUP FROM SCHULTE ROTH AND A. GARCIA ON
            RESULTS OF MEETING WITH TREASURY DEPARTMENT AND JUSTICE DEPARTMENT
            ATTORNEYS.
            **ISIS R. CARBALLO IRIGOYEN**          .80    hrs.

02/09/16    RESEARCH PUERTO RICO TAX CONSEQUENCES OF TAX ASSETS TRANSACTION.
            **ISIS R. CARBALLO IRIGOYEN**         3.30    hrs.

02/09/16    DISCUSS WITH I. CARBALLO FINDINGS OF RESEARCH RE: CLOSING AGREEMENTS
            AND TAX ASSETS TRANSACTION UNDER PR CODE.
            **LEYLA GONZALEZ IBARRIA**             .20    hrs.

02/09/16    DRAFT MEMORANDUM ON BANKRUPTCY SALES OF DEBTOR ASSETS.
            **RAFAEL PEREZ-BACHS**                4.00    hrs.

02/09/16    RESEARCH RE: CLOSING AGREEMENTS WITH THE PR TREASURY AND TAX ASSET
            ALTERNATIVE PURSUANT TO THE PR CODE PROVISIONS.
            **LEYLA GONZALEZ IBARRIA**            1.00    hrs.

02/09/16    ATTEND MEETING AT TREASURY DEPARTMENT FOR CONFERENCE WITH TEAM FROM
            PR TREASURY AND PR JUSTICE DEPARTMENT REGARDING POSSIBLE SETTLEMENT
            OF PENDING LITIGATION IN BANKRUPTCY COURT.
            **ISIS R. CARBALLO IRIGOYEN**         1.40    hrs.

02/09/16    REVIEW COMMUNICATION FROM B. PFEIFFER RE: PARAMETERS FOR POTENTIAL
            SETTLEMENT WITH TREASURY FOR DISCUSSION DURING TODAY'S MEETING.
            **ARTURO J. GARCIA SOLA**              .10    hrs.

02/09/16    ATTEND MEETING AT TREASURY WITH DEPUTY SECRETARY FOR LEGAL AFFAIRS
            AND OTHER TREASURY OFFICIALS AND M. RODRIGUEZ (PR DOJ), WITH I.
            CARBALLO, TO DISCUSS POTENTIAL SETTLEMENT.
            **ARTURO J. GARCIA SOLA**             1.40    hrs.

02/09/16    CONFERENCE CALL WITH SCHULTE ROTH TEAM AND I. CARBALLO RE: RESULTS OF
            MEETING WITH TREASURY OFFICIALS REGARDING POTENTIAL SETTLEMENT OF
            ADVERSARY PROCEEDING, AND BUSINESS TERMS FOR SETTLEMENT PROPOSAL TO
            TREASURY, AND DISCUSSION OF LEGAL ISSUES, TIMING AND PROCESS AND ON
            RESEARCH UNDER LAW OF CONTRACTS (CIVIL CODE), TAX CODE AND BANKRUPTCY
            CODE.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                        May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                                 Page   4     AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)


**ARTURO J. GARCIA SOLA**              .80   hrs.


02/09/16   REVIEW AND CONSIDERATION OF COMMUNICATION FROM I. CARBALLO WITH
           ANALYSIS OF CLOSING AGREEMENTS.
           **ARTURO J. GARCIA SOLA**              .20   hrs.


02/10/16   REVIEW CLOSING AGREEMENTS, LEGAL ANALYSIS AND RESEARCH REGARDING TAX
           ASSETS.
           **ISIS R. CARBALLO IRIGOYEN**         3.50   hrs.


02/10/16   REVIEW AND ANALYZED CLOSING STATEMENTS RE: TRANSFERABILITY AND REVIEW
           AND ANALYZE PR POLITICAL CODE.
           **RUBÉN MÉNDEZ BENABE**              2.70   hrs.


02/10/16   LEGAL CONSIDERATION OF CLOSING AGREEMENTS AND REVIEW PR CODE
           PROVISIONS.
           **LEYLA GONZALEZ IBARRIA**           2.50   hrs.


02/10/16   FURTHER RESEARCH OF PR CODE REFUND PROVISIONS.
           **LEYLA GONZALEZ IBARRIA**            .50   hrs.


02/10/16   LEGAL REVIEW AND DISCUSSION WITH I. CARBALLO OF FINDINGS RE: ASSET
           SALES.
           **LEYLA GONZALEZ IBARRIA**            .70   hrs.


02/10/16   REVISE MEMORANDUM ON BANKRUPTCY SALES.
           **RAFAEL PEREZ-BACHS**              1.80   hrs.


02/10/16   RESEARCH FEDERAL BANKRUPTCY CASES, P.R. CIVIL CODE, SDNY BKCY. LOCAL
           RULE 6004-1 AND GENERAL ORDER M383 (RE: SALE OF ASSETS) AND  REVIEW
           CLOSING AGREEMENTS.
           **RAFAEL PEREZ-BACHS**              4.50   hrs.


02/10/16   PREPARATION OF OUTLINE FOR MEETING WITH SECRETARY OF TREASURY ON
           FRIDAY AND PREPARATION OF BRIEF MEMORANDUM ON TAX ASSETS.
           **ISIS R. CARBALLO IRIGOYEN**         3.00   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                   May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                            Page   5      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

02/10/16    CONFERENCE AND VARIOUS ELECTRONIC COMMUNICATIONS WITH S. CESPEDES AND
            I. CARBALLO REGARDING THE SAME.
            **RUBÉN MÉNDEZ BENABE**                 .80   hrs.

02/11/16    FINISH RESEARCH ON FEDERAL BANKRUPTCY CASES ON PROPERTY OF THE ESTATE
            AND BANKRUPTCY SALES.
            **RAFAEL PEREZ-BACHS**                 2.50   hrs.

02/11/16    REVIEW AND REVISE DRAFT OF STIPULATIONS SENT BY SCHULTE ROTH AND
            ANALYSIS OF ISSUES.
            **ARTURO J. GARCIA SOLA**                .60   hrs.

02/11/16    CONFERENCE WITH I. CARBALLO TO DISCUSS DRAFT OF STIPULATION.
            **ARTURO J. GARCIA SOLA**                .30   hrs.

02/11/16    TELEPHONE CONFERENCE WITH D. KUSNETZ, M. LEVINE (SCHULTE ROTH) AND I.
            CARBALLO TO DISCUSS CHANGES TO DRAFT OF STIPULATION.
            **ARTURO J. GARCIA SOLA**               1.00   hrs.

02/11/16    REVIEW ELECTRONIC COMMUNICATIONS FROM CLIENT REGARDING NEGOTIATION
            PARAMETERS AND DISCUSSIONS WITH I. CARBALLO RE: SAME.
            **ARTURO J. GARCIA SOLA**                .20   hrs.

02/11/16    REVIEW FINAL DRAFT OF STIPULATION TO BE SUBMITTED TO TREASURY
            DEPARTMENT, AND COMMUNICATION TO TREASURY ATTORNEYS ON SAME.
            **ARTURO J. GARCIA SOLA**                .80   hrs.

02/11/16    PREPARE FOR TOMORROW'S MEETING WITH TREASURY DEPARTMENT.
            **ARTURO J. GARCIA SOLA**                .30   hrs.

02/11/16    REVIEW AND REVISE DRAFT OF STIPULATIONS SENT BY ATTORNEYS AND
            ANALYSIS OF ISSUES.
            **ISIS R. CARBALLO IRIGOYEN**            .80   hrs.

02/11/16    CONFERENCE WITH A. GARCIA TO DISCUSS DRAFT OF STIPULATION.
            **ISIS R. CARBALLO IRIGOYEN**            .30   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                             Page   6      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

02/11/16    PREPARATION OF, REVISE AND SEND ELECTRONIC COMMUNICATION ON THIS
            MATTER.
            **ISIS R. CARBALLO IRIGOYEN**          .20   hrs.

02/11/16    TELEPHONE CONFERENCE WITH D. KUSNETZ, M. LEVINE AND A. GARCIA TO
            DISCUSS CHANGES TO DRAFT OF STIPULATION.
            **ISIS R. CARBALLO IRIGOYEN**         1.00   hrs.

02/11/16    REVIEW ELECTRONIC COMMUNICATIONS FROM CLIENT REGARDING NEGOTIATION
            PARAMETERS AND CONFERENCE WITH A. GARCIA ON THIS MATTER.
            **ISIS R. CARBALLO IRIGOYEN**          .20   hrs.

02/11/16    REVIEW FINAL STIPULATION TO BE SUBMITTED TO TREASURY DEPARTMENT.
            **ISIS R. CARBALLO IRIGOYEN**          .80   hrs.

02/11/16    PREPARE FOR TOMORROW'S MEETING WITH TREASURY DEPARTMENT.
            **ISIS R. CARBALLO IRIGOYEN**          .40   hrs.

02/11/16    REVIEW PR CIVIL CODE AND ANALYZE PR SUPREME COURT CASES.
            **RUBÉN MÉNDEZ BENABE**               1.40   hrs.

02/11/16    PREPARE ELECTRONIC CORRESPONDENCE TO I. CARBALLO REGARDING
            TRANSFERABILITY.
            **RUBÉN MÉNDEZ BENABE**                .10   hrs.

02/11/16    ANALYSIS AND CONSIDERATION OF THE BASIS TO BE USED FOR PURPOSES OF
            ASSET TRANSFERS.
            **YAMARY I. GONZALEZ BERRIOS**         .50   hrs.

02/11/16    FINAL REVISION OF MEMORANDUM ON BANKRUPTCY SALES.
            **RAFAEL PEREZ-BACHS**                1.50   hrs.

02/11/16    DISCUSSIONS WITH I. CARBALLO RE: SETTLEMENT NEGOTIATIONS WITH
            TREASURY DEPARTMENT TOMORROW.
            **ARTURO J. GARCIA SOLA**              .30   hrs.

02/11/16    CONFERENCE WITH S. CASELLAS TO DISCUSS UCC CONSIDERATIONS RE:
            TRANSFERABILITY.
            **RUBÉN MÉNDEZ BENABE**                .70   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225
_____

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                                   Page   7      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

02/11/16    DISCUSSIONS WITH A. GARCIA OF SETTLEMENT NEGOTIATIONS WITH TREASURY
            DEPARTMENT TOMORROW.
            **ISIS R. CARBALLO IRIGOYEN**        .30   hrs.

02/12/16    CONFERENCE WITH A. GARCIA TO DISCUSS ISSUES RELATED TO TODAY'S
            MEETING WITH TREASURY DEPARTMENT TO DISCUSS STIPULATION.
            **ISIS R. CARBALLO IRIGOYEN**        .30   hrs.

02/12/16    CONFERENCE WITH I. CARBALLO TO DISCUSS ISSUES RELATED TO TODAY'S
            MEETING WITH TREASURY DEPARTMENT TO DISCUSS STIPULATION.
            **ARTURO J. GARCIA SOLA**            .30   hrs.

02/12/16    TELEPHONE CONFERENCE WITH D. KUSNETZ AND I. CARBALLO TO DISCUSS
            MEETING WITH TREASURY DEPARTMENT REGARDING STIPULATION.
            **ARTURO J. GARCIA SOLA**            .30   hrs.

02/12/16    ATTEND MEETING AT TREASURY DEPARTMENT FOR CONFERENCE WITH A. PEREZ
            LOPEZ AND OTHERS FROM TREASURY, AND I. CARBALLO REGARDING DRAFT OF
            STIPULATION AND RELATED ISSUES.
            **ARTURO J. GARCIA SOLA**           2.00   hrs.

02/12/16    TELEPHONE CONFERENCE WITH D. KUSNETZ RE: TREASURY MEETING RESULTS AND
            NEXT STEPS.
            **ARTURO J. GARCIA SOLA**            .40   hrs.

02/12/16    TELEPHONE CONFERENCE WITH D. KUSNETZ AND A.GARCIA TO DISCUSS MEETING
            WITH TREASURY DEPARTMENT REGARDING STIPULATION.
            **ISIS R. CARBALLO IRIGOYEN**        .30   hrs.

02/12/16    ATTEND MEETING AT  TREASURY DEPARTMENT FOR CONFERENCE WITH A. PEREZ
            LOPEZ AND A. GARCIA REGARDING DRAFT OF STIPULATION AND RELATED ISSUES.
            **ISIS R. CARBALLO IRIGOYEN**       2.00   hrs.

02/17/16    REVIEW AND RESPOND TO F. OLANDER COMMUNICATION RE: TRANSLATIONS OF PR
            COURT DECISIONS; REVIEW AND RESPOND TO COMMUNICATION FROM A. GLICKMAN
            RE: STATUS AND NEXT STEPS.
            **ARTURO J. GARCIA SOLA**            .50   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

```
DAN KUSNETZ, ESQ.                                    May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                             Page   8      AJG
919 3RD AVENUE
NEW YORK, NY 10022
```

### Description of Professional Services (cont.)

```
02/17/16   CONFERENCE WITH I. CARBALLO RE: RIGHTS UNDER VARIOUS CLOSING
           AGREEMENTS WITH TREASURY DEPARTMENT.
           XENIA VELEZ                     .80   hrs.


02/17/16   LEGAL ANALYSIS OF ISSUES RELATED TO EXISTING CLOSING AGREEMENTS AND
           TAX ASSETS.
           ISIS R. CARBALLO IRIGOYEN       .50   hrs.


02/18/16   REVISE ELECTRONIC COMMUNICATIONS FROM CLIENT REGARDING HEARING AND
           DISCUSSIONS OF NEXT STEPS WITH A. GARCIA.
           ISIS R. CARBALLO IRIGOYEN       .50   hrs.


02/18/16   REVIEW AND RESPOND TO COMMUNICATIONS FROM T. KIM RE: RESCHEDULING OF
           HEARING; COMMUNICATION TO M. RODRIGUEZ (PR DOJ) AND TELEPHONE
           CONFERENCE WITH HER ON SAME.
           ARTURO J. GARCIA SOLA           .20   hrs.


02/18/16   COMMUNICATION TO A. PEREZ (TREASURY), RE: SETTLEMENT STIPULATION.
           ARTURO J. GARCIA SOLA           .20   hrs.


02/18/16   COMMUNICATION TO T. KIM RE: NO OBJECTION FROM TREASURY COUNSEL FOR
           RESCHEDULING OF STATUS CONFERENCE AND HER REQUEST TO APPEAR BY PHONE.
           ARTURO J. GARCIA SOLA           .20   hrs.


02/18/16   REVIEW AND RESPOND TO COMMUNICATIONS FROM A. GLICKMAN.
           ARTURO J. GARCIA SOLA           .10   hrs.


02/18/16   FURTHER COMMUNICATIONS TO AND FROM I. CARBALLO AND A. GLICKMAN RE:
           POTENTIAL SETTLEMENT AGREEMENT.
           ARTURO J. GARCIA SOLA           .10   hrs.


02/23/16   REVIEW AND CONSIDER COMMUNICATIONS FROM SCHULTE ROTH TEAM REGARDING
           POTENTIAL STIPULATION TO DISCUSS WITH DOJ ATTORNEY.
           ARTURO J. GARCIA SOLA           .40   hrs.


02/23/16   COMMUNICATIONS TO SCHULTE ROTH ON STIPULATION, AND SUGGESTIONS FOR
           THE STIPULATION.
           ARTURO J. GARCIA SOLA           .20   hrs.
```

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                        May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice   10272244
SCHULTE ROTH & ZABEL LLP                                 Page   9      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

02/23/16    REVIEW STIPULATION, ANALYSIS OF ISSUES, AND PREPARATION OF, REVISE
            AND SEND ELECTRONIC COMMUNICATION TO CLIENT.
            **ISIS R. CARBALLO IRIGOYEN**          .30   hrs.

02/23/16    REVIEW COMMUNICATION FROM F. OLANDER RE: PROPOSED STIPULATION AND
            ORDER FOR DISMISSAL OF ADVERSARY PROCEEDING, AND PRELIMINARY RESPONSE
            THERETO; REVIEW DRAFT OF PROPOSED STIPULATION.
            **ARTURO J. GARCIA SOLA**              .50   hrs.

02/23/16    REVIEW TREASURY SECRETARY'S MOTION TO DISMISS ADVERSARY PROCEEDINGS;
            REVIEW AND CONSIDER COMMUNICATIONS FROM S&R TEAM REGARDING POTENTIAL
            STIPULATION TO DISCUSS WITH DOJ ATTORNEY IN LIGHT OF SECRETARY'S
            ADMISSIONS THAT 2006 AND 2007 CLOSING AGREEMENTS ARE VALID AND
            ENFORCEABLE AND THAT DEBTOR CAN CONTINUE TO AMORTIZE THE TAX ASSETS;
            COMMUNICATIONS TO S&R ON SAME, AND SUGGESTIONS FOR THE STIPULATION.
            **ARTURO J. GARCIA SOLA**              .40   hrs.

02/23/16    REVIEW AND RESPOND TO COMMUNICATION FROM F. OLANDER RE: DRAFT
            STIPULATION.
            **ARTURO J. GARCIA SOLA**              .20   hrs.

02/24/16    REVIEW AND RESPOND TO VARIOUS COMMUNICATIONS FROM A. GLICKMAN, F.
            OLANDER, B. PFEIFFER AND T. KIM RE: DFC STIPULATION AND ORDER
            DISMISSING ADVERSARY PROCEEDING.
            **ARTURO J. GARCIA SOLA**              .80   hrs.

02/24/16    REVIEW STRING OF ELECTRONIC COMMUNICATIONS REGARDING STIPULATION WITH
            THE DEPARTMENT OF JUSTICE AND RELATED ISSUES.
            **ISIS R. CARBALLO IRIGOYEN**          .30   hrs.

02/24/16    VARIOUS COMMUNICATIONS TO AND FROM M. RODRIGUEZ RE: STIPULATION AND
            ORDER DISMISSING ADVERSARY PROCEEDINGS AND VARIOUS TELEPHONE
            CONFERENCES WITH HER ON APPROVAL OF STIPULATION AND CONSENT TO
            CANCELLATION OF STATUS CONFERENCE IN LIGHT OF STIPULATION.
            **ARTURO J. GARCIA SOLA**              .70   hrs.

02/25/16    REVIEW STRING OF ELECTRONIC COMMUNICATIONS REGARDING STIPULATION AND
            CONFERENCE WITH A. GARCIA ON NEXT STEPS.
            **ISIS R. CARBALLO IRIGOYEN**          .30   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                         Page  10      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

**Taxable Entries:**

### Summary of Fees

|                             | Hours  | Rate/Hr | Dollars    |
|-----------------------------|--------|---------|------------|
| ARTURO J. GARCIA SOLA       | 17.40  | 360.00  | 6,264.00   |
| ISIS R. CARBALLO IRIGOYEN   | 26.30  | 360.00  | 9,468.00   |
| LEYLA GONZALEZ IBARRIA      | 4.90   | 290.00  | 1,421.00   |
| RAFAEL PEREZ-BACHS          | 15.10  | 330.00  | 4,983.00   |
| RUBÉN MÉNDEZ BENABE         | 5.70   | 240.00  | 1,368.00   |
| XENIA VELEZ                 | .80    | 360.00  | 288.00     |
| YAMARY I. GONZALEZ BERRIOS  | 1.30   | 340.00  | 442.00     |
| TOTAL                       | 71.50  | 338.94  | 24,234.00  |

Total Fees for Professional Services....$      24,234.00

### Description of Reimbursable Costs

**Non Taxable Entries:**

| 02/03/16 | TELEPHONE CALL TO 12127562000 (02/03/16) (9:59:00 AM) (5632). | $ | 0.58 |
|----------|---------------------------------------------------------------|---|------|
| 02/04/16 | TELEPHONE CALL TO 12127562352 (02/04/16) (2:33:00 PM) (5632). | $ | 1.74 |
| 02/10/16 | REPRODUCTION CHARGES (59) COPIES (03305) (02/10/16) (MVLASER). | $ | 5.90 |
| 02/10/16 | REPRODUCTION CHARGES (59) COPIES (03305) (02/10/16) (MVLASER). | $ | 5.90 |
| 02/10/16 | REPRODUCTION CHARGES (59) COPIES (03305) (02/10/16) (MVLASER). | $ | 5.90 |
| 02/12/16 | TELEPHONE CALL TO 12127562095 (02/12/16) (2:32:00 PM) (5632). | $ | 4.06 |

**Taxable Entries:**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

DAN KUSNETZ, ESQ.                                               May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10272244
SCHULTE ROTH & ZABEL LLP                                        Page  11     AJG
919 3RD AVENUE
NEW YORK, NY 10022


                    Total Reimbursable Costs................$          24.08

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

## REMITTANCE ADVICE

DAN KUSNETZ, ESQ.                                          May 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL   Invoice  10272244
SCHULTE ROTH & ZABEL LLP                                              AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                        Please include this Invoice #
                                        on your check stub.
                                        Our Tax ID # is 66-0226027

For Services Through March 31, 2016

Our Matter # 33433-0002
            POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
            VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services..................$      24,234.00

Reimbursable Costs..............................$          24.08

SUT for Fees ($         0.00 x 4%)............$           0.00

SUT for Costs ($        0.00 x 4%)...........$           0.00

**TOTAL DUE FOR THIS MATTER......................................$     24,258.08**

_____

If you wish to pay by wire, money transfers to our account should be made as follows:

    Bank Name:  Oriental Bank & Trust          ABA Number: 221571415
                Professional Office Park V      SWIFT Code: OBPRPRSJ
                997 San Roberto St. 5th Floor
                San Juan, P.R. 00926

    Account Name:  McConnell Valdés LLC         Account Number: 0815004163
                   270 Muñoz Rivera Ave.
                   Hato Rey, P.R. 00918

    Bank Officer:  Mrs. Olga Viera (787) 777-2103

    **PLEASE SPECIFY THE INVOICE COVERED BY THE TRANSFER AND INCLUDE YOUR PHYSICAL
    ADDRESS IN ALL WIRE TRANSFERS.**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR    00936-4225

---

DAN KUSNETZ, ESQ.                                              November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice   10279845
SCHULTE ROTH & ZABEL LLP                                             AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                        Please include this Invoice #
                                        on your check stub.
                                        Our Tax ID # is 66-0226027

For Services Through July 31, 2016

Our Matter # 33433-0002
           POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
           VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$      4,858.00

Reimbursable Costs...............................$          7.83

SUT for Fees ($         0.00 x 4%).............$          0.00

SUT for Costs ($        0.00 x 4%)...........$          0.00

**TOTAL DUE FOR THIS MATTER**......................................$      4,865.83

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

DAN KUSNETZ, ESQ.                                               November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10279845
SCHULTE ROTH & ZABEL LLP                                        Page   1      AJG
919 3RD AVENUE
NEW YORK, NY 10022


For Services Through July 31, 2016

Our Matter # 33433-0002
            POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
            VALUE OF CERTAIN DFC TAX ATTRIBUTES


                    Description of Professional Services

**Non Taxable Entries:**

07/12/16    REVIEW ELECTRONIC COMMUNICATION FROM CLIENT REGARDING CREATION OF
            LEGAL ENTITY AND RELATED DOCUMENTATION.  ANALYSIS OF TAX ISSUES
            RAISED.
            **ISIS R. CARBALLO IRIGOYEN**           .30   hrs.


07/13/16    REVIEW DOCUMENTS RELATED TO ORGANIZATION OF NEW LEGAL ENTITY AND
            ANALYSIS OF INTERPLAY WITH STIPULATION AND CLOSING AGREEMENTS.
            CONFERENCE WITH A. ESCUDERO ON THIS MATTER.
            **ISIS R. CARBALLO IRIGOYEN**          1.80   hrs.


07/13/16    RESEARCH REGARDING MINIMUM REQUIREMENTS FOR CERTIFICATE OF
            INCORPORATION.
            **EDUARDO NÚÑEZ PORTELA**              1.50   hrs.


07/14/16    RESEARCH OF PUERTO RICO'S GENERAL CORPORATIONS ACT REGARDING
            PROVISIONS RELEVANT TO BYLAWS AND CERTIFICATES OF INCORPORATION;
            DRAFTING BYLAWS FOR DTA HOLDING CORP.
            **EDUARDO NÚÑEZ PORTELA**              7.50   hrs.


07/14/16    ADVICE IN CONNECTION WITH PARED-DOWN, SINGLE PURPOSE REORGANIZED
            CERTIFICATE OF INCORPORATION AND BY LAWS.
            **ANTONIO ESCUDERO-VIERA**            1.50   hrs.


07/15/16    FINALIZE DRAFT PARED-DOWN CERTIFICATE OF INCORPORATION AND BY LAWS
            FOR REORGANIZED ENTITY.
            **ANTONIO ESCUDERO-VIERA**            1.00   hrs.


07/15/16    REVIEW CORPORATE DOCUMENTS PREPARED BY A. ESCUDERO FOR DTA HOLDING
            (CERTIFICATE OF INCORPORATION AND BY-LAWS; DISCUSSION WITH A.
            ESCUDERO AND I. CARBALLO RE: ISSUES RAISED BY T. KIM; TELEPHONE
            CONFERENCE WITH T. KIM ON SAME.
            **ARTURO J. GARCIA SOLA**             1.00   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

DAN KUSNETZ, ESQ.                                                November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice   10279845
SCHULTE ROTH & ZABEL LLP                                         Page   2       AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

| Date | Description | | |
|---|---|---|---|
| 07/15/16 | DRAFTING REVISIONS TO BYLAWS AND CERTIFICATE OF INCORPORATION FOR DTA HOLDING CORP. | | |
| | **EDUARDO NÚÑEZ PORTELA** | .50 | hrs. |
| 07/15/16 | CONFERENCE WITH A. ESCUDERO AND A. GARCIA REGARDING IMPLICATIONS OF PROPOSED BANKRUPTCY RESTRUCTURING ON TAX CREDITS;   TELEPHONE CONFERENCE WITH T. KIM ON THIS MATTER. | | |
| | **ISIS R. CARBALLO IRIGOYEN** | .80 | hrs. |
| 07/16/16 | REVIEW REORGANIZATION PLAN AS IT RELATES TO THE REORGANIZED ENTITY AND THE PR TAX CREDITS. | | |
| | **ANTONIO ESCUDERO-VIERA** | 1.00 | hrs. |
| 07/18/16 | REVIEW ELECTRONIC COMMUNICATION FROM A. ESCUDERO REGARDING BANKRUPTCY REORGANIZATION. CONFERENCE WITH A. GARCIA REGARDING THIS ISSUE. TELEPHONE CONFERENCE WITH D. KUSNETZ, T. KIM AND A. GARCIA REGARDING EFFECT OF PROPOSED REORGANIZATION PLAN ON DFC AND THE PR TREASURY CLOSING AGREEMENTS. | | |
| | **ISIS R. CARBALLO IRIGOYEN** | .80 | hrs. |
| 07/18/16 | CONFERENCE CALL WITH D. KUSNETZ, B. PFEIFFER AND T. KIM (S&R) AND I. CARBALLO RE: EFFECT OF PROPOSED REORGANIZATION PLAN ON DFC AND THE PR TREASURY CLOSING AGREEMENTS; REVIEW COMMUNICATION FROM A. ESCUDERO ON SAME; REVIEW REVISED CERTIFICATE OF INCORPORATION AND BY-LAWS OF DFC. | | |
| | **ARTURO J. GARCIA SOLA** | 1.00 | hrs. |

Taxable Entries:

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| ANTONIO ESCUDERO-VIERA | 3.50 | 370.00 | 1,295.00 |
| ARTURO J. GARCIA SOLA | 2.00 | 370.00 | 740.00 |
| EDUARDO NÚÑEZ PORTELA | 9.50 | 155.00 | 1,472.50 |

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

DAN KUSNETZ, ESQ.                                          November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice   10279845
SCHULTE ROTH & ZABEL LLP                                    Page   3       AJG
919 3RD AVENUE
NEW YORK, NY 10022

| | | | |
|---|---|---|---|
| ISIS R. CARBALLO IRIGOYEN | 3.70 | 365.00 | 1,350.50 |
| TOTAL | 18.70 | 259.79 | 4,858.00 |

Total Fees for Professional Services....$        4,858.00

### Description of Reimbursable Costs

**Non Taxable Entries:**

| | | | |
|---|---|---|---|
| 05/05/16 | REPRODUCTION CHARGES (36) COPIES (00275) (05/05/16) (MVLASER). | $ | 3.60 |
| 05/05/16 | REPRODUCTION CHARGES (12) COPIES (00275) (05/05/16) (MVLASER). | $ | 1.20 |
| 05/05/16 | REPRODUCTION CHARGES (5) COPIES (00275) (05/05/16) (MVLASER). | $ | 0.50 |
| 05/05/16 | REPRODUCTION CHARGES (5) COPIES (00275) (05/05/16) (MVLASER). | $ | 0.50 |
| 05/26/16 | TELEPHONE CALL TO 12127562095 (05/26/16) (4:38:00 PM) (5632). | $ | 1.45 |
| 07/15/16 | TELEPHONE CALL TO 12127562000 (07/15/16) (6:07:00 PM) (5632). | $ | 0.58 |

**Taxable Entries:**

Total Reimbursable Costs...............$        7.83

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

---

## REMITTANCE ADVICE

DAN KUSNETZ, ESQ.                                                      November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL     Invoice  10279845
SCHULTE ROTH & ZABEL LLP                                                          AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                              Please include this Invoice #
                                              on your check stub.
                                              Our Tax ID # is 66-0226027

For Services Through July 31, 2016

Our Matter # 33433-0002
             POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
             VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services..................$     4,858.00

Reimbursable Costs.............................$         7.83

SUT for Fees ($        0.00 x 4%)............$         0.00

SUT for Costs ($       0.00 x 4%)...........$         0.00

**TOTAL DUE FOR THIS MATTER.......................................$     4,865.83**

---

If you wish to pay by wire, money transfers to our account should be made as follows:

     Bank Name:   Oriental Bank & Trust          ABA Number: 221571415
                  Professional Office Park V      SWIFT Code: OBPRPRSJ
                  997 San Roberto St. 5th Floor
                  San Juan, P.R. 00926

     Account Name:   McConnell Valdés LLC         Account Number: 0815004163
                     270 Muñoz Rivera Ave.
                     Hato Rey, P.R. 00918

     Bank Officer:   Mrs. Olga Viera (787) 777-2103

**PLEASE SPECIFY THE INVOICE COVERED BY THE TRANSFER AND INCLUDE YOUR PHYSICAL
ADDRESS IN ALL WIRE TRANSFERS.**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                          September 30, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10278544
SCHULTE ROTH & ZABEL LLP                                               AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                          Please include this Invoice #
                                          on your check stub.
                                          Our Tax ID # is 66-0226027

For Services Through August 31, 2016


Our Matter # 33433-0002
            POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
            VALUE OF CERTAIN DFC TAX ATTRIBUTES


Fees for Professional Services...................$      24,248.50

Reimbursable Costs...............................$          0.60

SUT for Fees ($          0.00 x 4%)............$          0.00

SUT for Costs ($         0.00 x 4%)...........$          0.00

**TOTAL DUE FOR THIS MATTER.....................................$      24,249.10**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                    September 30, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice  10278544
SCHULTE ROTH & ZABEL LLP                             Page   1      AJG
919 3RD AVENUE
NEW YORK, NY 10022


For Services Through August 31, 2016

Our Matter # 33433-0002
            POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
            VALUE OF CERTAIN DFC TAX ATTRIBUTES

### Description of Professional Services

**Non Taxable Entries:**

08/11/16    REVIEW PLANS OF REORGANIZATION FOR DORAL FINANCIAL CORPORATION AND
            DORAL PROPERTIES, INC.
            **YAMARY I. GONZALEZ BERRIOS**      1.50    hrs.


08/11/16    CONFERENCE WITH Y. GONZALEZ RE: TAX CONSEQUENCES OF TRANSFER OF
            ASSETS TO LIQUIDATING TRUST.
            **XENIA VELEZ**                      .30    hrs.


08/11/16    ANALYSIS OF PUERTO RICO TAXATION OF GRANTOR TRUSTS AND TAX TREATMENT
            OF RESTRUCTURING.
            **YAMARY I. GONZALEZ BERRIOS**      2.00    hrs.


08/11/16    ANALYSIS AND CONSIDERATION OF PUERTO RICO INCOME TAX CONSEQUENCES OF
            TRANSFER OF ASSETS TO LIQUIDATING TRUST UNDER CHAPTER 11.
            **YAMARY I. GONZALEZ BERRIOS**      3.30    hrs.


08/12/16    CONFERENCE WITH Y. GONZALEZ TO DISCUSS PR TAX CONSEGUENCES OF
            TRANSFER OF ASSETS TO LIQUIDATING TRUST.
            **ISIS R. CARBALLO IRIGOYEN**       1.00    hrs.


08/12/16    FURTHER RESEARCH OF SOURCING RULES FOR PAYMENTS TO NONRESIDENT
            CREDITORS.
            **YAMARY I. GONZALEZ BERRIOS**      1.50    hrs.


08/12/16    CONFERENCE WITH X. VELEZ, I. CARBALLO AND R. CABAÑAS RE: TAXATION OF
            TRANSFER OF ASSETS TO LIQUIDATING TRUST. FURTHER RESEARCH OF SOURCING
            RULES FOR PAYMENTS TO NONRESIDENT CREDITORS.
            **YAMARY I. GONZALEZ BERRIOS**       .50    hrs.


08/12/16    PREPARATION OF OUTLINE RE: TAX TREATMENT OF TRANSFER OF ASSETS TO
            LIQUIDATING TRUST.
            **YAMARY I. GONZALEZ BERRIOS**      2.80    hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                    September 30, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10278544
SCHULTE ROTH & ZABEL LLP                             Page   2     AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

08/12/16    SUT IMPLICATIONS TO TRANSFER OF ASSETS TO CREDITORS.
            **MARIANA M. CONTRERAS GOMEZ**        .50   hrs.

08/12/16    PR TAX TREATMENT APPLICABLE TO LIQUIDATING TRUSTS.
            **MARIANA M. CONTRERAS GOMEZ**       1.00   hrs.

08/12/16    EVALUATION AND ANALYZE RELATED TO POTENTIAL PUERTO RICO TAX
            CONSIDERATIONS OF PROPOSED TRANSFER OF CERTAIN ASSETS TO CREDITOR
            LIQUIDATING TRUST TO BE ESTABLISHED.
            **ROBERTO L. CABAÑAS**               4.50   hrs.

08/12/16    ANALYSIS AND CONSIDERATION OF TAX TREATMENT OF TRANSFER OF ASSETS TO
            LIQUIDATING TRUST.
            **YAMARY I. GONZALEZ BERRIOS**       1.00   hrs.

08/12/16    RESEARCH AND ANALYSIS OF TAXATION OF TRANSFER OF ASSETS TO
            LIQUIDATING TRUSTS.
            **ISIS R. CARBALLO IRIGOYEN**        2.50   hrs.

08/12/16    RESEARCH: PR TAX IMPLICATIONS OF TRANSFER OF DEBTOR'S ASSETS TO
            LIQUIDATING TRUST.
            **MARIANA M. CONTRERAS GOMEZ**       1.50   hrs.

08/12/16    REVIEW WRITE UP RE: LIQUIDATING TRUST. CONSIDER ISSUES RELATING
            THERETO.
            **XENIA VELEZ**                       .50   hrs.

08/14/16    FURTHER ANALYSIS AND CONSIDERATION OF APPLICABLE SOURCING RULES ON
            THE TRANSFER OF ASSETS TO A LIQUIDATING TRUST.
            **YAMARY I. GONZALEZ BERRIOS**       1.70   hrs.

08/14/16    REVIEW DRAFT OF DISCUSSION OUTLINE RE: SOURCING RULES APPLICABLE TO
            THE TRANSFER OF ASSETS TO LIQUIDATING TRUST.
            **YAMARY I. GONZALEZ BERRIOS**        .80   hrs.

08/15/16    DRAFT MEMORANDUM TO TEAM RE: WITHHOLDING OF TAXES AS MAY BE REQUIRED
            BY LOCAL, NOT FEDERAL, LAW: 11 U.S.C. 346(H); ITS LEGISLATIVE HISTORY
            AND TREATMENT OF THE MATTER BY COLLIER TREATISE.
            **RAFAEL PEREZ-BACHS**               2.00   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                    September 30, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10278544
SCHULTE ROTH & ZABEL LLP                             Page   3      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

08/15/16   REVIEW AMENDED PLAN OF REORGANIZATION AND AMENDED DISCLOSURE
           STATEMENT, WITH PARTICULAR ATTENTION TO SECTION 8.09 OF THE AMENDED
           PLAN AND PART IX.B.6 OF THE AMENDED DISCLOSURE STATEMENT.
           **RAFAEL PEREZ-BACHS**             2.50   hrs.

08/15/16   CHECK UPDATED SDNY BANKRUPTCY COURT DOCKET.
           **RAFAEL PEREZ-BACHS**              .30   hrs.

08/15/16   FURTHER DISCUSSION WITH MCV TEAM RE: ISSUE OF TAX TREATMENT OF
           PAYMENTS TO CREDITORS FROM TRUST UNDER REORGANIZATION PLAN.
           **ARTURO J. GARCIA SOLA**           .50   hrs.

08/15/16   ATTEND CONFERENCE CALL WITH DFC AND UCC COUNSEL RE: TAX TREATMENT OF
           TRANSFER OF ASSETS FROM DFC TO GRANTOR TRUST.
           **ARTURO J. GARCIA SOLA**          1.00   hrs.

08/15/16   TELEPHONE CONFERENCE WITH DFC AND UCC COUNE: PUERTO RICO TAX
           CONSIDERATIONS OF PROPOSED TRANSFER OF ASSETS AND PUERTO RICO TAX
           ISSUES RELATED THEREWITH.
           **ROBERTO L. CABAÑAS**             1.00   hrs.

08/15/16   CONFERENCE WITH I. CARBALLO RE: RECORDING FEES FOR REAL ESTATE
           TRANSFER TO LIQUIDATING TRUST.
           **PAUL R. CORTES REXACH**           .50   hrs.

08/15/16   LEGAL ANALYSIS AND RESEARCH OF WITHHOLDING AND NOTIFICATION
           REQUIREMENTS IN PUERTO RICO IN CONNECTION WITH PAYMENTS TO CREDITORS
           IN BANKRUPTCY BY LIQUIDATING TRUST ORGANIZED IN THE U.S.
           **ISIS R. CARBALLO IRIGOYEN**      3.50   hrs.

08/15/16   TELEPHONE CONFERENCE WITH R. CABANAS, A. GARCIA AND GROUP FROM
           SCHULTE ROTH ON TAX ISSUES RELATED TO THE TRANSFER OF ASSETS TO
           LIQUIDATING TRUSTS AND PAYMENTS TO CREDITORS.
           **ISIS R. CARBALLO IRIGOYEN**      1.00   hrs.

08/15/16   SUT IMPLICATIONS TO TRANSFER OF ASSETS TO CREDITORS.
           **MARIANA M. CONTRERAS GOMEZ**     1.80   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                        September 30, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice   10278544
SCHULTE ROTH & ZABEL LLP                                 Page   4     AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

08/15/16   REVIEW AND CONSIDERATION OF DOCUMENTS RECEIVED FROM T. KIM TO PREPARE
           FOR CONFERENCE CALL REGARDING ISSUE OF TAX TREATMENT OF TRANSFER OF
           ASSETS FROM DFC TO GRANTOR TRUST CREATED UNDER REORGANIZATION PLAN.
           **ARTURO J. GARCIA SOLA**          1.00   hrs.

08/15/16   REVIEW AND ANALYSIS OF INCOME TAX AND SALES AND USE TAX ISSUES
           RELATED TO TRANSFER OF ASSETS TO LIQUIDATING TRUST IN BANKRUPTCY.
           **ISIS R. CARBALLO IRIGOYEN**      2.00   hrs.

08/15/16   FURTHER ANALYSIS OF OVERALL PUERTO RICO TAX CONSIDERATIONS OF
           PROPOSED SETTLEMENT  OF LIQUIDATING TRUST.
           **ROBERTO L. CABAÑAS**             3.00   hrs.

08/15/16   RESEARCH: PR TAX IMPLICATIONS OF TRANSFER OF DEBTOR'S ASSETS TO
           LIQUIDATING TRUST.
           **MARIANA M. CONTRERAS GOMEZ**     1.00   hrs.

08/15/16   ANALYSIS AND CONSIDERATION OF PUERTO RICO FILING AND REPORTING
           REQUIREMENTS OF A LIQUIDATING TRUST CREATED UNDER CHAPTER 11 OF THE
           BANKRUPTCY CODE INCLUIDING  APPLICATION OF THE 7% WITHHOLDING ON
           SETTLEMENT PAYMENTS.
           **YAMARY I. GONZALEZ BERRIOS**     1.80   hrs.

08/15/16   VARIOUS TELEPHONE CONFERENCES WITH  A. GARCIA , R. CABAÑAS , AND  I.
           CARBALLO  RE: QUESTION OF WITHHOLDING OF TAXES FROM
           PAYMENTS/DISTRIBUTIONS UNDER CONFIRMED PLAN OF REORGANIZATION.
           **RAFAEL PEREZ-BACHS**              .50   hrs.

08/15/16   REVIEW AMENDED PLAN OF REORGANIZATION FOR DORAL FINANCIAL CORPORATION
           AND PLAN OF LIQUIDATION OF DORAL PROPERTIES, INC. RE:  EXEMPTION
           FORMS PAYMENT OF RECORDING FEES.
           **PAUL R. CORTES REXACH**          1.50   hrs.

08/16/16   FINAL REVISION OF MEMORANDUM RE: TAX WITHHOLDING AS REQUIRED BY
           LOCAL, NOT FEDERAL LAW.
           **RAFAEL PEREZ-BACHS**             1.30   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225
_____

DAN KUSNETZ, ESQ.                                          September 30, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10278544
SCHULTE ROTH & ZABEL LLP                                   Page   5      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

08/16/16   ANALYSIS AND CONSIDERATION OF FILING AND REPORTING REQUIREMENTS OF A
           FOREIGN GRANTOR TRUST UNDER THE PROVISIONS OF THE PR CODE,
           SPECIFICALLY WHETHER PAYMENTS UNDER THE PLAN OF REORGANIZATION SHOULD
           BE CONSIDERED SETTLEMENT PAYMENTS SUBJECT TO THE 7% WITHHOLDING TAX.
           **YAMARY I. GONZALEZ BERRIOS**         .80   hrs.

08/16/16   RESEARCH: PR TAX REPORTING APPLICABLE TO PAYMENTS MADE TO CREDITORS.
           **MARIANA M. CONTRERAS GOMEZ**       2.50   hrs.

08/16/16   REVIEW RELEVANT PUERTO RICO CONSIDERATIONS REGARDING A DEEMED
           TRANSFER FROM DEBTOR TO CREDITORS.
           **ROBERTO L. CABAÑAS**               .50   hrs.

08/16/16   REVIEW SDNY BANKRUPTCY COURT DKT. 703, AUGUST 10, 2016: FINDINGS OF
           FACT, CONCLUSION OF LAW, AND CONFIRMATION ORDER FOR DORAL FINANCIAL
           JUNE 1, 2016 AMENDED PLAN OF REORGANIZATION.
           **RAFAEL PEREZ-BACHS**               .50   hrs.

08/17/16   RESEARCH: PR TAX REPORTING AND WITHHOLDING APPLICABLE TO PAYMENTS
           MADE TO CREDITORS.
           **MARIANA M. CONTRERAS GOMEZ**       3.00   hrs.

08/17/16   CONFERENCE WITH M. CONTRERAS RE: FILING AND REPORTING OBLIGATIONS
           UNDER THE PUERTO RICO CODE OF A FOREIGN GRANTOR TRUST.
           **YAMARY I. GONZALEZ BERRIOS**        .50   hrs.

08/18/16   RESEARCH: REPORTING APPLICABLE TO GRANTOR TRUSTS IN PUERTO RICO,
           INCLUDING  PR TAX REPORTING APPLICABLE TO PAYMENT OF DEBT AND
           DISCHARGE OF INDEBTEDNESS.
           **MARIANA M. CONTRERAS GOMEZ**       4.50   hrs.

08/19/16   PREPARE SUMMARY WITH TAX IMPLICATIONS OF MAKING PAYMENTS TO
           CREDITORS,  INCLUDES SUMMARY OF PR WITHHOLDING AND REPORTING TAX
           IMPLICATIONS ON PAYMENTS MADE BY CREDITOR'S LIQUIDATING TRUST.
           **MARIANA M. CONTRERAS GOMEZ**       3.50   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

DAN KUSNETZ, ESQ.                                    September 30, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice   10278544
SCHULTE ROTH & ZABEL LLP                             Page   6      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

08/23/16    REVIEW AND ANALYSIS OF FINDINGS RE: REPORTING, WITHHOLDING AND FILING
            OBLIGATIONS UNDER THE PUERTO RICO CODE OF A LIQUIDATING TRUST CREATED
            UNDER CHAPTER 11 OF THE BANKRUPTCY CODE.
            **YAMARY I. GONZALEZ BERRIOS**        1.80   hrs.

08/24/16    ANALYSIS AND CONSIDERATION OF CHARACTERIZATION OF THE TRUST FOR TAX
            PURPOSES AS EITHER A SETTLEMENT FUND OR ESCROW ACCOUNT TO DETERMINE
            WHEN THE WITHHOLDING TAX OBLIGATIONS ARISES.
            **YAMARY I. GONZALEZ BERRIOS**         .80   hrs.

**Taxable Entries:**

### Summary of Fees

|                             | Hours | Rate/Hr | Dollars   |
|-----------------------------|-------|---------|-----------|
| ARTURO J. GARCIA SOLA        | 2.50  | 370.00  | 925.00    |
| ISIS R. CARBALLO IRIGOYEN    | 10.00 | 365.00  | 3,650.00  |
| MARIANA M. CONTRERAS GOMEZ   | 19.30 | 295.00  | 5,693.50  |
| PAUL R. CORTES REXACH        | 2.00  | 330.00  | 660.00    |
| RAFAEL PEREZ-BACHS           | 7.10  | 340.00  | 2,414.00  |
| ROBERTO L. CABAÑAS           | 9.00  | 370.00  | 3,330.00  |
| XENIA VELEZ                  | .80   | 370.00  | 296.00    |
| YAMARY I. GONZALEZ BERRIOS   | 20.80 | 350.00  | 7,280.00  |
| TOTAL                        | 71.50 | 339.14  | 24,248.50 |

Total Fees for Professional Services....$    24,248.50

### Description of Reimbursable Costs

**Non Taxable Entries:**

08/15/16   REPRODUCTION CHARGES (2) COPIES (01065)            $          0.20
           (08/15/16) (MVLASER).
08/15/16   REPRODUCTION CHARGES (1) COPIES (01065)            $          0.10
           (08/15/16) (MVLASER).

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

DAN KUSNETZ, ESQ.                                              September 30, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice   10278544
SCHULTE ROTH & ZABEL LLP                                      Page   7     AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Reimbursable Costs (cont.)

| Date | Description | | Amount |
|------|-------------|---|--------|
| 08/15/16 | REPRODUCTION CHARGES (2) COPIES (01065) (08/15/16) (MVLASER). | $ | 0.20 |
| 08/17/16 | REPRODUCTION CHARGES (1) COPIES (01065) (08/17/16) (MVLASER). | $ | 0.10 |

**Taxable Entries:**

Total Reimbursable Costs...............$          0.60

**IN ACCOUNT WITH**

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

_____

## REMITTANCE ADVICE

DAN KUSNETZ, ESQ.                                              September 30, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL    Invoice  10278544
SCHULTE ROTH & ZABEL LLP                                                    AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                        Please include this Invoice #
                                        on your check stub.
                                        Our Tax ID # is 66-0226027

For Services Through August 31, 2016

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$      24,248.50

Reimbursable Costs...............................$          0.60

SUT for Fees ($          0.00 x 4%)............$          0.00

SUT for Costs ($          0.00 x 4%)...........$          0.00

**TOTAL DUE FOR THIS MATTER.......................................$      24,249.10**

_____

If you wish to pay by wire, money transfers to our account should be made as follows:

     Bank Name:   Oriental Bank & Trust          ABA Number: 221571415
                  Professional Office Park V      SWIFT Code: OBPRPRSJ
                  997 San Roberto St. 5th Floor
                  San Juan, P.R. 00926

     Account Name:   McConnell Valdés LLC         Account Number: 0815004163
                     270 Muñoz Rivera Ave.
                     Hato Rey, P.R. 00918

     Bank Officer:   Mrs. Olga Viera (787) 777-2103

     **PLEASE SPECIFY THE INVOICE COVERED BY THE TRANSFER AND INCLUDE YOUR PHYSICAL
     ADDRESS IN ALL WIRE TRANSFERS.**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR    00936-4225

DAN KUSNETZ, ESQ.                                          November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice    10279889
SCHULTE ROTH & ZABEL LLP                                                AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                     Please include this Invoice #
                                     on your check stub.
                                     Our Tax ID # is 66-0226027

For Services Through September 30, 2016

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$      12,395.00

Reimbursable Costs...............................$           1.00

SUT for Fees ($          0.00 x 4%)............$           0.00

SUT for Costs ($         0.00 x 4%)...........$           0.00

**TOTAL DUE FOR THIS MATTER**.....................................$      12,396.00

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

---

DAN KUSNETZ, ESQ.                                          November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice   10279889
SCHULTE ROTH & ZABEL LLP                                   Page   1      AJG
919 3RD AVENUE
NEW YORK, NY 10022


For Services Through September 30, 2016

Our Matter # 33433-0002
          POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
          VALUE OF CERTAIN DFC TAX ATTRIBUTES


                    Description of Professional Services

**Non Taxable Entries:**

09/01/16   DISCUSSION WITH Y. GONZÁLEZ AND R. CABAÑAS RE: TAX REPORTING
           APPLICABLE TO TRANSFERS MADE TO LIQUIDATING TRUST.
           **MARIANA M. CONTRERAS GOMEZ**          .30   hrs.


09/01/16   CONFERENCE WITH M. CONTRERAS RE: WITHHOLDING AND REPORTING
           OBLIGATIONS ON PAYMENTS MADE BY THE LIQUIDATING TRUST TO ALLOWED
           CREDITORS.
           **YAMARY I. GONZALEZ BERRIOS**          .20   hrs.


09/01/16   REVIEW PROVISIONS UNDER THE REORGANIZATION PLAN.
           **YAMARY I. GONZALEZ BERRIOS**          .60   hrs.


09/01/16   REVIEW PLAN OF REORGANIZATION TO ANALYZE NATURE OF DEBTS TRANSFERRED.
           **MARIANA M. CONTRERAS GOMEZ**        1.20   hrs.


09/01/16   REVIEW SUMMARY OF TAX REPORTING OBLIGATIONS.
           **MARIANA M. CONTRERAS GOMEZ**        1.00   hrs.


09/13/16   ANALYSIS OF ISSUES AND REVISE OUTLINE ON WITHHOLDING OBLIGATION ON
           SETTLEMENT PAYMENTS IN BANKRUPTCY COURT.
           **ISIS R. CARBALLO IRIGOYEN**        1.00   hrs.


09/14/16   DISCUSSION WITH I. CARBALLO RE: PUERTO RICO TAX REPORTING OBLIGATIONS
           APPLICABLE TO TRUST.
           **MARIANA M. CONTRERAS GOMEZ**          .30   hrs.


09/14/16   PREPARATION OF, REVISE AND SEND ELECTRONIC COMMUNICATION TO CLIENT
           REGARDING PUERTO RICO TAX CONSEQUENCES OF SETTLEMENT PAYMENTS BY
           TRUSTEE.
           **ISIS R. CARBALLO IRIGOYEN**          .20   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR  00936-4225

DAN KUSNETZ, ESQ.                                          November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice  10279889
SCHULTE ROTH & ZABEL LLP                                   Page  2      AJG
919 3RD AVENUE
NEW YORK, NY 10022

## Description of Professional Services (cont.)

09/14/16    REVISE MEMORANDUM TO CLIENT REGARDING PUERTO RICO TAX CONSEQUENCES OF
            SETTLEMENT PAYMENTS BY TRUST/TRUSTEE, IN LIGHT OF ANALYSIS OF ISSUES
            RAISED.
            **ISIS R. CARBALLO IRIGOYEN**        1.30    hrs.

09/20/16    CONFERENCE WITH I. CARBALLO RE: WITHHOLDING ON DISTRIBUTIONS FROM THE
            LIQUIDATING TRUST.
            **YAMARY I. GONZALEZ BERRIOS**        .80    hrs.

09/20/16    ANALYSIS OF ISSUES RELATED TO 7% WITHHOLDING TAX ON SETTLEMENT
            PAYMENTS MADE TO RESIDENTS OF PUERTO RICO.
            **ISIS R. CARBALLO IRIGOYEN**        2.50    hrs.

09/21/16    ANALYSIS OF TAXATION OF SETTLEMENT PAYMENTS IN LIGHT OF LIST OF
            SETTLEMENT PAYMENTS SENT BY CLIENT CLAIMS.
            **ISIS R. CARBALLO IRIGOYEN**        3.00    hrs.

09/21/16    ANALYSIS AND CONSIDERATION OF PUERTO RICO INCOME TAX TREATMENT OF
            DISTRIBUTIONS FROM LIQUIDATING TRUSTS.
            **YAMARY I. GONZALEZ BERRIOS**        1.80    hrs.

09/21/16    CONSIDER RELATED TAX TREATMENT, UNDER THE PR CODE OF DEFERRED CLAIMS.
            **CARLOS J. VILLAFAÑE**        .50    hrs.

09/21/16    CONFERENCE WITH I. CARBALLO AND Y. GONZALEZ TO DISCUSS POSSIBLE TAX
            CONSEQUENCES OF DEFERRED CLAIM SETTLEMENT AND RELATED TAX ISSUES.
            **CARLOS J. VILLAFAÑE**        .50    hrs.

09/21/16    REVIEW MEMO RELATED TO TAX REPORTING OBLIGATIONS.
            **MARIANA M. CONTRERAS GOMEZ**        .80    hrs.

09/21/16    REVIEW INFORMATION PROVIDED RE: ALLOWED AND DISPUTED CLAIMS.
            **YAMARY I. GONZALEZ BERRIOS**        1.00    hrs.

09/21/16    DISCUSS MEMO WITH I. CARBALLO RE: TAX REPORTING OBLIGATIONS.
            **MARIANA M. CONTRERAS GOMEZ**        .20    hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

DAN KUSNETZ, ESQ.                                              November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice   10279889
SCHULTE ROTH & ZABEL LLP                                      Page   3      AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

09/22/16   TELEPHONE CONFERENCE WITH D. KUSNETZ AND Y. GONZALEZ TO DISCUSS
           WITHHOLDING AND REPORTING ISSUES ON PAYMENTS TO BE MADE BY THE
           TRUST/TRUSTEE.
           **ISIS R. CARBALLO IRIGOYEN**        1.00   hrs.

09/22/16   REVIEW OF UNSECURED CREDITORS LIST TO DETERMINE WHETHER TRUST/TRUSTEE
           MUST WITHHOLD TAXES FROM PAYMENTS TO BE MADE UNDER NEW YORK
           BANKRUPTCY COURT.
           **ISIS R. CARBALLO IRIGOYEN**        1.50   hrs.

09/22/16   TELEPHONE CONFERENCE RE: PUERTO RICO WITHHOLDING LIABILITY ON
           PAYMENTS MADE FROM THE LIQUIDATING TRUST.
           **YAMARY I. GONZALEZ BERRIOS**       1.00   hrs.

09/28/16   REVIEW DOCUMENTS SENT BY CLIENT TO DETERMINE PUERTO RICO TAXATION OF
           POTENTIAL PAYMENTS TO UNSECURED CREDITORS.
           **ISIS R. CARBALLO IRIGOYEN**        1.30   hrs.

09/28/16   PREPARATION OF, REVISE AND SEND ELECTRONIC COMMUNICATION TO CLIENT
           WITH QUESTIONS AND COMMENTS.
           **ISIS R. CARBALLO IRIGOYEN**         .20   hrs.

09/29/16   CONFERENCE WITH C. VILLAFANE RE: INCOME TAX TREATMENT OF PAYMENT FOR
           SERVICES.
           **YAMARY I. GONZALEZ BERRIOS**        .30   hrs.

09/29/16   CONSIDER APPLICABLE TAX WITHHOLDING AND REPORTING ON VARIOUS CLAIMS
           IN PARTICULAR SEVERANCE DISTRIBUTION IN PREPARATION FOR CONFERENCE
           CALL TO DISCUSS THE SAME.
           **CARLOS J. VILLAFAÑE**              1.80   hrs.

09/29/16   ANALYSIS AND CONSIDERATION OF INFORMATION PROVIDED RE: ALLOWED CLAIMS
           AND CLAIMS SUBJECT TO FURTHER EVALUATION.
           **YAMARY I. GONZALEZ BERRIOS**       1.00   hrs.

09/30/16   REVIEW REORGANIZATION AGREEMENT RE: TRANSFER OF ASSETS TO LIQUIDATING
           TRUST, OBLIGATION OF DEBTOR AFTER SUCH TRANSFER AND TAX TREATMENT OF
           SUCH TRANSFER UNDER THE PR CODE. AND U.S. CODE.
           **YAMARY I. GONZALEZ BERRIOS**       3.30   hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

DAN KUSNETZ, ESQ.                                      November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice   10279889
SCHULTE ROTH & ZABEL LLP                               Page    4       AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

09/30/16    CONFERENCE WITH Y. GONZALEZ REGARDING TAX WITHHOLDING ISSUES RELATED
            TO SETTLEMENT PAYMENTS TO BE MADE BY TRUST/TRUSTEE IN PREPARATION FOR
            CALL TODAY.
            **ISIS R. CARBALLO IRIGOYEN**          .50    hrs.

09/30/16    FURTHER ANALYSIS AND CONSIDERATION OF ISSUES RELATED TO PUERTO RICO
            WITHHOLDING TAX OBLIGATION OF TRUST/TRUSTEE REGARDING VARIOUS TYPES
            OF SETTLEMENT PAYMENTS.
            **ISIS R. CARBALLO IRIGOYEN**         1.00    hrs.

09/30/16    TELEPHONE CONFERENCE WITH D. KUSNETZ AND B. RIPP FROM SCHULTE ROTH,
            Y. GONZALEZ AND C. VILLAFAÑE OF McCONNELL VALDES REGARDING PUERTO
            RICO TAX WITHHOLDING ISSUES RELATED TO SETTLEMENT PAYMENTS TO BE MADE
            BY TRUST/TRUSTEE IN BANKRUPTCY.
            **ISIS R. CARBALLO IRIGOYEN**         1.00    hrs.

09/30/16    REVISE DRAFT OF OUTLINE REGARDING RULES TO DETERMINE PUERTO RICO
            WITHHOLDING TAX OBLIGATIONS OF TRUST/TRUSTEE IN BANKRUPTCY;
            PREPARATION OF, REVISE AND SEND ELECTRONIC COMMUNICATION WITH THIS
            OUTLINE TO D. KUSNETZ OF SCHULTE ROTH.
            **ISIS R. CARBALLO IRIGOYEN**          .50    hrs.

09/30/16    PREPARE FOR CONFERENCE CALL WITH B. RIPP TO DISCUSS APPLICABLE TAX
            WITHHOLDING AND REPORTING OF DIFFERENT CLAIMS TO BE MADE BY THE
            TRUSTEE OF DFC.
            **CARLOS J. VILLAFAÑE**              1.30    hrs.

09/30/16    CONFERENCE CALL WITH B. RIPP, Y. GONZALEZ AND I. CARBALLO DISCUSSING
            APPLICABLE TAX WITHHOLDING AND REPORTING OF DIFFERENT CLAIMS.
            **CARLOS J. VILLAFAÑE**              1.00    hrs.

09/30/16    WORK ON APPLICABLE PR TAX WITHHOLDING AND REPORTING OF SEVERANCE /
            EMPLOYMENT SETTLEMENT CLAIMS.
            **CARLOS J. VILLAFAÑE**               .80    hrs.

09/30/16    CONFERENCE WITH I. CARBALLO AND C. VILLAFANE RE; CHARACTERIZATION OF
            PAYMENTS TO BE MADE BY LT AND POTENTIAL INCOME TAX LIABILITY.
            TELEPHONE CONFERENCE WITH D.KUSNETZ RE: SAME.
            **YAMARY I. GONZALEZ BERRIOS**         .50    hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

```
DAN KUSNETZ, ESQ.                                      November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice   10279889
SCHULTE ROTH & ZABEL LLP                               Page    5       AJG
919 3RD AVENUE
NEW YORK, NY 10022
```

### Description of Professional Services (cont.)

09/30/16   DISCUSSION WITH Y. GONZÁLEZ AND I. CARBALLO RE: REPORTING TAX OBLIGATIONS.
**MARIANA M. CONTRERAS GOMEZ**       .30   hrs.

09/30/16   REVIEW PLAN OF REORGANIZATION TO DETERMINE REPORTING TAX OBLIGATIONS.
**MARIANA M. CONTRERAS GOMEZ**       .70   hrs.

**Taxable Entries:**

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| CARLOS J. VILLAFAÑE | 5.90 | 310.00 | 1,829.00 |
| ISIS R. CARBALLO IRIGOYEN | 15.00 | 365.00 | 5,475.00 |
| MARIANA M. CONTRERAS GOMEZ | 4.80 | 295.00 | 1,416.00 |
| YAMARY I. GONZALEZ BERRIOS | 10.50 | 350.00 | 3,675.00 |
| TOTAL | 36.20 | 342.40 | 12,395.00 |

Total Fees for Professional Services....$       12,395.00

### Description of Reimbursable Costs

**Non Taxable Entries:**
09/29/16   REPRODUCTION CHARGES (10) E-COPIES (00275)          $          1.00
(09/29/16) (MVSCN09A).

**Taxable Entries:**

Total Reimbursable Costs...............$          1.00

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

## REMITTANCE ADVICE

DAN KUSNETZ, ESQ.                                              November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL    Invoice  10279889
SCHULTE ROTH & ZABEL LLP                                                      AJG
919 3RD AVENUE
NEW YORK, NY 10022

Please include this Invoice #
on your check stub.
Our Tax ID # is 66-0226027

For Services Through September 30, 2016

Our Matter # 33433-0002
        POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
        VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$    12,395.00

Reimbursable Costs...............................$         1.00

SUT for Fees ($         0.00 x 4%).............$         0.00

SUT for Costs ($        0.00 x 4%)...........$         0.00

**TOTAL DUE FOR THIS MATTER......................................$    12,396.00**

If you wish to pay by wire, money transfers to our account should be made as follows:

    Bank Name:   Oriental Bank & Trust          ABA Number: 221571415
                 Professional Office Park V      SWIFT Code: OBPRPRSJ
                 997 San Roberto St. 5th Floor
                 San Juan, P.R. 00926

    Account Name:   McConnell Valdés LLC         Account Number: 0815004163
                    270 Muñoz Rivera Ave.
                    Hato Rey, P.R. 00918

    Bank Officer:   Mrs. Olga Viera (787) 777-2103

**PLEASE SPECIFY THE INVOICE COVERED BY THE TRANSFER AND INCLUDE YOUR PHYSICAL
ADDRESS IN ALL WIRE TRANSFERS.**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

---

DAN KUSNETZ, ESQ.                                              November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice   10279890
SCHULTE ROTH & ZABEL LLP                                                    AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                    Please include this Invoice #
                                    on your check stub.
                                    Our Tax ID # is 66-0226027

For Services Through October 31, 2016

Our Matter # 33433-0002
            POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
            VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$     12,175.50

Reimbursable Costs...............................$          0.00

SUT for Fees ($        375.00 x 4%)............$         15.00

SUT for Costs ($         0.00 x 4%)...........$          0.00

**TOTAL DUE FOR THIS MATTER**...................................$     12,190.50

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

DAN KUSNETZ, ESQ.                                             November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice   10279890
SCHULTE ROTH & ZABEL LLP                                      Page   1      AJG
919 3RD AVENUE
NEW YORK, NY 10022


For Services Through October 31, 2016

Our Matter # 33433-0002
            POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
            VALUE OF CERTAIN DFC TAX ATTRIBUTES


### Description of Professional Services

**Non Taxable Entries:**

10/03/16    DRAFT MEMORANDUM EXPLAINING TAX TREATMENT OF SEVERANCE PAYMENTS AND
            PREPARE RELATED CHART SUMMARIZING APPLICABLE WITHHOLDING AND
            REPORTING.
            **CARLOS J. VILLAFAÑE**              3.50    hrs.


10/05/16    DRAFT AND REVISE REVISE MEMORANDUM EXPLAINING TAX TREATMENT OF
            SEVERANCE PAYMENTS AND RELATED OUTLINE SUMMARIZING APPLICABLE
            WITHHOLDING AND REPORTING.
            **CARLOS J. VILLAFAÑE**              3.50    hrs.


10/05/16    REVIEW DOCUMENTS SENT BY CLIENT REGARDING APPLICABLE PUERTO RICO
            WITHHOLDING TAXES ON ALLOWED CLAIMS AND ANALYSIS OF ISSUES RAISED.
            **ISIS R. CARBALLO IRIGOYEN**        1.00    hrs.


10/05/16    REVISE MEMORANDUM TO CLIENT WITH PAYROLL WITHHOLDING TAX ISSUES.
            **ISIS R. CARBALLO IRIGOYEN**         .50    hrs.


10/06/16    ANALYSIS OF APPLICABLE WITHHOLDING TAXES ON INTEREST PAYMENTS ON
            AFICA FINANCINGS AND OTHER PAYMENTS BY TRUSTEE IN BANKRUPTCY.
            **ISIS R. CARBALLO IRIGOYEN**        1.00    hrs.


10/06/16    VARIOUS REVISIONS TO MEMORANDUM EXPLAINING TAX TREATMENT OF SEVERANCE
            PAYMENTS IN PUERTO RICO AND RELATED CHART OUTLINING WITHHOLDING AND
            REPORTING OBLIGATIONS.
            **CARLOS J. VILLAFAÑE**              2.50    hrs.


10/06/16    CONSULTATION REGARDING TREATMENT OF INTEREST ON AFICA BORROWING.
            **XENIA VELEZ**                       .50    hrs.


10/07/16    CONFERENCE WITH C. VILLAFANE REGARDING VARIOUS WITHHOLDING TAX ISSUES.
            **ISIS R. CARBALLO IRIGOYEN**         .50    hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

---

DAN KUSNETZ, ESQ.                                           November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL  Invoice   10279890
SCHULTE ROTH & ZABEL LLP                                     Page   2       AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

10/07/16    CONSIDER TAX TREATMENT OF VARIOUS CLAIM PAYMENTS IN PREPARATION FOR
            CONFERENCE CALL TO DISCUSS THE SAME.
            **CARLOS J. VILLAFAÑE**                   1.00    hrs.

10/07/16    TELEPHONE CONFERENCE WITH B. RIPP AND I. CARBALLO DISCUSSING TAX
            TREATMENT OF CLAIMS INCLUDING SEVERANCE PAYMENTS AND RELATED ISSUES.
            **CARLOS J. VILLAFAÑE**                    .50    hrs.

10/07/16    TELEPHONE CONFERENCE WITH D. KUSNETZ AND C. VILLAFANE REGARDING
            WITHHOLDING OBLIGATION ON ALLOWED CLAIMS TO BE PAID IN BANKRUPTCY
            PROCEEDINGS
            **ISIS R. CARBALLO IRIGOYEN**              .50    hrs.

10/18/16    TELEPHONE CONFERENCE WITH C. VILLAFANE AND B. RIPP REGARDING VARIOUS
            REPORTING REQUIREMENTS IN PUERTO RICO FOR PAYMENTS TO BE MADE TO
            CREDITORS.
            **ISIS R. CARBALLO IRIGOYEN**              .50    hrs.

10/18/16    PREPARE FOR TELEPHONE CONFERENCE REGARDING PUERTO RICO WITHHOLDING
            AND REPORTING GUIDELINE.
            **CARLOS J. VILLAFAÑE**                    .50    hrs.

10/18/16    TELEPHONE CONFERENCE WITH B. RIPP DISCUSSING PR WITHHOLDING AND
            REPORTING GUIDELINES.
            **CARLOS J. VILLAFAÑE**                    .50    hrs.

10/19/16    PREPARATION OF, REVISE AND SEND ELECTRONIC COMMUNICATION TO CLIENT
            RE: REPORTING AND WITHHOLDING REQUIREMENTS ON SETTLEMENT PAYMENTS.
            **ISIS R. CARBALLO IRIGOYEN**              .50    hrs.

10/19/16    REVIEW DOCUMENTS SENT BY CLIENT RELATED TO REPORTING AND WITHHOLDING
            REQUIREMENTS IN CONNECTION WITH VARIOUS TRUST SETTLEMENT PAYMENTS AND
            ANALYSIS OF ISSUES.
            **ISIS R. CARBALLO IRIGOYEN**             1.00    hrs.

10/19/16    REVISE PR REPORTING AND WITHHOLDING GUIDELINES INCLUDING CHARTS
            ADVISING ON THE REPORTING AND WITHHOLDING OF SEVERANCE PAYMENTS.
            **CARLOS J. VILLAFAÑE**                   2.30    hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

DAN KUSNETZ, ESQ.                                    November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice   10279890
SCHULTE ROTH & ZABEL LLP                             Page   3       AJG
919 3RD AVENUE
NEW YORK, NY 10022

### Description of Professional Services (cont.)

10/19/16   REVIEW AND REVISE OUTLINE RE: PUERTO RICO INCOME TAX WITHHOLDING
           OBLIGATION ON TRANSFER TO LIQUIDATING TRUST AND ON PAYMENTS TO
           CREDITORS.
           **YAMARY I. GONZALEZ BERRIOS**        .80    hrs.

10/21/16   COMPLETE REVISION OF PUERTO RICO WITHHOLDING AND REPORTING
           GUIDELINES, INCLUDING SEVERANCE PAYMENT AND RESEARCH RELATED ISSUES.
           **CARLOS J. VILLAFAÑE**         5.00    hrs.

10/21/16   PREPARE FOR  TELEPHONE CONFERENCE REGARDING PUERTO RICO GUIDELINES.
           **CARLOS J. VILLAFAÑE**          .50    hrs.

10/21/16   ASSIST IN THE REGISTRATION OF DORAL TRUST WITH THE PUERTO RICO
           TREASURY AND REVIEW RELATED DOCUMENTATION.
           **CARLOS J. VILLAFAÑE**          .50    hrs.

10/21/16   TELEPHONE CONFERENCE WITH D. KUSNETZ, B. RIPP, C. VILLAFANE AND
           OTHERS REGARDING APPLICABLE WITHHOLDING TAXES, DEPOSIT AND REPORTING
           FORMS TO BE SUBMITTED TO THE PUERTO RICO TREASURY DEPARTMENT IN
           CONNECTION WITH PAYMENT OF ALLOWED CLAIMS IN BANKRUPTCY PROCEEDINGS.
           **ISIS R. CARBALLO IRIGOYEN**      .50    hrs.

10/21/16   ANALYSIS OF APPLICABLE REPORTING FORMS FOR PAYMENT OF ALLOWED CLAIMS
           IN BANKRUPTCY.
           **ISIS R. CARBALLO IRIGOYEN**     1.00    hrs.

10/21/16   REVISE OUTLINE CIRCULATED BY CLIENT.
           **ISIS R. CARBALLO IRIGOYEN**      .50    hrs.

10/21/16   TELEPHONE CONFERENCE WITH J. ASHLY DISCUSSING PR REPORTING GUIDELINES
           AND TAX TREATMENT OF RELEASED CLAIMS.
           **CARLOS J. VILLAFAÑE**          .50    hrs.

10/24/16   REVIEW DOCUMENTATION TO ASSIST IN THE REGISTRATION OF DORAL'S TRUST.
           **CARLOS J. VILLAFAÑE**          .30    hrs.

10/26/16   REVIEW DOCUMENT SENT BY CLIENT AND PREPARE ELECTRONIC COMMUNICATION
           WITH RESPONSE REGARDING SETTLEMENT PAYMENTS.
           **ISIS R. CARBALLO IRIGOYEN**      .30    hrs.

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

---

DAN KUSNETZ, ESQ.                                           November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL Invoice   10279890
SCHULTE ROTH & ZABEL LLP                                     Page   4      AJG
919 3RD AVENUE
NEW YORK, NY 10022


### Description of Professional Services (cont.)


| | | |
|---|---|---|
| 10/26/16 | RESEARCH REGARDING REQUIREMENTS FOR FILING AN AMENDED AND RESTATED CERTIFICATE OF INCORPORATION. | |
| | **EDUARDO NÚÑEZ PORTELA** | 2.00   hrs. |
| 10/27/16 | RESEARCH REGARDING BANKRUPTCY CODE PREEMPTION OF PUERTO RICO CORPORATE LAW. | |
| | **EDUARDO NÚÑEZ PORTELA** | 4.00   hrs. |
| 10/27/16 | ADVICE IN CONNECTION WITH AMENDMENT TO CERTIFICATE OF INCORPORATION AND PROCEDURE TO EFFECT IT WHEN THERE ARE NO DIRECTORS AVAILABLE. | |
| | **ANTONIO ESCUDERO-VIERA** | 1.50   hrs. |
| 10/28/16 | REVIEW AND PREPARE ELECTRONIC CORRESPONDENCE RE:  PUERTO RICO INCOME TAX TREATMENT OF TRANSFER OF CASH BY DORAL PROPERTIES TO LIQUIDATING TRUST. | |
| | **YAMARY I. GONZALEZ BERRIOS** | .80   hrs. |
| 10/31/16 | REVIEW ELECTRONIC COMMUNICATION FROM CLIENT REGARDING TAX ISSUES RELATED TO DORAL PROPERTIES BANKRUPTCY TRUST.  ANALYSIS OF ISSUES RAISED.  PREPARATION OF, REVISE AND SEND ELECTRONIC COMMUNICATION TO CLIENT. | |
| | **ISIS R. CARBALLO IRIGOYEN** | .50   hrs. |


**Taxable Entries:**

| | | |
|---|---|---|
| 10/21/16 | PREPARATION OF ELECTRONIC COMMUNICATION TO J. ASHELY TO FORWARD TAX FORM SC 4809 AND REQUEST INFORMATION TO COMPLETE THE SAME TO REGISTER EMPLOYER IDENTIFICATION NUMBER WITH THE PUERTO RICO TREASURY RE: DORAL FINANCIAL CREDITORS TRUST. | |
| | **MARIELA GONZALEZ** | 1.00   hrs. |
| 10/24/16 | REVIEW ELECTRONIC COMMUNICATION AND DOCUMENTS FROM B. RIPP TO PROCESS EIN REGISTRATION WITH THE PR DEPARTMENT OF THE TREASURY. | |
| | **MARIELA GONZALEZ** | .30   hrs. |
| 10/24/16 | PREPARATION OF ELECTRONIC COMMUNICATION TO B. RIPP TO REQUEST COPY OF THE FINAL EXECUTED TRUST AGREEMENT. | |
| | **MARIELA GONZALEZ** | .50   hrs. |

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

DAN KUSNETZ, ESQ.
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL
SCHULTE ROTH & ZABEL LLP
919 3RD AVENUE
NEW YORK, NY 10022

November 18, 2016
Invoice   10279890
Page   5      AJG

## Description of Professional Services (cont.)

10/24/16    PREPARATION OF ELECTRONIC COMMUNICATION TO C. VILLAFANE RE: TRUST
            AGREEMENT.
            **MARIELA GONZALEZ**                    .20   hrs.

10/24/16    PREPARATION OF TREASURY FORM SC 4809.
            **MARIELA GONZALEZ**                    .50   hrs.

## Summary of Fees

|                              | Hours  | Rate/Hr | Dollars   |
|------------------------------|--------|---------|-----------|
| ANTONIO ESCUDERO-VIERA       | 1.50   | 370.00  | 555.00    |
| CARLOS J. VILLAFAÑE          | 21.10  | 310.00  | 6,541.00  |
| EDUARDO NÚÑEZ PORTELA        | 6.00   | 155.00  | 930.00    |
| ISIS R. CARBALLO IRIGOYEN    | 8.30   | 365.00  | 3,029.50  |
| MARIELA GONZALEZ             | 2.50   | 150.00  | 375.00    |
| XENIA VELEZ                  | .50    | 370.00  | 185.00    |
| YAMARY I. GONZALEZ BERRIOS   | 1.60   | 350.00  | 560.00    |
| TOTAL                        | 41.50  | 293.39  | 12,175.50 |

Total Fees for Professional Services....$      12,175.50

**Non Taxable Entries:**

**Taxable Entries:**

IN ACCOUNT WITH

# McConnell Valdés LLC

PO BOX 364225, SAN JUAN, PR   00936-4225

---

## REMITTANCE ADVICE

DAN KUSNETZ, ESQ.                                              November 18, 2016
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DORAL FINANCIAL    Invoice  10279890
SCHULTE ROTH & ZABEL LLP                                                     AJG
919 3RD AVENUE
NEW YORK, NY 10022

                                              Please include this Invoice #
                                              on your check stub.
                                              Our Tax ID # is 66-0226027

For Services Through October 31, 2016

Our Matter # 33433-0002
            POTENTIAL SALE OF DFC AND/OR ITS ASSETS; PRESERVING
            VALUE OF CERTAIN DFC TAX ATTRIBUTES

Fees for Professional Services...................$     12,175.50

Reimbursable Costs...............................$          0.00

SUT for Fees ($         375.00 x 4%)............$         15.00

SUT for Costs ($          0.00 x 4%)............$          0.00

**TOTAL DUE FOR THIS MATTER.......................................$     12,190.50**

---

If you wish to pay by wire, money transfers to our account should be made as follows:

      Bank Name:   Oriental Bank & Trust          ABA Number: 221571415
                   Professional Office Park V      SWIFT Code: OBPRPRSJ
                   997 San Roberto St. 5th Floor
                   San Juan, P.R. 00926

      Account Name:   McConnell Valdés LLC         Account Number: 0815004163
                      270 Muñoz Rivera Ave.
                      Hato Rey, P.R. 00918

      Bank Officer:   Mrs. Olga Viera (787) 777-2103

      **PLEASE SPECIFY THE INVOICE COVERED BY THE TRANSFER AND INCLUDE YOUR PHYSICAL
      ADDRESS IN ALL WIRE TRANSFERS.**