UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

In Re:

Doral Financial Corporation, *et al.*,

Debtor.

-------------------------------------------------------------------------x

Case No. 15-10573 (SCC)

Chapter 11

## **ORDER**

Upon consideration of the Motion for Relief from Stay dated and filed on September 8, 2016 submitted by First Bank of Puerto Rico ("First Bank"), and no objections or oppositions have been filed or received with this Court to date, and the Court having reviewed First Bank's Motion, and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED, that First Bank's Motion for Relief from Stay is granted, and the automatic stay is lifted as of September 26, 2016, and First Bank, which is a creditor to the Debtor in this current bankruptcy proceeding, is hereby permitted to move forward with the Civil Action in Puerto Rico bearing the Index Number 2015-0932 entitled *Fidelity National Title Group of Puerto Rico v. Doral Mortgage LLC, f/k/a Doral Mortgage Corporation; Doral Financial Corporation; H.B. National Lending Corporation d/b/a National Lending Corporation and NLC of Puerto Rico; Fulano de Tal; Y Mengano Mas Cual* ; and it is further

ORDERED, that First Bank is to serve all parties with a copy of this Order within 30 days of the date of this Order.

Date: December 2, 2016
New York, New York

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE