**Exhibit A**

Distributions from Doral Financial Corporation ("DFC"), Ch. 11 Case
No. 15-10573, to the Doral Financial Creditors' Trust ("Trust") on the
Effective Date [a]                                                    $   79,706,453

*Distributions and Payments by the Trust*

| | |
|---|---:|
| Q416 Allowed Claims distributions | (52,367,665) |
| Q416 Operating expense payments | (270,442) |
| Q117 Operating expense payments | (387,736) |
| Q217 Operating expense payments | (745,538) |
| Q317 Operating expense payments | (2,925,325) |
| Q417 Operating expense payments | (1,522,490) |
| Q417 Distributions | (3,677,699) |
| Q118 Operating expense payments | (3,083,172) |
| Q118 Distributions | (1,694,188) |
| Q218 Operating expense payments | (1,541,319) |
| Q218 Distributions | (8,989,002) |
| Q318 Operating expense payments | (489,920) |
| Q318 Distributions | (1,084,657) |

*DFC Legacy Distributions and Payments by the Trust*

| | |
|---|---:|
| Q416 Payments related to Pre-Effective date | (11,338) |
| Q416 Holdback payments | (731,146) |
| Q117 Holdback payments | (225,304) |

Total distributions from the Trust since the Effective Date through Q318    (79,746,941)

Total distributions in excess of Trust Effective Date funding through
Q318 used in Q318 Trustee fee calculation                             $   (40,488)

| | |
|---|---:|
| Net disbursements for Q418 used in Q418 Trustee fee calculation | $ (654,278) |
| Net disbursements for Q119 used in Q119 Trustee fee calculation | $ (384,989) |
| Net disbursements for Q219 used in Q219 Trustee fee calculation | $ (6,409,795) |
| Net disbursements for Q319 used in Q319 Trustee fee calculation | $ (2,318,369) |
| Net disbursements for Q419 used in Q419 Trustee fee calculation | $ (10,803,939) |
| Net disbursements for Q120 used in Q120 Trustee fee calculation | $ (513,641) |
| Net disbursements for Q220 used in Q220 Trustee fee calculation | $ (136,674) |
| Net disbursements for Q320 used in Q320 Trustee fee calculation | $ (87,719) |
| Net disbursements for Q420 used in Q420 Trustee fee calculation | $ (195,760) |
| Net disbursements for Q121 used in Q121 Trustee fee calculation | $ (274,692) |
| Net disbursements for Q221 used in Q221 Trustee fee calculation | $ (603,676) |
| Net disbursements for Q321 used in Q321 Trustee fee calculation | $ (341,797) |
| Net disbursements for Q421 used in Q421 Trustee fee calculation | $ (2,929,750) |
| Net disbursements for Q122 used in Q122 Trustee fee calculation | $ (146,222) |
| Net disbursements for Q222 used in Q222 Trustee fee calculation | $ (392,265) |
| Net disbursements for Q322 used in Q322 Trustee fee calculation | $ (101,276) |
| Net disbursements for Q422 used in Q422 Trustee fee calculation | $ (2,165,935) |
| Net disbursements for Q123 used in Q123 Trustee fee calculation | $ (147,030) |
| Net disbursements for Q223 used in Q223 Trustee fee calculation | $ (161,612) |
| Net disbursements for Q323 used in Q323 Trustee fee calculation | $ (86,074) |
| Net disbursements for Q423 used in Q423 Trustee fee calculation | $ (181,816) |

US Trustee Fee for Q423                                              $   727.26

Note: The quarterly U.S. Trustee fee was calculated in the fourth quarter of 2016 based on the distribution of the $79.7
million by DFC to the Trust on the Effective Date. DFC paid the minimum trustee fee of $325 per quarter through Q2
2018. In Q3 2018, the total distributions by the Trust since the Effective Date exceeded the $79.7 million Effective
Date funding by $40,488. The Q3 2018 trustee fee was calculated based on the $40,488 excess distribution per the fee
schedule. The trustee fees subsequent to Q318 are calculated based on the disbursements for the respective quarter.

[a] DFC emerged from bankruptcy on October 28, 2016 and contributed $79.7 million in cash, along with substantially
all its assets, to the Trust in accordance with the bankruptcy plan. The U.S. Trustee fee for the fourth quarter of 2016
was calculated and paid based on this distribution to establish the Trust.

1/23/2024